JEFFREY A. BACKMAN (Florida Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Florida Bar No. 229091)
Richard.Epstein@gmlaw.com
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
*Admitted Pro Hac Vice*

ANTON N. HANDAL, ESQ. (Bar No. 113812)
Tony.Handel@gmlaw.com
**GREENSPOON MARDER, LLP**
750 B Street, Suite 250
San Diego, CA 92101
Tel: 619.544.6400
Fax: 619.696.0323

*Attorneys for Defendant Royal Seas Cruises, Inc.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John McCurley, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**Royal Seas Cruises, Inc.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:17-cv-00986-BAS-AGS**<br><br>**ROYAL SEAS CRUISES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

31245040v1.38541.0019

Defendant, ROYAL SEAS CRUISES, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses that its parent corporation is H2 Holdings Group, Inc., and no publicly held company owns 10% or more of the stock of either corporation.

DATED: July 28, 2017

Respectfully Submitted,

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN (Fla. Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Fla Bar No. 229091)
Richard.Epstein@gmlaw.com
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
*Admitted Pro Hac Vice*

BRIAN R. CUMMINGS (Fla. Bar No. 25854)
Brian.Cummings@gmlaw.com
**GREENSPOON MARDER, P.A.**
401 E. Jackson St., Suite 1825
Tampa, Florida 33602
*Admitted Pro Hac Vice*

ANTON N. HANDAL, ESQ. (Bar No. 113812)
Tony.Handel@gmlaw.com
**GREENSPOON MARDER, LLP**
750 B Street, Suite 250
San Diego, CA 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Defendant *Royal Seas Cruises, Inc.*

31245040v1.38541.0019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was has been served electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record set forth on the Service List below who are registered to receive CM/ECF notification as reflected on the Service List on this 28th day of July, 2017.

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN

## SERVICE LIST

Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
Kevin Lemieux, Esq.
kevin@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq.
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff John McCurley*

3

31245040v1.38541.0019