1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

**DAN DEFOREST,**
individually and on behalf of all others
similarly situated,

                Plaintiff,

    vs.

**ROYAL SEAS CRUISES, INC.**, and
DOES 1 through 10, inclusive, and
each of them,

              Defendant.

No.  3:17-cv-01988-AJB-AGS

ORDER GRANTING STIPULATION
REQUESTING (1) CONSOLIDATION
OF *DEFOREST* AND *MCCURLEY*
CASES,

(Doc. No. 32)

17
    **IT IS HEREBY ORDERED,** good cause appearing, that:

18
    The instant case (the "*Deforest* Case") and the case entitled *McCurley v.*

19
*ROYAL SEAS CRUISES, INC.,* Case No. 3:17-cv-00986-BAS-AGS (the "*McCurley*

20
Case"),  will be consolidated into one action, before this Court;

21
    Plaintiffs have 14 days to file a consolidated complaint, after which time, the

22
*Deforest* case shall be dismissed without prejudice.

23
    IT IS SO ORDERED.

24
Dated:  December 1, 2017

25
26
Hon. Anthony J. Battaglia
United States District Judge

27
28