KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:    (800) 520-5523

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 90212
Telephone:  (877) 206-4741
Facsimile:    (866) 633-0228

[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATORY LINE]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCURLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant.<br><br>———————————————<br><br>DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | **Case No.:** 17-cv-1988 AJB (AGS)<br>  *consolidated with*<br>  17-cv-986 AJB (AGS)<br><br>**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**<br><br>**Hon. Judge Cynthia Bashant**<br><br>**Date:**  April 9, 2018<br><br>**Time:**  9:00 am<br><br>**Place:**  221 West Broadway Courtroom 4B, San Diego, CA 92101 |

- 1 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

**I, Todd M. Friedman, declare:**

1. I am an attorney licensed to practice law in the State of California since 2001, the State of Illinois since 2002, and the State of Pennsylvania since 2011. I have been continuously licensed in California since 2001, Illinois since 2002, and Pennsylvania since 2011, and am in good standing with the California State Bar, Illinois State Bar, and Pennsylvania State Bar. I am admitted to practice in all state courts in California, Illinois, and Pennsylvania. I am also admitted in the following District Courts in California: 1) Northern District of California; 2) Southern District of California; 3) Eastern District of California; and 4) Central District of California. I am also admitted in the Central District of Illinois. Finally, I am admitted to practice law in the Ninth Circuit Court of Appeals.

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this declaration in support of Plaintiffs' Motion for Class Certification, and specifically, to establish that I am appropriate and qualified

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

Class Counsel pursuant to *Fed. R. Civ. Proc.* 23(a)(4) and (g), and that I will adequately and fairly represent the interests of the putative class.

## CASE HISTORY

**4.** On May 12, 2017, Plaintiff John McCurley filed a Complaint against Defendant Royal Seas Cruises, Inc. alleging that Defendant violated various provisions of the Telephone Consumer Protection Act, 47 U.S.C. §227(b).

**5.** On June 7, 2017, Plaintiff Dan Deforest filed a Complaint against Royal Seas Cruises, Inc. alleging violations of California Penal Code §632.7.

**6.** On October 5, 2017, the Honorable Court issued a scheduling Order setting out dates, including Plaintiff John McCurley's Motion for Class Certification to be filed by February 9, 2018.

**7.** The Parties agreed to informally stay proceedings pending consolidation of the action filed by John McCurley and Dan Deforest.

**8.** On December 20, 2017, Plaintiffs filed a Consolidated Complaint in this action.

**9.** However, Plaintiffs need to conduct class discovery prior to moving for class certification. Plaintiffs have served written discovery requests on Defendant on the issues in this case, but Defendant has failed to provide substantive responses at this time.

- 3

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

10. Plaintiffs' intentions are to file an amended Motion for Class Certification with information obtained during the discovery process, which information will be necessary to demonstrate the prerequisites of Fed. R. Civ. P. 23(a) are satisfied.

11. In Plaintiffs' amended Motion for Class Certification, Plaintiff intends to submit a declaration from Plaintiffs' technology consultant/s explaining the process of scrubbing Defendant's possible outbound dial list (which Plaintiff will seek during discovery), to segregate actionable calls. Plaintiffs' technology consultant/s have performed this task in other similar cases.

### EXPERIENCE OF TODD M. FRIEDMAN AND LAW OFFICES OF TODD M. FRIEDMAN

12. Since 2002, I have dedicated my practice exclusively to areas of consumer protection with a concentration in the Fair Debt Collection Practices Act (FDCPA), Rosenthal Fair Debt Collection Practices Act (RFDCPA), Lemon Law, Telephone Consumer Protection Act (TCPA), Fair Credit Reporting Act (FCRA), California Invasion of Privacy Act (CIPA) and the Truth in Lending Act (TILA). Prior to opening my own practice, I was the managing attorney at a top consumer litigation firm. In August of 2005, I won a trial in the case of *Brunner v. Chrylser* in San Diego County. I also successfully defended the appeal in the same case. In November of 2005, I argued in front of the Ninth

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

Circuit Court of Appeals. In March of 2006, I won a trial against Mercedes Benz USA in Los Angeles County in the case of *Isip v. Mercedes*. I also successfully defended Mercedes' appeal of the same trial. I also won a trial against Honda in both 2006 and 2007. For approximately the past two years, I have been and/or still am lead or secondary class counsel on more than fifty (50) class action cases, many of which are TCPA class actions. Further, I have taken an active role during the pleadings and discovery stages involving individual and class claims under the TCPA as well as in settlement negotiations and in responding to any dispositive and/or other motions. Thus, I have substantial knowledge of the substantive and procedural issues relating to the TCPA.

