| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| Abbas Kazerounian, Esq. (249203) | Todd M. Friedman, Esq. (216752) |
| ak@kazlg.com | tfriedman@toddflaw.com |
| Matthew M. Loker, Esq. (279939) | Adrian R. Bacon, Esq. (280332) |
| ml@kazlg.com | abacon@toddflaw.com |
| 245 Fischer Avenue, Unit D1 | 21550 Oxnard Street, Suite 780 |
| Costa Mesa, CA 92626 | Woodland Hills, CA 90212 |
| Telephone: (800) 400-6808 | Telephone: (877) 206-4741 |
| Facsimile: (800) 520-5523 | Facsimile: (866) 633-0228 |

[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATORY LINE]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MCCURLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br>*consolidated with*<br>17-cv-1988 AJB (AGS)<br><br>**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**HON. CYNTHIA A. BASHANT** |
| DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | |

| Case No.: 17-cv-986 BAS (AGS) | *McCurley, et al. v. Royal Seas Cruises, Inc.* |
|---|---|

**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

# DECLARATION OF MATTHEW M. LOKER, ESQ.

I, MATTHEW M. LOKER declare:

1. I am one of the attorneys for the Plaintiffs DAN DEFOREST ("Deforest"); and, JOHN MCCURLEY ("McCurley") in this action.

2. I submit this declaration in support of the Motion for Class Certification Pursuant to Fed. R. Civ. P. 23(B)(3) in the action against Defendant ROYAL SEAS CRUISES, INC. ("Royal Seas").

3. I am licensed to practice law in the States of California; Texas; and, Washington.

4. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

5. I am writing this declaration in support of Plaintiffs' Motion for Class Certification, and specifically, to establish that I am appropriate and qualified Class Counsel pursuant to Fed. R. Civ. P. 23(a)(4) and (g), and that I will adequately and fairly represent the interests of the putative class.

6. I am a Partner at the Kazerouni Law Group, APC ("KLG").

7. I was admitted to the State Bar of California in 2011 and have been a member in good standing ever since that time.

8. I have litigated cases in both state and federal courts in Arizona, California, Colorado, Florida, Minnesota, Missouri, Nevada, New York, Ohio, South Carolina, Tennessee, Utah, and Washington.

9. I am also admitted in every federal district in California and have handled federal litigation in the federal districts of California; including being admitted to the 9th Circuit Court of Appeals.

| Case No.: 17-cv-1986 BAS (AGS) | **1 OF 9** | *McCurley, et al. v. Royal Seas Cruises, Inc.* |
|---|---|---|
| **DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** | | |

## KAZEROUNI LAW GROUP, APC'S
## CONSUMER RELATED EXPERIENCE AND RESULTS

10. I have filed and litigated numerous consumer class actions over the last several years, including but not limited to the following, which I am or have been personally involved in:

   a. *Knell, et al. v. FIA Card Services, N.A.*, 13-CV-01653-AJB-WVG (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,750,000; finally approved in August 15, 2014);

   b. *Hoffman v. Bank of America Corporation*, 12-CV-00539-JAH-DHB (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,600,000; finally approved on November 6, 2014 and served as co-lead counsel);

   c. *Franklin v. Wells Fargo Bank, N.A.*, 14-cv-2349 MMA (BGS) (S.D. Cal.) (TCPA Class Action Settlement finally approved in the amount of $13,859,103.80);

   d. *Couser v. Comenity Bank*, 12-cv-02484-MMA-BGS (S.D. Cal. Oc. 2, 2014) (Finally approved for $8,475,000 on May 27, 2015 as served as co-lead counsel);

   e. *Zaw v. Nelnet, Inc.*, C 13-5788 RS (N.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $1,188,110.00; finally approved on November 14, 2014);

   f. *Couser v. Apria Healthcare, Inc. et al.*, 13-cv-00035-JVS-RNB (C.D. Cal. Oct. 27, 2014) (Finally approved on March 9, 2015 and served as co-lead counsel);

g. *Macias v. Water & Power Community Credit Union*, BC515936 (Los Angeles Superior Court) (Class certification granted under the Rosenthal Fair Debt Collection Practices Act; class action settlement finally approved on April 21, 2016);

h. *Mount v. Wells Fargo Bank, N.A.*, BC395959 (Sup. Ct. Los Angeles) (finally approved for $5,600,000);

i. *Caldera v. Am. Med. Collection Agency*, 2017 U.S. Dist. LEXIS 99239 (C.D. Cal. June 27, 2017) (Order certifying nationwide TCPA class action);

j. *Burkhammer v. Allied Interstate, LLC*, 2017 Cal. Super. LEXIS 109 (Sup. Ct. San Luis Obispo) (RFDCPA class action finally approved on October 30, 2017);

k. *Maxin v. RHG & Company, Inc.*, 16-cv-2625 JLS (BLM) (S.D. Cal.) (Supplement Misrepresentation class action finally approved on February 16, 2018);

