**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 90212
Telephone:  (877) 206-4741
Facsimile:   (866) 633-0228

[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATORY LINE]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant.<br><br>**DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br>*consolidated with*<br>17-cv-1988 AJB (AGS)<br><br>**DECLARATION OF JOHN MCCURLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**HON. CYNTHIA A. BASHANT** |

Case No.: 17-cv-1988 AJB (AGS)   *McCurley, et al. v. Royal Seas Cruises, Inc.*
**DECLARATION OF JOHN MCCURLEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

# DECLARATION OF JOHN MCCURLEY

I, John McCurley, declare:

1. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe they are true and correct.

2. I am the class representative in this matter. I am writing this declaration in support of Plaintiffs Dan Deforest and John McCurley's Motion for Class Certification in the above-captioned action. The facts detailed here-in pertain to my experiences in dealing with Defendant Royal Seas Cruises and its call center.

3. I am an attorney licensed to practice law in the State of California since 2008.

4. On May 3, 2017, I received multiple telephone calls from telephone number (925) 318-5700 on my personal cellular telephone.

5. Upon answering a pre-recorded voice asked me three questions: (1) Are you at least 21 years old?; (2) Can you travel within the next 18 months?; and, (3) Do you have a major credit card?

6. I was connected with an employee named "David" who asked whether I was interested in a cruise.

7. I informed David that I was not interested in a cruise and terminated the call.

8. Prior to receiving these calls, I never provided my phone number to Royal Seas Cruises or any of its agents, including Prospects DM, in any capacity, and certainly never gave them permission to make telemarketing calls to my cellular phone, or to use an auto dialer or prerecorded voice to contact me.

9. I have never had a business relationship with Royal Seas Cruises.

10. I understand through discovery in this matter, that Royal Seas Cruises has produced a document containing data relating to my phone number.
11. The data produced contains my cellular telephone number but refers to an individual named Jose Fernandez.
12. I have never represented myself to be Jose Fernandez at any time for any purpose.
13. I have never completed a form by stating that my name is Jose Fernandez.
14. In addition, the data produced also provides a mailing address in Concord, CA and an e-mail address.
15. I have never lived at the Concord address nor have I utilized the e-mail address listed.
16. I have never completed a form by stating that either the Concord or e-mail addresses were mine.
17. I understand that the data produced by Royal Seas Cruises also contains information relating to a website – diabeteshealth.info.
18. I had never visited this website, and never provided any of my personal information on this website.
19. I first heard of this website from my attorneys while preparing for my deposition in this case.
20. When I viewed the website, I was certain that I had never visited the website before.
21. I do not generally provide my information to companies that I do not know, and only give out my phone number if I am trying to do business with somebody.
22. I do not have diabetes.
23. I do not know anyone that has diabetes.
24. I have never sought additional information regarding diabetes on the internet.

25. I have never completed the form located on diabeteshealth.info.

26. I have never provided my contact information to Defendant or any of Defendant's agents.

27. I found these calls to be intrusive, obnoxious, harassing, unwanted, and to invade my privacy.

28. I did not want to go on a cruise, and I did not want to receive telemarketing calls. I never signed up for this.

29. I am very disturbed that the companies are making up false records to try and show that I provided my information on a website that I never went to.

30. I find this to be distasteful that they are making up evidence to try and get away with harassing people like myself and others.

31. Based on the facts of this case and my discussion with my attorneys, it is my understanding and belief that the call placed to my cellphone was placed with an "automatic telephone dialing system" ("ATDS"), using a prerecorded voice.

32. My attorneys have informed me of the responsibilities of a class representative.

33. As noted above, I am also an attorney.

34. I understand these responsibilities and am willing and prepared to put the interest of the class members before my own, seeking a settlement or result that is fair to the class members as a whole.

35. To my knowledge, I have no interests that are not in line with the class members, as I seek injunctive relief as well as statutory damages in this action. I have been promised no monetary recovery in this case, and do not expect anything out of this case for myself other than what the other class members receive.

36. I will rely on the advice of my attorneys, who practice in this area of the law, to help me make decisions for the benefit of the Class Members as to what amounts would be fair, if any. The primary reason I brought this case was because I am fed up with receiving harassing calls like this, and I want to help others by stopping Royal Seas from calling people without permission.

37. To my knowledge, my attorneys have extensive knowledge and skill in prosecuting similar class action TCPA cases and therefore are competent class counsel.

38. I would like to see Defendant implement a standard of not calling people who have never provided their number to Defendant and for whom Defendant has no consent to call, and to pay damages to the people who they or their call center agents have called with a dialer without consent. I would also like Defendant to engage in mandatory oversight of any company they hire to prevent them from abusing the law in this manner and harassing people. I find it to be just plain wrong that Royal Seas Cruises is not already taking such steps.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on July 30, 2018.

_____
JOHN MCCURLEY