**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 90212
Telephone:  (877) 206-4741
Facsimile:   (866) 633-0228

[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATORY LINE]

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN MCCURLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant.<br><br>**DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br>*consolidated with*<br>17-cv-1988 AJB (AGS)<br><br>**DECLARATION OF DAN DEFOREST IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

**DECLARATION OF DAN DEFOREST IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF DAN DEFOREST**

I, Dan Deforest, declare:

1. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe they are true and correct.

2. I am the class representative in this matter. I am writing this declaration in support of Plaintiffs Dan Deforest and John McCurley's Motion for Class Certification in the above-captioned action. The facts detailed here-in pertain to my experiences in dealing with Defendant Royal Seas Cruises and its call center.

3. On or about May 5, 2017, I received a phone call from telephone number 714-905-5832 on my personal cellular phone. When I picked up the call, I was greeted with a prerecorded voice message. The pre-recorded message eventually connected me with a live agent named Brook who started asking me questions about whether I was interested in a cruise. After some time, the agent transferred me to another agent who identified herself as Erika, and said she was from Royal Seas Cruises. She I asked how they got my number and the agent told me that apparently I participated in a merchant account or a travel survey. I never did such a thing. Erika asked me a bunch of questions about whether I was interested in a cruise. After learning information about who was calling me, why they were calling me and how they got my number, I ended the call. I took notes of this phone call because I had received several calls that were from this same company over the past several months and I felt particularly annoyed and wanted the calls to stop.

4. While the phone call on May 5, 2017 is the one I recall most vividly, it was not the only call I received from Royal Seas Cruises. I received several other

**MOTION FOR CLASS CERTIFICATION**
**1 OF 5**

phone calls on my cell phone from them, including another call in December, 2016. During that call they were also trying to sell me services relating to a cruise, which I did not want. That call was also placed using a prerecorded voice when I first picked up, and I was transferred to a live person eventually. I asked the agent how they got my phone number and she told me that it was not because I filled anything out but rather because I was selected based on travel patterns, having good credit, or my demographics, none of which involve me giving any permission to Royal Seas Cruises to receive harassing calls of this nature. She then told me that they were calling me as a form of marketing to generate repeat business. I was annoyed that they were admitting to me that they called me without my permission, and I generally felt like the whole ordeal was a scam, so I ended the call.

5. I understand that these two phone calls were recorded, and that recordings have been produced in this case.

6. Prior to receiving these calls, I never provided my phone number to Royal Seas Cruises or any of its agents, including Prospects DM, in any capacity, and certainly never gave them permission to make telemarketing calls to my cellular phone, or to use an auto dialer or prerecorded voice to contact me. I have never had a business relationship with Royal Seas Cruises.

7. I understand through discovery in this matter, that Royal Seas Cruises has produced a document containing data relating to my phone number. The data produced contains my name, phone number and email address, but contains a physical address in Powder Springs Georgia. I have never lived in Georgia, and I don't know anybody from Georgia or have any family there.

8. I understand that the data produced by Royal Seas Cruises also contains information relating to a website – www.myhealthcareauthority.com. I have never visited this website, and never provided any of my personal

information on this website.  The first time I saw this website was when my attorneys showed it to me when I was preparing for my deposition in this case.  When I viewed the website, I was surprised at its appearance because it seemed to be asking for a lot of personal information without having any sort of a hook.  I've been in sales for a good portion of my career, and generally when you are trying to get a consumer to provide something to you, you have to provide something in return.  The website did not provide any such offer, and appeared to me to be poorly constructed.  I don't generally provide my information to companies that I don't know, and only give out my phone number if I am trying to do business with somebody or build up one of my businesses.   There is absolutely no way in the world that I would have provided my information on that website, or any other website that had that sort of content or layout.

9. I believe I received several more than just these two phone calls, though these are the ones that I recall most vividly because I had conversations with the agents instead of hanging up earlier in the call. I understand that the company who placed the calls is named Prospects DM, and has produced data to my attorneys which show calls placed by Prospects DM for Royal Seas.  My attorneys have advised me that they are searching these records to locate any additional calls that I received.

10. I found these calls to be intrusive, obnoxious, harassing, unwanted, and to invade my privacy.  I did not want to go on a cruise, and I did not want to receive telemarketing calls.  I never signed up for this.  I am very disturbed that the companies are making up false records to try and show that I provided my information on a website that I never went to.  I find this to be distasteful that they are making up evidence to try and get away with harassing people like myself and others.

11. Based on the facts of this case and my discussion with my attorneys, it is my understanding and belief that the call placed to my cellphone was placed with an "automatic telephone dialing system" ("ATDS"), using a prerecorded voice.

12. My attorneys have informed me of the responsibilities of a class representative. I understand these responsibilities and am willing and prepared to put the interest of the class members before my own, seeking a settlement or result that is fair to the class members as a whole.

13. To my knowledge, I have no interests that are not in line with the class members, as I seek injunctive relief as well as statutory damages in this action. I have been promised no monetary recovery in this case, and do not expect anything out of this case for myself other than what the other class members receive. I will rely on the advice of my attorneys, who practice in this area of the law, to help me make decisions for the benefit of the Class Members as to what amounts would be fair, if any. The primary reason I brought this case was because I am fed up with receiving harassing calls like this, and I want to help others by stopping Royal Seas from calling people without permission.

14. To my knowledge, my attorneys have extensive knowledge and skill in prosecuting similar class action TCPA cases and therefore are competent class counsel.

15. I would like to see Defendant implement a standard of not calling people who have never provided their number to Defendant and for whom Defendant has no consent to call, and to pay damages to the people who they or their call center agents have called with a dialer without consent. I would also like Defendant to engage in mandatory oversight of any company they hire to prevent them from abusing the law in this manner and harassing people. I

find it to be just plain wrong that Royal Seas Cruises is not already taking such steps.   I don't think it would be fair to let them get away with it.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on July  30 , 2018.

*Dan DeForest* (signature)