**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DAN DEFOREST and JOHN MCCURLEY,
individually and on behalf of all others
similarly situated,

Case No. 17-cv-00986

Plaintiffs,

v.

ROYAL SEAS CRUISES, INC.,

Defendant.

## REPORT OF CHRISTINA PETERS-STASIEWICZ

**BACKGROUND**

1.      Plaintiffs' counsel asked me to analyze call records produced in the above-captioned litigation (the "Action").  I understand that, inter alia, Plaintiffs allege that Defendants violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by initiating autodialed telephone solicitations using prerecorded voices to wireless telephone numbers. Plaintiffs' counsel asked me to identify a process for identification of telephone numbers which were wireless at the time of the calls.

**EXPERIENCE AND QUALIFICATIONS**

2.      I am the Vice President of Class Experts Group, LLC. Class Experts Group, LLC ("CEG") is a provider of litigation support services with a primary focus on data management and data analysis. The matters stated herein are based upon my personal knowledge or matters known or reasonably available to me.

3.      Over the past ten years, I have regularly assisted with and coordinated the analysis of call records and other data sets in my professional experience. A copy of my resume is attached to this report as Exhibit A.

4.      In cases brought under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, I routinely analyze call records to identify class members. As part of this analysis, I partner with established and reputable data vendors, such as LexisNexis, Experian, Nexxa Group, Inc. ("Nexxa"), Microbilt Corporation, TransUnion, and others (collectively, "Data Processors").

5.      I have long-standing relationships and prior experience with the Data Processors.

6.     The Data Processors are able to provide information via access to numerous records and sources. For example: (i) Nexxa provides information from the National Do Not Call Registry ("NDNCR"), including date of registry, (ii) Experian provides skip-tracing services to identify the most recent address of an individual based on a combination of name, address history, and/or telephone number; (iii) LexisNexis provides information from public and proprietary records, including information regarding whether a particular telephone number was associated with a business or residence and historical telephone number subscription information; and (iv) TransUnion also provides subscriber information that identifies the person who subscribed to a particular telephone number as of the date of the call along with other information.

7.     Additionally, Interactive Marketing Solutions ("IMS") provides access to the wireless block file and landline-to-wireless and wireless-to-landline ported numbers files.

8.     I regularly use these Data Processors in coordinating data analysis prior to class certification and in administering class action settlements, a context in which maximum accuracy and reliability are critical. In my experience, gained over the course of ten years of working with the Data Processors, they provide accurate and reliable information and are regularly called upon to provide this type of information in court-supervised class action settlements, and is information routinely and reasonably relied upon by experts in the field to distinguish business telephone numbers from non-business telephones.

9.     I have coordinated data analysis utilizing Data Processors' services in TCPA cases that include, but are not limited to, those listed on Exhibit B.

10.    Plaintiffs' counsel has retained me through CEG at an hourly rate of $450 an hour.

11.    I have not authored publications.

12.    In the last four years I have testified in the matter of *Bakov v. Consolidated World Travel*, Case 15-2980 (N.D. Ill.).

13.    This Report is based upon information and files currently available to me. I reserve the right to modify and amend the Report as additional information or data may become available.

**ANALYSIS**

14.    The files listed on Exhibit C were provided to me by Plaintiffs' counsel. I understand the files represent calls placed by or on behalf of Defendants (the "Source Data"). The Source Data

included 634,825,612 records. It is my understanding that each record corresponds to a telephone call that was attempted.

15.     In order to demonstrate the methodology of wireless identification, I instructed my team to provide a sample of the Source Data which was randomly selected utilizing an algorithm.

16.     The sample size was calculated with an online calculator and this input data: 634,825,612 records, confidence level 99%, and confidence interval 1. The sample size calculated was 16,641 records. The 16,641 randomly selected records were loaded to a data table for further analysis (the "Sample Data").

17.     In order to identify the telephone numbers within the Sample Data that were called when they were in use as wireless telephone numbers, I utilized the standard protocol of cross-referencing the call log telephone numbers against the IMS wireless block, landline-to-wireless, and wireless-to-landline ported telephone numbers files (the "IMS Files").

18.     In order to complete this analysis, I cross-referenced the Sample Data records (including the telephone number and date of call) against the IMS Files.

19.     The methodology of utilizing the wireless block and ported telephone numbers is a standard process that has been approved by many courts in various cases. A representative listing of these cases is attached hereto as Exhibit D.

20.     The IMS Files include dates for landline-to-wireless and wireless-to-landline porting.

21.     The Wireless Block file from IMS is comprised of numbers that are assigned to a cellular telephone service and have not changed that designation.

22.     Furthermore, the process by which Sample Data records are compared to the IMS Files includes a specific comparison to ensure that the status of each record is or is not wireless at the time of the call.

