# "EXHIBIT 1"

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY,** **INDIVIDUALLY AND ON** **BEHALF OF ALL OTHERS** **SIMILARLY SITUATED,** Plaintiff, | **Case No.:** 17-cv-1988 AJB (AGS) *consolidated with* 17-cv-986 AJB (AGS) |
| v. | |
| **ROYAL SEA CRUISES, INC.,** Defendant | |
| **DAN DEFOREST, INDIVIDUALLY** **AND ON BEHALF OF ALL** **OTHERS SIIMILARLY SITUATED,** Plaintiff | |
| v. | |
| **ROYAL SEA CRUISES, INC.,** Defendant. | |

## EXPERT REPORT OF MARGARET DALEY

I.    SUMMARY OF OPINIONS .................................................................................... 3

II.   QUALIFICATIONS ............................................................................................... 6

III.  FACTUAL BACKGROUND ................................................................................. 8

      a) Class Claims........................................................................................................ 8

      b) Lead Lists and Opt-In Data ................................................................................ 8

      c) Monitoring Web Traffic..................................................................................... 11

      d) The Calls to Plaintiffs ....................................................................................... 13

      e) The Two Wesley Weeks Reports ...................................................................... 14

           i. The "Report of Wesley Weeks" and the "Smoking Gun" ......................... 14

           ii. "Report of Wesley Weeks Re: Lead Generation Sites"............................. 17

           iii. The Netberry Web Traffic Estimator ...................................................... 21

           iv. The Alexa Rankings Supplement............................................................. 24

           v. The Conversion Rate Blog Post and the 2.35% Estimate ........................ 25

IV.   CONCLUSIONS AND OPINIONS..................................................................... 26

      a) The Five Arbitrary Sites Mr. Weeks Analyzed Are Not A Representative Sample.......... 26

      b) Mr. Weeks' Calculations Rely Upon Unreliable Data...................................... 28

           i. Alexa Rankings Are Only Reliable For The Top 100,000 Websites .......... 28

           ii. SEMRush Web Traffic is Unreliable ....................................................... 31

      c) Weeks' Analysis Lacks Scientific Rigor, Is Inconsistent and Biased .............. 33

      d) Applying the Weeks Methodology to Humatec.com.......................................... 36

      e) Even if the Ranking and Web Traffic Data that Mr. Weeks Relies Upon Were Reliable,
         He Fails to Apply the Data from the Relevant Time Frame. ............................. 37

           i. Alexa Rankings Fluctuate Wildly Over Short Periods of Time.................. 37

           ii. Mr. Weeks' Proposal to Use Alexa Rankings to Assess Web Traffic Requires an
               Individualized Analysis of the Millions of Opt-ins Leads at Issue ............ 39

      f) Mr. Weeks Uses an Inappropriate and Unsupported Conversion Rate ............ 40

V.    CONCLUSION.................................................................................................... 42

1. I have been retained by counsel for defendant Royal Sea Cruises, Inc. ("RSC") to review the opinions of plaintiff's expert Wesley Weeks, to assess his methodology, and to opine on the reliability of the sources he uses to support his opinions.

## I.    SUMMARY OF OPINIONS

2. Plaintiffs' expert Wesley Weeks' opinions are based upon unreliable data which he applies in an unscientific, incoherent, and biased manner. Based on this unreliable analysis of unreliable data, Mr. Weeks reaches an unreliable conclusion that the opt-in leads produced in this matter are "suspicious" and likely to be electronically manufactured.

   a. Mr. Weeks analyzed the website traffic of only five websites that had been cherry-picked by Plaintiff's counsel. Only three of these websites actually provided leads to RSC and the other two are therefore irrelevant to the claims in this case. The three relevant websites represent a statistically insignificant sample of the 1,125 unique URLs from which RSC obtained opt-in leads. Consequently, any conclusions Mr. Weeks draws from this sample of *less than one third of one percent* of the website data cannot be meaningfully applied to the Defendant's lead data.

   b. Mr. Weeks did not use a generally accepted methodology to reach his conclusions. Mr. Weeks did not save and produce his workpapers so that his conclusions could be tested. Instead, according to his counsel, Mr. Weeks only conducted internet research. Mr. Weeks identified charts and graphs in arbitrarily-selected blog posts and cut and paste them into his reports, often without documenting where the charts were sourced or understanding how the

graphs were created. Mr. Weeks conducted no independent research to verify the accuracy of the data he obtained from blog posts.

c.  Alexa Internet, the producer of the Alexa rankings which form the foundation of Mr. Weeks' analysis, unambiguously states that website rankings below 100,000 are unreliable and "not statistically meaningful" because the Alexa service cannot accurately track website traffic below this threshold. Each of the websites analyzed by Mr. Weeks are ranked below *10,000,000*, or have no ranking at all, making the Alexa data upon which Mr. Weeks relies meaningless and inaccurate. Furthermore, Mr. Weeks admits that there are no academic studies or testing of any kind to support the use of the Alexa rankings to estimate web traffic. Despite the lack of any supporting authority, Mr. Weeks uses this data as the basis for accusing the Defendants of using fraudulent opt-ins.

d.  Mr. Weeks' report is highly subjective and lacks objective methodologies to assess the reliability of the lead lists attributed to the five websites. Based on his subjective, vague, and unfounded assessment that the five websites are of "poor quality" and lack "expected traffic," Mr. Weeks arbitrarily assigns *fictionalized* web traffic to them, yet he fails to provide any standards by which these conclusions are drawn. Throughout his report, he exhibits confirmation bias by a) ignoring data that is inconsistent with his conclusions, b) using incomplete data, and c) making up figures that fit his narrative even when actual historical web traffic data was readily available.

3.  Even if the Alexa rankings and other data he used had been reliable, Mr. Weeks fails to apply the traffic data from the appropriate dates to the lead lists he analyzes.

a.  Mr. Weeks relies on Alexa rankings that were drawn from website traffic sometime in June or July of 2018, but the leads to which he applies these rankings were obtained months and, in many cases, years prior. Mr. Weeks ignores the well-established fact that Alexa rankings fluctuate dramatically, especially on small websites. He apparently ignored readily available historical data because he either did not want to pay for it or he was unaware it existed.

b.  In order to determine if the opt-in leads are supported by the web traffic of the websites from which they originated, it is necessary to conduct an individualized analysis that identified the web traffic at each website on the date each opt-in was obtained. This would involve reviewing 2,112,696 lead records and associated opt-in traffic from 1,125 unique URLs. I am aware of no automated process readily available to conduct such an analysis.

4.  The conversion rate of 2.35% that Mr. Weeks applies to the lead data is not relevant to the five websites he reviewed and is likely substantially too low. The five websites are designed to be lead generation sites, meaning their sole purpose is to serve as a landing page for consumers to opt-in to be contacted following the receipt of a direct marketing contact or after clicking on a banner ad. My research into the statistics quoted by Mr. Weeks revealed very little authoritative sources on the topic. I identified one study that indicated that lead generation websites have an average conversion rate of 13% and some had a conversion rate as high as 28%, more than ten times the rate that Mr. Weeks applied.

5.  Mr. Weeks fundamentally misunderstood the nature of the data he analyzed. He failed to undertake rudimentary queries regarding the data, as evidenced by his mistaken belief that the timestamps of when calls were transferred to RSC agents were timestamps of when opt-in consents were obtained.

## II.    QUALIFICATIONS

6.  I am a Managing Director at Berkeley Research Group ("BRG") and a leader in its Global Investigations + Strategic Intelligence practice group. BRG is a leading global strategic advisory and expert services firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. I joined BRG in 2015.  Prior to joining BRG, I was Co-Chair of the Forensic Technology & Analytics practice at Duff & Phelps, an international consulting firm. I was also Vice President and General Counsel at an international consulting and investigations firm. I have an undergraduate degree from the University of Michigan and I received my Juris Doctor cum laude from Boston University School of Law.

7.   I am an Illinois licensed attorney and a licensed private detective in the state of Illinois and Michigan. I was appointed by the Director of the Illinois Department of Professional Regulation to serve as a member of the board that regulates Illinois private detectives and other licensed security and investigative professionals. I also serve as Chairman of the Cook County Board of Ethics.

8.  I specialize in leading forensic technology investigative teams that work on complex databases housing sophisticated financial, transactional, and compliance related data. I have served as an expert witness in numerous TCPA and eavesdropping cases, and my work has included analyzing consent data and lead lists derived from website opt-ins.

9.  I am a Certified Information Privacy Professional ("CIPP"), a Certified Fraud Examiner ("CFE") and a Certified Anti-Money Laundering Specialist ("CAMS").

10. My investigations team was named "Best of Chicago for Global Risk and Investigations" by the National Law Journal. I have been named every year since 2014 by *Who's Who Legal* as one of a limited group of nationally recognized Forensic Investigation experts. In 2017 I was named by Who's Who as one of five U.S. based "Thought Leaders" in the field of Digital Forensics. I have served on the American Institute of Certified Public Accountants task force on Forensic Technology and the American Bar Association's task force on Corporate Monitors. I have authored numerous articles on data analysis, data security and data privacy. In 2017, I was appointed to the Sedona Conference Working Group W11 on Data Security and Privacy Liability.

11. I have been an expert witness in numerous state and federal cases throughout the United States, testifying as an investigative and data analytics expert.[1]

12. I have been retained by counsel for Royal Sea Cruises. I am being compensated at the hourly rate of $625.

13. My understanding of the factual matters at issue in the litigation is based on my review of the pleadings, written discovery responses, deposition testimony, and exhibits and document productions.[2] I understand that additional information relevant to my opinions may be disclosed in additional document productions and depositions. Accordingly, I reserve the right to amend my findings based upon such additional disclosures.

---

[1] My curriculum vitae is set forth as Exhibit 1.
[2] A list of the documents I relied upon in reaching my conclusions is set forth as Exhibit 2.

### III.    FACTUAL BACKGROUND

#### a)  Class Claims

14. Plaintiffs   John McCurley and Dan DeForest (collectively "Plaintiffs") bring putative class action complaints against defendant Royal Seas Cruises, Inc. ("RSC"), alleging that it violated the Telephone Consumer Protection Act ("TCPA") by contacting them on their cellular telephones without proper consent. Plaintiff Dan DeForest further alleges that RSC violated the California Invasion of Privacy Act by recording his telephone calls without having first been notified or obtaining his consent to have the call recorded.[3]

15. Plaintiffs seek to certify the following two classes:

Class:

All persons within the United States who received a telephone call from Prospects, DM, Inc. on behalf of Royal Seas Cruises, Inc. on said Class Member's cellular telephone made through the use of any automatic telephone dialing system or an artificial or prerecorded voice, between November 2016 and June 2018.

Transfer Subclass:

All persons within the United States who received a telephone call from Prospects, DM, Inc. on behalf of Royal Seas Cruises, Inc. on said Class Member's cellular telephone made through the use of any automatic telephone dialing system or an artificial or prerecorded voice, between November 2016 and June 2018, and whose call resulted in a Transfer to Royal Seas Cruises, Inc.[4]

#### b)  Lead Lists and Opt-In Data

16. RSC is in the business of providing cruise vacations. As part of its marketing efforts, RSC contracted with Prospects DM, and its affiliated company Helping Hands, which are third-

---

[3] Consolidated Complaint for Damages and Injunctive Relief, p. 1.
[4] Plaintiff's Motion for Class Certification, p. 10.

party marketing companies that operate websites serving a variety of interests.[5] RSC also acquires website opt-in leads from other third-party sources.[6]

17. Consumers who visit the websites operated by these third-party lead generators have the option to opt-in to receive marketing calls from various business.[7] Jennifer Poole, RSC's Director of Marketing, oversees this program and testified that she works with RSC's legal department to ensure that such opt-in programs are compliant with applicable law. She testified that the website leads sent to RSC must show that the consumer opted in to receive phone calls, that the consumer's name is included in the opt-in, and that the consumer specifically agreed to receive a call relating to RSC.[8] An example of such a site is DiabetesHealth.info. The relevant language from that website's opt-in page is set forth below[9]:

---

[5] "Exit Read Lead Generating Marketing Agreement" between RSC and Prospect dated November 10, 2016 and an Insertion Order of the same date identified in Defendant Royal Seas Cruises, Inc.'s Answers and Objections to Plaintiffs' First Set of Interrogatories to Defendant, pp. 6-8.
[6] Deposition of Jennifer Poole, p. 51.
[7] Deposition of Jennifer Poole, pp. 13, 29.
[8] Deposition of Jennifer Poole, p. 15.
[9] As accessed at http://diabeteshealth.info on October 19, 2018.



18. Landfall Data, LLC ("Landfall") is the owner of many website domains, including DiabetesHealth.info. According to the declaration of Landfall's Chief Executive Officer, Kevin Brody, Landfall generates online opt-in leads using various means to drive individual consumers to various landing pages owned by Landfall, where the consumers can sign up and "opt-in" to receive inbound telephone calls from different businesses. According to Mr. Brody's declaration, "[t]he primary ways in which individuals land on a Landfall web page is through the third party publishers' use of direct marketing, including but not limited to, social media, e-mail, telephone, and co-registration paths. The advertising is targeted to attract only those that would actually be interested in the product(s) or service(s) being offered."[10]

19. The declarations of Aaron Slemboski of Employment Hub, Daniel Barsky of Fluent, Inc.; and David Andras of Citadel Marketing Group, LLC establish that their companies, which are in the business of lead generation through websites, drive individual consumers to the landing

---

[10] Declaration of Kevin Brody, pp. 3-4.

pages of the websites they own through various means. The websites provide an opportunity for consumers to sign up and opt-in to receive inbound telephone calls from different businesses. This traffic can be created in a variety of ways including Google and other display advertisements, and social media advertising such as Facebook and Instagram marketing.[11]. The opt-in language specifically states that the user agrees to be texted and called by RSC as well as other marketing partners.[12]

20. In order for RSC to consider the consumer to have provided consent, the consumer must have registered on these websites by including their contact information and checked the terms which explicitly identify consent to receive marketing calls from an automatic telephone dialing system and/or pre-recorded calls on behalf of specifically identified companies, including RSC, at the number provided by the consumer.[13]

### c) <u>Monitoring Web Traffic</u>

21. An entire industry exists to assist companies to "optimize" their websites and thus drive more traffic to their sites. These companies offer services and products to analyze, among other things, the amount of traffic a website receives, identify the way internet users find or "land" on the webpage, how long users stay on the site, how many pages they visit, and how many visitors purchase a product or provide an "opt-in" by registering to receive further communications about goods and services.

---

[11] Declaration of Aaron Slemboski, par. 3. *See also* Declaration of Daniel Barsky, Esq in Support of Defendants' Opposition to Motion for Class Action, pp. 1-2; and Declaration of David Andras of Citadel Marketing Group, LLC, p. 2.
[12] Declaration of Daniel Barsky, Esq. In support of Defendants' Opposition to Motion for Class Certification, pp. 1-7; Declaration of David Andras of Citadel Marketing Group, LLC, pp. 2-8; and Declaration of Aaron Slemboski, p. 2-6. See also Declaration of Joshua Grant at par. 9, p. 3.
[13] Defendant Royal Seas Cruises, Inc.'s Answers and Objections to Plaintiffs' First Set of Interrogatories to Defendant, pp. 7-8.

22. Users "find" websites a number of ways, including directly typing in the name of the website, locating it while doing an internet search, clicking on links in direct marketing emails and social media posts, clicking on links embedded in another website, and clicking on banner advertisements located on other websites.

23. With respect to the specific opt-in lead generation websites at issue in this matter, consumers are directed to these websites in a number of ways. For example, the owners of the websites place ads or conduct direct marketing email campaigns that offer samples or discount coupons for products and services that require registration on the website.[14] In addition, some websites are promoted through social media campaigns.[15] When a consumer clicks on a banner ad or the link included in an email, they land on a website, such as www.myhealthcareauthority.com, and are presented with a form to complete.[16]

24. The amount of traffic to these opt-in lead generation websites varies on a day-to-day basis and is dependent upon the level of advertising during the period the success of the direct marketing campaigns, and the effectiveness of the banner ads.[17],

25. The number of website visitors that purchase a product, register, or "opt-in" to be contacted is known as the "conversion rate."

---

[14] Declaration of David Andras of Citadel Marketing Group, LLC., p. 2.
[15] Id., p 2.
[16] Declaration of Daniel Barsky, pp. 5-6.
[17] *See* Declaration of Aaron Slemboski, par. 8-11.

26. The amount of actual traffic experienced by any website is captured in logs maintained on the server that hosts the website.[18] Web traffic is typically considered confidential business information and is not publicly available unless the website chooses to make it so.

27. A number of internet marketing companies provide estimates of web traffic because the actual web traffic experienced is not available in a public directory. The estimates are based on proprietary methodologies which are not disclosed.

### d)  The Calls to Plaintiffs

28. RSC contracts with Prospects DM to place calls on its behalf from compliant opt-in leads. RSC interacts with consumers who have first been contacted by Prospects DM and indicated an interest in being transferred to RSC to learn more about RSC's vacation packages.[19] Those consumers are then transferred to customer service agents that directly work for RSC.[20] Because of this set up, the call records maintained by RSC only document the inbound calls that are transferred to its call center agents from Helping Hands or Prospects DM. All documentation of consumer opt-ins from websites, consent data, and calling records documenting the initial outbound call to the consumers is maintained by Helping Hands and Prospects DM.[21] Prospects sends the opt-in data for each consumer transferred to Royal via a real time Application Programming Interface ("API") transfer when the consumer is live transferred to a Royal call center.[22] This consent data is maintained by Support Services Corp., a third party vendor. Royal produced copies of this opt-in data in four spreadsheets.  These

---

[18] *See for example* Declaration of Daniel Barsky, pp. 2.
[19] Deposition of Jennifer Poole, pp. 18-21, 26; Declaration of Jennifer Poole of Royal Seas Cruises, Inc. at par. 5.
[20] Deposition of Jennifer Poole, p. 36.
[21] Deposition of Jennifer Poole, pp. 36, 42-43.
[22] Declaration of Joshua Grant, pp. 5-6.

spreadsheets contained more than 2.1million opt-in consent records relating to consumer who were live-transferred to Royal from Prospects.[23]

29. Plaintiff John McCurley was connected to RSC via an inbound call transfer from Prospects DM on May 3, 2017.[24]

30. According to the complaint, Plaintiff Dan Deforest was contacted in May 2017.[25]

### e) **The Two Wesley Weeks Reports**

31. Plaintiff retained Wesley Weeks, an independent consultant who specializes in installing Customer Relationship Management software, to analyze the data produced in this matter. Mr. Weeks issued two separate reports in July 2018.

### i. *The "Report of Wesley Weeks" and the "Smoking Gun"*

32. The first report is entitled "Report of Wesley Weeks." In this report, Mr. Weeks purports to analyze the lead data produced in this matter by RSC and other third parties.

33. Mr. Weeks examined two separate datasets. The first is described by him as a compressed set of 12 comma separated value files containing records of approximately 630 million calls to 56,726,290 unique numbers.[26] He noted in his report that this data contained references to more than 600 website domains.[27] Mr. Weeks presumed that all 630 million calls documented in this

---

[23] Declaration of Jennifer Poole of Royal Seas Cruises, Inc., par. 8.
[24] Defendant Royal Seas Cruises, Inc.'s Answers and Objections to Plaintiffs' First Set of Interrogatories to Defendant, p. 7.
[25] Consolidated Complaint for Damages and Injunctive Relief, p. 8.
[26] Report of Wesley Weeks, pp. 5-6, 31. I have not examined these 12 files and have no opinion regarding the veracity of the calculations relating to these files that are included in the "Report of Wesley Weeks" but I reserve the right to supplement my report in the future if asked to do so.
[27] Report of Wesley Weeks, p. 8.

set of data records were outbound calls made on behalf RSC to consumers.[28] Mr. Weeks made no inquiry to confirm this incorrect assumption.[29] In fact, this data was comprised of dialer records of third-party vendor Prospects DM reflecting calls it placed going back to 2016, of which RSC was only one.[30] These call logs do not identify which client was associated with a call. Mr. Weeks' statements that the records of 630 million phone calls were placed on behalf of RSC, and that 53 million unique telephone numbers were contacts on its behalf is therefore false.[31] Furthermore, these call records were never intended to represent opt-in data, as Mr. Weeks presumes.[32]

34. The number of marketing calls that RSC fielded is a small fraction of the 630 million calls documented in the csv files. The RSC calls are isolated in a second set of data that was produced to Mr. Weeks before his reports were filed. Those files contain 2,112,696 records dated from December 22, 2016 through June 12, 2018. This data set includes the telephone number, name, and state of the person that was called, the date and time that call was connected to an RSC agent, and the website and IP address captured at the time of the opt-in, for each of the consumers who were called by Prospects DM or Helping Hands and subsequently transferred to Royal Seas customer service operators.[33]

---

[28] Report of Wesley Weeks, pp. 5-6.; Deposition of Wesley Weeks, p. 119.
[29] Deposition of Wesley Weeks, pp. 12-13.
[30] Declaration of Joshua Grant of Prospects DM, Inc., pp. 6-7.
[31] It should be noted that Mr. Weeks' report states that there were approximately 630 million telephone calls documented in this data and that Mr. Grant's declaration states that there were "nearly 600 million calls". I have not examined this data and have no opinion regarding the total number of calls contained therein. *See* Declaration of Joshua Grant of Prospects DM, Inc., p. 7.
[32] Declaration of Joshua Grant, pp. 6-7.
[33] Declaration of Jennifer Poole of Royal Seas Cruises, Inc., par 8 and par. 16.

35. Mr. Weeks did not recall testing to see whether the smaller set of approximately 2.1 million records could be found in the larger set of 630 million produced earlier. Mr. Weeks apparently made no investigation of the nature of the data he received and failed to understand that the second set of data only recorded the inbound calls transferred to RSC customer service agents from Prospects DM or Helping Hands. In his report, he mistakenly assumed these time stamps indicated the date on which the original opt-in was obtained from a consumer's visit to a website.

36. By failing to understand that the time-stamps in the data referred to the time an inbound call was transferred to an RSC agent, which naturally was only operating during business hours, Mr. Weeks mistakenly believed he had found the "smoking gun" proving the leads were fake.

His report claims:

> This chart provides the most conclusive evidence that the majority of the leads captured by the DiabetesHealth.info site are being electronically generated and are not due to organic traffic or end users submitting data.
>
> Clear patterns of leads only being created during certain hours. No lead has ever been created prior to 9:00 AM and no lead has ever been created after 9:00 PM. ***This is a smoking gun example of electronic, or submissions through an automated application or script to simulate user site interactions verses organic lead submissions***. Organic lead submission by an actual consumer, as opposed to an automated script being used to emulate organic entries through automated electronic submission would not carry such patterns with such regularity, because people tend to exhibit more regular and nuanced patterns of web activity. It would not be the case that all of these submissions took place on a regular six day a week 9 am to 9 pm schedule, and only during certain months, because web traffic does not operate on a schedule like this. People on the whole use the internet 24 hours a day and 7 days a week, 12 months a year. ***It would be a statistical impossibility for patterns like what is exhibited in the data to emerge organically, yet another sign of fraudulent manufacturing of consent***.[34] (Emphasis added)

---

[34] Report of Wesley Weeks, pp. 44-45.

37. Despite being advised of his mistake, Mr. Weeks, to date, has not corrected or amended his report.

38. Mr. Weeks' error was easily avoided. Mr. Weeks failed to ask the most fundamental of questions, which any data analytics professional would make before reaching a conclusion, especially one which accuses another party of fraud: (1) Who produced this data? and (2) What do the fields represent?

    *ii.*   **"*Report of Wesley Weeks Re: Lead Generation Sites*"**

39. The second report issued by Mr. Weeks is entitled "Report of Wesley Weeks Re: Lead Generation Sites,"[35] hereafter referred to as the "Lead Generation Report." In this report, Mr. Weeks analyzes five websites and opines, as he did in his first report, that the leads associated with these websites are fraudulent.

40. Much like his first report, Mr. Weeks did not conduct an independent inquiry or test his conclusions. He did not undertake an analysis of the actual web server traffic of these five sites and compare it to the number of produced leads. With one exception, the websites he analyzed were not selected by him but by Plaintiffs' counsel. Only three of the sites ever provided leads to RSC.[36] He did not review readily available public information that ran counter to his conclusions. The report contains no substantive exhibits and no work papers supporting his calculations were produced. Few of the many charts and graphs contained in the report were

---

[35] The Report of Wesley Weeks Re: Lead Generation Sites contains no substantive exhibits or workpapers supporting his claims. The charts and graphs contained therein appear to be cut and pasted from websites but no source is linked or identified within the report.
[36] My analysis of the RSC transferred call data identified that Myhealthcareauthority.com, DiabetesHealth.info, and Pinpointschool.com provided opt-in leads that were found in the RSC call logs but myeducationauthority.com and mycreditauthority did not.

created by Mr. Weeks. Instead, he found charts on the internet and then cut and pasted them into the report with no link or source identified.

41. Mr. Weeks' methodology in declaring the leads he examined as fraudulent appears to be the following:

(1) He visited the websites on the internet.

(2) He looked up the Alexa Rankings for each of the websites as of July 2018. Alexa is an internet marketing company which ranks websites according the amount of traffic they receive.

(3) He looked up the historical website traffic for those websites as estimated by internet marketing company "SEMrush." SEMrush provides charts of a website's estimated historical user traffic as well as other estimates such as the number of keywords in a website, the number of links to the website found on other websites, and the number of advertisements that led internet users to the site. SEMrush is one of many companies providing traffic estimates of this type. Mr. Weeks testified that he used its estimated traffic data, as opposed to that provided by its competitors, because he could get it for free.[37]

(4) After reviewing the SEMrush traffic charts, Mr. Weeks came to the conclusion that the websites were "suspicious" because the traffic failed his unidentified subjective standards for normal and expected traffic patterns.[38] He also found the lack of reported keywords and backlinks suspicious. Based on his subjective opinion that the traffic was suspicious, he then rejected the volume of traffic estimated by SEMrush and determined that he must calculate the "real" historical traffic using the Alexa ranking for the website that was reported in

---

[37] Deposition of Wesley Weeks, p. 97.
[38] Report of Wesley Weeks Re: Lead Generation Sites, pp. 14, 18 ("There isn't any traffic consistency the visits go from thousands of visits to zero in less than 30 days and stay that way for months at a time before spiking again." "The search engine spikes are extreme" "This is not consistent with expected search patterns' "A short lived spike occurs in April." "The numbers of direct traffic links to the site is highly suspicious unless tied to a direct marketing campaign . . .").

July 2018. To be clear, Mr. Weeks uses SEMrush's historical traffic estimates and the patterns he identifies there as the basis for rejecting SEMrush's estimated volume of traffic for the website.

    a.  For all websites that had no Alexa Ranking in July 2018, he decided, based only on his own opinion, that they must have only had one (or 9 or 10) website visit(s) per day,[39]

    b.  For any websites that had an Alexa Ranking in July 2018, he claims to have used a website traffic calculator he found on an internet blogpost. This calculator was posted in May 2013 on website www.netberry.co.uk. The blog post where the calculator was embedded claimed the calculator could provide estimated web traffic using a website's Alexa Ranking.

(5) Mr. Weeks next applies a flat 2.35% "conversion rate" to the traffic estimates he calculated using the Netberry calculator. This conversion rate is the percentage of website visitors that Mr. Weeks believed would have actually submitted an opt-in. Mr. Weeks found this conversion rate on a blog post. Mr. Weeks concludes that the number of opt-in leads found in the data exceeds the number of opt-ins he calculated would result when taking the Netberry calculator traffic estimates and dividing them by 2.35%.

(6) On this basis, he claims the opt-in leads are fraudulent and likely electronically entered onto a web server by someone using a computer script.[40]

---

[39] The Lead Generation Report is internally inconsistent. Charts and graphs contain different numbers for estimated traffic. For example, on page 19 he estimates Pinpointschools.com received 10 visitors a day yet his chart on page 35 estimates only 9 visitors. On page 33 he estimates MyHealthcareAuthority.com received only one visitor a day yet his chart on page 35 estimates 9 visitors.

[40] Deposition of Wesley Weeks, p. 325.

42. There is no scientific basis provided in his Lead Generation Report for the estimated traffic he assigns to websites with no Alexa Ranking in July 2018. It appears to be a number he made up:

> Q:   When you say further analysis than what you indicated here, where did the number 10 come from for estimated daily visitors?
>
> A:   So if you look at line 22 it says (Reading), for sites with No Alexa ranking, an estimate of 10 unique visitors a day was used (End reading).
>
> Q:   Where did you get that?
>
> A:   That was just an estimate based on sites that have an Alexa ranking have a slightly, but significantly higher number, than 10.
>
> Q:   You made that up?
>
> A:   So it was an estimate based on the best information that I had there for what – how many unique visitors could get to the site that can – isn't visible on the Internet generate reasonably. [41]

43. Mr. Weeks does concede in his report that inconsistent traffic patterns may be attributed to social media postings.[42] He also concedes that the traffic spikes could be attributed to direct marketing campaigns. Mr. Weeks made no investigation into whether the sites engaged in this type of marketing to drive traffic to the websites.

