# "EXHIBIT 5"

| | |
|---|---|
| **From:** | Matthew M. Loker, Esq. <ml@kazlg.com> |
| **Sent:** | Monday, November 12, 2018 9:20 AM |
| **To:** | Kevin Brody |
| **Cc:** | abbas kazerooni; Joshua B. Swigart; Elizabeth Wagner; Todd Friedman; Tom Wheeler; Adrian Bacon; Brian Cummings; Jeffrey Backman |
| **Subject:** | McCurley v. Royal Seas |

Kevin

I did not hear from you last week after you confirmed receipt of the subpoena. As such, we appeared at the deposition this morning but you were not there. Are you available to discuss today?

Also, I have included my co-counsel as well as Royal Seas' counsel on this message.

Thanks,
Matt


--
Matthew M. Loker, Esq.
Partner



1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Office: (800) 400-6808 Extension 5
Direct: (805) 335-8455
Facsimile: (800) 520-5523
ml@kazlg.com
www.kazlg.com
www.SLODebtDefense.com

**Los Angeles  - Orange County - San Diego**
**San Luis Obispo - Phoenix - Las Vegas - Dallas - St. George**

Licensed in the States of California; Texas; and, Washington

**CONFIDENTIALITY NOTICE WARNING:** The information contained in this message (inclusive of attachments) is attorney privileged and confidential information intended ONLY for the use of the individual/s and/or entity named above. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I do not intend to waive and do not waive any privileges or the  confidentiality of the message/s and attachment/s, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately at ml@kazlg.com or at (800) 400-6808 Extension 5 and delete the message  and attachments from your all your records.  Thank you for your cooperation.

**PLEASE NOTE**: You do not become a client of Matthew M. Loker, Esq. or Kazerouni Law Group, APC

unless you enter into a written agreement signed by you and Matthew M. Loker, Esq. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Matthew M. Loker, Esq. or the Kazerouni Law Group, APC.