**13.** I have extensive experience prosecuting cases related to consumer issues. My firm, Law Offices of Todd M. Friedman, P.C., in which I am a principal, has litigated over 1000 individual based consumer cases including the aforementioned class actions. These actions were litigated primarily in federal courts in California as well as California State Courts. Approximately 100% percent of my practice concerns consumer litigation in general, and approximately 50% percent of my class action practice involves litigating claims under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et

- 5 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

seq. I have also been and still am lead in numerous class action lawsuits involving claims brought under California Penal Code § 632.7. Further, I have taken an active role during the pleadings and discovery stages involving individual and class claims under § 632.7, as well as in settlement negotiations and in responding to any dispositive and/or other motions. Thus, I have substantial knowledge of the substantive and procedural issues relating to California Penal Code § 632 and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq. Therefore, my experience in litigating class actions and my years in practice allow me to provide outstanding representation to the Class as defined in Plaintiff's Motion For Class Certification, filed concurrently. I will strive to fairly, responsibly, vigorously and adequately represent the putative class members in this action.

14. In Plaintiffs' amended Motion for Class Certification, Plaintiffs also intend to file Plaintiffs' declaration in support of the adequacy of Plaintiffs to serve as Class Representative.

15. While discovery has not been completed, I believe the evidence that will likely be obtained, based on past litigation in other similar cases, will support certification of this case as a class action.

16. I have served as plaintiff's counsel in at least the following class action cases

- 6 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

involving various consumer rights claims under the Telephone Consumer Protection Act and other consumer protection statutes:

**17.** I have served as plaintiff's counsel in at least the following cases involving various consumer rights claims (including class actions claims) under the Telephone Consumer Protection Act:

    a. *Vacarro v. I.C. Systems, Inc.*, 12-CV-02371-JAH-NLS (S.D. Cal.);

    b. *Rivera v. Nuvell Credit Company LLC*, 13-CV-00164-TJH-OP (E.D. Cal);

    c. *Dancer v. L.A. Times*, BC472154 (L.A. Superior Court);

    d. *Couser v. Comenity Bank*, 3:12-cv-02484-MMA-BGS (S.D. Cal.) (TCPA class action, final approval granted for $8,475,000 settlement);

    e. *Stemple v. QC Financial Services Group of California, Inc.*, 3:12-cv-01997-CAB-WVG (S.D. Cal.);

    f. *Abdejalil v. GE Capital Retail Bank*, 3:12-cv-02078-IEG-RBB (S.D. Cal.);

    g. *Groina v. Doc Prep Solutions*, 3:12-cv-02578-BTM-BGS (S.D. Cal.);

    h. *Alexander v. Manasseh Jordan Ministries*, 3:12-cv-02584-IEG-BLM (S.D. Cal.);

    i. *Neuls v. Dish Network*, 1:13-cv-01181-WJM-KMT (D. CO.);

    j. *Lecesse v. My Financial Gateway*, 3:12-cv-02375-JLS-KSC (S.D. Cal.);

    k. *Auerbach v. Successful Education Online, LLC*, 3:12-cv-05248-JSC (N.D. Cal.);

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

l. *Raffin v. E-Choice Healthcare LLC*, 3:12-cv-02517-LAB-BLM (S.D. Cal.);

m. *Olney v. Job.com*, 1:12-cv-01724-LJO-GSA (E.D. Cal.);

n. *Couser v. Legal Shield*, 3:12-cv-02575-LAB-WVG (S.D. Cal.);

o. *Langley v. Homeward Residential*, 2:12-cv-02623-JAM-EFB (E.D. Cal.);

p. *Hunter v. Palisades Collection*, 3:12-cv-02401-JAH-JMA (S.D. Cal.);

q. *Couser v. Worldwide Commerce Associates, LLC*, 3:13-cv-00118-H-BGS (S.D. Cal.);

r. *Tarizzo v. United Agencies, Inc., Et Al.*, CV12-10248 JFW (MRWx) (C.D. Cal.);

s. *Richard Chen v. National Enterprise Systems*, 3:12-cv-05910-JCS (N.D. Cal.);

t. *Couser v. Apria Healthcare, Inc*. 8:13-cv-00035-JVS-RNB (C.D. Cal.);

u. *Willis, Et Al. v. Chase Retail Services, Et Al.*, CV12-10252 DMG (SHx) (C.D. Cal.);

v. *French v. Target*, 0:13-cv-02626 (District of MN);

w. *Williams v. Credit Management, LP*, 5:12-cv-01924-TJH-OP (C.D. Cal.);

x. *Murdock v. Western Dental Services, Inc.*, 3:12-cv-02449-GPC-BLM (S.D. Cal.);

y. *Senesac v. Santander*, 3:12-cv-1193-J-20JRK (M.D. FL.);

- 8 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

z. *Kielbasinski v. American Publishing Co.*, 841 Civil 2012 (Somerset County, PA);

aa. *Friedman, Et Al. v. United American Insurance Company*, 3:12-cv-02837-IEG-BGS (S.D. Cal.);

bb. *Malis v. Saveology.com, LLC*, 2:13-cv-10013-BAF-LJM (E.D. MI.);

cc. *Blotzer v. Vital Recovery Services, Inc.*, 3:13-cv-00119-H-JMA (S.D. Cal.);

dd. *Friedman v. Massage Envy*, 2:13-cv-04607-JAK-FFM (C.D. Cal.);

ee. *Labou v. Cellco Partnership, et al*, 2:13-cv-00844-MCE-EFB (S.D. Cal.);