l. *Giffin v. Universal Protein Supplements Corp.*, 2018 Cal. Super. LEXIS 3, BC613414 (Sup. Ct. Los Angeles) (Supplement misrepresentation class action finally approved on February 7, 2018);

m. *McPolin v. Credit Service of Logan*, 2017 U.S. Dist. LEXIS 189236, 16-cv-116 BSJ (Utah District Court) (FDCPA class action with consumers to each receive $1,428.57, debt relief, and tradeline deletion finally approved on November 9, 2017);

n. *Hansen v. Tinder, Inc.*, 15CVP-0155, 2018 Cal. Super. LEXIS 123 (San Luis Obispo Sup. Court April 11, 2018) (Dating Services Contract Act class action preliminarily approved on April 11, 2018);

o. *Calderon v. The Wolf Firm*, SACV16-1266 JLS (JESx), 2018 U.S. Dist. LEXIS 42054 (C.D. Cal. March 13, 2018) (FDCPA class action preliminarily approved on March 13, 2018);

p. *Anderson v. Phoenix Financial Services, LLC, et al.*, BCV-16-101385, 2018 Cal. Super. LEXIS 1030 (Kern Sup. Court) (FDCPA class action finally approval on July 23, 2018);

q. *Moreno-Peralta v. TRS Recovery Services, Inc.*, 15CV-0481 (San Luis Obispo Superior Court (RFDCPA class action finally approved on July 19, 2018); and,

r. *Reid v. I.C. System Incorporated*, CV-12-2661 PHX ROS, 2018 U.S. Dist. LEXIS 125663 (D. Ariz. July 26, 2018) $3,500,000.00 TCPA Class Settlement Finally Approved on July 26, 2018).

11. Many of the cases listed above, which have settled, resulted in the creation of combined common funds and/or distribution to class member in the millions of dollars.

12. The outstanding results mentioned above are a direct result of the diligence and tenacity shown by Kazerouni Law Group, APC and myself, in successfully prosecuting complex class actions.

### ADDITIONAL RELEVANT TRAINING, SPEAKING/TEACHING ENGAGEMENTS AND ASSOCIATIONS

13. I have undergone extensive training in the area of the consumer law, including a four-day National Association of Consumer Advocates training in Tampa Bay Florida; and, a three-day National Association of Consumer Advocates conference in Baltimore, Maryland.

14. I also a member in good standing of the following local and national associations:

a. National Association of Consumer Advocates;

     b. Orange County Bar Association;

     c. San Luis Obispo Bar Association;

     d. California Attorneys Association of Los Angeles;

     e. Consumer Attorneys of California; and,

     f. Consumer Financial Services Committee with the State Bar of California.

15. I have been requested to, and have made, regular presentations to community organizations regarding debt collection laws.

16. In 2012, I gave a presentation to law students at California Western School of Law.

17. I also presented an ethics discussion before the Central Coast Paralegal Association in 2013.

18. I made presentations to pre-law majors at California Polytechnic State University in 2014 and 2016.

19. I also spoke to pre-law majors at the University of California, Irvine in 2014.

20. I have been invited to speak at Business Networking International meetings on multiple occasions.

21. I speak regularly at meetings for the San Luis Obispo County Drug & Alcohol Services regarding the benefits of obtaining strong credit.

22. I was interviewed and quoted in connection with the New Times Cover Story entitled *Junk Debt: How the Open Market for Delinquent Debts Leads to Lawsuits and Wage Garnishments*.

23. I am a Guest Lecturer for Legal Responsibilities of Business Course at California Polytechnic State University.

24. In 2017, I was the supervising attorney for the SLO Law Line which is facilitated by the San Luis Obispo College of Law.

25. I currently teach contracts at the San Luis Obispo College of Law.

26. I presented a MCLE for the State Bar of California entitled "Introduction to California's Fair Debt Buying Practices Act."

27. I have also been interviewed on the radio on multiple occasions, including the Wall Street Business Network on December 16, 2014; and, Real Estate Radio on March 5, 2015.

28. I was invited by the American Bar Association to lead a webinar on "Hot Topics with the Telephone Consumer Protection Act" on February 18, 2015.

29. I was invited by the State Bar of California to lead a presentation entitled "Ethical Conundrums in Debt Collection."

30. I have been a Guest Lecturer for the AP English class at Morro Bay High School in 2015, 2016 and 2017.

31. I regularly speak at Home Buyer's Workshops in San Luis Obispo County along with agents from Century 21.

32. I was also interviewed in connection with KLAS-TV's story regarding the Kazerouni Law Group, APC's class action against Manny Pacquiao; and, Pacquiao's Promoters entitled *McDonald, et al. v. Pacquiao, et al.*, 15-cv-1006 JLS (BGS) (S.D. Cal.).

33. I was invited to and spoke at the 88th Annual California State Bar Association Meeting. Said discussion was entitled "Debt Collection in the Age of Technology and the CFPB."

34. I was named as a Best Consumer Rights Lawyer for California in 2015 by M&A Awards.

35. I was named as a Lawyer of Distinction for 2017.

36. I was nominated as a Rising Star for 2017; and, 2018 by Super Lawyers.

37. I was the co-Chair of programming for the Consumer Financial Services Committee with the State Bar of California in 2016 and 2017.

38. I was selected to be a part of the eCourse Development Team for a debt defense course to be presented by the National Association of Consumer Attorneys.

39. I was also selected to be a part of the eCourse Development Team for a Fair Credit Reporting Act course to be presented by the National Association of Consumer Attorneys.

40. I have been a Panel Mediation for multiple State Bar functions between 2016 and 2018 including "Introduction to the Fair Credit Reporting Act"; Recent Advances in California Invasion of Privacy Act"; "$100,000,000.00 Lesson: The Consumer Financial Protection Bureau's Action against Wells Fargo"; and, "Recent Advances in the Telephone Consumer Protection Act."

41. I also was selected to give the opening presentation for the University of California, Santa Barbara's Financial Literacy Month in April 2017.

42. I gave a presentation to the State Bar of California entitled "Is the Fair Debt Collection Practices Act dead? Implications of the United States Supreme Court's Decision in *Henson v. Santander Consumer USA Inc.*

43. I am a coach for the Morro Bay High School Moot Court team.

44. I spoke on a panel entitled "ACA International v. FCC – 10 Weeks Later" for the America Bar Association

45. I spoke at the Consumer Attorneys of California's 12th Annual Class Action and Mass Torts Seminar on June 11, 2018 and my topic was "Examining the Effect on TCPA Litigation following ACA International."

46. My article, California's Identity Theft Act: A Tool to Protect Consumers After the Equifax Breach of 2017, has been published by Plaintiff's Magazine; and, the San Luis Obispo Bar Bulletin' Business Law News; and, The Advocate.

47. My article, Conveniently Exposed: How the Convenience of the Internet is Exposing Us All to Identity Theft, will be published by the Internet Law Journal in August 2018.

48. In 2017, the California Legislature proposed an amendment to the Dating Services Contract Act, Cal. Civ. Code § 1694, et seq. ("DSCA"). The Consumer Attorneys of California requested my views on this amendment and requested that I propose a counter amendment that more adequately protected consumers. Said amendments were adopted and a more neutral version of the DSCA was presented to the Legislature.

49. In 2017, the California Legislature proposed an amendment to the Information Practices Act, Cal. Civ. Code § 1798, et seq. ("IPA"). The Consumer Attorneys of California requested my views on this amendment and requested that I propose a counter amendment that more adequately protected consumers. Said amendments have been proposed to the Legislature.

50. I argued before the Los Angeles Appellate Court on November 16, 2017 in the case of *Zand v. Specialized Loan Servicing, LLC*, No. BV 031947, 2017 Cal. Super. LEXIS 1 (Jan 5. 2018) regarding the evidentiary issues at summary judgment. The Los Angeles Appellate Court reversed the Trial Court's decision in my favor following oral argument.

51. I argued before the Ninth Circuit Court of Appeals on December 7, 2017 in the case of *Silver, et al. v. Pennsylvania Higher Education Assistance Agency*, No. 16-15664, 2017 U.S. App. LEXIS 25196 (9th Cir. Dec. 13, 2017) regarding the retroactive application of the 2015 Bipartisan Budget Act's amendment to the Telephone Consumer Protection Act. The Ninth Circuit reversed the District Court's decision dismissing our Action six days after oral argument.

52. I argued before the Court of Appeal of California, Second Appellate District, Division Six on January 10, 2018 in the case of *Sandoval, et al. v. Cecil Martinez, et al.*, No. B282053, 2018 Cal. App. Unpub. LEXIS 291 (Jan. 16, 2018) regarding the Trial Court's striking of malicious prosecution claims in response to our anti-SLAPP Motion. The California Court of Appeal affirmed

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

the Trial Court's decision following oral argument.

53. I was interviewed on Gurvey's Law on ABC Radio on February 17, 2018 regarding *Candelore, et al. v. Tinder, Inc.*, B270172 (Court of Appeal, Second Appellate District, Division Three).

54. I am unaware of any conflicts of interest between Plaintiffs and putative class members and between proposed class counsel and the other parties to this litigation.

55. I, and my co-counsel, have vigorously litigated this action in the best interest of the class.

56. On these grounds, I believe that I am appropriate and qualified Class Counsel pursuant to Fed. R. Civ. P. 23(a)(4) and (g), and that I will adequately and fairly represent the interests of the putative class.

57. I respectfully request this Court grant Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on July 29, 2018.

　　　　　　　　　　　　　　　　　___/s/ Matthew M. Loker___
　　　　　　　　　　　　　　　　　MATTHEW M. LOKER

[ADDITIONAL COUNSEL FOR PLAINTIFFS]

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

**Case No.: 17-cv-1986 BAS (AGS)**　　　　　**9 OF 9**　　　　*McCurley, et al. v. Royal Seas Cruises, Inc.*
**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**