23.     Based upon my data analysis, there are 12,119 calls in the Sample Data that were initiated to telephone numbers that were wireless at the time of the calls (the "Wireless Numbers"). This would correlate to approximately 462,319,066 records of attempted calls across the Source Data.

24.     I have reviewed the Source Data and have identified criteria to delimit the call records to those similar to the Plaintiffs' as shown in files RSC-MCCURLEY.000011-16.

25.     I directed my team to query the field "Foreign ID" across the Source Data to find records which included "myhealthcareauthority.com," which is the same value as Plaintiff McCurley's. This query showed that there are 5,742 call records associated with 461 unique telephone numbers,

which meet the criteria. Next, I directed my team to query the fields "Outbound lead group ID" and "Campaign ID" across the Source Data to find records with the same values as Plaintiff Deforest's, which are respectively "844" and "165."[1] This query showed that there are 1,131,256 call records associated with 234,591 unique telephone numbers, which meet the criteria.[2]

**NAME AND ADDRESS IDENTIFICATION**

26.     I can identify names and addresses associated with telephone numbers that do not have name and address information. Specifically, I can identify the user(s) and/or subscriber(s) of a given telephone number, the address of those individuals at the time of a specific call, and the current address of those individuals.

27.     To do so, I would use information from reputable data vendors, such as the Data Processors LexisNexis, TransUnion, and Microbilt.

28.     To obtain such user(s) information, I would provide the relevant telephone numbers to the Data Processors, which would access their databases of public and proprietary information to produce an output including the name and address of the user(s) and/or subscriber(s) of those telephone numbers at the time the calls were placed.

29.     If necessary, I would coordinate to update any addresses through the United States Postal Service ("USPS") National Change of Address ("NCOA[Link]") database, which contains approximately 160 million records or 48 months of permanent address changes.  NCOA[Link] is updated daily and USPS regularly provides change-of-address information to NCOA[Link] licensees. NCOA[Link] helps reduce undeliverable-as-addressed ("UAA") mail by correcting input addresses prior to mailing.

30.     Additional address updating via Experian's MetroNet® service would be coordinated for any addresses determined to be undeliverable. Further, I could coordinate with additional data vendors, such as Experian, to identify addresses based upon name and telephone number information for further supplementation of addresses or other information that has not yet been identified.

31.     I regularly use these processes to identify class members in class actions, as do other administration firms. In my experience, these processes are reliable, are reasonably relied upon by

---

[1] This query was used because there were no instances of "diabeteshealth.info" in the field "Foreign ID."

[2] I have, through Plaintiffs' counsel, requested a field and value "key" for the Source Data; however it has not been received as of this day. Should additional information become available, I reserve the right to amend this Report.

experts in the field, and are approved by courts that oversee class action administration, including class notice and settlement administration.

32.     Attached hereto as Exhibit E is a listing of cases where this process of name and address identification has been utilized in court-approved and/or -directed administrations.

33.     Additionally, it is my understanding that there will be alleged consent data, including name address information, and telephone number information, which can be utilized for purposes of identifying individuals.

**SUMMARY**

34.     In my opinion, it is possible and administratively feasible to identify telephone numbers assigned to wireless telephones at the time of the calls.

35.     In my opinion, approximately 73% of the Sample Data records were records of calls made to telephone numbers which were wireless at the time of the call.

36.     In my opinion, it is possible and administratively feasible to identify the names and addresses of user(s) and/or subscriber(s) of those telephone numbers at the time the calls were placed along with the individuals' current addresses.

37.     I have reached the opinions expressed herein based on a reasonable degree of certainty in the fields of data management, data analysis, class member identification, and claims administration.

Executed at Milwaukee, Wisconsin, this 27 day of July, 2018.

Christina Peters-Stasiewicz

# EXHIBIT A

**Christina Peters-Stasiewicz**

Vice President, Class Experts Group, LLC

Milwaukee, WI
414-671-9107
christinap@classexpertsgroup.com

-------------------------------------------------------------------------------------------------------------------------

Ms. Peters-Stasiewicz is Vice President of Class Experts Group, LLC, a boutique firm which offers litigation support services with focus on data and expert services in the area of Telephone Consumer Protection Act (TCPA), class notice, and consumer class action support services

Peters-Stasiewicz has extensive experience administering many class action settlements, involving all aspects of direct, media and third party notice programs, data management, claims administration and settlement fund distribution.

Peters-Stasiewicz has assisted the expert Anya Verkhovskaya for more than 10 years in her work as a sought-after, recognized expert in class member identification and location in TCPA and other consumer cases. Peters regularly assists Verkhovskaya in coordinating the data analysis that supports the expert's opinions concerning ascertainability, class certification, notice adequacy and settlement issues in connection with TCPA matters.

Peters-Stasiewicz has participated in, coordinated, and/or assisted in data analysis and processing related to the direction of notice and/or settlement administration in many dozens of consumer, TCPA, insurance, ERISA, securities, and employment cases, including, but not limited to, the following cases:

- *Acevedo v. Lawyers Title Insurance Corp.*, Case No. 03-CH-07718, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *In re Adolor Corporation Shareholders Litigation*, C.A. No. 6997-VCN, In the Court of Chancery of the State of Delaware

- *In re AIG ERISA Litigation*, Master File No.: 04-CV-9387 (JES) (AJP), United States District Court, Southern District of New York

- *In re AirGate PCS, Inc. Securities Litigation*, Civil Action No.: 1:02-CV-1291-JOF, United States District Court, Northern District of Georgia, Atlanta Division

- *Akins v. Worley Catastrophe Response, LLC*, Civil Action No. 12-2401, United States District Court, Eastern District of Louisiana

- *Allen v. HealthPort Technologies, LLC*, Case No. 12-013154, Circuit Court of Thirteenth Judicial Circuit in and for Hillsborough County, Florida General Civil Division

- *Alper v. Warnock Ford, Inc.*, Docket No.: MRS-L-1644-10, Superior Court of New Jersey, Morris County

- *Altier v. Worley Catastrophe Response, LLC*, Civil Action No. 11-00241, United States District Court, Eastern District of Louisiana

- *In re American Italian Pasta Company Securities Litigation* (AIPC and Ernst Settlements), Consolidated Civil Action No. 05-CV-0725-W-ODS, United States District Court for the Western District of Missouri, Western Division

- *In re Andrx Corporation, Inc., Taztia™ XT Securities Litigation*, No.: 02-60410, United States District Court, Southern District of Florida

- *Arias v. Award Homes, Inc.*, Case No. M54183, Superior Court of California, County of Monterey

- *Arteaga v. MODA Furniture, Inc.*, Docket No: L-000980-05, Superior Court of New Jersey, Morris County

- *In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation*, MDL 1374, United States District Court, Southern District of New York

- *Balschmitter v. TD Auto Finance LLC*, Case No. 13cv01186, United States District Court, Eastern District of Wisconsin

- *Baptista v. Mutual of Omaha Ins. Co.*, CA 10-467 ML, United States District Court, District of Rhode Island

- *In re Bear Stearns Companies, Inc. ERISA Litigation*, No. 08-MDL-1963, United States District Court, Southern District of New York

- *In re Beazer Homes USA, Inc. ERISA Litigation*, Civil Action No. 1:07-CV-00952 (RWS), United States District Court for the Northern District of Georgia, Atlanta Division

- *Benzion v. Vivint, Inc.*, Case No. 12-CV-61826-WJZ, United States District Court, Southern District of Florida, Fort Lauderdale Division

- *In re BISYS Securities Litigation*, Civil Action No. 04-CV-3840 (JSR), United States District Court, Southern District of New York

- *Black v. Metso Paper USA, Inc.*, Civil Action No. 3:05-CV-1951, United States District Court for the Middle District of Pennsylvania

- *Bosland v. Warnock Dodge, Inc.*, Docket No.: MRS-L-844-06, Superior Court of New Jersey, Morris County

- *Bragg v. Bill Heard Chevrolet, Inc.*, Case No. 8:02-CV-609-T-30EAJ, In the United States District Court, Middle District of Florida, Tampa Division

- *Brattain v. Richmond State Hospital*, Cause No. 49D11-0108-CP-1309, Marion Superior Court, County of Marion, State of Indiana

- *Brey Corp. v. Life Time Improvements, Inc.*, Civil Action No. 349410-V, In the Circuit Court for Montgomery County, Maryland

- *Brieger v. Tellabs, Inc.*, Case No. 1:06-cv-1882, United States District Court, Northern District of Illinois, Eastern Division

- *Brown v. Hayt, Hayt & Landau, LLC*, Docket No.: L-7042-07, Superior Court of New Jersey, Essex County

- *In re Calpine Corporation ERISA Litigation*, Master File No. C 03-CV-1685, United States District Court, Northern District of California, Oakland Division

- *Canning v. Concord EFS, Inc.*, Docket No. L-6609-02, Superior Court of New Jersey, Law Division: Camden County

- *In re Cardinal Health, Inc. ERISA Litigation*, No. C2-04-643 (ALM), United States District Court, Southern District of Ohio, Eastern Division

- *Carlson v. C.H. Robinson Worldwide, Inc.*, Civil Action No. CV 02-3780, United States District Court for the District of Minnesota

- *Carlson v. State of Alaska, Commercial Fisheries Entry Commission*, Case No. 3AN-845790 CI, Superior Court for the State of Alaska, Third Judicial District at Anchorage

- *In re Cbeyond, Inc. Securities Litigation*, Civil Action No. 1:08-cv-1666 (CC), United States District Court, Northern District of Georgia

- *Cerda v. Associates First Capital Corp.*, Civil Action No. M-03-146, United States District Court, Southern District of Texas, McAllen Division

- *Clayton v. Velociti, Inc.*, Case No. 08-CV-2298-CM/GLZ, In the United States District Court for the District of Kansas at Kansas City

- *Clearview Imaging, L.L.C. v. Dairyland Ins. Co.*, Case No.: 04-11399, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Clearview Imaging, L.L.C. v. Mercury Ins. Co. of Florida*, Case No. 03-5170, Circuit Court of the Thirteenth Judicial Circuit of the State of Florida

- *Clearview Imaging, L.L.C. v. Nationwide Mutual Ins. Co.*, Case No. 04-10396 Division H (consolidated), Circuit Court of the Thirteenth Judicial Circuit

- *Clearview Imaging, L.L.C. v. Progressive Consumers Ins. Co.*, Case No. 034174 Div. C, Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

- *Clemons v. Thompson*, Docket No.: MON-L-001980-07, United States District Court, Eastern District of New York

- *Collins v. American Consumer Shows, Inc.*, Civil Action No. 1:10-CV-11912-RGS, United States District Court, District of Massachusetts

- *In re: The Consumers Trust*, Case No. 05 – 60155 (REG), United States Bankruptcy Court, Southern District of New York

- *Corsello v. Verizon New York, Inc.*, Case No. 39610/07, Supreme Court of the State of New York

- *Cotton v. Ferman Management Services Corp.*, Case No.: 02-08115, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *In re CP Ships Ltd. Securities Litigation*, Case No. 8:05-MD-1656-T-27TBM, United States District Court for the Middle District of Florida

- *Cruz v. Condor Capital Corp.*, Docket No. MID-L-2108-06, Superior Court of New Jersey, Middlesex County: Law Division

- *Curtis v. Northern Life Ins. Co.*, No. 01-2-18578-1 SEA, Superior Court of Washington for King County

- *Desai v. ADT Security Services, Inc.*, Case No. 1:11-CV-1925, United States District Court, Northern District of Illinois

- *Di Popolo v. Ramsey Nissan, Inc.*, Docket No. BER-L-10319-09, Superior Court of New Jersey, Bergen County

- *In re Diebold ERISA Litigation*, No. 5:06 CV 0170, United States District Court for the Northern District of Ohio Eastern Division

- *Dishkin v. Tire Kingdom, Inc.*, Case No. 3D08-2088, Circuit Court for Miami-Dade County, Florida

- *Drury v. Countrywide Home Loans, Inc.*, Case No. 6:08-cv-152-ORL-28 DAB, United States District Court, Middle District of Florida, Orlando Division

- *Eisenberger v. Boston Service Co., Inc.*, Docket No.: MID-L-10366-09, Superior Court of New Jersey, Middlesex

- *In re Electronic Data Systems Corp. ERISA Litigation*, 6:03-MD-1512, United States District Court, Eastern District of Texas, Tyler Division

- *In re: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation*, MDL No. 2056, United States District Court for the Western District of Pennsylvania

- *Epstein v. Sears, Roebuck and Co.*, Docket No.: UNN-L-1732-09, Superior Court of New Jersey, Union County: Law Division

- *Estate of Gary Robertson v. ADS Alliance Data Sys., Inc.*, Case No. 8:11-cv-1652, United States District Court, Middle District of Florida, Tampa Division

- *Estates of Hampton v. Beverly Enterprises-Arkansas, Inc.*, No. CV 2004-95-3, Circuit Court of Bradley County, Arkansas

- *Evans v. Stewart Title Guaranty Company*, Case No. 04-06630-05, Circuit Court of the 17th Circuit, Broward County, Florida

- *Family Open MRI, Incorporated v. Direct General Ins. Co.*, Case No. 03-4175, Circuit Court for the Thirteenth Judicial Circuit for Hillsborough County, Florida, Civil Division

- *In re Fannie Mae ERISA Litigation*, Consolidated Civil Action No.: 04-cv-01784, United States District Court, District of Columbia

- *Flood v. Dominguez*, Case No. 2:08-CV-153, United States District Court for the Northern District of Indiana

- *Francis v. A&E Stores, Inc.*, Case No. 06 CV 1638, United States District Court, Southern District of New York

- *Franco v. Ace Parking Management Inc.*, No. BC 392809, Superior Court of the State of California, Los Angeles County

- *Fray-Witzer v. Metropolitan Antiques, LLC*, Civil Action No. 02-5827, Commonwealth of Massachusetts, Superior Court, Department of the Trial Court, Suffolk Division

- *Fray-Witzer v. Olde Stone Land Survey Company, Inc.*, C.A. No.: 2008-04175, Superior Court C.A. No. 2008-04175, Commonwealth of Massachusetts

- *In re Fremont General Corporation Litigation*, CV07-02693 JHN(FFMX), United States District Court for the Central District of California

- *Friedman v. Rayovac Corp.*, Case No. 02-C-0308, United States District Court for the Western District of Wisconsin

- *Froumy v. Stark & Stark*, Case No. 3:09-cv-04890, United States District Court, District of New Jersey

- *Gilley v. Ernie Haire Ford, Inc.*, Case No.: 02-8101, Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *Greenstein v. Nations Title Agency of Florida, Inc.*, Case No.502007CA014085, Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida

- *Griffin v. Flagstar Bancorp, Inc.*, Case No. 2:10-cv-10610, United States District Court, Eastern District of Michigan, Southern Division

- *Gulf Coast Injury Center, LLC v. Nationwide Mutual Fire Ins. Co.*, Case No.: 08-CA-012621, Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

- *Hamilton v. ATX Services Inc.*, Case No. 08-0030-CV-W-SOW, United States District Court for the Western District of Missouri, Western Division

- *Harris v. First Regional Bancorp*, Case No.: CV10-7164, United States District Court Central District of California

- *In re Hartford Financial Services Group Inc. ERISA Litigation*, Master File: 3:08-CV-01708, United States District Court, District of Connecticut

- *Hill v. American Medical Security Life Ins. Co.*, C.A. No. W-06CA332, United States District Court, Western District of Texas, Waco Division

- *Horton v. Cavalry Portfolio Services, LLC*, Case No. 13 CV0307 JAH WVG, United States District Court, Southern District of California

- *In re International Business Machines Corp. Securities Litigation*, C.A. No. 05cv6279, United States District Court, Southern District of New York

- *In re JDS Uniphase Corporation ERISA Litigation*, Master File No. C 03-04743 CW, United States District Court, Southern District of West Virginia at Beckley

- *Kalow & Springut, LLP v. Commence Corp.*, Case No. 07-3443, In the United States District Court for the District of New Jersey

- *In re: King Pharmaceuticals, Inc. Securities Litigation*, No. 2:03-CV-77, United States District Court, Eastern District of Tennessee, Greeneville Division

- *Krakauer v. DISH Network, LLC*, Civil Action No. 1:14-cv-00333, United States District Court, Middle District of North Carolina

- *Kubacki v. Peapod, LLC*, Case No. 13 C 729, United States District Court for the Northern District of Illinois, Eastern Division

- *In re LDK Solar Securities Litigation*, Master File No. C 07-05182, United States District Court, Northern District of California

- *In re Lear Corp. ERISA Litigation*, Master File: 06-CV-11735, United States District Court, Eastern District of Michigan

- *In re Lernout & Hauspie Securities Litigation* (Directors and FLV), Civil Action No. 00-CV-11589, United States District Court for the District of Massachusetts

- *In re Lernout & Hauspie Securities Litigation* (KPMG), Case No. 04-CV-1738, United States District Court for the District of Massachusetts

- *Lofton v. Verizon Wireless (VAW) LLC*; Case No. C 13-05665 YGR, United States District Court for the Northern District of California, Oakland Division

- *Lopera v. The Receivable Mgmt. Servs. Corp.*, Case No. 12-CV-9649, United States District Court for the Northern District of Illinois, Eastern Division

- *The Louisiana Municipal Police Employees Retirement System v. Deloitte & Touche LLP*, Civil Action No. 04-621, United States District Court, Eastern District of New York

- *Mann & Company, PC v. C-Tech Industries, Inc.*, Civil Action No. 1:08CV11312, United States District Court, District of Massachusetts

- *Mann v. Lawyers Title Ins. Corp.*, Case No. 03 CH 15223, Circuit Court of Cook County, Illinois, County Department, Chancery Division

- *Mantzouris v. Scarritt Motor Group, Inc.*, Case No. 03CV0015-T-30, United States District Court, Middle District of Florida, Tampa Division

- *In re Marsh ERISA Litigation*, Master File No.: 04 cv 8157, United States District Court, Southern District of New York

- *In re Martek Biosciences Corp. Securities Litigation*, Civil Action No. MJG 05-1224, United States District Court, District of Maryland, Northern Division

- *Martin v. aaiPharma, Inc.*, Master File No: 04-CV-27, United States District Court, Eastern District of North Carolina

- *Martin v. Dun & Bradstreet, Inc.*, Case No. 12-cv-00215, United States District Court for the Northern District of Illinois

- *Mayer v. Administrative Committee of the Smurfit-Stone Container Corp. Retirement Plans*, Case No. 09-cv-02984, United States District Court, Northern District of Illinois

- *Mayes v. The Geo Group, Inc.*, Case No. 08-cv-248, United States District Court, Northern District of Florida, Panama City Division

- *In re Merck & Co. Inc. Vytorin ERISA Litigation*, Civil Action No. 08-CV-1974, United States District Court, District of New Jersey

- *Merrimon v. UNUM Life Ins. Co. of America*, CIV. NO. 10-cv-00447, United States District Court, District of Maine

- *Mey v. Herbalife Int'l., Inc.*, Civil Action No. 01-C-263, In the Circuit Court of Ohio County, West Virginia

- *Mey v. Honeywell Int'l, Inc., et al.*, Case No. 2:12-cv-1721, United States District Court the for Southern District of West Virginia

- *Milford & Ford Associates, Inc. v. Cell-Tek, LLC*, C.A. NO. 1:09-CV-11261, United States District Court, District of Massachusetts

- *Miller v. Weltman, Weinberg & Reis Co., L.P.A.*, Docket No. MID-L-006248-07, Superior Court of New Jersey, Law Division: Middlesex County

- *In re: National City Corporation Securities, Derivative & ERISA Litigation*, Case No. 08-nc70000, United States District Court for the Northern District of Ohio, Eastern Division

- *Norflet v. John Hancock Life Ins. Co.*, Civil No. 3:04cv1099, United States District Court, District of Connecticut

- *Nthenge v. Pressler and Pressler, LLP*, Master File No. C-00-1211, United States District Court for the Northern District of California

- *Olivo v. Homecomings Financial LLC*, Index No. 4625/06, Supreme Court of the State of New York, Nassau County

- *Ori v. Fifth Third Bank and Fiserv, Inc.*, Case No. 08-CV-00432-LA, United States District Court, Eastern District of Wisconsin

- *Otte v. Life Ins. Co. of North America*, Civ. No. 09 CV 11537 RGS, United States District Court, District of New Hampshire

- *Overby v. Tyco International Ltd.*, Case No. 02-CV-1357, United States District Court, District of New Hampshire

- *Ownby v. Citrus County, Florida*, Case No. 2004-CA-1840, In the Circuit Court of the Fifth Judicial Circuit of the State of Florida, in and for Citrus County, Civil Division

- *Parker v. American Medical Security Group, Inc.*, No. 04-1-1980-42, In the Superior Court of Cobb County, State of Georgia

- *Parthiban v. GMAC Mortgage Corporation*, SACV05-768-ODW (MLGx), United States District Court, Central District of California, Southern Division

- *Patel v. Baluchi's Indian Restaurant*, C.A. No.: 08cv9985, United States District Court, Southern District of New York

- *Payson v. Capital One Home Loans, LLC* (FLSA and KWPA), No. 07cv2282, United States District Court for the District of Kansas at Kansas City

- *Pereira v. Foot Locker, Inc.*, Civil Action No. 07-CV-2157-JCJ, United States District Court, Eastern District of Pennsylvania

- *Perez v. Rent-A-Center, Inc.*, Civil Action File No. 01-CIV-7593, Superior Court of New Jersey, Law Division: Camden County

- *In re: PFF Bancorp, Inc. ERISA Litigation*, No. CV 08-01093-SVW (PLAx), United States District Court, Central District of California

- *Pollitt v. DRS Towing, LLC*, Case No. 3:10-cv-1285, United States District Court of New Jersey, Trenton Vicinage

- *Puritan Budget Plan, Inc. v. Amstar Ins. Co.*, Case No. 04-10428, In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

- *Quaak v. Dexia, S.A.*, No.: 03-CV-11566, United States District Court, District of Massachusetts

- *Ragsdale v. SanSai USA, Inc.*, Case Number 07-cv-1246 WQH (CAB), United States District Court, Southern District of California

- *Ramirez v. GreenPoint Mortgage Funding, Inc.*, Case No. 08-CV-00369 TEH, United States District Court for the Northern District of California

- *In re RBC Dain Rauscher Overtime Litigation*, Master File: 06-03093 JRT-FLN, United States District Court, District of Minnesota

- *In re Reliant Securities Litigation*, C.A. No. H-02-1810, United States District Court, Southern District of Texas, Houston Division

- *In re RenaissanceRe Holdings Ltd. Securities Litigation,* Master No. 1:05-cv-06764-WHP, United States District Court, Southern District of New York

- *In re R.H. Donnelley Corp. ERISA Litigation*, Case No. 09-CV-07571 (RWG/MTM), United States District Court, Northern District of Illinois

- *Rolark v. Lawyers Title Insurance Corp.*, Case No. 03 CH 13789, In the Circuit Court of Cook County, Illinois County Department, Chancery Division

- *Saint Pete MRI v. Hartford*, Case No.: 10-03925, In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida

- *Saint Pete MRI v. Auto Club South Insurance Co.*, Case No.: 10-CA-013134, Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

- *Sam v. White*, Cause No. 49D06-1006-PL-027492, State of Indiana, Marion Superior Court No. 6, Civil Division

- *Santos v. Silver*, Docket No.: MID-L-08188-07, Superior Court of New Jersey, Middlesex County

- *In re Schering-Plough Corp. Enhance ERISA Litigation*, C.A. No. 08-CV-1432, United States District Court, District of New Jersey

- *In re Schering-Plough Corp. ERISA Litigation*, Civil Action No. 03-1204, United States District Court, District of New Jersey

- *Schmitz v. Liberty Mutual Ins. Co.*, Civil Action No. 4:08-cv-02945, In the United States District Court for the Southern District of Texas Houston Division

- *In re Sears, Roebuck & Co. ERISA Litigation*, Case No. 02-C-8324, United States District Court, Northern District of Illinois

- *Serino v. Kenneth Lipper v. PricewaterhouseCoopers, LLP*, Index No. 04/602106, Supreme Court of the State of New York, County of New York

- *Shamblin v. Obama For America, et al.*, Case No. 8:13-cv-02428-VMC-TMB, United States District Court, Middle District of Florida, Tampa Division

- *Shane v. Edge*, Case No. 3:10-CV-50089, United States District Court for the Northern District of Illinois, Northern Division

- *Sheikh v. Maxon Hyundai, Inc.*, Docket No: L-000476-09, Superior Court of New Jersey, Union County

- *In re SLM Corp. Securities Litigation*, Case No. 08-Civ-1029 (WHP), United States District Court, Southern District of New York

- *Sokoloski v. Stewart Title Guaranty Co.*, Case No. 3:08-cv-00236-AWT, United States District Court, District of Connecticut

- *Special Situations Fund III, L.P. v. Quovadx, Inc.*, Case No. 04-cv-01006-RPM, United States District Court for the District of Colorado

- *In re: Supervalu, Inc. Securities Litigation*, Civil Action No. 02-CV-1738 (JEL/JGL), United States District Court, District of Minnesota

- *In re Symbol Technologies, Inc. Securities Litigation*, Case No. 02-CV-1383 (LDW), United States District Court, Eastern District of New York

- *Ultra Open MRI Corporation v. Hartford Casualty Ins. Co.*, Case No. 07- CA009132, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division

- *United Consumer Financial Services Company v. William Carbo v. A&M Merchandising, Inc.*, Case No. L-3438-02, Superior Court of New Jersey, Law Division: Hudson County

- *Walker v. Hill Wallack LLP*, Case No. MID-L-003480-08, Superior Court of New Jersey, Middlesex County, Law Division

- *Walter v. Level 3 Comm., Inc.*, Civil Action No. 09-cv-0658-REB-CBS, United States District Court, District of Colorado

- *Wells v. DTD Enterprises, Inc.*, Case No. L-9012-07, Superior Court of New Jersey, Middlesex County, Law Division

- *Wenger v. Cardo Inc., et al.*, Docket No.: MID-L-4924-07, Superior Court of New Jersey, Middlesex County, Law Division

- *Wenger v. Freehold Subaru, LLC*, Civil Action, Docket No. MON-L-4003-10, Superior Court of New Jersey, Monmouth County – Law Division

- *Williams v. CBE Group*, Case No.: 2:11-cv-3680, United States District Court, District of New Jersey

- *Wyatt v. El Paso Corporation*, Civil Action No. H-02-2717, United States District Court, Southern District of Texas, Houston Division

- *Herrera v. Wyeth ERISA Litigation*, Civil Action: 08 Civ. 04688 (RJS), United States District Courts, Southern District of New York

- *Yarviv v. AT&T Corp.*, Docket No. SOM-L-272-05, Superior Court of New Jersey, Law Division: Somerset County

- *Yost v. First Horizon*, Civil Action No. 08-02293, United States District Court, Western District of Tennessee

- *Young v. Heimbuch*, Case No: CV10-8914, United States District Court, Central District of California

- *In re: YRC Worldwide, Inc. ERISA Litigation*, Case No. 2:09-cv-02953, United States District Court, District of Kansas

# EXHIBIT B

Exhibit B

1. *In re Collecto, Inc. Telephone Consumer Protection Act Litig.*, No. 14-md-2513 (D. Mass.)
2. *Johnson v. NPAS Solutions, LLC*, No. 17-80393 (S.D. Fla.)
3. *Krakauer v. DISH Network, LLC*, No. 14-333 (M.D.N.C.)
4. *In re: Monitronics Int'l, Inc., Telephone Consumer Protection Act Litig.*, No. 13-md-2493 (N.D. W. Va.)
5. *Mey v. Venture Data, LLC*, No. 14-123 (N.D. W. Va.)
6. *Benzion v. Vivint, Inc.*, No. 12-61826 (S.D. Fla.)
7. *Heidarpour v. Central Payment Co. LLC*, No. 15-cv-139 (M.D. Georgia)
8. *Mey v. Frontier Commc'ns Corp.*, No. 13-1191 (D. Conn.)
9. *Johnson v. Navient*, No. 15-716 (S.D. Ind.)
10. *Biringer v. First Family Ins., Inc.*, No. 14-566 (N.D. Fla.)
11. *Nguyen v. Vantiv LLC*, No. 15-2436 (N.D. Cal.)
12. *Ikuseghan v. Multicare Health System*, No. 14-5539 (W.D. Wash.)
13. *Lofton v. Verizon Wireless (VAW)* LLC, No. 13-5665 (N.D. Cal.)
14. *Desai v. ADT Security Systems, Inc.*, No. 11-1925 (N.D. Ill.)
15. *Martin v. Dun & Bradstreet, Inc., et al.*, No. 12-215, (N.D. Ill.)
16. *Murray v. Bill Me Later*, No. 12-04789, (N.D. Ill.)
17. *Evan Fray-Witzer and Beardsley Ruml v. Metro. Antiques, LLC*, No. 02-5827 (Suffolk Sup. Court, MA)
18. *Collins and Milford & Ford Assoc. Inc. v. American Consumer Shows, Inc.*, No. 10-11912  (D. Mass)
19. *Mann & Co. v. C-Tech Industries, Inc.*, No. 08-11312 (D. Mass)

# EXHIBIT C

Exhibit C

**List of Source Data Files Received**

| | |
|---|---|
| oll_339_archive | WinRAR ZIP archive |
| oll_339_archive | Microsoft Excel Comma Separated Values File |
| oll_267_archive | Microsoft Excel Comma Separated Values File |
| oll_206_recent | Microsoft Excel Comma Separated Values File |
| oll_206_archive | WinRAR ZIP archive |
| oll_206_archive | Microsoft Excel Comma Separated Values File |
| oll_200_archive | Microsoft Excel Comma Separated Values File |
| oll_190_archive | Microsoft Excel Comma Separated Values File |
| oll_177_archive | Microsoft Excel Comma Separated Values File |
| oll_172_recent | Microsoft Excel Comma Separated Values File |
| oll_172_archive | WinRAR ZIP archive |
| oll_172_archive | Microsoft Excel Comma Separated Values File |
| oll_165_recent | WinRAR archive |
| oll_165_recent | Microsoft Excel Comma Separated Values File |
| oll_165_archive | WinRAR archive |
| oll_165_archive | Microsoft Excel Comma Separated Values File |
| oll_146_archive | Microsoft Excel Comma Separated Values File |
| 172MHCA | Text Document |
| 165MHCA | Text Document |

**Additional Files Received**

RSC-MCCURLEY.000011-16.PDF

CLASS ACTION COMPLAINT.PDF

# EXHIBIT D

Exhibit D

1. *Gottlieb v. CITGO Petroleum Corp*., No. 16-81911, (S.D. Fla.)
2. *Charvat v. Resort Marketing Group, et al.*, No. 12-05746 (N.D. Ill.)
3. *Soular, Diamond, Molby v*. Northern Tier Energy, et al., No. 15-00556 (D. Minn.)
4. *Beecroft v*. Altisource Business Solutions Pvt. Ltd, No. 15-2184 (D. Minn.)
5. *Weisberg v. HD Supply*, No. 15-08248 (C.D. Cal.)
6. *Mahoney v. TT of Pine Ridge, Inc.*, No. 17-80029 (S.D. Fla.)
7. *Mason v. Tallahassee Dodge Chrysler Jeep, LLC*, No. 17-22967 (S.D. Fla.)

# EXHIBIT E

*Youngman v. A&B Ins. & Fin., Inc.*, No. 16-1478 (M.D. Fla.)

*Krakauer v. DISH Network, LLC*, No. 14-333 (M.D.N.C.)

*In re: Monitronics Int'l, Inc., Telephone Consumer Protection Act Litig.*, No. 13-md-2493 (N.D. W. Va.)

*Benzion v. Vivint, Inc.*, No. 12-61826 (S.D. Fla.)

*Biringer v. First Family Ins., Inc.*, No. 14-566 (N.D. Fla.)

*Desai v. ADT Security Systems, Inc.*, No. 11-1925 (N.D. Ill.)

*Heidarpour v. Central Payment Co. LLC*, No. 15-139 (M.D. Ga.)