44. Mr. Weeks made no effort to check the Alexa Rankings of the sites on any dates prior to July 2018, despite the ready availability of such information. Furthermore, he does not note in his report that the producer of the Alexa Rankings specifically warns that any rankings below 100,000 are unreliable.

---

[41] Deposition of Wesley Weeks, p. 216.
[42] Report of Wesley Weeks Re: Lead Generation Sites, pp. 13, 18.

### iii.    The Netberry Web Traffic Estimator

45. For websites that had an Alexa Ranking in July 2018, Mr. Weeks substitutes website traffic allegedly derived from a traffic estimator calculator located on a website blog he found doing internet searches after being retained as an expert in this case.[43] That blog was found on the website www.netberry.co.uk and the blogpost is titled "Alexa Rank – a thorough examination." The blog post is dated May 4, 2013.[44] Netberry's website states it is a European marketing company that works with casinos.[45]

46. The blog post contains the following algorithms to convert an Alexa ranking to estimate website traffic:

$$Daily\ Reach = 145.42\ x\ AlexaRank^{-1.008}$$
$$R^2 = 0.9791$$
$$Monthly\ Visitors = 104,943,144,672\ x\ Alexa\ Rank^{-1.008}$$

47. The blog also contains a button where a visitor could type in an Alexa ranking and click "Calculate" to run a calculation using this algorithm. At his deposition, Mr. Weeks claimed to have copied the algorithm himself into an Excel spreadsheet and performed the calculation personally.[46] No such spreadsheet has been produced.

48. Mr. Weeks conducted no independent research to determine whether this five-year old web traffic estimator was reliable, either at the time it was published, or whether it is reliable now.

---

[43] Deposition of Wesley Weeks, pp. 240-241, 244.
[44] Exhibit 3.
[45] http://netberry.co.uk/.
[46] Deposition of Wesley Weeks, p. 236.

49. This calculator is of dubious value because of (1) the substantial changes made to the Alexa Rankings in the intervening years[47] and (2) the substantial increase in internet traffic since 2013.

50. The 2013 blog post states that the algorithm was written using the number of known internet users in 2012, which was 2.4 billion people. Consequently, the algorithm uses 2.4 billion as the value of 100, representing a hundredth of the then-estimated total of internet users.[48] It is currently estimated that there are more than 4.1 billion internet users.[49] Therefore, even if the Netberry calculator was reliable in 2013, which Mr. Weeks made no effort to find out, that algorithm is calculating traffic using a standard that is materially wrong. The value of a hundredth of the total pool of known internet users is now 4.1 million, a difference of *1.7 million* people.

51. The Netberry blog entry which contains the calculator reveals that it's not an academic treatise. The blog contains no testing that validates the algorithm, and the article is casually written.[50]

---

[47] The composition and size of Alexa's traffic estimators has changed substantially in the last five years. See https://support.alexa.com/hc/en-us/articles/203355660-Did-something-change-about-the-way-Alexa-ranks-sites-;https://news.thewindowsclub.com/alexa-increase-global-traffic-panel-accuracy-69528/, set forth as Exhibit 4.

[48] Exhibit 3:
   "What about monthly visitors? There is open data about some sites [sic] real monthly visitors. Based upon 35 very large sites [sic] traffic statistics and their Alexa Daily Reach, I have calculated there should be about 2,900,000,000 Internet users in the world. That is almost the same as statistics by Internet World Stats. In the middle of 2012, they claimed that there are about 2,400,000,000 Internet users. I think Internet World Statistics has better statistics than I do so let's go with their count of Internet users. Now when we know the value of 100%, it is easy to calculate monthly visitors?"

[49] https://medium.com/@mikekujawski/global-internet-statistics-for-2018-c9dda951717e, set forth as Exhibit 5.

[50] For example:
   "They have developed a toolbar with suggestion for "where to go next" based on other users [sic] data. Their dream was to create an intelligent search engine, but they were really far from it making $370,000 in the year 1998. Luckily, Amazon bought them for $250,000,000 in 1999. Luckily Amazon still supports this reliable service for us."
Found at https://netberry.co.uk/alexa-rank-explained.htm, see Exhibit 3.

52. During the week of September 23, 2018, I attempted to use the Netberry website traffic calculator but was unable to get it to function.[51]

53. Mr. Weeks relies on the web traffic estimates he obtained using the Netberry calculator for his opinion that the leads he examined are fraudulent. Mr. Weeks bases this serious allegation on the results of this calculator, despite language in the Netberry blog post that specifically warns readers not to use it to estimate traffic on sites that have an Alexa Ranking past the top 500,000 sites:

> It is clear that the more data Alexa has the more precise the data is. That is why data will be more accurate for popular sites. Alexa claims that they have good data for the TOP 100,000. According to my experience, you can trust them for far more - up to the TOP 500,000.
>
> * * * *
>
> Still, before coming up with conclusions, make sure that the analyzed site is very popular. Otherwise the data will be way too approximate. Therefore, if the ordering party will get the real numbers from the offline channels, you might be ashamed of making 10-100 wrong estimations.[52]

54. In addition, immediately above the Netberry calculator is a specific warning about its reliability: ***"So, do not use this formula for sites far from the TOP 100,000 expecting precise values."*** The conclusion of the blog also states, "Alexa Rank is a good tool to analyze competitors and make some estimates, but it becomes very unpredictable for the sites with Alexa Rank more than 1,000,000."

---

[51]The calculator on the blog post appears as follows: 
[52] Exhibit 3.

### iv.    The Alexa Rankings Supplement

55. None of the calculations Mr. Weeks claims to have conducted using the Netberry calculator and formula were included in his report. In fact, his Lead Generation Report contained no reference at all to the blog post, the calculator, or the algorithm. On September 7, 2018, Plaintiff's counsel produced a four-page supplement to Mr. Week's Lead Generation Report, which included cut and pasted screenshots of Alexa Rankings that Mr. Weeks apparently captured on August 28, 2018, a month after his report was dated. This supplement was provided since Mr. Weeks failed to provide sources for many of the findings in his report and apparently failed to maintain any work papers supporting his calculations, including the Alexa Rankings he pulled in July 2018 and based his opinions upon.

56. In the supplement, Mr. Weeks noted that in the one month since his report was filed, "Traffic appears to have dropped to a point of being incapable of generating any kind of ranking currently for several of the sites."[53] Mr. Weeks fails to mention that two of the five sites experienced substantially *improved* rankings in August 2018 from their July 2018 ranking:

| Website Name | Alexa Ranking In Weeks July Report | Alexa Ranking in Weeks August Supplement | Rank Trending |
|---|---|---|---|
| Myhealthcareauthority.com | NA | 2,495,433 | Up |
| Myeducationauthority.com | NA | NA | Unknown |
| DiabetesHealth.Info | 11,142,802 | NA | Down |
| MyCreditAuthority.com | NA | 8,564,902 | Up |
| PinpointSchool.com | 14,992,176 | NA | Down |

---

[53] Alexa Rankings Supplement, p. 2.

### vi.    *The Conversion Rate Blog Post and the 2.35% Estimate*

57. After Mr. Weeks calculated his web traffic estimates using the Netberry calculator, he then applied to these figures a flat "conversion rate" of 2.35%. In other words, Mr. Weeks assumes that only 2.35% of his fictionalized website traffic would be converted into an opt-in. Mr. Weeks applied this conversion rate to all five websites. He provides no explanation as to why this conversion rate should be applied to all five websites, which are in substantially different industries (higher education, healthcare, financial services) and without conducting any investigation into the nature of the marketing conducted by the individual websites to generate traffic.

58. The conversion rate of 2.35% is extracted from a chart with no citation, which Mr. Weeks cut and pasted into his Lead Generations Report.[54] On this chart, the 2.35% is reported as the "median" conversion rate. The chart also indicates that the top 10% of sites have conversion rates of 11.45% and the top 25% have conversion rates of 5.31%. I conducted an internet search and identified the source of the chart, a blog entitled "Everything You Know About Conversion Rate Optimization is Wrong" published by a provider of advertising software. The total number of sites that were analyzed to produce this figure is not disclosed, and the data upon which the figure was derived is vaguely described as corporate "accounts we can analyze."[55] No further description of the methodology used to calculate the conversion rates is provided. Mr. Weeks, who admits he is not an expert in conversion rates,[56] conducted no testing to

---

[54] Report of Wesley Weeks Re: Lead Generation Sites, p. 9.
[55] https://www.wordstream.com/blog/ws/2014/03/17/what-is-a-good-conversion-rate, set forth as Exhibit 6.
[56] Deposition of Wesley Weeks, p. 273.

confirm the accuracy of the chart in the blog post and was unaware of the scope of the study confirm the accuracy of the chart in the blog post and was unaware of the scope of the study conducted that resulted in the chart he pasted into his report.[57]

59. Once Mr. Weeks applied the flat 2.35% conversion rate to his web traffic estimates, he found that the opt-in leads reported for those websites are greater than the number of conversions his methodology estimated. He then declares the leads are likely "generated from an existing lead source and electronically submitted to the various websites to provide appearance of consent."[58] In plainer language, Mr. Weeks alleges that the opt-ins were faked by someone using a computer script that pushed the opt-ins into the web servers and that they were not obtained through the legitimate consent of consumers.

## IV.   CONCLUSIONS AND OPINIONS

60. As detailed below, Mr. Week's analysis is unsupported, uses unreliable and unauthoritative sources, and applies an unscientific and incoherent methodology. It is also tainted by confirmation bias.

### a)   <u>The Five Arbitrary Sites Mr. Weeks Analyzed Are Not A Representative Sample</u>

61. The five sites analyzed by Weeks (mycreditauthority.com, pinpointschool.com, myeducationauthority.com, myhealthcareauthority.com, diabeteshealth.info) were not randomly selected from the lead lists used by RSC. Instead, four of the sites were selected by Plaintiffs' counsel and PinpointSchool.com was included because Mr. Weeks thought it appeared to be related to one of the four he was instructed to review.[59] The criteria used by Plaintiff's counsel in selecting these websites is not disclosed. The selections are curious as

---

[57] Deposition of Wesley Weeks, pp. 276-277.
[58] Report of Wesley Weeks Re: Lead Generation Sites, p. 36.
[59] Deposition of Wesley Weeks, pp. 56-59.

two of the sites analyzed, Myeducationauthority.com, and Mycreditauthority.com did not provide any opt-in leads to RSC. An analysis of their website traffic is therefore irrelevant to this case.[60]

62. Mr. Weeks admits that the five sites do not constitute a statistically sound sample of the websites that provided opt-in consents for the calls at issue and that his conclusions cannot be applied to the other websites that provided leads to RSC.[61] By any measure, a sample of only five, of which only three are relevant, is too small from which to draw any statistically reliable conclusions. The "Report of Wesley Weeks" stated that his analysis of the larger data set of 12 comma separated data files representing approximately 630 million calls handled by Prospects DM and Helping Hands represented "about 600 actual domains."[62] My analysis of the data set of approximately 2.1 million calls actually transferred to RSC identified 1,125 unique URLs.[63] A statistically valid randomized sample from a population of 600 domains, using a 95% confidence level and 5% margin of error, is 235; a statistically valid randomized sample from a population of 1125 at the same parameters is 287.

---

[60] Deposition of Wesley Weeks, pp. 318-319.
[61] Deposition of Wesley Weeks, p. 330.
[62] Report of Wesley Weeks, pp. 5-8.
[63] There is an important distinction between "domains" and "URLs." A web domain is the "root" of the address ending in .com, .net. .org, and so on. A URL is the complete address for any given page at that root domain.

### b) **Mr. Weeks' Calculations Rely Upon Unreliable Data**

63. Mr. Weeks' analysis is dependent upon two public third-party sources that publish website traffic estimates, Alexa rankings and SEMrush, and two blog posts that respectively posted calculations on web traffic estimates and conversion rates. The sources of information upon which Mr. Weeks relies are either inaccurate, outdated, or not meant to be used in the manner in which Mr. Weeks uses them. Furthermore, the website traffic data and rankings have well documented limitations which Mr. Weeks fails to disclose.

#### i.   *Alexa Rankings Are Only Reliable For The Top 100,000 Websites*

64. Well before Amazon named its Echo personal assistant "Alexa," it purchased a subsidiary named Alexa Internet, Inc. that sells website marketing data and services. Alexa Internet produces the "Alexa Rankings," a global ranking system of internet sites based upon perceived traffic. The lower the Alexa rank, the more popular the website. Google.com is ranked number one and is therefore identified as the most popular site on the internet.

65. The website traffic data upon which the Alexa rankings are based is obtained in large part through a browser extension which has been intentionally enabled by a "global data panel."[64] The members of this panel have agreed to have their browsing history captured and analyzed. The concept is similar to the Nielsen ratings which, for decades, measured television audience size and composition by tracking what television shows the members of its panel watched. If

---

[64] Alexa's traffic estimates and ranks are based on the browsing behavior of people in our global data panel which is a sample of all internet users. Alexa's Traffic Ranks are based on the traffic data provided by users in Alexa's global data panel over a rolling 3 month period. Traffic Ranks are updated daily. A site's ranking is based on a combined measure of Unique Visitors and Pageviews. Unique Visitors are determined by the number of unique Alexa users who visit a site on a given day. Pageviews are the total number of Alexa user URL requests for a site. However, multiple requests for the same URL on the same day by the same user are counted as a single Pageview. The site with the highest combination of unique visitors and pageviews is ranked #1. Additionally, we employ data normalization to correct for biases that may occur in our data. https://support.alexa.com/hc/en-us/articles/200449744-How-are-Alexa-s-traffic-rankings-determined, set forth as Exhibit 7.

no one on the global panel visits a particular website, that website's traffic is not tracked. Additional traffic data is obtained through scripts that web designers embed in their sites. These scripts track and transmit the traffic data directly to Alexa Internet. Websites that do not have these scripts do not provide their website traffic to Alexa Internet.

66. The Alexa Rankings have significant well known and acknowledged limitations. First and foremost, Alexa Internet clearly states that Alexa rankings below 100,000 are inaccurate and should not be relied upon:

> There are limits to statistics based on the data available. Sites with relatively low measured traffic **will not be accurately ranked by Alexa. We do not receive enough data from our sources to make rankings beyond 100,000 statistically meaningful.** (However, on the flip side of that, the closer a site gets to #1, the more reliable its rank.) **This means that, for example, the difference in traffic between a site ranked 1,000,000 and a site ranked 2,000,000 has low statistical significance.** Sites ranked 100,000+ may be subject to large ranking swings due to the scarcity of data for those sites. **It is not unusual for such sites to decline to "No data" Traffic Ranks, or to improve suddenly.** (Emphasis added)[65]

67. Mr. Weeks ignores Alexa Internet's warnings and instead bases his entire analysis on websites whose Alexa rankings are at or below *11,142,802*. He also does not disclose this specific warning in his report. It is fatal to Mr. Weeks' conclusions that the actual source Mr. Weeks' uses clearly states that no meaningful conclusions can be drawn using rankings in this range. Mr. Weeks admits the unreliability of the data at one point but then baldly argues that this means the traffic tracked is *smaller* than Alexa Internet reports.

> The sites [sic] Alexa ranking of over 14 million means that the expected number of visitors would be around the site gets [sic] 8-10 visitors a day, however Alexa is unreliable with rankings this large so it is possible the number is substantially smaller.[66]

---

[65] Alexa Support Information, see Exhibit 7.
[66] Report of Wesley Weeks Re: Lead Generation Sites, p. 19. Par. 39.

68. Mr. Weeks does not entertain the obvious implication from Alexa's disclosure that the web traffic might just as easily, and is in fact is more likely to be *undercounted* and experience higher traffic than attributed by its Alexa ranking. For example, if no one on Alexa Internet's global panel visits a particular website during the measuring period, then Alexa shows no rank for that site.[67] This does not mean that the website did not experience any traffic, it just means that the site could not be ranked because the panel members did not visit it. Three of the sites Mr. Weeks analyzed do not use Alexa scripts so their ranking is entirely dependent upon tracking by Alexa's global panel.[68]

69. One of the reasons that Alexa rankings below 100,000 are so unreliable is the existence of what Alexa Internet describes as the "Long Tail Effect." This means that sites that are at the upper end of the rankings need a massive change in their traffic to change their rankings whereas, due to the scarcity of data on the sites with less traffic, small changes in traffic can result in substantial changes in their rankings. Because of this long tail effect, a very small change in the number of visitors to a site can result in a substantial change in its rank. Sites ranked in the hundreds of thousands or millions are much more sensitive to small increases or decreases in traffic.[69]

---

[67] "Every day, Alexa estimates the average daily visitors and pageviews to every site over the past 3 months. The site with the highest combination of visitors and pageviews over the past 3 months is ranked #1. If no one in our measurement panel visited a site over the past 3 months there is no rank at all for that site." https://blog.alexa.com/improving-your-alexa-rank/, set forth as Exhibit 8.

[68] Mr. Weeks' Lead Generation Report notes that MyEducationAuthority.com, MyCreditAuthority.com, and MyHealthCareAuthority.com do not deploy Alexa Script. See pp. 23, 27, 31.

[69] "The closer you get to the head of the graph; the more visitors it takes to move up in rank. For example, there's a huge difference in traffic to a site ranked 10 versus a site ranked 200. However the situation changes as you move out towards the tail. The important thing to notice is that because of the shape of the distribution, a very small change in the number of visitors to a site on the long tail results in a large change in rank." https://support.alexa.com/hc/en-us/articles/200449614-What-s-going-on-with-my-Alexa-Rank-

70. Mr. Weeks ignores all the disclosed limitations published by Alexa Internet and makes baseless conclusions regarding "expected" web traffic for low or non-ranked sites. For example, he claims with no supporting authority that, "For sites with no Alexa Ranking an estimate of 10 unique visits a day was used. Had the site averaged more than that it should have had a ranking of some kind."[70]

71. The volatility of website rankings is illustrated by the historical Alexa rankings of my corporate website which is at www.thinkbrg. Below is a graph showing the volatility of that site's traffic.[71] As discussed more fully below, one snapshot does not accurately capture the historical traffic of a website.



ii.     **SEMRush Web Traffic is Unreliable**

72. Search Engine Optimization ("SEO") is the action taken by companies to make their websites more likely to be identified by search engines when users undertake searches for the types of services or products offered by the company. SEMrush is one of many SEO tools sold to

---

[70] Report of Wesley Weeks, p. 29.
[71] See rank2traffic report, set forth as Exhibit 9.

marketing professionals to identify the nature and scope of web traffic to sites on the internet. The tool purports to identify the number of unique visitors to website, the number of "backlinks" or links to the website from third-party sources, and what key words bring up the site when searched.

73. SEMrush website traffic are not based upon any actual reporting of traffic by websites but is instead based on undisclosed third-party sources:

> Estimated, Not Measured Traffic
>
> Since Traffic Analytics data is not obtained from any domain's internal analytics, the numbers you see here might differ from what you see in Google Analytics or any other analytics services you use. Traffic Analytics provides data based on clickstream data that comes from multiple proprietary and 3rd party data sources.[72]

74. Like Alexa Rankings, the SEMrush data becomes meaningless and unreliable when it attempts to estimate traffic on small websites. In fact, SEMrush admits that if a website gets less than 10,000 visits a month, its reported data is so untrustworthy that it cannot be used even to obtain "basic insights":

> While 200 million users sound like a lot, it's technically just a tiny portion of the real number of Internet users. ***That's why you might get an incomplete information for relatively small websites.*** For each country, the criteria of "small" website will differ due to a different amount of clickstream panelists in each country. ***But a website with 10,000 monthly visits should be enough to get at least some basic insights on the website in Traffic Analytics.*** (Emphasis added)[73]

75. I conducted research for publicly available information on the accuracy of SEMrush traffic analysis. I identified consumer research which compared the traffic estimates of three tools, including SEMrush to the actual traffic experienced by 25 websites. The tester predicted that

---

[72] https://www.semrush.com/kb/26-traffic-analytics#estimatedtraffic, set forth as Exhibit 10.
[73] Id.

the traffic estimators would underestimate traffic because the tools have limited indexes and

only track a limited number of key words. SEMrush was found to be highly unreliable and had

a pattern of substantially underestimating web traffic:

> We found SEMrush to be the least accurate tool, underestimating total traffic for
> all sites by 30% (9.4m estimated visits compare d to 13.4m actual visits), and on
> average underestimating traffic by 42%.[74]

76. In the study I identified, of the 25 sites reviewed, SEMrush underestimated the traffic of 22 of

them. Of those 22 websites, 11 (50%) were underestimated by more than 50%.[75]

77. Mr. Weeks' admitted in his deposition that his decision to use SEMrush as part of his analysis

was based on the fact he did not have to pay for the data: "And then the other tools were when

I was looking at the other tools and doing some comparisons, I was able to get the data I needed

through the SEMrush without having to necessarily go through a paywall."[76]

### c)   Weeks' Analysis Lacks Scientific Rigor, Is Inconsistent and Biased

78. Weeks' two reports site to no academic studies or authorities to support his use of the Alexa

rankings and SEMrush data for his calculations. He fails to disclose the public warnings

regarding the reliability of the data by their publishers. He provides no facts that could justify

ignoring these warnings. Indeed, Mr. Weeks goes so far to accuse the lead generators of fraud

based solely on calculations he knew or should have known were highly unreliable.

79. Mr. Weeks rejects all the web traffic reported by SEMrush as "suspicious" based on his opinion

that the websites lack "consistency" in their traffic patterns and states that some reported traffic

---

[74] "How Accurate Are Website Traffic Estimators?" set forth as Exhibit 11.
[75] Id.
[76] Deposition of Wesley Weeks, p. 97.

patterns have "extreme spikes" that are not consistent with "expected search patterns."[77] Weeks never actually explains what the "expected search patterns" are supposed to be, nor could he. As the warnings from SEMrush and Alexa Internet make clear, websites are unique and their traffic patterns vary widely depending on the nature of the site.

80. Instead of recognizing traffic that was indicative of lead generation websites, and entirely consistent with the volatility that both SEMrush and Alexa Internet state are to be expected from smaller websites, Mr. Weeks instead deems each "suspicious" This volatility in traffic and rankings is not due to the nefarious activities of the website owners but because small websites are poorly tracked by third-party services and their traffic patterns will lack consistency due to the limitations of the tracking services.

81. After declaring all the SEMrush data suspicious, Weeks substituted fictional traffic estimates. In each instance he claims this drastically reduced traffic is "using the most optimistic of estimates."[78] As noted earlier, the numbers which Mr. Weeks makes up for web traffic are internally inconsistent and to the extent they are reliant on the Netberry calculator they are based on grossly outdated data and are thus highly inaccurate. Furthermore, he uses as his basis for rejecting the web traffic one Alexa Ranking which he took in July 2018, despite his knowledge that these rankings fluctuate substantially for small websites.

82. To illustrate the volatility of Alexa Rankings below are the historical Alexa rankings for the first six months of 2017 for Pinpointschool.com, one of the five websites which Mr. Weeks reviewed. The Alexa ranking goes from 240,634 in one month to zero. At one point it was as

---

[77] Report of Wesley Weeks Re: Lead Generation Sites, pp. 12-14, 17-19, 24-25, 28-29, and 32-34.
[78] Report of Wesley Weeks Re: Lead Generation Sites, pp. 14, 19, 25, 29, and 33.

low as 118,058, indicating traffic patterns far in excess of the one ranking of 11,142,802 which

Mr. Weeks uses in his analysis.[79]

| Date | Alexa Ranking |
|------|---------------|
| 2017-01-01 | 118,058 |
| 2017-01-16 | 138,402 |
| 2017-02-01 | 198,241 |
| 2017-02-16 | 173,642 |
| 2017-03-01 | 240,634 |
| 2017-03-16 | 0 |
| 2017-04-01 | 345,577 |
| 2017-04-16 | 190,581 |
| 2017-05-01 | 0 |
| 2017-05-16 | 0 |
| 2017-06-01 | 0 |
| 2017-06-16 | 0 |

83. The lack of a coherent methodology used by Mr. Weeks in calculating his fictional web traffic

for the five sites is demonstrated in the chart below.

| Website | Alexa Ranking Reported by Weeks | Lowest Alexa Ranking in 2017 | Highest Alexa Ranking in 2017 | SEMrush Total Yearly Traffic | Weeks' Substituted Yearly Traffic | Percent Weeks Decreased SEMrush Web Traffic |
|---------|--------------------------------|------------------------------|-------------------------------|------------------------------|-----------------------------------|---------------------------------------------|
| Diabeteshealth.com | 11,142,802 | 388,079 | 852,595 | 11,036 | 10,950 | -1% |
| Pinpointschool.com | 14,992,176 | 118,058 | Not Ranked | 95,737 | 3,650 | -97% |
| Myeducationauthority.com | NA | Not ranked | Not Ranked | 16,900 | 365 | -98% |
| Mycreditauthority.com | NA | Not ranked | Not ranked | 1,700 | 365 | -79% |
| Myhealthcareauthority.com | NA | Not ranked[80] | Not Ranked | 25,621 | Not provided | Not provided |

84. As the chart above illustrates, the web traffic reported by SEMrush is not discounted by Weeks

in any consistent matter. This is likely due to the unreliability of the five-year-old Netberry

---

[79] Historical Alexa Rankings is drawn from Rank2traffic.com, a website that stores historical Alexa rankings. The report from which the above data is drawn is set forth as Exhibit 12.
[80] Myhealthcare authority was not ranked in 2017 but did achieve an Alexa ranking of 991,402 in February 2018 and 976,047 in March of 2018. See Exhibit 13.

calculator, combined with the fact that he used only one snapshot Alexa Ranking instead of a moving historical average.

85. Mr. Weeks claims to have counted backlinks as a positive fact that substantiates legitimate web traffic yet he casually dismisses the over 1,400 backlinks reported for Pinpointschool.com as "low quality" and "not links from sites providing relevant information." He claims, without any support, that they were placed "directly by the domain owner using an automated process or tool." No analysis of the 1,400 backlinks is provided, no criteria or methodology for deeming them "low quality" is set forth, and there is no basis for his claim that the domain owner placed the backlinks is provided. It appears that the existence of this substantial number of backlinks is inconvenient for his theory so he simply denies their legitimacy, in effect calling them "fake news."

86. Mr. Week's "Smoking Gun" analysis is more evidence of his confirmation bias. Instead of doing basic due diligence he concluded that the time stamps which stopped after business hours were a smoking gun indicating fraud and "yet another sign of fraudulent manufacturing of consent." Instead of conducting an independent analysis, Mr. Weeks proceeded with the conclusion that the opt-in leads were invalid and sought, or manufactured, evidence to support that opinion.

### d)  Applying the Weeks Methodology to Humatec.com

87. Mr. Weeks is an independent CRM software engineer who works for Humatec.com, a consulting firm, as a subcontractor helping them build and improve their website www.humatec.com. I pulled traffic and website data from the same sources (Alexa and

SEMrush) he used in his reports and found that, under his own methodology, the website would be deemed "suspicious".

- It has a high Alexa ranking: On October 1, 2018 it was reported as 7,471,882.

- Its traffic fluctuated significantly: Alexa reports that the ranking was up 10,568,818 in the last three months.

- It had only 82 backlinks and 34 referring domains.[81]

- It experienced significant fluctuations in traffic key words with SEMrush reporting no unique visitors in May through July 2018.[82]

88. Based on his own methodology, it would be legitimate to assume that the website he was paid to optimize for Humatec receives only a handful of unique daily visitors a day.

  e)  **Even if the Ranking and Web Traffic Data that Mr. Weeks Relies Upon Were Reliable, He Fails to Apply the Data from the Relevant Time Frame**

   i.  *Alexa Rankings Fluctuate Wildly Over Short Periods of Time*

89. As explained above, Alexa rankings fluctuate substantially over time, especially for websites ranking higher than 100,000. The following graphs of the historical Alexa Rankings of pinpointshool.com and my company's website at www.thinkbrg.com ably demonstrate these fluctuations:

---

[81] Humatec.com – Weeks Methodology. In contrast, my firm's website, www.thinkbrg.com was reported to have 19,600 backlinks and 543 referring domains on October 1, 2018 and an Alexa Ranking of 518,097 on October 12, 2018 (See Thinkbrg.com – Weeks Methodology).
[82] Traffic and ranking reports, see Exhibit 12.





90. It is entirely unscientific for Mr. Weeks to take a snapshot of the Alexa Ranking in July 2018 and declare that opt-in leads obtained on these sites months and years earlier are illegitimate based on traffic the website experienced at a later date. When confronted with this issue at his deposition, Mr. Weeks agreed that using the web traffic data from the time the opt-in leads were obtained is preferable. Mr. Weeks then admitted that, at the time he wrote his report, he had no idea that historical Alexa Rankings were available:

A:    So if it was possible to go back in time and be able to pull in and view Alexa rankings when somebody submitted information, if I can go out there and pull those rankings back two years and show those, that would certainly be helpful.

If you're talking about leads that are spanning an extreme amount of time, and – I don't know of any particular way to do that.[83]

\*\*\*\*

Q:    Doesn't rank2traffic provide Alexa rankings historically?

A:    I don't recall seeing any information about that. It may. I didn't review every page on the website.[84]

91. When Mr. Weeks was presented with the historical Alexa Rankings of Pinpointschool.com, which showed it had an Alexa ranking in the 200,000 range as recently as April 2017, Mr. Weeks admitted that the appropriate Alexa Ranking to apply to the opt-in leads was the Alexa Rank at the time the lead was obtained.[85]

> ii.    *Mr. Weeks' Proposal to Use Alexa Rankings to Assess Web Traffic Requires an Individualized Analysis of the Millions of Opt-ins Leads at Issue*

92. Even if the Alexa Rankings could be used to estimate website traffic, linking up the more than two million opt-in leads that resulted in calls with RSC would require a manual process where each opt-in website was searched for its Alexa ranking at the time of the opt-in. There is no automated way to do this as historical Alexa Rankings must be individually searched. There is no bulk process. In addition, historical website traffic is not available for all websites. For example, I tried to obtain the historical website traffic of Humatec.com but it was not available on Rank2traffic. In addition, the historical traffic for myeduationauthority.com,

---

[83] Deposition of Wesley Weeks, p. 334.
[84] Deposition of Wesley Weeks, p. 335.
[85] Deposition of Wesley Weeks, p. 344.

mycreditauthority.com, and diabeteshealth.info was not available. Without historical data it is impossible to estimate the web traffic at the time the opt-in leads were obtained.

### f)   Mr. Weeks Uses an Inappropriate and Unsupported Conversion Rate

93. I am not an internet marketing expert and I am not an expert on website conversion rates. I am asked to review whether the website conversation rate employed by Mr. Weeks was based on reliable testing and from a reliable source based upon my experience as a data analytics expert. Mr. Weeks, admitted in his deposition that he is not a conversion rate expert and that he conducted no independent testing of the conversion rates set forth in the blog post. Furthermore, Mr. Weeks had no prior experience with the company that published the article or its author.[86]

94. As set forth above, Mr. Weeks applied a flat 2.35% conversion rate which he found in a website blog titled "Everything You Know About Conversion Rate Optimization is Wrong" published by a provider of advertising software. The article is a sales pitch for the company's conversion rate optimization services. The article is jokey and non-academic and attempts to make its points with Jackie Chan, Lord of the Ring, and Matrix memes.[87]  The following screen shot of a section of the article aptly illustrates of the nature of the piece:

---

[86] Deposition of Wesley Weeks, pp. 280-281.
[87] A copy of the article is attached as Exhibit 6.



95. The statistics presented are not verifiable and the samples it draws from do not appear to be representative. For example, the article describes the websites analyzed and its mythology as follows: "In this analysis, we started with all accounts we can analyze and went back a period of 3 months." There is no way to test the accuracy of the statistics reported. It should also be noted that elsewhere in the article, the text infers that the average conversion rate for websites is actually 4%.[88]

96. I conducted research to determine if there were other reported statistics regarding website conversion rates. I found that many SEO companies publish conversion rate statistics. For example, I found a web blog entitled "The Average Website Conversion Rate by Industry

---

[88] See Exhibit 6. ("On average, 96% of the people who visit a website will leave without ever converting to a lead or sale.")

"(updated for 2017)" which contained a variety of sourced statistics on website conversion. This article stated that there are many factors affect conversion rate including traffic sources, the product or service being offered and the type of device used to access the site. This article specifically addressed lead generation websites, which are the type of websites that are at issue in this case:

> **Average Conversion Rate for Lead Generation Websites:**
> You will not find any published data on the average conversion rate for lead generation websites. Invesp internal metrics, based on approximately 35 different lead generation websites, indicates an average of 13% of visitors converted into customers, with the highest converting site sustaining a rate at 28%.[89]

97. As I am not a conversion rate expert, I cannot vouch for the validity of the statistics in this article or the 2.35% conversion rate used by Mr. Weeks' in his report. I am providing this information to illustrate the fact that the rate used by Mr. Weeks, which he did nothing to validate, are contradicted by other available resources. Because Mr. Weeks failed to conduct any testing or validation on the statistics he used in his report his conclusions are unreliable.

## V.   CONCLUSION

98. Mr. Weeks' analysis is unscientific and uses demonstrably unreliable and outdated data to support his claim that the leads in this case are fraudulent. His report is replete with errors and he failed to disclose critical warnings by Alexa Rankings and SEMrush that the type of data he uses in his report is unreliable. His methodology lacks scientific rigor (no workpapers were maintained, charts and graphs he found on the internet were pasted into his report without sourcing, data is inconsistently reported, he performed no testing to validate the statistics he found in blog posts). Furthermore, his findings and reporting are highly biased. From the

---

[89] The article is attached as Exhibit 14.

beginning of his work where he used websites that were handpicked by counsel, to the end, where he supplemented his report and failed to note important positive changes in the web rankings for two of the studied websites, his bias is evident. He found all traffic patterns "suspicious" and declared he found a "smoking gun" in the data. The reality was that he failed to ask basic questions and made a gross error in his analysis, one which he still has not retracted.

99. After reviewing Mr. Weeks's two reports, analyzing the RSC data, and conducting independent research of my own regarding Mr. Weeks' methodology and conclusions, I can state with a reasonable degree of scientific certainty that Mr. Weeks' conclusions are unreliable, inaccurate, and biased.

Respectfully submitted,

_____

Margaret A. Daley

# **Exhibit 1**

Curriculum Vitae



**Peggy Daley**
BERKELEY RESEARCH GROUP, LLC
70 West Madison Street, Suite 5000 | Chicago, Illinois 60602

Direct: 312.429.7950
PDaley@thinkbrg.com

Ms. Daley specializes in conducting complex investigations on behalf of boards of directors, senior management, outside counsel and regulators. Ms. Daley's work includes high profile investigations and compliance initiatives on behalf of higher education institutions, financial institutions and healthcare providers. Ms. Daley has testified at regulatory and sanctions hearings and also serves as an expert witness in matters relating to fraud, data privacy, data analytics, TCPA and consumer fraud, compliance and data security.

Ms. Daley's investigative team has been named "Best of Chicago for Global Risk & Investigations" by the National Law Journal. Who's Who Legal has named her as one of limited group of Forensic Investigations Experts every year since 2014 and noted that she is "one of the most highly respected nominees in our research overall." Ms. Daley was selected in 2018 by Who's Who as one of five U.S "Thought Leaders" in the field of Digital Forensics.

Ms. Daley's compliance work includes serving as the independent auditor for financial, admissions and marketing Student Commitments made by Adtalem Global Education. She has also designed and implemented graduate employment outcome reporting protocols for all U.S. law schools on behalf of their accreditor, the American Bar Association. Ms. Daley has investigated whistleblower claims on behalf of large public universities relating to misreporting data to accreditors and unethical behavior of university leadership.

Ms. Daley is very experienced in matters relating to government ethics. She currently serves as the Chairman of the Cook County Board of Ethics, which oversees the governance of the Cook County Ethics ordinance over the 22,000 Cook county employees and officeholders. She also serves on the state board overseeing the licensing of private detectives and security professionals. She is a Life Trustee of the Better Government Association, where she previously served as the Chair of the Board of Directors. Ms. Daley received her J.D. *cum laude* from Boston University School of Law and her B.A. from the University of Michigan.

**EDUCATION**
J.D., *cum laude* Boston University School of Law, 1987
B.A. University of Michigan, 1984

Curriculum Vitae 

**SUMMARY OF PROFESSIONAL EXPERIENCE**
Duff & Phelps, Managing Director, 2008-2015
Navigant Consulting, Director, 2004-2008
Pinkerton Consulting, Vice President and Associate General Counsel, 2001-2004
Investigative Group International, Vice President and General Counsel, 1997-2001
Sonnenschein Nath & Rosenthal, Associate, 1995-1997
Phelan Pope & John, Associate, 1990-1995
Kirkland & Ellis, Associate, 1987-1990

**PROFESSIONAL AWARDS AND RECOGNITION**
2018 Who's Who Legal Consulting Experts:  Digital & Data- Digital Forensic Expert
2018 Who's Who Legal Investigations:  Digital Forensic Expert Thought Leader
2018 Who's Who Legal Investigations: Investigations Thought Leader
2018 Who's Who Legal:  Forensic Investigations Expert
2017 Who's Who Legal Consulting Experts: Forensics & Litigation Consulting - Digital
2017 Best Forensic Investigations Team 2017 – USA, *Lawyer's Monthly*
2017 Who's Who Legal: Forensic Investigations Expert
2016 Who's Who Legal: Forensic Investigations Expert
2015 Who's Who Legal: Forensic Investigations Expert
2014 Who's Who Legal: Forensic Investigations Expert
2012 Best of Chicago Global Risk & Investigations, *National Law Journal*

**CERTIFICATIONS AND LICENSURE**
Certified Fraud Examiner (CFE)
Certified Information Privacy Professional (CIPP)
Certified Anti-Money Laundering Professional (CAMS)
Admitted to Illinois Bar, November 5, 1987, License No. 6196186
Illinois Class A Private Detective, License No: 115—001845

**PROFESSIONAL AFFILIATIONS**
American Bar Association, Member
    Co-Chair
        Financial Institutions, Money Laundering and Patriot Act Subcommittee of the
        White Collar Committee/Criminal Justice Section (2015-2017)
    Liaison
        White Collar Committee to the American Banking Association (2015-2017)
Association of Certified Information Privacy Professionals, Member
Association of Certified Fraud Examiners, Member
Association of Certified Anti-Money Laundering Professionals, Member
Better Government Association, Life Trustee (former Chair, Board of Directors)
Cook County Board of Ethics, Chair
Illinois Equal Justice Foundation, Board of Directors (2005-2017, President, 2016))

## Curriculum Vitae



Illinois Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and
   Locksmith Board, Member
Sedona Conference, Member WG11 Data Security/Privacy in Civil Litigation Drafting
   Team
Women's White Collar Defense Association
   Co-Leader Chicago Chapter (2012-Present)

**EXPERT WITNESS, TESTIMONY AND NEUTRAL EXPERIENCE**

1. McCurley v. Royal Seas Cruises, Inc., No. 17-cv-1988 AJB (AGS), consolidated with DeForest v. Royal Seas Cruises, Inc., No. 17-cv-986 AJB (AGS) (S.D. Cal., Report filed October 2018)
2. Pieterson v. Wells Fargo Bank, N.A., No: 3:17-cv-02306-EDL (N.D. Cal., Report filed October 2018)
3. Marcheco v. Jo-Ann Stores, LLC, No: 1:18-cv-20564-MGC (S.D. Fla., Report filed October 2018)
4. Horton v. Navient Solutions, Inc., No: 1773cv00200 (Mass. Sup. Ct., Report filed October 2018)
5. Fitzgerald v. Universal Pictures, No: 6:16-cv-01193-CEM-DCI (M.D. Fla, expert Report filed July 2, 2018)
6. Bakov, et. al v. Consolidated World Travel Inc. d/b/a Holiday Cruise Line, No. 1-15-CV-02980, consolidated with No. 1-17-CV-973 (N.D. IL, Report filed 2018)
7. Flowers v. Twilio, Inc., No: RG16804363 (Sup. Ct. Cal., Report filed 2017)
8. Terteryana et al. v. Nissan Motor Corporation, No.: 2:16–cv02029-GW-KS (C.D. Cal., Declaration filed 2017)
9. Johnson v. Oracle America, Inc., No: 3:17-cv-00725 (N.D. Ca. Declaration filed April 2017)
10. Champer v. Navient Solutions, Inc., No. 6:16-cv-00569 (M.D. Fla. April 4, 2016)
11. Zaklit v. Nationstar Mortgage LLC, et al., No: 5:15-cv-02190-CAS-KK (C.D. Cal., filed October 23, 2015)
12. Diwaker v. SLM Corporation (commonly known as Sallie Mae), No: 01-16-0000-1045 (American Arbitration Association, filed January 12, 2016)
13. Reifsnyder and Navient Solutions, Inc., Re: 01-15-0006-011 (American Arbitration Association, Report filed 2016)8)
14. Lee v. Global Tel * Link Corporation, No.: 2:15- cv-02495-ODW PLA [consolidated with 2:15-cv-03464-ODW-PLA] (C.D. Cal., Declaration filed 2016)
15. Henderson v. United Student Aid Funds, Inc. D/B/A USA Funds, No. 3:13-cv-1845-JLS-BLM (S.D. Cal., Declaration filed 2016)
16. Johnson v. Navient Solutions, Inc. f/k/a Sallie Mae, Inc., No 1:15-CV-0716 (S.D. Ind. Declaration filed 2016)
17. Charvat, et al. v. Valente, et al., No. 12-CV-5746 (N.D. Ill. Reports filed 2016)
18. Ameristar Casino East Chicago, LLC. v. Unite Here Local 1, No. 45d01-1504-PI-00034 (Lake Co. Sup. Ct., Indiana, August 2015)
19. ABA's Council on Legal Education and Admission to the Bar Data Policy & Collection Committee Meeting (2014)
20. Proprietect L.P v. Johnson Controls Inc., No 12-12953 (E.D. Mich. Appointed 2014)

Curriculum Vitae



21. ABA's Council on Legal Education and Admission to the Bar Sanctions Hearing, University of Illinois College of Law (January 2012)
22. Howard Ehrenberg, Chapter 7 Trustee of Axium International Inc. v. BDO Seidman, LLP, American Arbitration Association Case No. 13 107 Y 00329 09 (Case filed 2009)

**PUBLIC REPORTS, PUBLICATIONS AND ARTICLES**

1) "Why Can't the Courts Get Wrong-Number Cases Right?," International Association of Privacy Professionals Privacy Perspectives (May 21, 2018); https://iapp.org/news/a/why-cant-the-courts-get-wrong-number-cases-right/
2) "Data Breaches Take Various Forms:  Patching leaks from your house to the courthouse" Thinkset (April 4, 2018); https://www.thinksetmag.com/issue-4/2018/4/4/data-breaches-take-various-forms
3) "Five Deposition Questions You Should Ask Opposing TCPA Experts," Legaltech News (January 4, 2018)
4) Lies, Damn Lies and the Investigators Who 'Pretext,'" Law 360 (December 2, 2017)
5) "Independent Student Commitment Review for Adtalem Global Education" (October 23, 2017) http://viewpoints.adtalem.com/wpcontent/uploads/2017/10/Adtalem_Student_Commitment_Assessment.pdf
6) "Data Security and the Expert Witness: 14 Security Questions to Ask Your Witness" LegalTech News (May 18, 2017)
7) "Is Sensitive Data Safe in the Hands of Expert Witnesses?" Legaltech News (March 27, 2017)
8) "Life is Short; Affairs Are Expensive: The Ashley Madison Breach and Its Aftermath," ThinkBRGTech.com (2015)
9) "FCC TCPA Declaratory Rules Draw Objections," ThinkBRGTech.com (2015)
10) 10 Steps to Protecting Your Trade Secrets from the Malicious Insider," Inside Counsel (2014)
11) "Investigative Report University of Illinois Anonymous Emails of December 12, 2011," prepared by Jones Day and Duff & Phelps under the direction of the University Ethics Office and the Office of the University Counsel (January 13, 2012)
12) "Investigative Report University of Illinois College of Law Class Profile Reporting," prepared by Jones Day and Duff & Phelps under the direction of the Office of University Counsel and the University Ethics Office (November 7, 2011)
13) "Computer Forensics," Chapter 3 in The Commercial Fraud Manual, American Bankruptcy Institute (2010)
14) "Forensic Technology and the CPA Practitioner," AICPA Forensic Task Force White Paper (2010-2012)
15) "Laptop Discovery: Investigating Cases from Your Office Computer," The Environmental Litigator, (Spring, 2010)
16) Weathering the Storm: Timely, Complete and Cost Effective Discovery," Duff & Phelps White Paper (January, 2009)

Curriculum Vitae 

17)   "Fact Finding in the Digital Age," Chapter 26 in Product Liability Litigation: Current Law, Strategies and Best Practices, Practicing Law Institute (2009-2015)

18)   "Avoiding the Disclosure of Intermingled Data," 22nd Annual American Bar Association National Institute on White Collar Crime (2008)

19)   "Integrating E-Discovery and Investigations Expertise," Metropolitan Corporate Counsel, (August, 2008)

20)   "Tracking Assets in Financial Fraud and Bankruptcy Investigations: The Business Intelligence Guide for Asserting Creditors' Rights," Pinkerton White Paper (2001)

21)   "Protocols for Investigating Y2K Failures: A New Dynamic in Investigating and Resolving Technology Disputes," Mealey's Cyber Tech and Y2K Reporter (September 1999)

22)   "Limiting Discovery, Not the Facts: Using Investigators in Arbitrations and Mediations," Metropolitan Corporate Counsel (August 1999)

# Exhibit 2

*Exhibit 2*

*Documents Relied Upon*

10297378245 - DeForest call 2016-12-26 (2)

35686476219 - DeForest Call 2017-5-5

CallLog_35675617386_9258901321_050317_443pm - McCurley call

CONFIDENTIAL – FOR COUNSEL ONLY - pro api 2016

CONFIDENTIAL – FOR COUNSEL ONLY - pro api 2018

CONFIDENTIAL – FOR COUNSEL ONLY - Pro-api-2017-file01

CONFIDENTIAL – FOR COUNSEL ONLY - Pro-api-2017-file02

Consolidated Complaint for Damages and injunctive Relief

Plaintiff's Motion For Class Certification

Exit Read Lead Generating Marketing Agreement

Defendant Royal Seas Cruises, Inc.'S Notice Of Serving Answers And Objections To
Plaintiffs' First Set Of Interrogatories To Defendant

Declaration of Aaron Slemboski

Declaration of Dan Barsky DeForest

Declaration of David Andras

Declaration of Jennifer Poole

Declaration of Joshua Grant

Declaration of Joshua Grant

Declaration of Kevin Brody

Declaration of Wesley Weeks 1 on Motion to Certify Class and attached exhibits

Declaration of Wesley Weeks 2 on Motion to Certify Class and attached exhibits

Deposition of Jennifer Poole and attached exhibits

Deposition of Wesley Weeks and attached exhibits

Alexa Rankings - Supplement

Alexa to Increase Global Traffic Panel for More Accuracy

Diabetes Health info screenshot

Did Something Change About the Way Alexa Ranks Sites

Netberry Website

Pinpointschool Web Analysis

thinkbrg.com - Weeks Methodology

humatec.com - Weeks Methodology

What's Going on with My Alexa Rank - Alexa Support

# Exhibit 3

Home > Netberry blog > Alexa Rank - a thorough examination

# Alexa Rank – a thorough examination

*Updated May 04, 2013*

## What is Alexa Rank?

Alexa Rank shows how popular the site is in comparison with other sites. The most popular site has Alexa Rank equals 1. If the site has Alexa Rank equals 100,000, then it is in TOP 100,000 popular sites in the world. Usually mentioning Alexa, people mean Global Rank but there is also Alexa Rank for each country.

## How can I get Alexa Rank for a specific site?

You can install browser extension (official or many others for Chrome or Firefox). Then, you will see estimated Alexa Rank for all the sites that you visit and get details when needed.



## How Alexa Rank is calculated?

Like mentioned above, many people install browser toolbars or extensions that send information to alexa.com about what sites they are visiting. You will be surprised, but there are millions of people doing this. Alexa tracks what sites these people have visited during the last 3 months and ranks sites using this data.

## Who is behind Alexa data?

Two guys created the company called Alexa Internet Inc. back in 1996. The name idea was taken from the famous Library of Alexandria. They have developed a toolbar with suggestions for "where to go next" based on other users data. Their dream was to create an intelligent search engine, but they were really far from it making $370,000 revenue in the year 1998. Luckily, Amazon bought them for $250,000,000 in 1999. Luckily, Amazon still supports this reliable service for us.

## How can Alexa data be used?

1. Compare site visitors of YourSite.com and YourCompetitor1.com, YourCompetitor2.com, etc. You can get leaders in your niche and understand who has more visitors than you do and who has less.

2. Estimate visitors count of YourPotentialCompetitor.com even before starting your business in some niche. We will talk about the formula later.

3. Spy on your competitors - because there is much more than just Alexa Rank. There will be an example later.

## How precise is Alexa Rank data?

It depends on your goal and the type of an analyzed site.

It is clear that the more data Alexa has the more precise the data is. That is why data will be more accurate for popular sites. Alexa claims that they have good data for the TOP 100,000. According to my experience, you can trust them for far more – up to TOP 500,000.

Thus, you can count on their data if your goals are:

- to estimate your competitors traffic;
- need correct figures for investors;
- provide arguments for your boss to be sure the site is very popular.

Still, before coming up with conclusions, make sure that the analyzed site is very popular. Otherwise, the data will be way too approximate. Therefore, if the ordering party will get the real numbers from the offline channels, you might be ashamed of making 10-100 wrong estimations.

At the same time, when you see the website claiming to have 1,000,000 users at the main page, and its Alexa Rank is 10,000,000 – you can be sure they are not being truthful.

Comparing Alexa Ranks can be a very good idea if you need to compare your site with a close competitor's site. If your target audience is similar (age, sex, location, interests), then the share of users that have Alexa toolbars will be almost the same. Therefore, you will not know how many visitors they have but will be sure if they are doing better or worse than you are.

## How to convert Alexa rank to Monthly Visitors?

We have selected about 5,000 random sites from Alexa TOP 1,000,000 and re-checked their Alexa Rank and daily reach. Daily reach shows how many people from the whole Internet visit this particular site.



As you can notice, there is a clear correlation between Alexa Rank and Daily Reach. That is not a surprise because Alexa calculates their ranking based on these daily reach values.

What about monthly visitors? There is open data about some sites real monthly visitors. Based upon 35 very large sites traffic statistics and their Alexa Daily Reach, I have calculated that there should be about 2,900,000,000 Internet users in the world. That is almost the same as statistics by Internet World Stats. In the middle of 2012, they claimed that there are about 2,400,000,000 Internet users.



I think Internet World Stats has better statistics than I do so let's go with their count of Internet users. Now when we know the value of 100%, it is easy to calculate monthly visitors.



Alexa claims that one can be pretty sure about their data for sites in TOP 100,000. I have decided to check about 150 sites that I know exactly how many monthly visitors they have, and which have an Alexa Rank from 1,000,000 to 10,000,000.



We see that there is no clear dependence between Alexa Rank and real monthly visitors to these sites. Please note that vertical axis is logarithmic so one tick means 10 times difference in monthly visitors.

I have tried to calculate predicted traffic using the formula above. The difference between calculated and real monthly users count differed from 2 to 100 times.

So, do not use this formula for sites far from the TOP 100,000 expecting precise values.

You can use this calculator to convert Alexa Rank to monthly visitors.



## How to use other data from Alexa?

Let us make an analysis of pinterest.com

http://www.alexa.com/siteinfo/pinterest.com

Their traffic increased rapidly in the beginning of 2012, but then remained stable.



They received 7.3% of traffic from search engines, other people are coming from other sites or just by typing pinterest.com in their browsers. At least 20% people coming from search engines with brand searches "pinterest" sometimes make typos.



This site is more for women aged 25-40.



There are several sources of traffic. TOP10 sources provide only 30% of traffic. That is good because if Google penalizes the site, they will loose only 10% of traffic from other sites.

## Conclusion:

Alexa Rank is a good tool to analyze competitors and make some estimates, but it becomes very unpredictable for the sites with Alexa Rank more than 1,000,000.

Alexa also provides another data source that can be used to understand the demographic and sources for your target audience.



written by Vladimir Luchaninov, CTO at Netberry



# Exhibit 4



# Questions? We have answers.

Search

Alexa Support › Site Metrics › Ranks

## Did something change about the way Alexa ranks sites?

Alexa is an impartial measurement service.  Our data is generated automatically for the websites that we measure, and our ranking methods remain constant.  We still use a combination of unique visitors and pageviews in order to calculate ranks for sites.

However, over time the composition and size of our data panel does change.  Our data panel is the sample of global internet traffic that is used to calculate Alexa ranks and estimate non-Certified metrics.

Changes in the data panel are a natural occurrence due to the evolution of internet audiences and usage, as well as improvements by Alexa to capture the resulting traffic data.

Alexa strives to calculate unbiased estimates of the actual web traffic to all sites on the internet.  However, we do understand that biases exist and we frequently update our calculations to account for them.  For more information about how biases can affect our estimates please see this page.

Have more questions? Submit a request

### Articles in this section

How are Alexa's traffic rankings determined?

Why is my site's Alexa Traffic Rank "No data" or "No rank"?

What's going on with my Alexa Rank?

Does Alexa always show historical ranks for sites?

How can my rank get worse when my site traffic is getting better?

Did something change about the way Alexa ranks sites?

Why doesn't my site have a Country Traffic Rank?

My site used to have a Global and/or Country Rank. Where did it go?

Can the Alexa rankings be cheated?

© Alexa Internet, Inc. 1996 - 2018  |  Privacy  |  Terms  |  Contact  |  API

   



Home (https://www.thewindowsclub.com/)     News (https://news.thewindowsclub.com/)

Microsoft (https://news.thewindowsclub.com/category/microsoft/)

Windows (https://news.thewindowsclub.com/category/windows/)

Office (https://news.thewindowsclub.com/category/office/)

Phone (https://news.thewindowsclub.com/category/phone/)

Security (https://news.thewindowsclub.com/category/security/)

Social Media (https://news.thewindowsclub.com/category/social-media/)

General (https://news.thewindowsclub.com/category/news/)

About (https://news.thewindowsclub.com/about-twc-news-team/)

Team (https://news.thewindowsclub.com/twcn-tech-news-team/)

Privacy (https://news.thewindowsclub.com/twcnews-privacy-policy/)

Terms (https://news.thewindowsclub.com/terms-and-conditions-of-use-of-twcn-tech-news-website/)

Contact (https://news.thewindowsclub.com/contact-the-windows-club/)

*October 7, 2014*

# Alexa to increase Global Traffic Panel for more accuracy

**RECOMMENDED: Click here to repair Windows problems & optimize system performance
(http://www.reimageplus.com/includes/router_land.php?tracking=twc&lpx=tef)**

**Alexa**, the subsidiary company of Amazon.com, announced recently that they are going to increase their **Global Traffic Panel**. This expansion will incorporate several more new data points which will in turn increase accuracy of the results. A combination of more data, numerous data points and more traffic coverage will result in **more accurate ratings**. And this accuracy in ratings will lead to better estimates, actionable recommendations and better traffic metrics.



(https://news-thewindowsclubco.netdna-ssl.com/wp-content/uploads/2014/10/Alexa-Home-page.jpg)

# Alexa Global Traffic Panel

Alexa was founded in the year 1996 and soon acquired by *amazon.com* in 1999. The company provides analytical insight of internet traffic and ranking for websites across the globe. The traffic and ranking estimates provided by Alexa are based on the global traffic panel. The panel gathers internet traffic data directly from the websites that have installed Alexa script on their website and certify their metrics. The traffic and ranking estimates displayed by Alexa reflect the total usage of these websites by millions of users using more than 25,000 different browser extensions all across the globe.





Alexa has been estimating internet traffic for more than 20 years. Alexa does not just rely on browser extensions or the Alexa toolbar.  They also gather much of their traffic data from direct sources, including sites that have chosen to install the Alexa script and certify their metrics.

Regarding this data gathering, Alexa mentions (http://blog.alexa.com/alexa-panel-increase/) that,

We're excited to announce that after a lot of hard work, the size of Alexa's global traffic panel will be significantly increasing. Over the next month we'll be incorporating lots of new data points, which will help improve the accuracy of our metrics. As a reminder, our data panel is a sample of global Internet traffic used to calculate Alexa ranks and estimate non-Certified metrics.

The increased global panel and more data points in the gathered information will certainly give more accuracy in the results produced by Alexa. It will be interesting to see how users are benefited from this new advancement.

The accuracy of Alexa Rankings have always been debatable (http://www.thewindowsclub.com/how-dependable-are-alexa-compete-quantcast-nielsen-really). Bloggers install the Alexa widget on their blogs to artificially push up their Alexa rank (http://www.thewindowsclub.com/how-to-improve-alexa-rank-of-your-website). But with this new development, Alexa hopes to provide robust and comprehensive metrics, and data and recommendations you can trust.

**RECOMMENDED: Download this tool to quickly find & fix Windows errors automatically (http://www.reimageplus.com/includes/router_land.php?tracking=twc&lpx=slm)**



*Posted by* AnkitGupta@TWCN (https://news.thewindowsclub.com/author/ankitgtwcn/) *with Tags* Misc (https://news.thewindowsclub.com/tag/misc/)

Ankit Gupta is a writer by profession and has more than 7 years of global writing experience on technology and other areas. He follows technological developments and likes to write about Windows & IT security. He has a deep liking for wild life and has written a book on Top Tiger Parks of India.

Latest News

- Windows 10 v1809 October 2018 Update is now available for download again (https://news.thewindowsclub.com/windows-10-v1809-october-update-is-now-available-for-download-again-93494/)
- Microsoft publishes Release Notes for Bash on Windows 10 v1809 (https://news.thewindowsclub.com/bash-on-windows-10-v1809-93469/)
- Intel announces the 9th Generation of the Core series processors (https://news.thewindowsclub.com/intel-9th-generation-core-series-processors-93480/)
- Google is shutting down Google+ due to security concerns (https://news.thewindowsclub.com/google-is-shutting-down-google-due-to-security-concerns-93473/)
- NVIDIA GeForce 416.16 WHQL driver for Windows 10 v1809 released (https://news.thewindowsclub.com/nvidia-geforce-416-16-whql-driver-windows-10-v1809-93451/)



0 Comments     **TWCN Tech News**                                              ① **Login**  ▾

♡ **Recommend**      🐦 Tweet      f Share                                Sort by Oldest  ▾

Start the discussion…

LOG IN WITH                     OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

✉ Subscribe     Ⓓ Add Disqus to your siteAdd DisqusAdd     🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Search



(http://www.thewindowsclub.com/feed/) Blog Posts on TWC (https://www.thewindowsclub.com/)

- Can't remove Bluetooth mouse & keyboard device in Windows 10 (https://www.thewindowsclub.com/cant-remove-bluetooth-mouse-keyboard-device)
- What caused the Data Loss problem for those who installed Windows 10 v1809 (https://www.thewindowsclub.com/data-loss-problem-for-those-who-installed-windows-10-v1809)
- Fix Windows Update failed to install error 0x80240034 (https://www.thewindowsclub.com/windows-update-failed-install-error-0x80240034)
- Disk Cleanup Tool & Storage Sense now offer to clear Downloads folder (https://www.thewindowsclub.com/disk-cleanup-storage-sense-downloads-folder)
- New features in Notepad in Windows 10 v1809 (https://www.thewindowsclub.com/new-features-in-notepad-in-windows-10-v1809)

(http://reviews.thewindowsclub.com/feed) Reviews on TWCR (https://reviews.thewindowsclub.com/)

- Aurora HDR 2019 Review: HDR image editing and processing software for Windows (https://reviews.thewindowsclub.com/aurora-hdr-review)
- Dr.fone – Repair: Recover Dead or Frozen iPhone/iPad (https://reviews.thewindowsclub.com/recover-frozen-iphone-dr-fone-repair)
- Recover lost data from iPhone using Joyoshare iPhone Data Recovery (https://reviews.thewindowsclub.com/joyoshare-iphone-data-recovery)
- How to transfer Photos from iPhone to Windows 10 PC without iTunes (https://reviews.thewindowsclub.com/transfer-photos-from-iphone-to-pc-without-itunes)

- Filmora Video Editor is all in one video editing software for Windows PC (https://reviews.thewindowsclub.com/filmora-video-editor)

## Recent Comments

- mefi
  In my opinion you are putting under...

  Microsoft explains why Windows 7 Update KB3177467 failed (https://news.thewindowsclub.com/microsoft-explains-why-windows-7-update-kb3177467-failed-93281/) · 2 hours ago (https://news.thewindowsclub.com/microsoft-explains-why-windows-7-update-kb3177467-failed-93281/#comment-4138226369)

- Rico (https://disqus.com/by/disqus_6sgZRddhGG/)
  Innacuracy in this post. White...

  The MSI P65 Creator is a dream computer for professionals an creators (https://news.thewindowsclub.com/msi-p65-creator-launched-93110/) · 6 days ago (https://news.thewindowsclub.com/msi-p65-creator-launched-93110/#comment-4127272410)

- Dan (https://disqus.com/by/disqus_Kcn9zqMI1c/)
  This is welcome news; of course on...

  Microsoft reduces Windows update package size for x64 devices (https://news.thewindowsclub.com/microsoft-reduces-windows-update-package-size-for-x64-devices-93372/) · 1 week ago (https://news.thewindowsclub.com/microsoft-reduces-windows-update-package-size-for-x64-devices-93372/#comment-4126171557)

- forFearOfBeingListed NotDiclos (https://disqus.com/by/forfearofbeinglistednotdiclos/)
  if you look at the statistics of...

  Bill Gates Foundation working on "Birth Control Chip" (https://news.thewindowsclub.com/bill-gates-foundation-working-birth-control-chip-78981/) · 1 week ago (https://news.thewindowsclub.com/bill-gates-foundation-working-birth-control-chip-78981/#comment-4123466009)

- forFearOfBeingListed NotDiclos (https://disqus.com/by/forfearofbeinglistednotdiclos/)
  this is great for woman in Africa,...

  Bill Gates Foundation working on "Birth Control Chip" (https://news.thewindowsclub.com/bill-gates-foundation-working-birth-control-chip-78981/) · 1 week ago (https://news.thewindowsclub.com/bill-gates-foundation-working-birth-control-chip-78981/#comment-4123461099)



© 2018 **TWCN Tech News (https://news.thewindowsclub.com)** All Rights Reserved

# Exhibit 5

Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.926   Page 72 of 201



Mi e Kujawski  Follow

d

# Global internet statistics for 2018



It's that time of year again when digital stats aggregators update their numbers and various annual summary reports come out based on research conducted in the previous calendar year. Here are a few general highlights I put together recently after going through various reports. If you're interested in the data sources, I covered my favourites in this blog post last year. Most have now come out with 2018 versions of their reports.

## General

**Over half of the world's population is now online**

The global digital landscape continues to grow rapidly. There are now 4.1 billion internet users, which is 52% of the world's population. A quarter of a billion new users came online for the first time during the past 12 months.

Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.927   Page 73 of 201

**Average daily internet usage has surpassed 6 hours**

The average internet user spends around 6 hours each day using the internet. When factoring in 4.1 billion users spending this amount of time, 1 billion years will be spent online in 2018.

**Asia holds half of the world's internet users, however, Africa has the fastest growth rate**

While Asia continues to grow its dominant share of overall internet users, Africa's users are growing at the fastest rate. It will soon overtake Latin America and Europe to permanently claim the #2 spot. This can be stated with confidence since global internet user distribution will eventually match the actual global population distribution (once penetration rates close in on 100%).

**Internet penetration has pretty much reached its peak in North America**

North America has reached 95% penetration and the growth rate has slowed down considerably relative to other regions of the world. As a relative percentage of total global use, North America is at 9% and falling.

**Voice-controlled internet is growing rapidly**

It is widely predicted that voice control will soon replace keyboards and typing, especially for search and social media interactions. Already, nearly ¼ of internet searches are voice-driven. These voice queries are getting increasingly complex and AI is being used to learn from them (e.g. Google Home and Amazon Echo).

# Mobile

**Two-thirds of the world's 7.6 billion inhabitants now have a mobile phone**

In total, over 5 billion people own a mobile device of which more than 200 million people got their first one in 2017. What's even more staggering is that over half of these devices (57%) are 'smart' devices allowing for a rich internet experience. The monthly mobile data used by the average smartphone user globally is 2.9GB and 7.1GB in North

Case 3:17-cv-00986-BAS-AGS    Document 56-2   Filed 10/22/18   PageID.928

America. This will only increase as 3G and increasingly 4G/LTE networks are becoming more commonplace in developing countries and 5G networks are expected to soon transform the nature of the global mobile internet.

**Android is by far the dominant global mobile platform**

At present time, Android holds 74% market share vs 20% for IOS and 6% for other operating systems.

**Mobile internet usage has surpassed desktop usage in many countries**

Mobile has established a primary position around the globe. It now accounts for over half of all digital minutes in 13 markets, and over 75% in Mexico, India, and Indonesia. The extent to which different countries rely on mobile vs. desktop varies considerably. Some markets are dominated heavily by mobile-only internet users, while multi-platform internet usage is the norm in others.

**Users are increasingly comfortable with mobile transactions**

Trust and user experience are traditional barriers to mobile commerce. With the popularity and constant data-driven evolution of massive online commerce platforms such as Amazon and Alibaba, user barriers have been greatly reduced. This has contributed to the staggering growth rate of these platforms which show no signs of slowing down.

**Mobile app usage is highly concentrated within the leading apps**

Globally, consumers/citizens spend more than 95% of their app time on their 10 most regularly used apps, often drawn from a relatively short list of top overall apps that contribute the majority of app time spent and are most likely to be found on users' home screens.

**Social networking and instant messaging dominate app usage**

The top use of apps in most markets is social networking and instant messaging followed by gaming. Note: I like to point out that many people responding to surveys tend to lump instant messaging into social networking (e.g. Facebook Messenger and Facebook proper). Whenever possible, look for studies that differentiate between the two.

Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.929   Page 75 of 201

**Instant messaging is led by Facebook Messenger and WhatsApp**

It's important to differentiate between instant messaging and social networking. The former is sometimes referred to as "dark social" since it occurs off the public web (typically linked to a phone number) and is often encrypted and used as a conversation tool between individuals or individuals and groups. Facebook's Messenger is the most widely used messenger in the world, followed by WhatsApp (owned by Facebook), QQ and WeChat (both owned by Tencent and dominant primarily in China).

**Instant messaging leaders vary from region to region**

While many countries have specific IM's developed and used domestically (e.g. QQ, Viber, Kakaotalk, VK Chat), the dominant global IM's are still very popular in those countries as well. The #1 spot tends to vary from region to region. In the USA, Canada, and France, Facebook Messenger has the top spot whereas WhatsApp has dominance over most other countries.

# Social

**Over 3 billion people around the world use some form of social media regularly**

This number represents close to 72% of all internet users. Most people access social media via their mobile devices.

**Facebook is used by 29% of the global population**

While Facebook is the clear market leader and dominates the social media space by far, both YouTube (owned by Google) and Instagram (owned by Facebook) are also currently major global players.

**Strong growth of social networks in China (catching up to the leaders)**

Since internet penetration rates in China are still relatively low compared with other regions but growing rapidly, social networks such as Qzone, Sina Weibo, Baidu Tieba, and YY can be expected to grow significantly in the coming 24 months. Qzone, is expected to reach 1 billion users by the end of 2018.

Case 3:17-cv-00986-BAS-AGS Document 56-2 Filed 10/22/18 PageID.930 Page 76 of 201

**Twitter continues to be the world's largest public and fully searchable conversation database**

While globally Twitter's numbers (330 million monthly users) are far lower than that of Facebook or Instagram, one of its often-overlooked unique characteristics is that every tweet is essentially its own public webpage with a unique identifier. Historical data can be purchased back to the very first tweet in 2007. This makes it very useful for monitoring and various advanced forms of social network analysis using big data. It has recently been experiencing growth in Central-Asian markets.

**Social TV / live streaming is growing rapidly**

Most of the major social platforms are now encouraging users and brands to become broadcasters of video content. This sort of content is given algorithmic prioritization as an incentive to produce more of it. Users have embraced it and brands are increasingly experimenting with integrating live streaming into their social media strategies.

**Artificial intelligence (AI) driven chatbots are being integrated into the social experience**

Expect to see an increasing number of brands use AI-driven chatbots to improve user experience online. As an entire generation grows up used to the simplicity of instant messengers and the ability to ask a question 24/7, the nature of websites, social platforms, and customer support is expected to change drastically. Some see chatbots replacing websites altogether as few people will be willing to "search" for information instead of asking a bot to find it.

**Decline of trust due to misinformation and the rise of peer influence**

The media culture has shifted considerably in 2017. While the term "fake news" has been trending all year as a popular search term on Google, a more accurate description is misinformation, defined as "false or inaccurate information, especially that which is deliberately intended to deceive". This is happening more than ever online and subsequently trust in media, institutions, and brands have seen a tremendous decline. Increasingly peer influence is on the rise, however,

it comes with its own set of challenges such as the dangerous echo chambers (filter bubbles) that it can create.

**Social media being used for product research**

There is a growing use of social media as a starting point for product research as opposed to traditional Google searches. While Google searches often point to social platforms anyway, if a user is starting with YouTube or Facebook then brands/organizations need to be even more aware of what their target audience is coming across on these platforms and optimize their social presence accordingly.

That's it for now. Let me know if you're looking for something specific and I'll try to point you in the right direction.

Cheers,

MK

Case 3:17-cv-00986-BAS-AGS    Document 56-2    Filed 10/22/18    PageID.932    Page 78 of 201

# Exhibit 6

+1.866.971.0933     855.967.3787                    AdWords Grader
Login



**WordStream**
Online Advertising Made Easy

---

## The WordStream Blog

Home : Blog

# Everything You Know About Conversion Rate Optimization Is Wrong

 **Larry Kim**

Last updated: July 18, 2018

Conversion Rates

Conversion is a key element in your paid search strategy; after all, if you're not actually turning lookers into buyers at a high rate, what are you advertising for? Conversion rate optimization enables you to maximize every cent of your PPC spend by finding that sweet spot that convinces the maximum percentage of your prospects to take action.

**But what is a good conversion rate?** If you're already achieving 3%, 5% or even 10% conversion rates, is that as high as you're going to go? But what is a good conversion rate? Across industries, the average landing page conversion rate was 2.35%, yet the top 25% are converting at 5.31% or higher. Ideally, you want to break into the top 10% — these are the landing pages with conversion rates of 11.45% or higher.

We recently analyzed thousands of Google Ads (formerly known as AdWords) accounts with a combined $3 billion in annual spend and discovered that

some advertisers are converting at rates two or three times the average. Do you want to be average, or do you want your account to perform exponentially better than others in your industry?

Through our analysis of this massive amount of data on landing pages and conversion rates, we were able to identify some common traits of the top converting landing pages. What do they have that you don't? Believe it or not, there isn't much standing between you and conversion rates double or triple what you're seeing today. But the way you're going to get there is totally counter to typical conversion rate optimization wisdom.



In this post, you'll learn a step-by-step, replicable process for boosting your conversion rates, all backed by data insights from the best (and worst) performing advertisers in the market. Our recent conversion rates webinar is available in full at the end of this post. Today, we'll cover:

- Why Conventional Wisdom Around Conversion Rate Optimization is Silly

- What Is a Good Conversion Rate?

- How You Can Replicate the Success of Top Landing Pages

Are you ready to find out why everything you thought you know about CRO is wrong?

Let's get started, but first, use this tool to get a quick temperature check on your current conversion rate: Is your conversion rate higher or lower than average in your industry?

## Why Conventional Wisdom Around Conversion Rates is Silly

Learning that the experts you've been listening to all along are wrong is a bit like learning for the first time as a kid that mascots aren't real. Underneath that fluffy suit there was just a sweaty unshaven guy. Everything you've learned about conversion rate optimization is a bit like that: shiny and pretty on the surface, but seriously lacking in substance.

How is everyone getting it so wrong? Primarily, if you're singing the same song as everyone else, you can really never be anything more than average. When all of the gurus are all preaching the same optimizations, and all of your competitors are listening to them, how are you supposed to stand out?

### The Classic Conversion Rate Optimization Test is Silly

Ladies and gentlemen, this is the Great Conversion Rate Optimization Fairy Tale. Once upon a time, a self-professed marketing guru told you it's really important that you optimize your site. They shared one example where the author changed the button color, or the font spacing, or the image. Lo and behold, the advertiser's conversion rate jumped by 2-7%.



- **We Changed the:**
  - Font Type
  - Spacing
  - Button Color
  - Image
  - Etc.
- **We got a 5% Increase in Conversions!!***

Amazing, right?! Um, no, not really. These are really basic, run-of-the-mill A/B testing best practices. Yes, you should be doing these optimizations on an ongoing basis, and you're probably going to see small, single-digit increases in your conversion rate – but it's not likely to shoot you into the 10% or greater conversion bucket.

Let me show you what happens with those gains generated by these small tweaks on your page. Here's an example of a landing page split test; the gray line on the bottom is the first page version we were running. The blue line is the second version we ran against it. In the beginning, the new page far outperformed the old. Awesome, right?



Except as you can see, the gains were not long lasting. In fact, the "better" page would eventually plateau. We began running 20 to 30 tests at a time and saw this pattern across our tests. We call this a **premature testing dilemma**. You see an early lead but shortly down the line, the early lead disappears.

This isn't true all of the time, of course. However, we found that in the majority of cases, small changes like line spacing, font colors, etc. = small gains. If you want big, serious, long-lasting conversion gains, you need to move past these spikes that last only a couple of days or weeks.

Why does this happen? Often, it's because the total volume of conversions you're measuring against are low to start with. If you're looking at 50, 100 or even 200 conversions across your entire test, small changes can seem more impactful than they really are. A couple of conversions might mean a 4% conversion increase if there are only 50 conversions total, because your sample size really isn't big enough to start with.

## It's Time to Stop Moving the Chairs Around



When it comes to landing page optimization, you can stay really busy doing small things that have little impact. It's like rearranging deck chairs on the Titanic. We need to move past this mentality to the big tactics and optimizations that will dramatically change your performance and fortune.

8/27/2018    What is a Good Conversion Rate? (It's Higher Than You Think)

Case 3:17-cv-00986-BAS-AGS    Document 56-2   Filed 10/22/18   PageID.939    Page 85 of 201

First, we need to know:

# What is a Good Conversion Rate?

Hint: it's a lot higher than you may think.

Conventional wisdom says that a good conversion rate is somewhere around 2% to 5%. If you're sitting at 2%, an improvement to 4% seems like a massive jump. You doubled your conversion rate! Well, congratulations, but you're still stuck in the average performance bucket.

In this analysis, we started with all accounts we can analyze and went back a period of 3 months. We removed those that didn't have conversion tracking set up properly, those with low conversion volumes (<10 conversions/month), and low volume accounts (<100 clicks/month), leaving hundreds of accounts for our analysis. We then plotted where the accounts fit in terms of conversion rate.



So what is a good conversion rate? About 1/4 of all accounts have less than 1% conversion rates. The median was 2.35%, but the top 25% of accounts have twice that – 5.31% - or greater. Check out the far right red bar – the top 10% of Google Ads advertisers have account conversion rates of 11.45%.

Remember, this isn't for individual landing pages – these advertisers are accomplishing 11.45% conversion and higher across their entire account.

Clearly, this isn't some anomaly; this is perfectly attainable. If you're currently getting 5% conversion rates, you're outperforming 75% of advertisers ... but you still have a ton of room to grow!

| Distribution Point | Conversion Rate | Vs. Average | Comments |
|---|---|---|---|
| Average | 2.35% | | Unremarkable |
| Top 25% | 5.31% | 2x | Awesome |
| Top 10% | 11.45% | 5x | **Unicorns** |

You should be shooting for 10%, 20%, or even higher, putting your conversion rates 3x to 5x higher than the average conversion rate. Aspire to have these landing page conversion rate unicorns in your account.

## But Conversion Rates Are Lower in My Industry...

That's entirely possible. We segmented conversion rate data by industry to see whether these insights held true for all marketers. Here's what we found in an analysis of four major industries:

| Distribution Point | All accounts | Ecommerce | Legal | B2B | Finance |
|---|---|---|---|---|---|
| Median CVR | 2.35% | 1.84% | 2.07% | 2.23% | 5.01% |
| Top 25% CVR | 5.31% | 3.71% | 4.12% | 4.31% | 11.19% |
| Top 10% CVR | 11.45% | 6.25% | 6.46% | 11.70% | 24.48% |

There's a lot of flux there; e-commerce has a far lower average conversion rate, especially compared to finance. However, check out the Top 10% Conversion Rates. They're 3 to 5 times higher than the average for each industry, so we can see that the rule holds across the board, regardless of industry.

The flip side, of course, is that if you're in a high-performer industry like finance, 5% really isn't a fantastic conversion rate. If you're comparing yourself to the average across all industries, you're really deluding yourself into thinking you're doing better than you are. In truth, the top 10% are doing almost five times better.

Even if the average conversion rates are lower in your industry, the top advertisers are outperforming you by 3-5x or more.

## The Top 10% of Landing Pages: What Makes Them Tick?

What do these top 10% of landing page unicorns look like and how are they killing the competition the way they are? We went through 1,000 landing pages and performed a qualitative analysis, in order to find the common traits among the best performing advertiser landing pages in the market.

**Here are my top five tips to help you reach landing page unicorn status:**

## 1. Change the Offer

Across all of the high-performing landing pages, we saw massively creative and differentiated offers. Companies often have a default offer, their go-to, which may be the same or very similar to what all of their competitors are doing. Lawyers, for example, will offer a free consultation. Software companies will offer a free trial. They're unimaginative and not very creative.

How can you get creative with your offer? In our case, we realized that offering prospects a free trial of WordStream software really wasn't very imaginative or compelling. We had to think outside the box (don't you love that phrase?) and come up with something different and unique; something more tangible and compelling than just sending them to a software trial to find their way around.



What we came up with was our free AdWords Grader, which actually gives people an account evaluation report, with recommendations to help them

8/27/2018
Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.943   Page 89 of 201
What Is a Good Conversion Rate? (It's Higher Than You Think)

improve their Google Ads strategy. This was a HUGE turning point for us. Prospects loved it and conversions went through the roof.

So how do you know if your offer stinks? If your conversion rate is stuck at 2% or lower, you're not there yet. But the real way we figured out how our offer stunk was by asking our customers. We added one form field on our landing page form to ask people what they wanted our help with – and it wasn't a free software trial.

Brainstorm, ask your customers, and come up with more unique offers to test. You'll never know which one is the winner until you try some new offers out.

## 2. Change the Flow

Sometimes, you're putting up barriers to conversion without even realizing it.



In the above example, you can see the first landing page version and just how much information people had to provide before they could download the software trial. Clearly, this was too much for many prospects. It was daunting

and discouraging – not the kind of user experience you want on your landing page.



Here you can see their new landing page iteration, which turned out to be an exponentially better performer. They've changed the flow so that anyone can download and install the file. At the last step, the user is asked to register the software. At this point, they've already spent 10 or 15 minutes with the software and are far more likely to invest the time in completing the information form.

This was actually so effective that they were overwhelmed with conversions. They ended up backing off slightly and using the registration to find more qualified leads, by asking for the information one week after the download, once their prospects had time to sit and get to know their software. Changing the flow helped them boost conversions, but also manage lead quality in a far more effective way.

Here's another great example, where the advertiser realized their landing page offer didn't necessarily speak to the person who would be performing a search. In their case, a loved one or friend might be seeking help.



This advertiser decided they would let the visitor choose their own flow. This was incredibly effective not only for conversion, but also in segmentation for their remarketing and lead nurturing efforts.

So what's the takeaway here? Find the flow that works best for your prospects and use it to boost conversion rate and qualify your leads.

## 3. Use Remarketing as a CRO Tool

On average, 96% of the people who visit a website will leave without ever converting to a lead or sale. Remarketing helps you get in front of these people with targeted, relevant messaging as they take part in other activities around the web, like email, watching YouTube videos, using social networks or searching for information.

Check out my post at Moz for a deep dive into this incredibly effective tactic.

## 4. Try Out 10 Landing Pages to Find 1 Unicorn

Let's talk about effort for a minute. What do you need to put into CRO to find your own unicorn landing pages? To understand this, let's look at the relative abundance of these top performers:

| Name | Percentile | Relative Abundance | Vs. Expected Conversion Rate |
|------|-----------|-------------------|------------------------------|
| Awesome Landing Pages | Top 25% | **1:4** | 2x Higher |
| **Unicorns** | Top 10% | **1:10** | 5x Higher!! |

Sometimes you get lucky, but if you want to achieve these top 10% landing pages across your account, you need to replicate the above steps multiple times and perform testing on an ongoing basis.

On average, you should be testing four unique landing pages – with varying offers, flow and messaging – to find that one awesome landing page. If you want to find a unicorn landing page – that top 10% page that sees your conversions reaching 3-5x the average – you need to test at least ten landing pages.

Here, we've analyzed an e-commerce account with 1000 unique landing pages. About a third of traffic goes to the top most-trafficked landing page in their account. When we dig deeper, we see that about 80% of traffic goes to just the top 10% of landing pages.



You don't need to make thousands and thousands of landing pages. You need to find the top performers you already have and focus your efforts there. How can you improve their performance? Cut the fat, stop wasting time on the low performers – in fact, just get rid of them. If you have just one great landing page, it's smarter to focus your efforts there.

Here's more proof that burning the midnight oil creating dozens or hundreds of landing page variations isn't the best use of your time:



Here, we've plotted out tens of thousands of accounts by conversion rate vs unique landing pages. We don't see a strong correlation between increased number of landing pages and increased conversion.

If you're after the top performers, quantity does not necessarily equal quality.

## 5. F%@# Conversion Rates

Wait, what??



Stay with me here. Higher conversion rates, on their face, seem awesome. However, if you're converting less qualified leads, you're actually throwing MORE money away, because those leads cost you money.

I want you to focus on landing page optimizations like the above that move you in the direction of higher quality, more qualified lead generation, not just more conversions.

## Key Takeaways

So what have you taken away from this? I hope you can get the following to stick and use these tips to guide a more holistic, effective conversion rate optimization strategy – the kind that will boost your conversions, but bring better lead quality, as well.

1. Most landing page optimizations are like moving around the deck chairs on the Titanic. Small changes = small gains.

2. Insanely focused and strategic landing page optimization brings 3-5x the conversions AND improves lead quality.

3. In some industries, even 5% conversion rates aren't that impressive. If you're stuck in the 2-5% conversion rate bucket, you have a ton of room to grow.

4. Get creative with your offers and test multiple different offers to find the one that resonates best with your audience. If you want to get really crazy (you know you do), find different offers that can help you qualify leads in the process.

5. Identify the obstacles keeping prospects from converting and get those roadblocks out of the way by changing the flow. Test different variations to find out exactly which path to conversion works best for your audience.

6. Use remarketing to recapture people who showed intent but didn't convert.

7. Test smarter, not more often. You need to test 10 unique landing page variations to find 1 top performer, but this goes far beyond changing a

font color and calling it a landing page variation.

8. Trim the fat in your account and ditch your lowest performers. Focus your energies on the top 10% of landing pages that earn 80% of traffic.

9. Always, always keep your eye on the prize, which is making more sales or generating leads most likely to convert to sales. Don't let high conversion rates take precedence over lead quality or you're going to spend more qualifying leads. You need to find the sweet spot where everything works like a well-oiled machine.

You made it! For all the awesome from our recent conversion rate optimization webinar, see the full video below:



If you missed our last webinar, make sure you check out The Secrets Behind Ads with 3x the Average CTR. Our goal is to help you get every aspect of your Google Ads account working at peak performance.

Now go forth confidently, young marketer, to slay competitors and wow prospects with your newfound conversion optimization knowledge. Give our free AdWords Grader a spin to see exactly where you're at with your current

landing page strategy, then start making smarter changes that will rocket you past your competition.

And as always, if you have any questions about our data, strategy or the tips outlined above, fire away in the comments!



### Larry Kim

Larry Kim is the founder of WordStream and CEO of MobileMonkey, a chatbot building platform.

 



**GET GRADED TODAY**

---

RELATED CONTENT



[7 Things We Learned from Studying the 50 Top Business Homepages](#)



[4 Ways to Optimize the Post-Click Experience](#)



[6 Powerful Ways UX Can Affect Your Conversion Rates](#)



[What We Learned About Lead Validation by Analyzing 373K Site Inquiries](#)

---

# Sign up to get our top tips and tricks weekly!

| Email Address |
|---|

**SIGN ME UP!**

---

## FREE AdWords Performance Grader



**Wasted Spend** ❓

$49.81 in projected 12 month wasted
$12.45 already wasted in the last 90 days

\# of Negative Keywords Added

Find out if you're making mistakes with AdWords.

GET GRADED TODAY



**WordStream.com Comment Policy**

Please read our Comment Policy before commenting.



| 68 Comments | **WordStream.com** | 🔴 1 **Login** ⌄ |
|---|---|---|

♡ **Recommend** 2        ↗ **Share**                                                        Sort by Best ⌄



Join the discussion…

LOG IN WITH                OR SIGN UP WITH DISQUS ❓

| Name |
|---|

---



**Andy** • 19 days ago

Oh, btw, the landing page is not the usual bottleneck you might think - you just tweak your ads and customer expectations and you will be fine

∧  |  ∨  •  Reply  •  Share ›

---



**Andy** • 19 days ago

I have above 12% across all my accounts which puts me in top 10%... If you ever need and AdWords specialist - feel free to write - tmanager@gmail.com :P I know my kitchen - convoluted neural networks (that's what G is running), internet marketing - just to make sure your landing page/site is up to a task and SEO - free advice to increase your organic search traffic for those very long tail keywords that are real customers you want :)

∧  |  ∨  •  Reply  •  Share ›

---



**Alex Omelchenko** • 9 months ago

Larry, tones of value you provided with this post. Thank you! However, how many of the local business where included in the research? You provided numbers for different niches, but probably the geographical size of the business should be taken into consideration. Do you have anything written/analyzed about small businesses in particular? I'd love to have a look the conversion rate averages for local plumbers, electricians, etc.?

∧  |  ∨  •  Reply  •  Share ›

---

**Dave** • a year ago

We do not advertise, have no social media accounts. We only sell via our website, and traffic comes from search engines and word-of-mouth recommendations.

We have a conversion rate of ± 12% site-wide (e-commerce, selling premium high-priced dietary supplements worldwide). No clue if that is good or bad in this sector, but we generate a significant amount of money. We're paying more in taxes than the rest of the people on our block make all together, annually. No joke.

So we're happy. And in the end, that's what counts. Not an abstract number, but 'do you make a decent profit'

∧ | ∨ • Reply • Share ›



**filipe barcellos** • a year ago

Great post! Every detail makes a difference in the conversion rate, knowing what is lowering it is essential to lower the acquisition currencies! But one metric I think most important is Roi! Grateful!

∧ | ∨ • Reply • Share ›



**Indigo** • a year ago

Wow. I came here to see how my 30% conversion rate stacked up. Seems like pretty darn well! Onward and upward.

∧ | ∨ • Reply • Share ›



**Superlative Websites** • a year ago

Outstanding article! The tips here will keep me busy for awhile testing LP strategies.

∧ | ∨ • Reply • Share ›



**sedin** • 2 years ago

Really good stuff!

∧ | ∨ • Reply • Share ›



**James Martinez** • 2 years ago

Super informative article ladies and gents. I am constantly recommending changing offers and spending more time on varied landing page strategies to clients! Keep up the great work!

∧ | ∨ • Reply • Share ›



**PPC Consultant** • 2 years ago

Thanks Larry Kim, i will keep reading your posts and i really appreciate for helping the business minded people with your latest tactics and strategies.

∧ | ∨ • Reply • Share ›



**anita** • 2 years ago

hey Larry, is 1% conversion is good or bad for 10000 customers?

∧ | ∨ • Reply • Share ›



**Startup Guy** • 2 years ago

You're driving me crazy calling the top 10% unicorns. If 1 in 10 horses were unicorns, they wouldn't be that special.
We are killing the unicorn concept.

Otherwise, good article content. :)

Reply • Share ›



**Leonard** • 2 years ago

Hi there, You've done a fantastic job. I will definitely digg it and in my view suggest to my friends. I am sure they will be benefited from this website.

∧ | ∨ • Reply • Share ›



**Nate** • 2 years ago

What happens when you control for price? To make it concrete, can we be sure comparing one of your "unicorns" to a more average conversion rate isn't just because they're selling cheaper widgets?

Also, what counts as a conversion rate? An opt-in to a mailing list or webinar? A cheap trip-wire product? What would happen if we defined "conversion rate" as number of buyers of a $500+ flagship product /number who saw an offer. What would the numbers look like then?

∧ | ∨ • Reply • Share ›



**boberdo** • 2 years ago

Great information, thank you. I just wanted to say this post has helped me tremendously and thanks so much for sharing such wonderful tips!

∧ | ∨ • Reply • Share ›



**David Cornish** • 2 years ago

Really helpful for business website!! Thanks so much for sharing.

∧ | ∨ • Reply • Share ›



**Eyal Matsliah** • 2 years ago

Awesome article.

What is an average conversion rate for information products that are over $100 with cold traffic ?

Thanks.

∧ | ∨ • Reply • Share ›



**Bill** • 2 years ago

Amazing article, I really enjoyed reading it. Thanks so much for sharing.

∧ | ∨ • Reply • Share ›



**Philip Edwards** • 2 years ago

Introduced a pop up with an offer on the landing page which is on the home page and a massive increase on conversion

∧ | ∨ • Reply • Share ›



**Y J shah** • 2 years ago

Hi,

I would like to bring to your notice, that, In the resource section at the end of the post, the

I would like to bring to your notice, that, in the resource section at the end of the post, the resource is not linked.

Must say, Great research done! Could you also share some (not more than 5) themes of personal site(with blog in it) which can benefit me as a sales and marketing consultant and trainer. Plus some examples of landing pages for training program, webinar, and so on.

If you could answer my question, i will be grateful.

With Regards,
Y J Shah.

∧ | ∨ • Reply • Share ›



**harrist** • 3 years ago

Personally I never believe changing some font and color can increase Conversion rates! cause I believe every industry have their own standard average conversion! for example in past I works with some company and doing some grey are business and conversion really crazy, and we make millions dollar per month! and the most stupid is our product are not exist or shady! stuff like that, but since everyone never knew about how the product works, but they need the product so bad, so whether they like it or not they have to buy it! otherwise they can enter US, :D lol! thousands people buy it! actually we only get $14, but since the quantity are so huge and conversion are so big, we made millions of dollar per month!

if I remember our landing page, actually are quite old, not fancy and look like gov sites ;) if you know what i means lol :D but I can tell you guys, conversion rates, basically depend on industry and needs, about pic , font, and etc will not helping boosting conversions! but of course sales letter are important, because when I read our sales letter, its very genuine and etc, no lies or something like that! and its very different with what people suggestion from every SEM blog I reads! that said, we have to offer this and that , font color and etc!

as buyer, I always prefer with sales letter that genuine not like some CB affiliates with darks and big font, and very persuasive! but my point is, they will buy if we offer the right product, with the right people that want to buy! and no need lies or etc!

∧ | ∨ • Reply • Share ›



**Gerrard**  harrist • 2 years ago

Super interesting approach Harrist, let me know your contact to have a word fella ;)

∧ | ∨ • Reply • Share ›



**Matt Kohn** • 3 years ago

Fascinating and in-depth article. Really provided a lot of value with the various examples provided throughout the article. I personally resonated with the "stop moving your chairs around" comic as this often distracts people from what is most important in your design - that your message gets across clearly, effectively and quickly.

Thanks a lot for sharing here Larry.

Matt Kohn

Matt Kohn

⌃ | ⌄ • Reply • Share ›



**Tony** • 3 years ago

This article is highly misleading. It does not say what industry the statistics are taken from. It also does not say that conversion rates massively depend on what industry you are advertising. Our conversion rate is almost always 25% to 75% because the industries we advertise are for services where the need is urgent. If the need is urgent then the conversion rate will go through the roof.

I honestly think this article is being misleading on purpose because it is in the interest of wordstream to mislead on this. If people are given the impression they can improve their conversion rate by a lot, then they will be more inclined to pay money to wordstream. But they are not told by that such improvement depends more on what industry they are in.

⌃ | ⌄ • Reply • Share ›



**Mandy** ➜ Tony • 2 years ago

I 100% agree and just had the same conversation with one of my employees. There are so many important factors this article leaves out, including audience targeting strategies (sometimes wide-net strategies have poorer conversion rates than short-net strategies but yield better outcomes downstream and vice versa), product or service they're selling, competitive landscape (example, some SAAS markets are so competitive, cost-per-click can be so high it forces hyper targeting in order to maintain positive ROI for this channel), go-to-market strategy (if you're #1 brand but sell through distributors, your relationship to your customer might be as experts/informational rather than purchase path, which affects the types of messages/CTA's you can be successful with, which in turn affects your conversion rates)...the list goes on and on.

Also their entire mention of sample size would only be an a-ha to people who are not qualified to be running marketing experiments, and the fact that they put that out there (as a data analysis provider) tells me they are preying on (excuse me, targeting) people who are easily prodded in directions/pov's that are beneficial to WordStream.

see more

⌃ | ⌄ • Reply • Share ›



**jon** ➜ Mandy • a year ago

Hey what do you mean by this?

"any team that reports impressions, clicks, CTR and "MQLs" (which is an outdated and super-unhelpful term used to describe an antiquated concept of marketing only having limited contribution to the top of the funnel) is playing a major game of Wizard of Oz with their leadership team."

How are those not important numbers?

︿ │ ﹀ • Reply • Share ›



**FODUU** • 3 years ago

Nice article about Conversion Rate, i totally agree with your tactics, it will be really helpful to jumped on good conversion rate. Thank you!

︿ │ ﹀ • Reply • Share ›



**Liza Ellis** • 3 years ago

This is an interesting read about how a content can be marketed. The through out statistics about the conversion rate are truly informative. I could really use them in my own knowledge. Thanks

︿ │ ﹀ • Reply • Share ›



**lori** • 3 years ago

its amzaing what a little change can make!

︿ │ ﹀ • Reply • Share ›



**Hasan Habib** • 3 years ago

Thanks a lot
The conversion rate and increasing it is a key concept for online marketer. Here is a good demonstration and real explanation that motivated me.

thank again

︿ │ ﹀ • Reply • Share ›



**Peter** • 3 years ago

thanks so much for the stats and recommendations. I was looking for information that I could show my client in regards to what average and good conversion rates are. Hopefully this makes my meeting a little more successful.

︿ │ ﹀ • Reply • Share ›



**SEO Gereggi** • 3 years ago

every seo expert should read this article. all the techniques described can open our knowledge will correct development of seo techniques..

︿ │ ﹀ • Reply • Share ›



**Kenneth Shamu** • 3 years ago

Thank you for this resource. After 18 months of SEO I decided it was time to explore paid search. Wordstream keeps popping up time and time again as I search for answers to some PPC questions.

︿ │ ﹀ • Reply • Share ›



**Alain** • 4 years ago

I will try some of these techniques later this week.

︿ │ ﹀ • Reply • Share ›



**Selvam** • 4 years ago

Its yet another master piece from wordstream. Well written with hot tips and let me try once as on your instructions.

∧ | ∨ • Reply • Share ›



**David** • 4 years ago

What do you mean here by "Conversion rate"? Conversion from a visitor to a registered user, or from a visitor to a paying customer? It's not clear from the article :)

∧ | ∨ • Reply • Share ›



**H. T. Major** • 4 years ago

This is most amazing! I came looking for updated data on average conversion rates per industry, and came away with a whole great lot more than that. Thanks for the awesome tips to use for boosting clients' conversion rates.

Now if the text wasn't WAY TOO LIGHT not to cause eye strain, and if I could have buffered this page easily, that would've been truly fantastic! (No description, image, or even title were pulled automatically in Buffer, FYI.)

Thanks again.

∧ | ∨ • Reply • Share ›



**Elisa Gabbert** ➜ H. T. Major • 4 years ago

Hi there, we're going through a redesign and experiencing some display issues! I hope you'll come back for more as we work out the kinks :)

∧ | ∨ • Reply • Share ›



**Thomas** • 4 years ago

I started out the article very excited, but quickly resorted to skimming, then to just reading the headlines only.

Like the detail, but it's a bit too much detail. I, as a guy who hates testing and looking at data, wish there was a cheap solution where someone would come and do all the testing for me or a plugin that will make small changes, test, them, collect data, crunch the numbers, and just optimize the pages/sites for me.

Hello, a business idea for someone?

But in all seriousness (but seriously, this would be a good idea for someone who likes testing), I think I'm going to have to bookmark this page and come back to it when my brain is feeling more refreshed in the morning.

∧ | ∨ • Reply • Share ›



**Customer Care Numbers** • 4 years ago

Amazing article,i really enjoy it. thanks for sharing.

∧ | ∨ • Reply • Share ›



**Rabia** • 4 years ago

for sure the combo of words are really awesome !

∧ | ∨ • Reply • Share ›



**John Crenshaw** • 4 years ago

Hey Larry, I've seen your conversion rate study - referenced in this article - talked about quite a bit lately and had a question.

<div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);">I was curious as to whether you guys only tracked certain conversion types or if everything is lumped in there.</div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);"> </div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);">The reason I ask is an advertiser could be tracking everything from actual sales and leads to visits of key pages.</div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);"> </div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);">More conversion types being tracked would obviously result in a much higher conv rate reported via the AdWords interface.</div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);"> </div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);">I'm sure only counting converted clicks would help with that problem somewhat, but still wouldn't completely solve it.</div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);"> </div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);">If you have one advertiser tracking far more conversion types than another, hence reporting a higher conversion rate, it doesn't necessarily mean the first advertiser is doing any better.</div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);"> </div><div style="color: rgb(34, 34, 34); font-family: arial; font-size: small; background-color: rgb(255, 255, 255);">Were you guys able to correct for that in some way in this study?</div>

∧ | ∨ • Reply • Share ›



**angelinarobort** • 4 years ago

As far as my knowledge of conversion rate is concerned I would say is the act of converting site visitors into paying customers. Infact, the above post gives a very advanced and brief knowledge too. It can be considered quite a reliable source to be known about the same.

∧ | ∨ • Reply • Share ›



**Kelsey** • 4 years ago

Interesting chart on the conversion rate x number of landing pages. Nice articel!

∧ | ∨ • Reply • Share ›



**hassan** • 4 years ago

Hi,

Really interested to know what is the average conversion rates for SEO agencies, it would be great if you can give me an idea, as I'm entering into this field and dont have a clue.

thanks alot

∧ | ∨ • Reply • Share ›



**Rabia** • 4 years ago

can't even express my feelings to share this brilliant article>>

∧ | ∨ • Reply • Share ›



**Meridith** ➤ Rabia • 3 years ago

Thanks for another excellent post. The place else may
anyone get that kind of info in such an ideal approach of writing?
I've a presentation subsequent week, and I'm on the search for such information.

∧ | ∨ • Reply • Share ›



**john** • 4 years ago

its great how we're all talking about 'converting' viewers to leads or sales like they're long-grain rice that we're just shoving into our great big steaming conversion hoppers, grinning like uncle ben on christmas morning. this is really humanizing and *not at all* kind of weird and soulless.

∧ | ∨ • Reply • Share ›



**Minivps** • 4 years ago

I have a conversion rate of 5.85% on my Google adword ads. We work in VPS hosting industry, do you guys think this is a good conversion rate of it's below the average?

∧ | ∨ • Reply • Share ›



**Destiny** • 4 years ago

Thanks for the article, I thought it was fascinating!

∧ | ∨ • Reply • Share ›

Load more comments



REQUEST A CALL

Facebook

Twitter

LinkedIn

## Company

About WordStream

Careers & Culture

Leadership

Partners

News

## PPC U

Learn PPC

Webinars

Whitepapers

Videos

101 Huntington Ave, Floor 7
Boston, MA 02199

### Social Media Marketing Tips

Facebook Ad Types Cheatsheet

Marketing to Millennials

Social Media Statistics

Facebook vs. Google Ads

Social Media Promotion

### Social Media Advertising

Create Facebook Ad

Facebook Advertising Cost

Facebook Ad Benchmarks

Facebook Ad Targeting

Facebook Advertising Strategies

### Landing Page Tips

Landing Page Designs

Shopping Cart Abandonment

Product Landing Pages

Landing Page Forms

Create Facebook Business Page

### Online Marketing Tips

Top Blog Posts

Increase Sales Online

Value Proposition

Local Marketing Ideas

Controversial Ads

Amazon Advertising

### AdWords Help

AdWords Tutorials

AdWords Remarketing

Free AdWords Tools

Best PPC Tools

Average AdWords CPC

History of AdWords

Google Voice Search

## Facebook Marketing

Facebook Advertising

Facebook Marketing Ideas

Facebook Ad Examples

Facebook Marketing Tools

Facebook Remarketing

Facebook Newsfeed Hacks

© WordStream. All Rights Reserved.

Privacy Policy     Trademarks     Legal

# Exhibit 7



# Questions? We have answers.

Search

Alexa Support › Site Metrics › Ranks

## How are Alexa's traffic rankings determined?

Alexa's traffic estimates and ranks are based on the browsing behavior of people in our global data panel which is a sample of all internet users.

Alexa's Traffic Ranks are based on the traffic data provided by users in Alexa's global data panel over a rolling 3 month period. Traffic Ranks are updated daily. A site's ranking is based on a combined measure of Unique Visitors and Pageviews. Unique Visitors are determined by the number of unique Alexa users who visit a site on a given day. Pageviews are the total number of Alexa user URL requests for a site. However, multiple requests for the same URL on the same day by the same user are counted as a single Pageview. The site with the highest combination of unique visitors and pageviews is ranked #1. Additionally, we employ data normalization to correct for biases that may occur in our data.

If your site's metrics are Certified you can display Global and Country ranks for your site based on Certified Site Metrics, instead of metrics estimated from our data panel.

Alexa's Traffic Ranks are for domains only (e.g., domain.com). We do not provide separate rankings for subpages within a domain (e.g., http://www.domain.com/subpage.html ) or subdomains (e.g., subdomain.domain.com) unless we are able to automatically identify them as personal home pages or blogs, like those hosted on sites like Blogger (blogspot.com). If a site is identified as a personal home page or blog, it will have its own Traffic Rank, separate from its host domain.

For more information about Alexa's traffic rankings, you can visit:



http://www.alexa.com/about

There are limits to statistics based on the data available. Sites with relatively low measured traffic will not be accurately ranked by Alexa. We do not receive enough data from our sources to make rankings beyond 100,000 statistically meaningful. (However, on the flip side of that, the closer a site gets to #1, the more reliable its rank.) This means that, for example, the difference in traffic between a site ranked 1,000,000 and a site ranked 2,000,000 has low statistical significance. Sites ranked 100,000+ may be subject to large ranking swings due to the scarcity of data for those sites. It is not unusual for such sites to decline to "No data" Traffic Ranks, or to improve suddenly.

Additionally, we discuss the Long Tail phenomenon and how it relates to sites ranked more than 100,000 on the Alexa FAQ at:

What's Going On With My Alexa Rank?

Have more questions? Submit a request

---

## Articles in this section

How are Alexa's traffic rankings determined?

Why is my site's Alexa Traffic Rank "No data" or "No rank"?

What's going on with my Alexa Rank?

Does Alexa always show historical ranks for sites?

How can my rank get worse when my site traffic is getting better?

Did something change about the way Alexa ranks sites?

Why doesn't my site have a Country Traffic Rank?

My site used to have a Global and/or Country Rank. Where did it go?

Can the Alexa rankings be cheated?

---

© Alexa Internet, Inc. 1996 - 2018　|　　Privacy　　|　　Terms　　|　　Contact　　|　　API

   

# Exhibit 8



Topics ▼    Resources ▼    Alexa.com



ABOUT THE AUTHOR:

JENNIFER YESBECK



Jennifer is Marketing Manager at Alexa. With a knack for syntax and passion for building connections, she drives daily content strategy to bring you the latest and greatest happenings within Alexa and the wide world of web analytics and marketing.

# A Guide to Improving Your Alexa Rank

🕐 6 minute read

Many people ask us: *How can I improve my Alexa Rank?* We understand how important this metric is for you and your business. As a public metric, potential advertisers, investors, and partners will look up your Alexa Rank and use it as a way to evaluate the value of your business. For this reason, improvements in your rank can make a real dollars and cents impact on your bottom line.

For those of you who are new to Alexa or unfamiliar with the Alexa Rank – it's a single

RECENT POSTS

SEM vs. SEO: What's the Difference and Which Is Right for My Brand?

ANALYTICS          A Guide to Improving Your Alexa Rank

  

metric that provides a quick summary of a site's performance (yours or your competitor's) relative to all other sites on the web. If you aren't focused on it, you may not be doing everything you can to maximize the value and visibility of your business. **In all, the authority of your site on the web is translated as your Alexa Rank.**

But before we dive into how you can improve your site's Alexa Rank, we should take a step back. It's important to understand the makeup of the Alexa Rank so you understand how you can make it better.

Let's get started.

## What is the Alexa Rank?

Your Alexa Rank is an estimate of how popular your site is *relative to all other sites*. The Alexa Rank answers the question: Compared to all other sites, how is my site doing? Note that since rank is a relative measure, your site's rank is not only dependent on that site's traffic, but also on changes to traffic on other sites.

## How does Alexa get its data?

Alexa has a large traffic data panel consisting of millions of people all over the world. Based on the data from this sample, Alexa estimates the number of visitors to all sites on the Internet. It's a complicated calculation that

The Right Way to Launch a Blog Syndication Strategy

Your Complete Guide to Retention Marketing

29 Market Research Questions to Guide Your Marketing Strategy

Making Content Work for Every Purchase Funnel Level



GROW YOUR **BUSINESS WITH SEO**
Alexa's Marketing Stack Makes It Easy.

TRY 7 DAYS **FREE**

ⓐ Alexa | An amazon.com company

ANALYTICS    A Guide to Improving Your Alexa Rank

  

involves correcting for biases as well as identifying and discarding fake or spam traffic. Our data scientists are the best in the business and they make sure the data we present is free of noise and non-human data, so you can make the best decisions for your business.

### How is the Alexa Rank calculated?

Every day, Alexa estimates the average daily visitors and pageviews to every site over the past 3 months. The site with the highest combination of visitors and pageviews over the past 3 months is ranked #1. The site with the least is ranked somewhere around 30 million. If no one in our measurement panel visited a site over the past 3 months there is no rank at all for that site.

### How does the number of visitors to a site affect the Alexa Rank?

If you plot the number of visitors to a site versus the rank it looks something like this:



At the head of the graph is Google.com, which gets a huge number of visitors and is ranked

---

ANALYTICS        A Guide to Improving Your Alexa Rank         

#1. The sites at the "head" end of the plot, like Google.com, get a huge amount of traffic compared to the sites on the "long tail" at the other end. The important thing to notice is that because of the shape of the distribution, a very small change in the number of visitors to a site on the long tail results in a large change in rank.



However, the closer you get to the head of the graph, the more visitors it takes to move up a rank. There's a *huge* difference in traffic to a site ranked 10 versus a site ranked 200.



### Getting a more accurate Alexa rank

To get a more *accurate* Alexa Rank you can certify your site's metrics on Alexa. Sites with certified metrics have their metrics directly measured by Alexa instead of being estimated based on information from our data panel.

**ANALYTICS**   A Guide to Improving Your Alexa Rank         

Certifying your site's metrics provides a more accurate rank, but not necessarily a better rank! There are several other benefits of Certified Site Metrics, but a more accurate Alexa Rank is just one of them.

**So, how do you get a *better* Alexa rank?**
There are several tactics that will help improve your Alexa Rank:

**Produce engaging, original content**, updated frequently that provides real value to your audience. Content that strays from this motivation fails to build loyal audiences. When readers find resources valuable and informative, they engage with future content and share among their networks (link building), introducing new visitors that potentially turn into customers. Quality content is also being rewarded by search engines like Google, which is taking steps to get better answers faster for the end user.



ANALYTICS        A Guide to Improving Your Alexa Rank          

**Get more related sites to link to your website.**
Otherwise known as *inbound links*, this tactic
helps search engines clearly define your niche
and also increases the trust and quality of your
site. In other words, authoritative inbound links
(from sites that are performing well) give your
own site credibility. This tactic must be
supported by producing engaging, original
content, because why lead targeted visitors to
your site if they don't want to stay?

*Internal links*, on the other hand, are links that
lead from one page or post on your site to
another. These are beneficial because they
guide visitors through your website (i.e. website
navigation), keeping them engaged with
relevant and related content. They also
contribute to *site links*, which are the sub-links
that appear in a search engine below your main
page link. But again, creating top-notch content
goes hand in hand with any internal linking
strategy so make sure the content you produce
is relevant and of value to your visitors.

In all, both inbound and internal links help
search engines understand the content of your
site(s) and determine how valuable it is to
visitors. But while an important part of your
online strategy, you should use linking
appropriately. Excessive linking can reduce the

ANALYTICS       A Guide to Improving Your Alexa Rank        ‹     ›

credibility or readability of your site and may be penalized by search engines.

> **Related feature:** Competitor Backlink Checker

**Find keywords that are driving traffic to your competitors** and optimize your site for them, or buy PPC campaigns for those keywords. By doing a little keyword research you can understand what your audiences are searching for and how. In a way, keyword research is learning to speak your customers' language in the context of their needs and desires. Inbound Marketing Agents shared a great infographic on the 5 fingers of a keyword placement strategy that will help you pick the right areas on your site to place your target keywords.

> **Related feature:** Keyword Difficulty Tool

**Understand your competitors' marketing strategy and learn what works.** There are several reasons why analyzing your competition matters, but in a nutshell competitive analytics puts your own site analytics into context. Thus, giving you a clearer understanding of what metrics are important, what strategies are working (for you and your competitors), and allows you to identify and anticipate industry trends. All of these angles help inform your overall strategy and allow you to make more

ANALYTICS          A Guide to Improving Your Alexa Rank          

Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.976   Page 122 of 201

knowledgeable business decisions that will positively affect your position in the market.

**Related feature:** Competitive Analysis Tools

**Follow SEO best practices on your website.**
SEO is a very important strategy that deserves a significant amount of your time and attention. But SEO is not just about improving the promotion and visibility of your website. It's also about making your site better for your customers who use it to interface with your brand. Without a good user experience you have little hope of keeping or converting your customers.

**Related feature:** SEO Audit Tool

There are countless resources for learning about SEO, but Alexa offers a Marketing Stack that includes keyword research, competitive analysis, and web analytics tools as part of our Advanced plan. You'll get specific instructions on how to improve search engine rankings, usability, page performance, back linking, and more.

**Related Reading:**
Your Top Questions About Alexa Data & Ranks, Answered
Top 5 Benefits of Alexa Certified Metrics

ANALYTICS        A Guide to Improving Your Alexa Rank           ‹  ›

Four Essential Strategy Questions Answered
with Analytics

## Related Posts





Conversion Rate Optimization
Best Practices: 5 Mistakes
Beginners Make

PPC Lead Genera
B2B Revealed (Hir
Buyer Intent)

June 21st, 2018   |   0 Comments

May 3rd, 2018   |   0 Cor

© Alexa Internet, Inc. 1996 - 2018   |   Privacy   |   Terms

  

**ANALYTICS**    A Guide to Improving Your Alexa Rank    ‹  ›

# Exhibit 9

Search ...

Start Page

(https://www.rank2traffic.com) About (/convert-alexa-rank-to-traffic)

# thinkbrg.com: Web Analysis and traffic history for 9 years

✔ Latest statistics for **thinkbrg.com** website: estimated **summary traffic is 29 Thousand sessions** per month (966 sessions per day, or 10.6 Million sessions per year). The site links to network IP address 72.32.131.23. As of August 01, 2018, **Alexa rank (https://www.alexa.com/siteinfo/thinkbrg.com) is N/A**.

✔ We estimate the users' engagement to thinkbrg.com as follows: Session Duration - 03:03 minutes; 3.94 pageviews per Session, and Bounce Rate - 35.2%

✔ **53.2 percent** of visits to this site come from a search engine, while **39.2%** come directly and **7.5%** via a hyperlink somewhere on the internet.

✔ Most sessions are initiated from **United States of America - 52.5%**, United Kingdom (UK) - 18.5%, South Africa - 12.1%, Germany - 2.6%, Brazil - 2.1%

✔ Worth of thinkbrg.com (based on advertising revenue only): **$4.74 Thousand**

Chart | Table



9/5/2018          Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon...



berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting.    thinkbrg.com (http://thinkbrg.com)

| August 01, 2018 | 29 Thousand<br>Sessions per Month | N/A<br>Alexa Rank |
|---|---|---|

Users' engagement:

| 3.94<br>Pageviews per Session | 03:03<br>Session Duration | 35.2%<br>Bounce Rate |
|---|---|---|

brg-expert.com (https://www.rank2traffic.com/brg-expert.com)    →    Redirected to thinkbrg.com ()

9/5/2018        Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…



| Country | Percentage of visits to this site |
|---|---|
| **United States of America** | **52.5%** |
| United Kingdom (UK) | 18.5% |
| South Africa | 12.1% |
| Germany | 2.6% |
| Brazil | 2.1% |

| Traffic sources | Percentage of visits to this site |
|---|---|
| **Search** | **53.2%** |
| **Direct** | **39.2%** |

| Traffic sources | Percentage of visits to this site |
|---|---|
| Referrals | 7.5% |

Chart Table !

## Similarly Ranked

papamurphysfranchi... (https://www.rank2traffic.com/papamurphysfranchise.com)
gangstagroup.sk (https://www.rank2traffic.com/gangstagroup.sk)
inlove-book.com (https://www.rank2traffic.com/inlove-book.com)
thinkbrg.com (https://www.rank2traffic.com/thinkbrg.com)
benhvienthaodien.com (https://www.rank2traffic.com/benhvienthaodien.com)
crosscounter.tv (https://www.rank2traffic.com/crosscounter.tv)
nuggetice.com (https://www.rank2traffic.com/nuggetice.com)

## Popular domains

facebook.com (/facebook.com)
google.com (/google.com)
4chan.org (/4chan.org)

9/5/2018          Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…



| |
|---|
| reddit.com (/reddit.com) |
| youtube.com (/youtube.com) |
| amazon.com (/amazon.com) |
| breitbart.com (/breitbart.com) |

### Last domains

| |
|---|
| thinkbrg.com (/thinkbrg.com) |
| sk1project.net (/sk1project.net) |
| turbobit.net (/turbobit.net) |
| mega.co.nz (/mega.co.nz) |
| maxided.com (/maxided.com) |
| depfile.us (/depfile.us) |
| sweepstakesalerts.com (/sweepstakesalerts.com) |

#### Page Views history for thinkbrg.com

9/5/2018          Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…



| Website Information | |
|---|---|
| thinkbrg.com title | *berkeley research group | strategic advisory | expe* |
| thinkbrg.com description | *berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analy* |
| SEO Information | ⧉ Google Links (https://www.google.ru/search?q=links%3Athinkbrg.com)    ⧉ Bing Links (https://www.bing.com/search?q=links%3Athinkbrg.com)    ⧉ Yaho |
| Website History | ⧉ WayBackMachine (http://web.archive.org/web/* |
| Server IP address: | 72.32.131.23 |
| **Estimated Valuation** | |

9/5/2018        Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…

| | |
|---|---|
| Advertising revenue per day: | $ 2 per day |
| Advertising revenue per month: | $ 79 per month |
| Advertising revenue per year: | $ 948 per year |
| Estimated worth of this website: | $ 4.74 Thousand |
| **Traffic Report** | |
| Estimated visits per day: | 966 visits / day |
| Estimated visits per month: | 29 Thousand visits / month |
| Estimated visits per year: | 348 Thousand visits / year |
| Estimated pageviews per day: | 3.81 Thousand pageviews / day |
| Estimated pageviews per month: | 114 Thousand pageviews / month |
| Estimated pageviews per year: | 1.37 Million pageviews / year |

Traffic from Organic Search (desktop visits worldwide). This function is in beta.

| Keyword | Position ⓘ | Traffic to the site ⓘ | Number of searches ⓘ |
|---|---|---|---|
| berkeley research group llc | 1 | 0 | 0 |
| berkley research group | 1 | 0 | 0 |
| berkeley research group | 1 | 0 | 0 |
| berkeley research group, llc | 1 | 0 | 0 |
| john pitsikoulis | 2 | 49 | 350 |
| brg | 2 | 0 | 0 |
| economics 21 | 4 | 0 | 0 |
| frank holder fti consulting panama | 4 | 13 | 190 |
| tariffs coaching activision | 9 | 6 | 900 |
| berkeley group website | 10 | 0 | 0 |
| brg dealer support | 10 | 0 | 0 |
| steven law | 10 | 0 | 0 |

9/5/2018          Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…

Load more

Whois Record of thinkbrg.com

9/5/2018          Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…

```
         Domain Name: THINKBRG.COM
     Registry Domain ID: 1804262876_DOMAIN_COM-VRSN
     Registrar WHOIS Server: whois.godaddy.com
     Registrar URL: http://www.godaddy.com
     Updated Date: 2017-05-28T13:31:25Z
     Creation Date: 2013-05-27T15:18:50Z
     Registry Expiry Date: 2018-05-27T15:18:50Z
     Registrar: GoDaddy.com, LLC
     Registrar IANA ID: 146
     Registrar Abuse Contact Email: abuse@godaddy.com
     Registrar Abuse Contact Phone: 480-624-2505
     Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
     Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
     Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
     Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
     Name Server: NS10.DNSMADEEASY.COM
     Name Server: NS11.DNSMADEEASY.COM
     Name Server: NS12.DNSMADEEASY.COM
     Name Server: NS13.DNSMADEEASY.COM
     Name Server: NS14.DNSMADEEASY.COM
     Name Server: NS15.DNSMADEEASY.COM
     DNSSEC: unsigned
     URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2018-02-01T13:17:56Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
```

```
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Domain Name: THINKBRG.COM
Registrar URL: http://www.godaddy.com
Registrant Name: ******** ********
Registrant Organization: Berkeley Research Group, LLC
Name Server: NS10.DNSMADEEASY.COM
Name Server: NS11.DNSMADEEASY.COM
Name Server: NS12.DNSMADEEASY.COM
Name Server: NS13.DNSMADEEASY.COM
Name Server: NS14.DNSMADEEASY.COM
Name Server: NS15.DNSMADEEASY.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspx?domain=THINKBRG.COM

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
Note: wHOIS consumers who are now receiving masked data can find instructions on how to apply for whitelisting here:
https://www.godaddy.com/help/masking-contact-information-shared-via-whois-automated-access-points-27421
```



Twitter (http://twitter.com/home?status=https%3A%2F%2Fwww.rank2traffic.com%2Fthinkbrg.com)   Facebook (https://www.facebook.com/sharer/sharer.php?u=https://www.rank2traffic.com/thinkbrg.com)
Google+ (https://plus.google.com/share?url=https://www.rank2traffic.com/thinkbrg.com)   Stumbleupon (http://www.stumbleupon.com/submit?url=https://www.rank2traffic.com/thinkbrg.com)

9/5/2018        Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimon…

LinkedIn (http://www.linkedin.com/shareArticle?mini=true&url=https://www.rank2traffic.com/thinkbrg.com&title=Thinkbrg: Berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting.&summary=Thinkbrg at rank2traffic | berkeley research group | strategic advisory | expert consulting | berkeley research group, llc is a leading global strategic advisory and expert consulting firm that provides independent advice, data analytics, authoritative studies, expert testimony, investigations, and regulatory and dispute consulting.)

About (/convert-alexa-rank-to-traffic)      Privacy Policy (/privacy)      Contact (/contact)

# Exhibit 10

Features    Prices    Help    News    Webinars    Academy    Blog    Company         EN    Log in

## Knowledge Base

🔍 Type your search here                                              Search

Knowledge Base  ›  SEMrush Toolkits  ›  SEO Toolkit  ›  SEO Competitive Research  ›  Traffic Analytics

**Getting Started**

**SEMrush Toolkits**

  SEO Toolkit

    SEO Competitive Research

      Domain Overview

      Traffic Analytics

      Organic Research

      Keyword Gap (formerly Domain vs. Domain)

      Backlink Gap

    SEO Keyword Research

    Link Building

    Rank Tracking

    On Page and Technical SEO

  Advertising Toolkit

  Social Media Toolkit

  Content Marketing Toolkit

  Competitive Research Toolkit

  Management Toolkit

**Workflows**

**Billing and Account**

**API**

**Community**

**About SEMrush**

**SEOquake**

---

Recently viewed

# Traffic Analytics  [Category]

Traffic Analytics is a competitive intelligence tool that provides estimations of a competing domain's total desktop and mobile traffic. The report can break down the traffic into different sources like direct, search, referral, social, and paid so you can see where your competitor's traffic comes from and how much their audience engages with their site.  With multiple reports and deep insights, this is one of the most powerful tools on SEMrush for gathering competitive intelligence.

- Estimations of total website traffic to any domain and its subdomains
- Visits, unique visitors, pages/visit, avg visit duration, and bounce rate analysis of your competitors
- Comparison of total traffic and sources of traffic between competing domains
- Geo-based traffic analysis
- List of top "destination sites" that users visit directly through hyperlinks on the analyzed domain
- Historical data back to April 2016 (with a Guru or Business subscription)

Estimated, not measured traffic
Researching "small" websites
Limits
Best Uses
    Benchmarking & Comparing Multiple Websites
    Trend Monitoring
    Presale Research
    Competitive Traffic Channels Analysis

## Estimated, Not Measured Traffic

Since Traffic Analytics data is not obtained from any domain's internal analytics, the numbers you see here might differ from what you see in Google Analytics or any other analytics services you use.

Traffic Analytics provides data based on clickstream data that comes from multiple proprietary and 3rd party data sources. The data is accumulated from the user behavior of over 200 million real internet users and over a hundred different apps and browser extensions are used to collect it.

You can completely rely on this data when doing your market research or competitive research - all our numbers are relatively measurable, meaning you can easily compare two or more websites in the tool and see how their metrics differ from each other in %.

However, if you want to analyze your own website traffic without comparing it with others, Traffic Analytics is not the most appropriate tool as it does not connect to your Google Analytics and shows just comparable traffic estimations.

## Traffic Analytics Metrics

With that being said, what do the metrics at the top of the report represent?



- **Visits** - an estimation of total monthly visits to the website from the chosen location
- **Unique Visitors** - an estimation of total unique monthly visits to the website from the chosen location
- **Pages/Visit** - an estimation of how many pages (on average) that a person will visit in one session on the website
- **Avg. Visit Duration** - an estimation of how much time the average session on the website lasts
- **Bounce Rate** - an estimation of the website's average bounce rate, or percentage of visitors that leave the website after viewing just one page
- **Traffic Rank** - the website's rank in SEMrush's proprietary Traffic Rank system based on the total estimated number of visits

The numbers in red or green beside the metrics indicate the change in the metric compared to the previous month.

## Researching "small" websites

While 200 million users sound like a lot, it's technically just a tiny portion of the real number of Internet users. That's why you might get an incomplete information for relatively small websites. For each country, the criteria of "small" website will differ due to a different amount of clickstream panelists in each country. But a website with 10,000 monthly visits should be enough to get at least some basic insights on the website in Traffic Analytics.

## Limits

With the launch of mobile traffic data we are temporarily giving full access to all Traffic Analytics data and reports for all paid subscriptions so that SEMrush users can take advantage

of the data we provide and use it to support their major business decisions.

**Until the end of October 2018, all Pro, Guru, Business, and Enterprise accounts can enjoy full access to all Traffic Analytics capabilities.** This includes mobile traffic data and mobile vs desktop comparison.

Free users will have access to the Overview Report only. This report features full traffic data but without mobile/desktop split. To retrieve more reports you would have to upgrade to Pro or higher.

In November 2018, our subscription plans will be revised and become more limited. To maintain full access to all Traffic Analytics reports at current pricing you will need to upgrade to Business before the end of October.

## Best Uses

Benchmarking & Comparing Multiple Websites
Trend Monitoring
Presale research
    Identifying a site's user behavior
Traffic channels analysis
    Traffic Sources
    Referral Sites
    Search Engines
    Social Networks
    Geographic Distribution
    Destination Sites
    Subdomains

## Benchmarking and Comparing Multiple Sites

To compare multiple sites, simply enter the domain names into the search boxes at the top of the report. The numbers above the graph represent the trend of the month that is chosen at the top of the page.

The line graph can be set to compare estimates of monthly visits, unique visitors, average visit duration and bounce rate. Above the graph, you can also see metrics for each domain's pages/visit and Traffic Rank.

You are also given the ability to view mobile data by switching the device type. Mobile data is currently available in the overview and GEO distribution tabs (1).



When comparing Visits, you have the ability to filter by the source of these visits - all, direct, referral, search, social, or paid.

Below the line graph, you'll see a series of bar graphs estimating each competitor's monthly traffic from each source. This is an easy way to spot which websites in your niche have the best SEO strategy, backlinks, social media strategy, or put the most effort into acquiring paid traffic.

Below these bar graphs will be a geographic distribution showing what percentage of traffic to each domain is coming from each country in our database.



# Trend Monitoring

If you want to look for trends, the best place will be the Traffic Overview and Traffic Sources graphs. In the Traffic Overview, you can look at the 6 months, one year, or all time (dating back to April 2016) trend of a competitor's traffic. Keep in mind that you can compare trends for both mobile and desktop data.



In the Traffic Sources report, you can see the trends of direct, referral, search, social, and paid over the past 6 months.



# Conducting Presale Research

Before you try to sell a prospect on your online marketing services, you'll want to identify their strengths and weaknesses of their website and benchmark them next to their competitors in order to make your business proposal.

With only a few clicks, you can generate your competitor's Traffic Overview and compare them to their top competitors.

If you need help identifying a website's top competitors, you can use the following reports:

- Organic Competitors Report
- Advertising Competitors Report
- Backlinks Competitors Report

After entering your prospect's domain alongside their top competitors, you can export a PDF that benchmarks them against their competition and indicates the areas that could use the most improvement - if they are behind their competitors on social you could propose a social media campaign and so on.

Below is an example of how the automatically generated PDF report will look. Keep in mind that you can also choose to customize your report with additional text boxes and images to further state your proposal. If you have a Guru subscription or higher, you can brand the report with your logo.



# Identifying a Site's User Behavior

SEMrush Traffic Analytics gives you three quick ways to analyze a domain's user experience: estimations of average visit duration, pages per visit, and bounce rate. If you are planning to propose any work on the SEO, user experience or design of a website, these all represent great presale metrics to show.



The report shows you the month's estimate as well as the increase or decreases over the previous month. If the number is decreasing (indicated by a red trend number), then you have the perfect talking point to offer your services! You can make it especially evident to your prospect that they need your services if you benchmark them against competing websites that are outperforming them in these metrics.

Propose that your services will help increase pages per visit, improve visit duration, and decrease bounce rate, and use this report to show any improvements over time.

## Competitive Traffic Channel Analysis

Traffic Analytics is an amazing tool for uncovering your competitors' traffic strategies and successes. In addition to the Traffic Overview tab, the Traffic Sources, Geo Distribution, Destination Sites, and Subdomains tabs offer quick insights. Find data in each report to complete a thorough competitive analysis.

Again, you can use the reports mentioned in the previous section (Organic competitors, Advertising competitors, Backlinks competitors reports) to identify your website's top competition that you want to analyze with this tool.

**Jump ahead:**
Traffic Sources
Destination Sites
Geographic Distribution
Subdomains

## Traffic Sources

You can use the **Traffic Sources tab** to estimate how much traffic your competitors are getting from various sources including such as direct, referral, search, social, and paid ads. With this information, you can begin to see where your competitor's priorities are in their digital strategy. To dive deeper into these sources of traffic, you can filter the table below the graph to show the domain's top referring sites, search engines, and social networks in terms of delivering traffic.



## Referral Sites

These are the websites that send the most traffic to the queried domain through hyperlinks. Use this list to identify your competitor's most beneficial partnerships on the web and build similar links to your website. Then, you could reach out to the domains that are sending your competitors the most traffic and offer them information on your site that your competitors do not offer, and ask for a link to your site where it is appropriate.  This process will build up your backlink profile which, in turn, will help with your SEO optimization.

To facilitate the link building and outreach process, use our Link Building Tool.

In addition to finding link building opportunities when looking at a competitor's referral traffic, having this information about your own referral traffic can also present you with growth opportunities. Many times referral domains are already satisfied with your product or business so they are likely to increase awareness of your brand through word of mouth.

Getting serious traffic from word of mouth can save you money from advertising so being able to analyze your referral traffic and target those domains who are giving you the biggest traffic share can make all the difference in how your campaigns are performing.

## Search Engines

Here you can identify if a website is not only be found on Google but also if it getting significant search traffic from other global search engines like Yandex, Bing, Baidu, DuckDuckGo, Yahoo!, and more. If you discover that a domain is getting a lot of traffic from a secondary search engine in addition to Google, it would be good to make note of that in your competitive analysis.

## Social Networks

This list estimates how much traffic comes from various social media networks to your queried domain. Because social media marketing can be done from so many platforms other than just Facebook and Twitter, this is a great way to gather ideas from your competition's top social networks. Each of these tables can be exported to a CSV file so you can save your competitive research.

Keep a closer eye on your competition's social media activities with the [Social Media Tracker](#).

## Destination Sites

After identifying where a website's traffic comes from, you can also jump into the [Destination Sites report](#) to see all of the websites people visit through hyperlinks on your competitor's site. This is another way to look for trusted websites in your niche & identify partnerships that you can try to replicate to improve your online presence.



## Geographic Distribution

By looking at the [Geo Distribution report](#) in this tool, you can identify the areas of the world where a domain gets most of its visitors. In addition to being able to analyze the total traffic and traffic share % from each country, you can compare each country's user behavior in terms of pages/visit, average visit duration, and bounce rate to identify which global markets interact the most with a competitor's website.

Selecting a different country in the "Location" selector above the map will highlight that country's traffic share to the analyzed domain. Not only can you select the different locations but you can analyze the mobile data broken down by country. You can save all of the metrics in the table by exporting to a CSV.



# Subdomains

In the Subdomains report, you can analyze which subdomains on your competitor's website are responsible for acquiring the most traffic. This will help you identify what aspects of a competitors' site are its strengths and weaknesses. Just like the other reports in this tool, you can export this data to a CSV file to save your research.



At this time, the Subdomains report is only able to gather traffic shares of subdomains within desktop traffic.

Between all of the sub-reports in Traffic Analytics, you should be able to gather enough information to present a strong analysis of a competitor's traffic and use it to inform your own marketing and business decisions.
=============================

Other competitive analysis reports and tools to check out:

- Organic Competitors Report
- Backlink Gap
- Keyword Gap
- Display Advertising
- My Reports

# Frequently asked questions

- What is the difference between the traffic numbers in Traffic Analytics and Domain Analytics?





| US ▾ | +1-855-814-4510 |
| | ○ online |

| UK ▾ | 0-808-189-3160 |
| | ○ offline |

Get started with SEMrush!

**US Customers, Toll-free**

10:00 AM - 6:00 PM (ET)

Monday through Friday

Semrush Inc., 7 Neshaminy Interplex Ste 301, Trevose, PA 19053-6980 USA

**Europe Customers, Toll-free**

08:00 AM - 04:00 PM (GMT)

Monday through Friday

SEMRUSH CY LTD, Griva Digeni and Kolonakiou, Grosvenor Tower, 2nd and 3rd floors, Neapoli, 3107, Limassol, Cyprus

or see our plans & prices

USA, 7 Neshaminy Interplex, Ste 301, Trevose, PA 19053-6980    ✉ mail@semrush.com

| SEMRUSH | HELP | COMMUNITY | OUR PRODUCTS | FOLLOW US | LANGUAGE |
|---|---|---|---|---|---|
| Features | Knowledge Base | SEMrush Blog | Analytics Reports | Twitter | English |
| Prices | Academy | Webinars | Projects | Facebook | Español |
| Success stories | Informer | Events | Affiliate Program | LinkedIn | Deutsch |
| News | SEMrush API | | SEOquake | Google+ | Français |
| Custom Report | | | Sensor | Instagram | Italiano |
| Partners | **LEGAL INFO** | | SEMrush Hackathon | YouTube | Português (Brasil) |
| About Us | Terms Of Use | | | | Русский |
| Contact Us | Refund Policy | | | | 中文 |
| | Cancellation Policy | | | | |
| | Privacy Policy | | | | |
| | Blog Policy | | | | |



SEMrush © 2008 - 2018 SEMrush. All rights reserved.

# Exhibit 11



≡

- About
  - The Team
  - Our Story
  - Careers
  - Clients
- Services
  - Search Engine Marketing
  - Search Engine Optimisation
  - Pay Per Click Management
  - Social Media Marketing
  - Technical SEO Audit
  - Content Marketing
  - Digital PR
  - Link Building
  - Conversion Rate Optimisation
  - Analytics Consultancy
- Our Work
- Log File Analyser
  - Download
  - User Guide
  - FAQ
  - Support
  - Pricing
  - Buy & Renew
- SEO Spider
  - Download
  - User Guide
  - FAQ
  - Support
  - Pricing
  - Buy & Renew
- Blog
- Contact
- Log In

- Home
- About
  - About Overview
  - The Team
  - Our Story
  - Careers
  - Clients
- Services
  - Services Overview
  - Search Engine Marketing
  - Search Engine Optimisation (SEO)
  - PPC (Pay Per Click) Management Agency
  - Social Media Marketing
  - Content Marketing
  - Digital PR
  - Link Building
  - Conversion Rate Optimisation
  - Analytics Consultancy
- Our Work
- Log File Analyser
  - Log File Analyser Overview
  - User Guide

- FAQ
- Support
- Pricing
- Buy & Renew
- SEO Spider
  - SEO Spider Overview
  - User Guide
  - FAQ
  - Support
  - Pricing
  - Buy & Renew
- Blog
- Contact

# How Accurate Are Website Traffic Estimators?

Patrick Langridge

Posted 13 June, 2016 by Patrick Langridge in SEO

## How Accurate Are Website Traffic Estimators?

- @ email
- f facebook
- twitter

If you've worked at an agency for any significant amount of time, and particularly if you've been involved in forecasting, proposals or client pitches, you've likely been asked at least one of (or a combination or amalgamation of) the following questions:

1. 1) How much traffic can I expect to receive?
2. 2) How long until I see X amount of organic visits?
3. 3) What traffic will I receive from X investment?
4. 4) What organic opportunity is available within our industry?
5. 5) How much traffic do my competitors receive?

Forecasting is notoriously difficult, and done badly can be misleading or even damaging. There is a myriad of assumptions, caveats and uncontrollable factors that can mean that any predictions are nothing more than a ~~finger in the air~~ educated estimation. Organic forecasting is difficult enough to do, that writing about and explaining it would give me sleepless nights (Kirsty Hulse wrote a better post than I ever could on the subject), so I decided to focus on questions 4 and 5 of those listed above.

Imagine this very realistic (or even familiar) scenario; a client wants to know how much traffic their competitor receives, what the potential size and opportunity of their vertical is, and how to fulfil that potential by increasing visibility and acquiring more traffic. Before being able to accurately and insightfully answer the trickier final point there, it would be useful to know what you're competing against. Assuming you don't have access to your client's competitors' analytics data, it would be useful to get an idea of their organic performance, and ideally have confidence that the data you're looking at is at best solid.



There are a number of really great visibility tools we use at Screaming Frog (Searchmetrics and Sistrix to name a couple of favourites), but these tools choose not to speculate on traffic, instead estimating visibility based on ranking position and keyword volume/value (which doesn't necessarily correlate to traffic). There are a number of traffic estimator tools which obviously do speculate on traffic, as well as some well-known SEO tools that have functionality or components within their suites that do the same, which got us wondering a few things;

- How accurate are traffic estimator tools?
- Do they generally under or overestimate traffic?
- Are there types of websites where their estimations are more accurate than others?
- Are there potential reasons behind this under/overestimation?
- Are there potential learnings for search marketers?

## The Test

We wanted to put their accuracy to the test, so here's what we did:

1) We took organic visit data for a range of 25 websites we have access to via Google Analytics, for the months of February, March and April 2016 (January can often be an outlier for many websites, so we just selected the most recent 3-month period of relative stability). We looked exclusively at *UK organic traffic only* (generally, but not exclusively the 25 sites selected are primarily UK focused, but some target multiple territories or even worldwide), because some of the traffic estimator tools segment traffic by region, and don't always cover every territory. Similarly, not all the tools we used in the test deal especially well with subdomains, so we selected root domains in our analysis.

2) While we can't disclose the websites selected, to ensure as even a test as possible within what is a fairly small sample size, we specifically selected sites that covered a range of verticals, target audiences and purposes (more on that breakdown to come). For the same reason, we also selected sites that covered a range of different traffic levels, from those which receive millions of organic visits each month, to those with just hundreds of visits. We hoped this varied selection might show trends where certain tools are more or less accurate at estimating certain types of websites' traffic levels.

3) We analysed these 25 websites using 3 tools – SimilarWeb, Ahrefs and SEMrush. We recorded organic traffic estimate numbers for each of the 25 websites, focusing on exclusively UK traffic to match up with our GA data.

4) We measured actual traffic against estimated traffic for each of the 3 tools. We measured this in a number of different ways –

a. Visits difference for each site using each tool.
b. Percentage of visits difference for each site using each tool.
c. Overall visits difference for each tool.
d. Percentage of visits difference for each tool.
e. Average percentage difference for each tool.

## Predictions

Before sharing the results I'll share my one real prediction; the tools would almost certainly underestimate organic traffic. This is because these traffic estimator tools have limited indexes and only track a certain amount of keywords, so can't possibly expect to completely accurately estimate traffic. Most don't handle the long tail well as they simply don't have the keyword bandwidth to do so. Furthermore, the tools, much like standard forecasting CTR modelling, also assume visit numbers by ranking position of keyword volume – they *don't* consider keyword intent, brand vs non-brand, Google answer boxes, 9-pack & 7-pack results, the Knowledge Graph etc.

## The Data

### SEMrush

| SEMrush | | | | |
|---|---|---|---|---|
| | SEMrush Estimate | Actual GA Traffic | Difference | Difference |
| Charity 1 | 6407226 | 8871393 | -2464167 | -28% |
| Health | 885244 | 1404088 | -518844 | -37% |
| Entertainment | 333394 | 533141 | -199747 | -37% |
| Energy | 27171 | 192003 | -164832 | -86% |
| Ecommerce 3 | 218220 | 341746 | -123526 | -36% |
| Insurance 3 | 27110 | 141264 | -114154 | -81% |
| Ecommerce 6 | 361455 | 453497 | -92042 | -20% |
| Gaming 2 | 148466 | 219792 | -71326 | -32% |
| Ecommerce 5 | 47448 | 110610 | -63162 | -57% |
| Services 1 | 10176 | 58551 | -48375 | -83% |
| Gaming 1 | 89466 | 132506 | -43040 | -32% |
| Ecommerce 2 | 31236 | 68798 | -37562 | -55% |
| Ecommerce 1 | 20448 | 52729 | -32281 | -61% |
| Charity 2 | 73785 | 105150 | -31365 | -30% |
| Travel 3 | 6615 | 37889 | -31274 | -83% |
| Finance | 297860 | 327845 | -29985 | -9% |
| Insurance 2 | 17154 | 34401 | -17247 | -50% |
| Services 1 | 5828 | 21568 | -15740 | -73% |
| Services 2 | 2496 | 15417 | -12921 | -84% |
| Insurance 1 | 4344 | 9536 | -5192 | -54% |
| Travel 2 | 2555 | 7035 | -4480 | -64% |
| B2B Products | 4681 | 7444 | -2763 | -37% |
| Ecommerce 7 | 30450 | 29203 | 1247 | 4% |
| Ecommerce 4 | 31270 | 23351 | 7919 | 34% |
| Travel 1 | 409316 | 276454 | 132862 | 48% |
| TOTAL | 9493414 | 13475411 | -3981997 | -30% |
| AVERAGE | | | -159280 | -42% |

### SimilarWeb

**SimilarWeb**

| | SimilarWeb Estimate | Actual GA Traffic | | Difference | Difference |
|---|---|---|---|---|---|
| Health | 679000 | 1404088 | | -725088 | -52% |
| Ecommerce 6 | 228000 | 453497 | | -225497 | -50% |
| Finance | 170700 | 327845 | | -157145 | -48% |
| Gaming 2 | 104000 | 219792 | | -115792 | -53% |
| Travel 1 | 173000 | 276454 | | -103454 | -37% |
| Insurance 3 | 95000 | 141264 | | -46264 | -33% |
| Ecommerce 3 | 308000 | 341746 | | -33746 | -10% |
| Energy | 159838 | 192003 | | -32165 | -17% |
| Travel 3 | 17000 | 37889 | | -20889 | -55% |
| Charity 2 | 88000 | 105150 | | -17150 | -16% |
| Insurance 2 | 24000 | 34401 | | -10401 | -30% |
| Ecommerce 4 | 15500 | 23351 | | -7851 | -34% |
| Services 1 | 19000 | 21568 | | -2568 | -12% |
| Ecommerce 7 | 28000 | 29203 | | -1203 | -4% |
| Travel 2 | 6600 | 7035 | | -435 | -6% |
| Services 1 | 59260 | 58551 | | 709 | 1% |
| Services 2 | 17500 | 15417 | | 2083 | 14% |
| Ecommerce 5 | 114000 | 110610 | | 3390 | 3% |
| Insurance 1 | 14900 | 9536 | | 5364 | 56% |
| B2B Products | 17000 | 7444 | | 9556 | 128% |
| Ecommerce 1 | 68872 | 52729 | | 16143 | 31% |
| Ecommerce 2 | 96000 | 68798 | | 27202 | 40% |
| Gaming 1 | 263000 | 132506 | | 130494 | 98% |
| Entertainment | 909000 | 533141 | | 375859 | 70% |
| Charity 1 | 12099000 | 8871393 | | 3227607 | 36% |
| **TOTAL** | **15774170** | **13475411** | | **2298759** | **17%** |
| **AVERAGE** | | | | **91950** | **1%** |

## Ahrefs

| Ahrefs | | | | | |
|---|---|---|---|---|---|
| | Ahrefs Estimate | Actual GA Traffic | | Difference | Difference |
| Health | 446373 | 1404088 | | -957715 | -68% |
| Charity 1 | 8130144 | 8871393 | | -741249 | -8% |
| Energy | 10842 | 192003 | | -181161 | -94% |
| Ecommerce 3 | 204801 | 341746 | | -136945 | -40% |
| Finance | 255672 | 327845 | | -72173 | -22% |
| Ecommerce 5 | 53529 | 110610 | | -57081 | -52% |
| Gaming 2 | 172443 | 219792 | | -47349 | -22% |
| Gaming 1 | 86565 | 132506 | | -45941 | -35% |
| Ecommerce 1 | 17505 | 52729 | | -35224 | -67% |
| Ecommerce 2 | 33837 | 68798 | | -34961 | -51% |
| Entertainment | 501219 | 533141 | | -31922 | -6% |
| Insurance 3 | 110430 | 141264 | | -30834 | -22% |
| Travel 3 | 8598 | 37889 | | -29291 | -77% |
| Services 1 | 29703 | 58551 | | -28848 | -49% |
| Insurance 2 | 13227 | 34401 | | -21174 | -62% |
| Charity 2 | 89364 | 105150 | | -15786 | -15% |
| Services 1 | 9555 | 21568 | | -12013 | -56% |
| Services 2 | 5475 | 15417 | | -9942 | -64% |
| Ecommerce 6 | 445449 | 453497 | | -8048 | -2% |
| Insurance 1 | 4467 | 9536 | | -5069 | -53% |
| Travel 2 | 2619 | 7035 | | -4416 | -63% |
| B2B Products | 4311 | 7444 | | -3133 | -42% |
| Ecommerce 7 | 27702 | 29203 | | -1501 | -5% |
| Ecommerce 4 | 25380 | 23351 | | 2029 | 9% |
| Travel 1 | 474609 | 276454 | | 198155 | 72% |
| **TOTAL** | **11163819** | **13475411** | | **-2311592** | **-17%** |
| **AVERAGE** | | | | **-92464** | **-36%** |

You can access the data here.

## The Results

- Overall the most accurate tool analysed was SimilarWeb which on average overestimated organic traffic by 1%. It overestimated total visit numbers by 17%, estimating 15.7m visits for the 25 websites, compared to the 13.4m actual. SimilarWeb was the only tool to generally overestimate traffic. Ahrefs was the next most accurate, underestimating total traffic for all sites by 17% (11.1m estimated visits compared to 13.4m actual visits), and on average underestimating traffic by 36% percent. We found SEMrush to be the least accurate tool, underestimating total traffic for all sites by 30% (9.4m estimated visits compare d to 13.4m actual visits), and on average underestimating traffic by 42%.
- The site with the highest actual traffic ('Charity 1', 8.8m actual visits) was wildly differently estimated by the three tools; SimilarWeb – 12m estimated visits (+36%), Ahrefs – 8.1m estimated visits (-8%), SEMrush – 6.4m estimated visits (-37%). Generally speaking, Ahrefs was the most accurate tool for estimating traffic of high traffic websites.
- The most underestimated websites for each tool were: 'Charity 1' by SEMrush (2.4m visits difference), 'Health' by SimilarWeb (725k visits difference), and 'Health' by Ahrefs (957k visits difference). The largest percentage underestimation was 'Energy' by Ahrefs, which underestimated traffic by 94%. The most overestimated websites for each tool were: 'Travel 1' by SEMrush (132k visits difference), 'Charity 1' by SimilarWeb (3m visits difference), and 'Travel 1' by Ahrefs (198k visits difference). The largest percentage overestimation was 'B2B Products' by SimilarWeb, which overestimated traffic by 128%.

## Further Analysis

- All three tools significantly underestimated traffic to 'Health', all by at least 500k visits. This site receives a lot of traffic from longer tail location specific phrases, most of which won't likely have been picked up by the tools. Generally, the most accurately estimated sites were e-commerce, but there were many more of this type of site than any other. The most accurately estimated site across all three tools was 'Ecommerce 7', on average just 2% under actual traffic levels.
- 'Travel 1' was significantly overestimated by Ahrefs and SEMrush, by 72% and 48% respectively. Anecdotally, the site in question competes well for visibility in very competitive search results that are dominated by big brands, but they themselves are not an established brand at all. This high overestimation confirms that despite good visibility, the site in question isn't getting sufficient clicks from the search results, due in part to a lack of brand presence.
- Generally, sites with lower traffic levels were less accurately estimated. There were three sites with under 10k organic visits ('Insurance 1', 'Travel 2' and 'B2B Products'), and almost every estimation by each tool was at least 40% incorrect (either over or under). Only SimilarWeb got close to estimating traffic for 'Travel 2', underestimating by 6%.

## Final Thoughts

Our test is by no means a thorough mathematical or scientific experiment, merely a quick test to try and gauge the accuracy of such tools. There are a number of ways we could improve or increase our test, including but not limited to:

- Increase the number of traffic estimator tools analysed.
- Increase the number of websites analysed.
- Use more precise analytical data (GA numbers tend to always come with a pinch of salt).
- Use an even number of website type (or analyse just a single vertical and website type).
- Increase the number of territories to US, Europe or worldwide.

Our rather limited test is just the tip of the iceberg, but has hopefully shown that all traffic estimators have strengths and weaknesses, and their level of accuracy can vary quite considerably.

## Related Posts:

1. **How To Get More Accurate Search Volume Data In Google Keyword Planner**
2. **Negative SEO – Should You Monitor Your Backlinks?**
3. **Welcome To The New Screaming Frog Website**



[Patrick Langridge](#)

Patrick is Head of SEO at **Screaming Frog**, leading a team of talented search marketers and content specialists to deliver best in class technical SEO, creative content and cutting edge digital PR for our clients. Away from the office you might find Patrick playing guitar in his band or complaining about his beloved Arsenal Football Club.

## 26 Comments

- Dixon Jones 2 years ago

    Interesting. It would also be interesting to report the standard deviation between the three sets. This would help to understand the spread of inaccuracy. The data to do that is on all in the article, but as the data is in image form, it's a ball ache to turn it back into data. Any chance of doing that?

    [Reply](#)

    - [Patrick Langridge](#) 2 years ago

        Cheers Dixon. Have updated the post to include a link to the data ([https://docs.google.com/spreadsheets/d/1GeGsD5p7s57kMIOs8aFwgYNWZxnfRAV3eNs8o7rUy64/edit#gid=0](https://docs.google.com/spreadsheets/d/1GeGsD5p7s57kMIOs8aFwgYNWZxnfRAV3eNs8o7rUy64/edit#gid=0)) which was even more of a ball ache to try and embed!

        [Reply](#)

- [Tony Spencer](#) 2 years ago

    I love this analysis though I do wish you had thrown in one more competitor to SimilarWeb since they are collecting much different data than SEMRush and Ahrefs: Compete.com.

Since SimilarWeb and Compete are direct competitors and run rather expensive API's it would be nice to know which horse to pick for that real user data.

Reply

○

**Patrick Langridge** 2 years ago

Thanks Tony! Hadn't heard of Compete.com but it looks really cool. I'll investigate!

Reply

○

**CM** 11 months ago

From the compete.com website:

Thank you from the Compete team

As of December 31, 2016, Compete.com and the Compete PRO platform have been shut down. It has been an honor and pleasure to serve you over the past 15 years and we thank you for your patronage. It's our sincere hope that our data and services have helped you to grow your business.

Thank you for your support, The Compete team

Reply

•

**Juan Gonzalez** 2 years ago

Hi Dixon, Hi Patrick,

thank you very much for this useful data Patrick!

If my calculations are correct, then the standard deviations are as follows: SEMrush 26%, SimilarWeb 30%, Ahrefs 23%. Is it correct?

Greetings from Germany to the UK and I hope to see you again, soon.

Juan

Reply

○

**Patrick Langridge** 2 years ago

Thanks Juan, that looks correct to me!

Cheers,
Patrick

[Reply](#)

• [Pavel Matveev](#) 2 years ago

Hi Patrick,

My Name is Pavel, i'm Product Owner at SEMRush.
Thank you for your research, it definitely gave us some food for thought. We are constantly working on improving quality of our product.

But, to be honest, results, which you got within this research are prove that it's incorrect to operate by absolute numbers which all of tools are provide.
The main purposes of such tools are: See trends, compare performance, spy on competitors' strategies.
So,
– The data should be considered as a snapshot of a constantly changing environment.
– if you compare two competing websites – then their relative performance  can be judged very accurately.

Best regards,
Pavel

[Reply](#)

   ○ [Patrick Langridge](#) 2 years ago

Hi Pavel,

Thanks for your feedback. Completely agree with you, as mentioned in the post it was my expectation that absolute numbers wouldn't match, this was just a test to see how close each tool was.

Thanks,
Patrick

[Reply](#)

• [Arnoud](#) 2 years ago

Very interesting research!

These are indeed questions we get a lot from current and new SEO clients and are quite difficult to answer. This method and the use of these tools make it a bit more easy and mostly more reliable to predict traffic opportunity.

Like you mention, this is just tip of the iceberg and further research would be nice. Though I also hear from experts that Similarweb is the best for this purpose.

Cheers,
Arnoud

Reply

- Jhon 2 years ago

  There is a another traffic estimator worth mentioning: http://www.visitorsdetective.com/ I use it on a daily basis..

  Reply

- Andrew 2 years ago

  Patrick, great insight!
  So, what would you recommend to use in the end? SimilarWeb, Semrush, Ahrefs?
  Is it only for organic traffic? Are there any good tools for all traffic?

  Thanks!

  Reply

  - Patrick Langridge 2 years ago

    Thanks Andrew! We found that SimilarWeb is on average the most accurate, but all had varying degrees of accuracy across the board! Short answer; take them all with a big pinch of salt ;)

    Reply

- Theodor 2 years ago

  Great test Patrick! You made me go and test out all three tools against Google Analytics for the three websites I manage, I also used WordPress stats. The websites are for SMBs that operate in specific niches so they don't get tons of traffic. The differences were almost 50% for Ahrefs and SW, while SEM Rush gave no results (which I attribute to the small amount of traffic for the websites). WordPress stats were the same as GA.

  Reply

  - Patrick Langridge 1 year ago

    Thanks Theodor, interesting to hear about your experience and comparisons too!

    Reply

- [Ulrik Sandholt](#) 1 year ago

  I think it is an interesting analysis which verifies that these tools are largely useless. I do not care if the average is within a 20% accuracy, but if I can relay on whether it eatimates one website accurately ornot. With any of these tools I have no clue whether it is -50% or +100%, which means it is useless. That I see agencies and other companies out there using these tools for anything is beyond me. What is the value in a number that is completely wrong to anyone, but someone who charge money to find it?

  [Reply](#)

  - [Patrick Langridge](#) 1 year ago

    Thanks Ulrik! I agree that it's frustrating that the tools aren't always super accurate, but to be fair to them, they don't claim to be exactly accurate in terms of these measurements. They are principally to show trends and patterns, to give users a rough overview of site performance. I agree though, that in some cases the seem to be way off!

    [Reply](#)

- Macalyn 1 year ago

  These "Metrics" and or "analytical" oriented sites are useless! None of them are accurate! I tried about 4 different kinds and one said my site was down in traffic, another said it was up in traffic, one said that my traffic was about 22K per month, another said it's 1.6k, then the other said it's 5000. I mean which is it?! The insights from within my Bigcommerce website, seem the most accurate with my google analytics..so I feel that Google Analytics is my best bet for checking how my most popular landing pages are doing, it even tells me where people click the most. All these other sites are useless. Why do we have so many of these sites now? Probably because anytime we feel the info is false, we look to another that will give us the answer, don't get me started on Alexa..

  [Reply](#)

- [Sinoun](#) 1 year ago

  I know I'm a little late here, but thank you for this! I've been pulling out my hair trying to figure out the best tool. I'll have to give SimilarWeb a try. Thanks!

  [Reply](#)

- Taiwo 1 year ago

Great article. The last few days I have been trying to find out traffic from different sites usings SEMRush and SimilarWeb and it seems that results from SEMRush is under estimated and from SimilarWeb it is way over estimated . No doubt, it's all a crapshoot and we just have to roll the dice on which tool we think we benefit us the most.

Reply

- **Kim Sanderhoff** 1 year ago

  To me the average value has no real value. Let's take Similarweb for instance. So by adding up the negatives and positives you end up getting 1%. But in fact overestimating is just as bad as underestimating. I would be much more interested in the delta values. From my calculations Similarweb on average was wrong by 37% (unless I made a typo when putting it in my calculator).

  Reply

  - **Patrick Langridge** 1 year ago

    Thanks for that Kim, really useful. Looking forward to your own study on this, do let me know when it goes live.

    Reply

    - **Kim Sanderhoff** 1 year ago

      There's no need for a new study. I'm not discrediting the work you put behind this either. I'm simply pointing out that the average value alone is not very helpful. If one were to only look at the average values, he would conclude that Similarweb is roughly 40 times more accurate than Semrush, which really isn't the case.

      Based on your numbers the delta values are: Semrush = 48.6% Similarweb = 37.4% Ahrefs = 42.2%.

      Reply

- **CM** 11 months ago

  Thank you for putting these data together as is is interesting to have a reflection on real results and estimated ones. Nonetheless, it is statistical nonsense to calculate an average percentage of wrong. Important considerations like "is estimated traffic accuracy linked to higher or lower traffic of a site" are missing.

  And be aware of, for the individual website it makes a huge difference if it is 50 % over or under reported. This may make or brake a biz.

  Reply

- **[Bartosz Góralewicz](#)** 9 months ago

  Great article Patrick! One thing that I would improve is methodology. If SimilarWeb is usually wrong by ~30 – 130% we can't say that it's accuracy is 1%. I think that once you consult somebody with a background in methodology/statistics, you will see results that are even more interesting.

  [Reply](#)

- **[Pawel Sokolowski](#)** 8 months ago

  Thanks Patric.

  Found this article during research for traffic prediction methodology. I would say all these data sources are similar.

  I calculate average error margin based on Your data and here are the results:
  SEMRush 48%, SimilarWeb 37% and Ahrefs 42%.

  According to small data sample is difficult to predict how accurate these metrics are, but You can use GA benchmark to know a little more about averages for vertical and compare this data with external sources.

  Great work on comparison table, thanks.

  [Reply](#)

**Leave A Comment.**



- Blog

  4

- Events

  14

- News

  5

- PPC

  19

- Screaming Frog

  6

- Screaming Frog SEO Spider

  40

- SEO

  30

- Screaming Frog Log File Analyser

  3

## Popular Posts

- The brightonSEO Crawling Clinic

- Screaming Frog SEO Spider Update – Version 10.0

- Bulk Testing PageSpeed Insights with the SEO Spider

- 66 Sources of Content Inspiration, Straight from the Experts

- How To Find Broken Links Using The SEO Spider

### Get in touch

For an in-depth proposal on our services, complete our contact form to request a proposal. We'll get back to you asap.

Contact us

## Services

- Search Engine Marketing
- Search Engine Optimisation
- Pay Per Click
- Social Media
- Technical SEO Audit
- Content Marketing
- Link Building
- Digital PR
- Conversion Rate Optimisation
- Analytics Consultancy

## Latest Posts

- The brightonSEO Crawling Clinic
- Screaming Frog SEO Spider Update – Version 10.0
- Bulk Testing PageSpeed Insights with the SEO Spider

## Latest Guides

- How To Find Broken Links
- XML Sitemap Generator
- Web Scraping
- AdWords History Timeline

## Contact Us

- Screaming Frog Ltd
- 6 Greys Road, Henley-on-Thames,
- Oxfordshire, RG9 1RY. UK

- +44 (0)1491 415070
- +44 (0)1491 578134
- info@screamingfrog.co.uk
- support@screamingfrog.co.uk

## About Us

Screaming Frog is a search marketing agency drawing on years of experience from within the world of digital marketing.

Privacy Policy



| Looking for something? |

© Copyright 2018 Screaming Frog Ltd

Company no. 07277243 / VAT no. 995 3157 78















# Exhibit 12



Search ...

Start Page
(https://www.rank2traffic.com) About (/convert-alexa-rank-to-traffic)

ezoic
(https://www.ezoic.com/what-is-ezoic/)
report this ad

# pinpointschool.com: Web Analysis and traffic history for 2 years

✔ Latest statistics for **pinpointschool.com** website: estimated **summary traffic is 1.46 Thousand sessions** per month (48 sessions per day, or 533 Thousand sessions per year). As of September 01, 2018, **Alexa rank (https://www.alexa.com/siteinfo/pinpointschool.com) is N/A**.

✔ We estimate the users' engagement to pinpointschool.com as follows: Session Duration - 00:00 minutes; 1.0 pageviews per Session, and Bounce Rate - 100.0%

✔ Worth of pinpointschool.com (based on advertising revenue only): **$60**

Chart | Table !

10/12/2018                    Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

Traffic history for pinpointschool.com, last 2 years

| Date | Online (desktop+mobile) sessions per month  i |
|---|---|
| 2009-03-01 | 0 |
| 2009-07-01 | 0 |
| 2010-04-01 | 0 |
| 2010-07-01 | 0 |
| 2010-08-01 | 0 |
| 2010-10-01 | 0 |
| 2011-02-01 | 0 |
| 2011-06-01 | 0 |
| 2011-07-01 | 0 |
| 2011-08-01 | 0 |
| 2011-09-01 | 0 |
| 2011-10-01 | 0 |
| 2012-01-01 | 0 |
| 2012-04-01 | 0 |
| 2012-05-01 | 0 |
| 2012-06-01 | 0 |
| 2012-07-01 | 0 |
| 2012-08-01 | 0 |
| 2012-09-01 | 0 |
| 2012-09-16 | 0 |
| 2012-10-01 | 0 |
| 2012-11-01 | 0 |

10/12/2018                      Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Online (desktop+mobile) sessions per month  i |
|---|---|
| 2012-11-16 | 0 |
| 2012-12-01 | 0 |
| 2013-02-01 | 0 |
| 2013-03-01 | 0 |
| 2013-04-01 | 0 |
| 2013-05-01 | 0 |
| 2013-08-01 | 0 |
| 2013-10-01 | 0 |
| 2013-11-01 | 0 |
| 2013-12-01 | 0 |
| 2014-01-01 | 0 |
| 2014-02-01 | 0 |
| 2014-04-01 | 0 |
| 2014-05-01 | 0 |
| 2014-07-01 | 0 |
| 2014-08-01 | 0 |
| 2014-10-01 | 0 |
| 2014-11-01 | 0 |
| 2015-01-01 | 0 |
| 2015-02-01 | 0 |
| 2015-03-01 | 0 |
| 2015-04-01 | 0 |
| 2015-05-01 | 0 |

10/12/2018                     Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Online (desktop+mobile) sessions per month  i |
|---|---|
| 2015-05-16 | 0 |
| 2015-06-01 | 0 |
| 2015-06-16 | 0 |
| 2015-07-01 | 0 |
| 2015-07-16 | 0 |
| 2015-08-01 | 0 |
| 2015-08-16 | 0 |
| 2015-09-01 | 0 |
| 2015-09-16 | 0 |
| 2015-10-01 | 0 |
| 2015-10-16 | 0 |
| 2015-11-01 | 0 |
| 2015-11-16 | 0 |
| 2015-12-01 | 0 |
| 2015-12-16 | 0 |
| 2016-01-01 | 0 |
| 2016-01-16 | 0 |
| 2016-02-01 | 0 |
| 2016-02-16 | 0 |
| 2016-03-01 | 0 |
| 2016-03-16 | 0 |
| 2016-04-01 | 0 |
| 2016-04-16 | 0 |

10/12/2018                    Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Online (desktop+mobile) sessions per month  ⓘ |
|------|---:|
| 2016-05-01 | 0 |
| 2016-05-16 | 0 |
| 2016-06-01 | 0 |
| 2016-06-16 | 0 |
| 2016-07-01 | 0 |
| 2016-07-16 | 0 |
| 2016-08-01 | 0 |
| 2016-08-16 | 0 |
| 2016-09-01 | 0 |
| 2016-09-16 | 0 |
| 2016-10-01 | 0 |
| 2016-10-16 | 0 |
| 2016-11-01 | 0 |
| 2016-11-16 | 0 |
| 2016-12-01 | 744 |
| 2016-12-16 | 1130 |
| 2017-01-01 | 1330 |
| 2017-01-16 | 1420 |
| 2017-02-01 | 1440 |
| 2017-02-16 | 1460 |
| 2017-03-01 | 1440 |
| 2017-03-16 | 1320 |
| 2017-04-01 | 1340 |

10/12/2018                                Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Online (desktop+mobile) sessions per month  ⓘ |
|---|---|
| 2017-04-16 | 1400 |
| 2017-05-01 | 1430 |
| 2017-05-16 | 1450 |
| 2017-06-01 | 1450 |
| 2017-06-16 | 1460 |
| 2017-07-01 | 1460 |
| 2017-07-16 | 1460 |
| 2017-08-01 | 1460 |
| 2017-08-16 | 1460 |
| 2017-09-01 | 1460 |
| 2017-09-16 | 1460 |
| 2017-10-01 | 1460 |
| 2017-10-16 | 1460 |
| 2017-11-01 | 1460 |
| 2017-11-16 | 1460 |
| 2017-12-01 | 1460 |
| 2017-12-16 | 1460 |
| 2018-01-01 | 1460 |
| 2018-01-16 | 1460 |
| 2018-02-01 | 1460 |
| 2018-02-16 | 1460 |
| 2018-03-01 | 1460 |
| 2018-03-16 | 1460 |

10/12/2018                          Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Online (desktop+mobile) sessions per month  i |
|---|---|
| 2018-04-01 | 1460 |
| 2018-04-16 | 1460 |
| 2018-05-01 | 1460 |
| 2018-05-16 | 1460 |
| 2018-06-01 | 1460 |
| 2018-06-16 | 1460 |
| 2018-07-01 | 1460 |
| 2018-07-16 | 1460 |
| 2018-08-01 | 1460 |
| 2018-08-16 | 1460 |
| 2018-09-01 | 1460 |

pinpointschool.com (http://pinpointschool.com)

| | | |
|---|---|---|
| September 01, 2018 | 1.46 Thousand<br>Sessions per Month | N/A<br>Alexa Rank |

Users' engagement:

| | | |
|---|---|---|
| 1.0<br>Pageviews per Session | 00:00<br>Session Duration | 100.0%<br>Bounce Rate |

Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Chart | Table ! |

Alexa Rank history for pinpointschool.com, last 2 years

| Date | Alexa Rank ⓘ |
|---|---|
| 2016-10-16 | 0 |
| 2016-11-01 | 0 |
| 2016-11-16 | 0 |
| 2016-12-01 | 168844 |
| 2016-12-16 | 151401 |
| 2017-01-01 | 118058 |
| 2017-01-16 | 138402 |
| 2017-02-01 | 198241 |
| 2017-02-16 | 173642 |
| 2017-03-01 | 240634 |
| 2017-03-16 | 0 |
| 2017-04-01 | 345577 |
| 2017-04-16 | 190581 |
| 2017-05-01 | 0 |
| 2017-05-16 | 0 |
| 2017-06-01 | 0 |

10/12/2018                         Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Alexa Rank  i |
|---|---|
| 2017-06-16 | 0 |
| 2017-07-01 | 0 |
| 2017-07-16 | 0 |
| 2017-08-01 | 0 |
| 2017-08-16 | 0 |
| 2017-09-01 | 0 |
| 2017-09-16 | 0 |
| 2017-10-01 | 0 |
| 2017-10-16 | 0 |
| 2017-11-01 | 0 |
| 2017-11-16 | 0 |
| 2017-12-01 | 0 |
| 2017-12-16 | 0 |
| 2018-01-01 | 0 |
| 2018-01-16 | 0 |
| 2018-02-01 | 0 |
| 2018-02-16 | 0 |
| 2018-03-01 | 0 |
| 2018-03-16 | 0 |
| 2018-04-01 | 0 |
| 2018-04-16 | 0 |
| 2018-05-01 | 0 |
| 2018-05-16 | 0 |

10/12/2018                    Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| Date | Alexa Rank ⓘ |
|---|---|
| 2018-06-01 | 0 |
| 2018-06-16 | 0 |
| 2018-07-01 | 0 |
| 2018-07-16 | 0 |
| 2018-08-01 | 0 |
| 2018-08-16 | 0 |
| 2018-09-01 | 0 |

## Similarly Ranked

| | |
|---|---|
| zarabotok-gid.ru (https://www.rank2traffic.com/zarabotok-gid.ru) | ⬆ |
| tryitlocal.com (https://www.rank2traffic.com/tryitlocal.com) | ⬆ |
| wiehnachtsmaert-mo... (https://www.rank2traffic.com/wiehnachtsmaert-moeriken-wildegg.ch) | ⬆ |
| pinpointschool.com (https://www.rank2traffic.com/pinpointschool.com) | ☑ |
| yesearnings.net (https://www.rank2traffic.com/yesearnings.net) | ⬇ |
| sitedesigne.ir (https://www.rank2traffic.com/sitedesigne.ir) | ⬇ |
| makovetskiypropert... (https://www.rank2traffic.com/makovetskiypropertygroup.ru) | ⬇ |

## Popular domains

| |
|---|
| facebook.com (/facebook.com) |
| google.com (/google.com) |
| 4chan.org (/4chan.org) |
| reddit.com (/reddit.com) |
| youtube.com (/youtube.com) |
| amazon.com (/amazon.com) |

10/12/2018                    Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com



breitbart.com (/breitbart.com)

### Last domains

pinpointschool.com (/pinpointschool.com)

themeforest.net (/themeforest.net)

google.com (/google.com)

baidu.com (/baidu.com)

theglassmagazine.com (/theglassmagazine.com)

bilanz.ch (/bilanz.ch)

nytimes.com (/nytimes.com)

Page Views history for pinpointschool.com

| | |
|---|---|
| **Website Information** | |
| pinpointschool.com title | |
| pinpointschool.com description | |
| SEO Information | Google Links (https://www.google.ru/search?q=links%3Apinpointschool.com) Bing Links (https://www.bing.com/searc |
| Website History | Way |
| **Estimated Valuation** | |
| Advertising revenue per day: | |
| Advertising revenue per month: | |
| Advertising revenue per year: | |
| Estimated worth of this website: | |
| **Traffic Report** | |
| Estimated visits per day: | |



Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com

| | |
|---|---|
| Estimated visits per month: | |
| Estimated visits per year: | |
| Estimated pageviews per day: | |
| Estimated pageviews per month: | |
| Estimated pageviews per year: | |

Like 67   G+

Twitter (http://twitter.com/home?status=https%3A%2F%2Fwww.rank2traffic.com%2Fpinpointschool.com)
Facebook (https://www.facebook.com/sharer/sharer.php?u=https://www.rank2traffic.com/pinpointschool.com)
Google+ (https://plus.google.com/share?url=https://www.rank2traffic.com/pinpointschool.com)
Stumbleupon (http://www.stumbleupon.com/submit?url=https://www.rank2traffic.com/pinpointschool.com)
LinkedIn (http://www.linkedin.com/shareArticle?mini=true&url=https://www.rank2traffic.com/pinpointschool.com&title=Pinpointschool Web Analysis: Alexa ranking, stats & traffic history for pinpointschool.com&summary=Pinpointschool at rank2traffic | Pinpointschool - Estimated traffic 1.46 Thousand ✓ History for 2 years. ✓ We estimate the users' engagement to pinpointschool.com as: Session Duration=00:00 minutes, 1.0 Page Views per Session, and 100.0% Bounce Rate.)

About (/convert-alexa-rank-to-traffic)        Privacy Policy (/privacy)        Contact (/contact)

# Exhibit 13

Search ...

Start Page

(https://www.rank2traffic.com) About (/convert-alexa-rank-to-traffic)

# myhealthcareauthority.com: Web Analysis and traffic history for 2 years

Latest statistics for **myhealthcareauthority.com** website: estimated **summary traffic is N/A sessions** per month As of August 01, 2018, **Alexa rank (https://www.alexa.com/siteinfo/myhealthcareauthority.com) is N/A**.

Chart | Table



Traffic history for myhealthcareauthority.com, last 6 months

myhealthcareauthority.com (http://myhealthcareauthority.com)

August 01, 2018

0
Sessions per Month

N/A
Alexa Rank

Chart | Table !

Alexa Rank history for myhealthcareauthority.com, last 2 years

| Date | Alexa Rank |
|---|---|
| 2016-09-16 | 0 |
| 2016-10-01 | 0 |



9/7/2018                                    Myhealthcareauthority Web Analysis: Alexa ranking, stats & traffic history for myhealthcareauthority.com

| Date | Alexa Rank ⓘ |
|---|---|
| 2016-10-16 | 0 |
| 2016-11-01 | 0 |
| 2016-11-16 | 0 |
| 2016-12-01 | 0 |
| 2016-12-16 | 0 |
| 2017-01-01 | 0 |
| 2017-01-16 | 0 |
| 2017-02-01 | 0 |
| 2017-02-16 | 0 |
| 2017-03-01 | 0 |
| 2017-03-16 | 0 |
| 2017-04-01 | 0 |
| 2017-04-16 | 0 |
| 2017-05-01 | 0 |
| 2017-05-16 | 0 |
| 2017-06-01 | 0 |
| 2017-06-16 | 0 |
| 2017-07-01 | 0 |
| 2017-07-16 | 0 |
| 2017-08-01 | 0 |
| 2017-08-16 | 0 |

9/7/2018                                Myhealthcareauthority Web Analysis: Alexa ranking, stats & traffic history for myhealthcareauthority.com

| Date | Alexa Rank  ⓘ |
|---|---|
| 2017-09-01 | 0 |
| 2017-09-16 | 0 |
| 2017-10-01 | 0 |
| 2017-10-16 | 0 |
| 2017-11-01 | 0 |
| 2017-11-16 | 0 |
| 2017-12-01 | 0 |
| 2017-12-16 | 0 |
| 2018-01-01 | 0 |
| 2018-01-16 | 0 |
| 2018-02-01 | 991402 |
| 2018-02-16 | 0 |
| 2018-03-01 | 976047 |
| 2018-03-16 | 0 |
| 2018-04-01 | 0 |
| 2018-04-16 | 0 |
| 2018-05-01 | 0 |
| 2018-05-16 | 0 |
| 2018-06-01 | 0 |
| 2018-06-16 | 0 |
| 2018-07-01 | 0 |

9/7/2018                          Myhealthcareauthority Web Analysis: Alexa ranking, stats & traffic history for myhealthcareauthority.com

| Date | Alexa Rank ⓘ |
|---|---|
| 2018-07-16 | 0 |
| 2018-08-01 | 0 |

## Popular domains ⟳

facebook.com (/facebook.com)

google.com (/google.com)

4chan.org (/4chan.org)

reddit.com (/reddit.com)

youtube.com (/youtube.com)

amazon.com (/amazon.com)

breitbart.com (/breitbart.com)

## Last domains ⟳

myhealthcareauthority.com (/myhealthcareauthority.com)

legalzoom.com (/legalzoom.com)

dfs.co.uk (/dfs.co.uk)

pinpointschool.com (/pinpointschool.com)

diabeteshealth.com (/diabeteshealth.com)

elobuddy.com (/elobuddy.com)

minhateca.com.br (/minhateca.com.br)

9/7/2018                                    Myhealthcareauthority Web Analysis: Alexa ranking, stats & traffic history for myhealthcareauthority.com

| Website Information | |
|---|---|
| myhealthcareauthority.com title | |
| myhealthcareauthority.com description | |
| SEO Information | [↗] Google Links (https://www.google.ru/search?q=links%3Amyhealthcareauthority.com)   [↗] Bing Links ( |
| Website History | |
| **Traffic Report** | |
| Estimated visits per day: | |
| Estimated visits per month: | |
| Estimated visits per year: | |

Like 58   G+

Twitter (http://twitter.com/home?status=https%3A%2F%2Fwww.rank2traffic.com%2Fmyhealthcareauthority.com)

Facebook (https://www.facebook.com/sharer/sharer.php?u=https://www.rank2traffic.com/myhealthcareauthority.com)

Google+ (https://plus.google.com/share?url=https://www.rank2traffic.com/myhealthcareauthority.com)

Stumbleupon (http://www.stumbleupon.com/submit?url=https://www.rank2traffic.com/myhealthcareauthority.com)

LinkedIn (http://www.linkedin.com/shareArticle?mini=true&url=https://www.rank2traffic.com/myhealthcareauthority.com&title=Myhealthcareauthority Web Analysis: Alexa ranking, stats & traffic history for myhealthcareauthority.com&summary=Myhealthcareauthority at rank2traffic | Myhealthcareauthority - Estimated traffic 20.9 Thousand √ History for 2 years.)

About (/convert-alexa-rank-to-traffic)      Privacy Policy (/privacy)      Contact (/contact)

# Exhibit 14

FOUR WAYS TO SHARE

**107** / SHARES

(https://www.linkedin.com/shareArticle?trk=The+Average+Website+Conversion+Rate+by+Industry+%28updated+for+2017%29&url=https%3A%2F%2Fwww.invespcro.com%2Fblog%2Fthe-average-website-conversion-rate-by-industry%2F) (https://twitter.com/intent/tweet?text=The%20Average%20Website%20Conversion%20Rate%20by%20Industry%20%28updated%20for%202017%29&url=https://www.invespcro.com/blog/the-average-website-conversion-rate-by-industry/&via=invesp) (https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fwww.invespcro.com%2Fblog%2Fthe-average-website-conversion-rate-by-industry%2F) (https://plus.google.com/share?text=The+Average+Website+Conversion+Rate+by+Industry+%28updated+for+2017%29&url=https%3A%2F%2Fwww.invespcro.com%2Fblog%2Fthe-average-website-conversion-rate-by-industry%2F)

CHAPTER 5

# The Average Website Conversion Rate by Industry (updated for 2017)

Written By : Khalid Saleh

**107** SHARES

(https://www.linkedin.com/shareArticle?trk=The+Average+Website+Conversion+Rate+by+Industry+%28updated+for+2017%29&url=https%3A%2F%2Fwww.invespcro.com%2Fblog%2Fthe-average-website-conversion-rate-by-industry%2F) (https://twitter.com/intent/tweet?text=The%20Average%20Website%20Conversion%20Rate%20by%20Industry%20%28updated%20for%202017%29&url=https://www.invespcro.com/blog/the-average-website-conversion-rate-by-industry/&via=invesp) (https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fwww.invespcro.com%2Fblog%2Fthe-average-website-conversion-rate-by-industry%2F) (https://plus.google.com/share?text=The+Average+Website+Conversion+Rate+by+Industry+%28updated+for+2017%29&url=https%3A%2F%2Fwww.invespcro.com%2Fblog%2Fthe-average-website-conversion-rate-by-industry%2F)

**Editor Note:** We highly recommend that you implement the different ideas in this blog post through AB testing (http://offer.invesp.com/ab-mvt-testing-guide/?utm_source=internal_blog&utm_medium=intro_text). Use the guide to conduct AB testing and figure out

The Average Website Conversion Rate by Industry (updated for 2017)                    Page 2 of 14
Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.1043   Page 189 of
201

which of these ideas in the article works for your website visitors and which don't. Download Invesp's "The Essentials of Multivariate & AB Testing (http://offer.invesp.com/ab-mvt-testing-guide/? utm_source=internal_blog&utm_medium=intro_text)" now to start your testing program on the right foot.

Conversion rate information is one of the most protected data on the web.

You should expect such secrecy. Website owners do not jump on the idea of sharing their website's performance with competitors. While many tools available can estimate the number of visitors a website receives, limited software options may determine any website conversion rate (https://www.invespcro.com/blog/calculate-conversion-rate/).

## The question now is: what is a good conversion rate?

**The answer: it varies. What's great for one industry might be below par for another.**

One multi-billion dollar company I once worked with had conversion rates of 41% for first time visitors. And they still wanted more.

The key is to understand the average e-commerce conversion rate (https://www.invespcro.com/blog/31-e-commerce-conversion-rate-optimization-ideas-you-must-try/) and benchmark your performance against it. Once you know whether you are meeting the average for your industry, you can work to improve conversion rates (https://www.invespcro.com/) until you're in the top 10 percentile of performers.

If your website is converting at around the average mark, you are under-performing.

## Understanding Average Conversion Rates

The first thing you should understand is that conversion rate is highly contextual. A store selling high-end electronics isn't going to have the same conversion rate as one selling $10 t-shirts. Similarly, a store with a loyal email list of 100,000 hungry buyers will see far better conversions than one buying cold traffic off Facebook.

Some of the variables that impact conversion rate include:

- Product type
- Product cost or average order value
- Traffic source
- Device (mobile, tablet or PC)
- Platform (Windows, Mac, iOS, Android, etc.)
- Location

Furthermore, conversion rate (https://www.invespcro.com/blog/what-is-conversion-rate-optimization/) is generally used to signify the % of visitors that turn into customers. You might have different goals you are trying to optimize for (say, % of visitors who add a product to cart, or download a lookbook).

The term "average conversion rate," thus, can be a bit misleading.

To help you assess your site's rate in comparison to others in the same segment, we present in this chapter the average conversion rates of both regular and top e-commerce websites, based on data published between 2014-2016, divided by industries (fashion and apparel; catalog; specialty; outdoors and sports; software).

From Invesp internal metrics, we bring the average conversion rates of lead generation, affiliate, and webinar registration pages. We bring as well average rates by device and platform.

You will also learn about visitors' motivation and the browsing vs. converting behavior, to start pondering on visitor-centric information you cannot control.

On top of that, we will discuss the reasons why having an average conversion rate (https://www.invespcro.com/blog/the-state-of-conversion-rate-optimization/) is not good enough, and what you can do to improve it.

The Average Website Conversion Rate by Industry (updated for 2017)        Page 3 of 14
Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.1044   Page 190 of
201

## 1. Average Conversion Rate Of Online Shoppers

Let's start by looking at the global average conversion rate, from the 4th quarter 2015 to the 4th quarter 2016.

The current average conversion of shoppers worldwide is 2.95%.



Source: Statista (https://www.statista.com/statistics/439576/online-shopper-conversion-rate-worldwide/)

For U.S. online shoppers, the average conversion rate is higher than the global average, currently at 3%.



Source: Statista (https://www.statista.com/statistics/439558/us-online-shopper-conversion-rate/)

For UK, the average online conversion rate of shoppers is significantly higher than the global average.

| Conversion Rates | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 |
|---|---|---|---|---|---|
| Global | 3.26% | 2.94% | 2.76% | 2.46% | 2.95% |
| US | 3.24% | 2.89% | 2.72% | 2.44% | 3.00% |
| UK | 5.24% | 5.01% | 4.64% | 4.35% | 4.45% |

Source: Monetate (http://www.monetate.com/resources/benchmarks-research)

## 2. Average Conversion Rates For E-commerce Websites

In the early 2000s, Shop.org reported the average e-commerce website converted 3% of its traffic into customers.

In 2014, MarketingSherpa (http://www.marketingsherpa.com/1news/chartofweek-07-29-14-lp.htm) pointed that the majority of stores had conversion rates in the range below 1% up to 5%, with few companies reaching higher rates.



FireClick Index data from 2015 show an average e-commerce conversion rate close to 7.2% globally.

Conversion data for fashion and apparel, from Fireclick index:

The Average Website Conversion Rate by Industry (updated for 2017)   Page 5 of 14
Case 3:17-cv-00986-BAS-AGS   Document 56-2   Filed 10/22/18   PageID.1046   Page 192 of
201

| Business Metrics | This Week | Last Week | % Change |
|---|---|---|---|
| Conversion Rate: Global | N/A | 7.20% | N/A |
| Conversion Rate: First Time Visitors | N/A | 7.60% | N/A |
| Conversion Rate: Repeat Visitors | N/A | 6.00% | N/A |
| Cart Abandonment Rate | N/A | 53.60% | N/A |

| Business Metrics | This Week | Last Week | % Change |
|---|---|---|---|
| Conversion Rate: Global | N/A | 5.90% | N/A |
| Conversion Rate: First Time Visitors | N/A | 6.10% | N/A |
| Conversion Rate: Repeat Visitors | N/A | 5.60% | N/A |
| Cart Abandonment Rate | N/A | N/A | N/A |

**Conversion data for catalog websites, from Fireclick index:**



(http://offer.invesp.com/ab-mvt-testing-guide/?utm_source=internal_blog&utm_medium=banner)

| Business Metrics | This Week | Last Week | % Change |
|---|---|---|---|
| Conversion Rate: Global | N/A | 6.70% | N/A |
| Conversion Rate: First Time Visitors | N/A | 6.90% | N/A |
| Conversion Rate: Repeat Visitors | N/A | 6.20% | N/A |
| Cart Abandonment Rate | N/A | 55.20% | N/A |

**Conversion data for specialty websites, from Fireclick index:**

**Conversion data for outdoors and sports websites, from Fireclick index:**

**Conversion data for software websites, from Fireclick index:**

Back in 2010, outdoor and sporting stores converted less than 0.5% of the traffic they receive. In 2015, these stores were converting 4.8% of their visitors into customers. **This is close to 900% increase in conversion rates.**

| Business Metrics | This Week | Last Week | % Change |
|---|---|---|---|
| Conversion Rate: Global | N/A | 7.60% | N/A |
| Conversion Rate: First Time Visitors | N/A | 7.30% | N/A |
| Conversion Rate: Repeat Visitors | N/A | 8.80% | N/A |
| Cart Abandonment Rate | N/A | 50.20% | N/A |

| Business Metrics | This Week | Last Week | % Change |
|---|---|---|---|
| Conversion Rate: Global | N/A | 4.80% | N/A |
| Conversion Rate: First Time Visitors | N/A | 4.90% | N/A |
| Conversion Rate: Repeat Visitors | N/A | 5.10% | N/A |
| Cart Abandonment Rate | N/A | 60.10% | N/A |

| Business Metrics | This Week | Last Week | % Change |
|---|---|---|---|
| Conversion Rate: Global | N/A | 4.10% | N/A |
| Conversion Rate: First Time Visitors | N/A | 4.20% | N/A |
| Conversion Rate: Repeat Visitors | N/A | 3.60% | N/A |
| Cart Abandonment Rate | N/A | 76.10% | N/A |

From Fireclick index findings, specialty stores convert at the highest average rates (7.6%), followed by catalog websites (6.7%), fashion and apparel (5.9%), outdoors and sports (4.8%), and software (4.1%).

A benchmark study from MarketingSherpa (http://www.marketingsherpa.com/1news/chartofweek-08-12-14-lp.htm), from 2014, on the other hand, shows that business services, electronics, software and video games, and publishing and entertainment related products convert substantially better than other product categories.

The study also found that stores that sell multiple products saw an average 17.2% conversion rate. Niche stores selling only one-category products, on the other hand, had a 16.3% conversion rate. This result goes against conventional wisdom that targeted, niche stores do better than general stores.

The result goes against Fireclick index findings as well, which show a 6.7% conversion rate for catalog stores and a 7.6% conversion rate for specialty stores. Niche stores, in this case, outperform stores selling multiple products.

## 3. Average Conversion Rates For Top E-commerce Websites

The following data shows the top 15 converting online retailers for 2014.

| Rank | Website | Conversion Rate |
|---|---|---|





## 4. Average Conversion Rate For Lead Generation Websites

You will not find any published data on the average conversion rate for lead generation websites. Invesp internal metrics, based on approximately 35 different lead generation websites, indicates an average of 13% of visitors converted into customers, with the highest converting site sustaining a rate at 28%.

## 5. Average Conversion Rate For Affiliate Websites

Similar to lead generation sites, there is no published data on the average conversion rate (https://www.invespcro.com/blog/calculate-conversion-rate/) for affiliate websites. Invesp internal metrics, based on approximately 17 different affiliate websites, indicates an average of 26% of their visitors converted into customers.

## 6. Average Conversion Rate On Freemium Products

Companies offering freemium products are able to reach high conversion rates. Slack, for instance, converts 30% of free subscribers into premium paying customers. These are the conversion rates of some freemium providers, according to Business 2 Community (http://www.business2community.com/digital-marketing/freemium-conversion-rate-spotify-destroys-dropbox-667-01497671#jYD0p4I6kE9eVGI4.97).

| Product | Conversion Rate |
|---|---|
| Slack | 30% |
| Spotify | 27% |
| Evernote | 4.1% |
| Dropbox | 4% |
| Google Drive | 0.5% |




**ARE YOU LOOKING TO IMPROVE YOUR CONVERSION RATES?**

Try **FigPii** conversion optimization platform free for 30 days

REQUEST AN INVITATION NOW

(https://www.figpii.com/?utm_source=invesp&utm_medium=blog-banner)

## 7. Average Conversion Rates For Webinar Registration Pages

Over the last couple of years, there has been a massive push to use webinars as a lead generation activity to drive business leads. However, few articles and blog posts have addressed increasing conversions for webinar registration pages. The data we provide here is narrow and based on our own webinar (https://www.invespcro.com/blog/category/webinars/) registration page.

- Conversion rate for webinar registration pages varies depending on the type of webinar software you are using. GotoWebinar, which seems to be the most popular, might increase conversions anywhere from 5% to 15%.
- Conversion rate for webinar registration page depends on the quality of the visitors you are driving to the page, the webinar title, day, and time of day.
- The standard GotoWebinar registration page converts 22% of visitors.
- Custom-built webinar registration pages convert 35% to 45% of visitors.

## 8. Average Conversion Rates By Device

By the end of 2016, in the U.S., traditional devices, i.e. desktops and laptops, reach a considerably higher conversion rate than mobile devices. Among mobile, conversions on tablets more than double compared to conversions on smartphones.

Source: Statista (https://www.statista.com/statistics/234884/us-online-shopper-conversion-rate-by-device/)



Consumers use smartphones mainly for browsing, while they prefer traditional devices and tablets for shopping. Keep this in mind when evaluating your conversion rates, especially if mobile makes up a bulk of your traffic. This should also help you figure out what devices to target in your marketing campaigns.

For global and UK average conversion rates, traditional devices also outperform mobile.

| Conversion Rates by Device | | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 |
|---|---|---|---|---|---|---|
| GLOBAL | Traditional | 4.21% | 3.84% | 3.69% | 3.42% | 4.14% |
| | Smartphone | 1.35% | 1.41% | 1.38% | 1.21% | 1.55% |
| | Tablet | 3.74% | 3.24% | 3.18% | 2.94% | 3.56% |
| US | Traditional | 4.28% | 3.87% | 3.75% | 3.51% | 4.31% |
| | Smartphone | 1.20% | 1.29% | 1.27% | 1.11% | 1.50% |
| | Tablet | 3.68% | 3.08% | 3.03% | 2.79% | 3.55% |
| UK | Traditional | 6.89% | 6.71% | 6.25% | 5.77% | 5.96% |
| | Smartphone | 3.46% | 3.32% | 3.17% | 3.15% | 3.31% |
| | Tablet | 5.12% | 4.83% | 4.64% | 4.46% | 4.52% |

Source: Monetate (http://www.monetate.com/resources/benchmarks-research)

## 9. Average Conversion Rates By Platform

Mac users, at the 4th quarter 2016, bought more than Windows users, who bought substantially more than Linux users. During the 2nd quarter 2016, conversion rates were the same for Mac and Windows users. On mobile platforms, Android under-performs against iOS.

Source: Monetate (http://www.monetate.com/resources/benchmarks-research)

## 10. Highly Motivated Visitors Drive Higher Conversions

In a famous conversion experiment, you give ten people a credit card. Direct them to an e-commerce website (https://www.invespcro.com/blog/design-trends-e-commerce-websites/). Ask them to buy a particular item the store carries.

The Average Website Conversion Rate by Industry (updated for 2017)            Page 10 of 14
Case 3:17-cv-00986-BAS-AGS    Document 56-2    Filed 10/22/18    PageID.1051    Page 197 of
201

| Conversion Rates by Platform | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 |
|---|---|---|---|---|---|
| Android | 1.58% | 1.62% | 1.45% | 1.18% | 1.53% |
| Chrome OS | 3.33% | 2.67% | 2.63% | 2.64% | 3.08% |
| Linux | 1.07% | 0.77% | 0.69% | 0.56% | 0.82% |
| Macintosh | 4.76% | 3.87% | 3.81% | 3.62% | 4.29% |
| Windows | 4.17% | 3.95% | 3.81% | 3.50% | 4.25% |
| Windows Phone | 1.19% | 1.26% | 1.19% | 1.01% | 1.16% |
| iOS | 2.35% | 2.10% | 2.01% | 1.80% | 2.22% |

## How many of these ten people are able to complete the purchase?

Remember, they are only required to perform the purchase. They are not spending their own money. All they have to do is navigate to a site, find an item, add it to their shopping cart and successfully finish the checkout process                (https://www.invespcro.com/blog/revealed-the-biggest-secret-to-ecommerce-checkout-optimization/).

Logically, you would guess that at least eight of the testers should complete the task.

Wrong! When the experiment was done, only two were able to accomplish the goal of buying the item. If only two concluded the checkout process under these circumstances (full motivation and no fears or objections), it is no wonder that everyday consumers do not convert on the web.

We highly recommend running the same test for your website and examining the results.

## 11. Understanding Your Website Visitors: Browsing Vs. Converting

Visitors' intent as they browse your website has a direct impact on your conversion rates. Are visitors coming to your website to research products with the intention of buying online? Or are they taking information from your site back to brick-and-mortar stores to buy there? It depends on the nature of the product you offer and how visitors view it. This answer is focused on visitor-centric information and not on factors you control, such as website messaging, design, copy, etc. These are the three different categories of visitors' intent:

- **Browse online / buy online**: clothes, event tickets, books and toys, or making reservations
- **Higher browse online / Lower buy online**: Electronics, computers, sporting goods
- **Lower browse online / Higher buy online**: airline tickets

So, what can you do with this categorization? Think about your own website and consider the type of browsing vs. buying of your average consumer. If you know that visitors tend to use your website for research but do not convert online, what can you do to convert more visitors into buyers (https://www.invespcro.com/marketing-services/landing-page-creation-optimization.html)?

## 12. Why An Average Conversion Rate Is Not Good Enough (And What You Can Do To Improve It)

As we saw earlier, conversion rates vary greatly across stores. Some stores see conversion rates in excess of 10%. Some struggle with rates under 2%.

(http://offer.invesp.com/request/?utm_source=blog&utm_medium=mid-banner)

According to WordStream, for example, the top 10% of stores see a conversion rate of nearly 11.5%.

Which is to say, getting an average conversion rate is really not good enough for an e-commerce store. Instead of benchmarking yourself against the average, focus on what the top 10% are doing and reverse engineer their efforts.



| Distribution Point | Conversion Rate | Vs. Average | Comments |
|---|---|---|---|
| Average | 2.35% | | Unremarkable |
| Top 25% | 5.31% | 2x | Awesome |
| Top 10% | 11.45% | 5x | **Unicorns** |

Here are a few steps you can take to improve your conversion rates:

## 1. Focus on top converting traffic channels

From the above charts, it is clear that social converts fairly poorly as compared to search and email, both of which underperform against direct traffic.

If improving conversion rates is your priority, focusing on better converting channels will yield better results. Dig into your analytics report to see where most of your traffic comes from. If your top channel is social and you have very little direct traffic, it might be a good idea to divert marketing resources to PPC or invest in an email campaign.

Similarly, email yields better conversion rates than social and search. Consider investing in an email marketing campaign (https://www.invespcro.com/blog/email-marketing-statistics/) to push up your store's overall conversions.

## 2. Promote best-converting products/categories

Different products and product-categories will have different conversion rates. Dig through your analytics to see what pages convert best. These should be the top priority in your marketing campaigns.

For example, if your t-shirts convert better than your shoes, make sure to promote the former on your site and your marketing.

At the same time, also consider what products contribute the most to your bottom-line. A $1,000 product that converts at 2% is better for your store than a $10 product that converts at 10%.

Finding a product with a reasonably high order value and strong conversion rates can do wonders for your store.

### 3. Go deeper with your A/B tests

When split testing (https://www.invespcro.com/blog/what-is-ab-testing-split-testing/), it is easy to fall into the trap of making small changes (such as changing a button color) and expecting big returns.

Such an approach will rarely, if ever, yield unicorn-level conversion rates of 5-10% or higher. To get to that level, you have to look beyond cosmetic changes.

Try the following with your tests:

- **Overhaul page design.** Experiment with minimalist pages, busy pages, etc. Be prepared to try out 10 or more radically different designs to see what truly works.
- **Experiment with different offers.** Instead of selling products conventionally, try to run a time limited sale (like Groupon).
- **Change up traffic sources.** Use the same landing page on different channels (Facebook, Twitter, AdWords, etc.). Try a remarketing campaign with top performing channel to push conversion rates even further.

### 4. Clamp down on cart abandonment rate

According to Monetate, 'Add to Cart' rate (% of visitors who add a product to the shopping cart) globally is as high as 9.58%.



(http://offer.invesp.com/request/?utm_source=blog&utm_medium=mid-banner)

| Add-to-Cart Rates | Q3 2014 | Q4 2014 | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|---|
| Global | 9.30% | 10.61% | 9.22% | 9.66% | 9.58% |
| US | 9.49% | 10.97% | 9.45% | 9.92% | 9.92% |
| GB | 11.55% | 10.63% | 10.53% | 11.10% | 10.00% |

From the same study, average conversion rate is just 2.95%.

This means that out of 10, nearly 7 people abandon their shopping cart.

Optimizing the checkout experience, therefore, should be a top priority. Reducing cart abandonment rate (https://www.invespcro.com/blog/shopping-cart-abandonment-rate-statistics-infographic/) by even 10% can push up conversion rates significantly.

### 5. Invest in a mobile shopping app

Smartphone traffic to e-commerce sites has steadily grown from 16.6% of all traffic in Q2 2014 to 22.9% of traffic in Q2 2015 (http://www.emarketer.com/Article/Ecommerce-Site-Traffic-Smartphones-Up-Worldwide/1013151).

**Ecommerce Site Traffic Share in Great Britain, the US and Worldwide, by Device, Q2 2014-Q2 2015**

% of total on Monetate's network

| | Q2 2014 | Q3 2014 | Q4 2014 | Q1 2015 | Q2 2015 |
|---|---|---|---|---|---|
| **US** | | | | | |
| Desktop/laptop | 67.2% | 65.0% | 62.1% | 62.6% | 61.5% |
| Smartphone | 16.6% | 18.5% | 21.1% | 20.9% | 22.9% |
| Tablet | 16.2% | 16.5% | 16.8% | 16.5% | 15.6% |
| **Great Britain** | | | | | |
| Desktop/laptop | 53.2% | 51.1% | 49.6% | 51.6% | 49.5% |
| Smartphone | 18.3% | 28.8% | 29.0% | 30.9% | 30.5% |
| Tablet | 28.6% | 20.2% | 21.4% | 17.5% | 19.9% |
| **Worldwide** | | | | | |
| Desktop/laptop | 67.2% | 65.1% | 62.1% | 62.5% | 61.1% |
| Smartphone | 16.2% | 18.1% | 20.7% | 20.6% | 22.7% |
| Tablet | 16.5% | 16.8% | 17.2% | 16.9% | 16.2% |

Note: represents activity on Monetate's network, broader industry metrics may vary; numbers may not add up to 100% due to rounding
Source: Monetate, "Ecommerce Quarterly EQ2 2015: The Offline Impact," Sep 10, 2015

198660    www.**e**Marketer.com

Smartphone traffic conversion rates, however, are significantly lower than both desktops and tablets.

Improving the mobile shopping experience can be a big boost to your bottom-line. One way to do this is to invest in a mobile app. While the upfront costs will be high, a mobile app offers several advantages over a mobile website:

- Personalization: By using location data and tracking user engagement, a mobile app can offer a more personalized experience (https://www.invespcro.com/blog/online-shopping-personalization/) to your customers.

- Notifications: You can use mobile notifications to alert customers about sales and deals – something that's not possible (so far) with mobile websites.

- Design and Performance: A mobile app gives your designers more room to create innovative shopping experiences. Apps also perform better than websites since they can tap into the full power of the smartphone.

This is one reason why some retailers are ditching mobile websites altogether and going 'app only' (http://www.business-standard.com/article/pti-stories/ola-goes-myntra-way-to-go-app-only-115072800813_1.html).

Even if you don't invest in a mobile app, make sure to optimize your site for mobile users. According to Criteo (http://www.criteo.com/media/2501/criteo-state-of-mobile-commerce-report-q2-2015-ppt.pdf), mobile-optimized sites convert more than 100% higher than non-optimized sites.

(http://offer.invesp.com/request/?utm_source=blog&utm_medium=mid-banner)



> The changes Invesp made increased our conversion rate by 273% and that was really early on

Peter Adler - CEO

**HOW CAN WE HELP YOU?**

SWISS OUTPOST

TAKE ME TO PREVIOUS CHAPTER (HTTPS://WWW.INVESPCRO.COM/BLOG/GOOGLE-ANALYTICS-METRICS-IMPACT-CONVERSION-RATE-OPTIMIZATION/)

TAKE ME TO NEXT CHAPTER (HTTPS://WWW.INVESPCRO.COM/BLOG/THE-CONVERSION-FRAMEWORK-7-PRINCIPLES-TO-INCREASE-CONVERSION-RATES/)

## Join 25,000+ Marketing Professionals

If you enjoyed this post, please consider subscribing to the Invesp blog feed to have future articles delivered to your feed reader. or,receive weekly updates by email:

**SUBSCRIBE**

**OUR PRODUCTS**

Landing Page Relavancy (https://www.invespcro.com/tools/landing-page-relavancy)

**USEFUL LINKS**

Customers List (https://www.invespcro.com/our-clients.html)

Blog (https://www.invespcro.com/blog/)

**OPTIMIZATION**

Full Website Optimization (https://www.invespcro.com/marketing-services/conversion-services.html)

Website Audit (https://www.invespcro.com/marketing-services/conversion-rate-optimization.html)

Landing Page Optimization (https://www.invespcro.com/marketing-services/landing-page-creation-optimization.html)

**HELP / SUPPORT**

Contact Us (http://offer.invesp.com/request/)

**FIND US**

© 2006-2017 All rights reserved. Invesp

Privacy Policy (https://www.inves