ff. *Pacleb v. Career Education Corporation,* 2:13-cv-03090-R-FFM (C.D. Cal.);

gg. *McNally v. Commonwealth Financial Systems, Inc. et al,* 3:12-cv-02770-IEG-MDD (S.D. Cal.);

hh. *Franco v. Consumer Portfolio Services, Inc.*, 3:13-cv-01364-EDL (N.D. Cal.);

ii. *Zimmer, Jr. v. 24 Hour Fitness, et al,* NC057484 (L.A. Superior Court);

jj. *Webb v. Healthcare Revenue Recovery Group, LLC*, 3:13-cv-00737-RS (N.D. Cal.);

kk. *Couser v. Central Credit Services, Inc.*, 3:12-cv-02424-LAB-WMC (S.D. Cal.);

ll. *Abdeljalil v. General Electric Capital Corporation,* 12-CV-02078-IEG-RBB (S.D. Cal.);

mm. *Rivera v. Nuvell Credit Company et al,* 5:13-cv-00164-TJH-OP (C.D. Cal.);

- 9

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

nn. *Blotzer v. Dura Medic, LLC,* 2:13-cv-00675-JAK-JCG (C.D. Cal.);

oo. *Foote v. Credit One Bank*, 2:13-cv-00512-MWF-PLA (C.D. Cal.);

pp. *Rodriguez v. Real Time Resolutions,* 3:13-cv-00728-JM-RBB (S.D. Cal.);

qq. *Fox v. Asset Acceptance,* 3:13-CV-00922-DMS-BGS (S.D. Cal.);

rr. *Couser v. Financial Recovery Services, Inc.*, 3:12-cv-02541-CAB-WVG (S.D. Cal.);

ss. *Friedman v. LAC Basketball Club, Inc.,* 2:13-cv-00818-CBM-AN (C.D. Cal.); and,

tt. *Chen v. Allstate Insurance Company, et al,* 3:13-CV-00685-LB (N.D. Cal.).

uu. *Couser v. Comenity Bank*, 3:12-cv-02484-MMA-BGS (S.D. Cal.).

**18.** Over the past two years alone, I have served as plaintiff's counsel in at least the following class action cases involving various class actions claims consumer rights claims, where a settlement was reached on a class-wide basis, and have achieved over $70,000,000 in class-wide relief for consumers:

a. *Dancer v. L.A. Times*, BC472154 (L.A. Superior Court) (common fund class-wide settlement of $3 million to $4 million granted final approval);

b. *Couser v. Comenity Bank*, 3:12-cv-02484-MMA-BGS (S.D. Cal.) ($8.475 million class-wide settlement achieved and granted final approval);

c. *Stemple v. QC Financial Services Group of California, Inc.*, 3:12-cv-01997-CAB-WVG (S.D. Cal.) (certified class achieved by motion,

- 10 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

and subsequent class-wide settlement of $1.5 million achieved, with preliminary approval pending);

d. *Couser v. Apria Healthcare, Inc*. 8:13-cv-00035-JVS-RNB (C.D. Cal.) (common fund class-wide settlement of $400,000 to $750,000, granted final approval);

e. *Abdeljalil v. General Electric Capital Corporation,* 12-CV-02078-IEG-RBB (S.D. Cal.) (class-wide settlement with common fund of $6.125 million achieved, with preliminary approval pending);

f. *Fox v. Asset Acceptance,* 3:13-CV-00922-DMS-BGS (S.D. Cal.) (common fund of $1 million in class-wide relief achieved, granted preliminary approval with final approval pending);

g. *Friedman v. LAC Basketball Club, Inc.,* 2:13-cv-00818-CBM-AN (C.D. Cal.) (class-wide settlement achieved and granted final approval);

h. *Gerich et. al. v. Chase Bank USA et. al.* Case No 1:12-cv-5510 (N.D. Ill.) (class-wide settlement of $34 million, granted preliminary approval, and awaiting final approval)

i. *Gonzalez v Scotts Miracle Grow,* Case No BC577875 (Los Angeles Superior Court) ($925,000 class-wide settlement achieved, preliminary approval pending);

j. *Than Zaw v Nelnet, Inc*., Penal Code § 632 class – (Achieved class-wide settlement of $1,188,110.00, granted final approval of court);

k. *Medeiros v HSBC*, (common fund settlement of between $4.5 million and $6.5 million achieved, preliminary approval pending);

- 11 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**

l. *Ann Fox v. Spectrum Club Holding Company et al.*, Case No. 2:14-CV-06766-PSG-FFMx (class-wide settlement, pending preliminary approval); and

m. *Sayan Aboudi v. T-Mobile USA, Inc.,* Case No. 3:12-cv-02169-BTM-NLS (class-wide settlement in TCPA case, with common fund of $2.5 million to $5 million, with average per class member payment of $500, final approval pending).

**19.** I am unaware of any conflicts of interest between Plaintiff and putative class members and between proposed class counsel and the other parties to this litigation.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed February 9, 2018 at Woodland Hills, California.

By: /s/ Todd M. Friedman
Todd M. Friedman

- 12 -

**DECLARATION OF TODD M. FRIEDMAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL**