# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br>*consolidated with*<br>17-cv-1988 AJB (AGS)<br><br>**REPORT OF NATHAN BACON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| **DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | |

# REPORT OF NATHAN BACON

## I.     BACKGROUND

1. I have been retained to conduct an assessment and provide an expert opinion of the validity of various technological statements made by witnesses in this matter.   Specifically I was asked to provide an opinion on whether the "consent" data produced by Mr. Brody as Exhibit B of his Declaration (Dkt. No. 58-7, Pg. 18) could have been legitimately provided by a consumer through the www.diabeteshealth.info web portal on the date represented by the Defendant in this matter.  My opinions are limited at this time to this singular issue.  I reserve the right to revise or revisit my opinions if more information, data or documents are produced at a later time.

2. I have reviewed the following materials in preparing my report and forming my opinions:
   - Declaration of Kevin Brody (Dkt. No. 58-7)
   - The Diabeteshealth.info website, including both by navigating the website, and viewing the source code for the website
   - www.waybackmachine.org

## II.     EXPERIENCE AND QUALIFICATIONS

3. The matters stated herein are based upon my personal knowledge or matters known or reasonably available to me.

4. I hold a Bachelor's of Science Degree from Chapman University in Computer Information Systems.  As part of my education, I studied computer science for three years at The University of Arizona, before transferring to Chapman University.  I also worked as a website developer during that time period.

5. During my education, I took courses in which I studied HTML, javascript, java and many other programming and scripting languages. I also studied database management with an emphasis on sql.

6. After graduation, I was hired as a software engineer by Gamblit Gaming LLC. I have received a promotion since starting my work with Gamblit, and currently hold a position as Software Engineer II. In my role as a software engineer, and during the course of my work, the majority of my time is spent architecting, writing and troubleshooting bugs, and assisting and managing members of a team with the same or similar duties. The coding work that I do on a daily basis in my career involves technologies which are used in modern website design.

7. I primarily write code in java and sql, but also spend time working on nodeJS applications.

8. In addition to my work with Gamblit Gaming LLC, I have spent several years assisting companies with website design.

9. It would be fair to say that a large portion of my educational and working career have been spent working on technological projects relating precisely to what I was asked to analyze in preparing this report.

10. I applied this experience and education in order to form my opinions. I did not need to consult with any educational materials in order to formulate these opinions, because my current level of expertise and familiarity with programming and coding was sufficient to provide the opinions herein. My opinions are my own and are supported by my background and education in this industry.

11. I have been retained by Plaintiffs at an hourly rate of $300 per hour. I bill at $400 per hour for depositions.

---

### III.   ANALYSIS

12. I was asked by Plaintiffs to opine on the veracity of Mr. Brody's testimony relating to his presentation of Plaintiff McCurley's "consent" data.

13. Mr. Brody states in his Declaration that he works with a large network of publishers which control the website www.diabeteshealth.info.   See Brody Decl. ¶¶ 8-11.  Mr. Brody states that when a consumer accesses the website domain www.diabeteshealth.info, the person is met with a form which needs to be completed in order for the individual to receive telephone calls to learn about the products or services being offered.  He goes on to state that with respect to the phone number for Plaintiff John McCurley, web server records show that Mr. McCurley's phone number was voluntarily provided by a consumer through the www.diabeteshealth.info web portal on April 30, 2017. He attaches what he refers to as a "true and correct copy" of the records pulled from Landfall Data's web server as Exhibit B.

14. In my opinion, as an experienced computer programmer and a web developer, these statements are highly questionable.

*i.*      *Mr. Brody's Testimony is Implausible Because Exhibit B Includes Data Fields That Cannot Be Captured Through www.diabeteshealth.info*

15. In order to assess the validity of Mr. Brody's statement I began by visiting the website www.diabeteshealth.info.  I pulled a copy of the source code as it exists today.   I also used a web archiving tool located at www.waybackmachine.org in order to pull an archive copy of the website as it existed on January 27, 2017.  I pulled a copy of the source code for www.diabeteshealth.info as of January 27, 2017 as well and from June 25,

2017.  My purpose in doing so was to find an archive that was older than the date shown in Exhibit B of Mr. Brody's Declaration, and from immediately after because that would verify whether the source code had materially changed since that time, i.e. whether the website had been programmed in a materially different manner in 2017, than it was programmed today.      I confirmed that with respect to the issues presented in this Report, it had not materially changed.

16. "Courts have taken judicial notice of the contents of web pages available through the Wayback Machine as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Erickson v. Nebraska Machinery Company, Case No. Case No. 15–cv–01147–JD, 2015 WL 4089849 Fn. 1 (N.D. Cal. July 6, 2015), citing Fed.R.Evid. 201; Pond Guy, Inc. v. Aquascape Designs, Inc., No. 13–13229, 2014 WL 2863871, at *4 (E.D.Mich. Jun. 24, 2014); In re Methyl Tertiary Butyl Ether (MTBE) Products Liab. Litig., 2013 WL 6869410 (S.D.N.Y. Dec. 30, 2013).

17. Attached as Exhibit A is a copy of the source code which I pulled from the www.diabeteshealth.info website.

18. Attached as Exhibit B is a copy of the source code which I pulled from www.waybackmachine.org's  archive  of  the  www.diabeteshealth.info website. I trimmed the excess code added to it as a result of being pulled from the Wayback Machine to more easily compare the source code.  The archive date from which I pulled this data was dated January 27, 2017.  I tried to pull something closer to April 2017, but there were no available archives of the website in that month.  January 27, 2017 was the closest available archive prior to the date provided by Mr Brody of April 2017  available prior to that

date.  Attached as Exhibit D is a copy of the www.waybackmachine.org web page that I visited in order to access this archived website.

19. Attached as Exhibit C is a copy of the source code which I pulled from www.waybackmachine.org's archive of the www.diabeteshealth.info website.  I trimmed the excess code added to it as a result of being pulled from the wayback machine to more easily compare the source code.  The archive date from which I pulled this data was dated June 25, 2017.  I pulled this to be able to be able to compare the website from before and after the information was said to have been entered into the website. Attached as Exhibit D is a copy of the www.waybackmachine.org web page that I visited in order to access this archived website.

20. In addition to reviewing the source codes for both time periods, I spent time navigating the website itself, both in present-day time, and through the archived January 27, 2017 websites available through www.waybackmachine.org.  I printed out screenshots of the website both from today (attached as Exhibit E and F and G), from the website as it existed on January 27, 2017 (Exhibit H), and from the website as it existed on June 25, 2017 (Exhibit I).

21. Exhibit E represents a printout I made from www.diabeteshealth.info as the website exists today.   Exhibit F represents a printout I made from www.diabeteshealth.info as the website exists today, with part of my information filled into the data fields.  I left the data field "Phone" blank, but filled in all other fields, and clicked the "NEXT" button in Exhibit F, after which time the red box shown in Exhibit F was placed around that data field. The website would not let me proceed to the next stage until I had entered in a phone number.  I provided a fake number of 000-000-0000 in order to bypass

this screen, and get to the next screen.   Before entering information and clicking next, I took a screenshot, which is attached as Exhibit E.

22. Exhibit F represents the layout of the www.diabeteshealth.info website after the first four data fields have been filled out and the "NEXT" button has been clicked by a user.  The fields are blank by default.

23. There is no data field for "address" anywhere in these options.  The website does not ask for the individual's address at all.  Yet somehow, the data in Exhibit B to Mr. Brody's Declaration shows an address was recorded into the database.  This was very strange to me, because the SQL database query produced by Mr. Brody shows "address" "city" and "state" as specific fields which presumably would have been provided by the individual supposedly "consenting" to receive messages through the www.diabeteshealth.info website, and yet, the website itself never asks a consumer to enter such information into a field before submitting their "consent."  There is no place for that information to have been provided based on my thorough review of the www.diabeteshealth.info website.  I was not able to find anything in the source code either.  The word "address" outside the context of "email address" never appears in the source code.  The same is true for "city" and "state."  The fact that none of these three pieces of data can be entered into the web portal by a consumer visiting the website, and that the source code does not otherwise reference such data fields leads me to the conclusion that such data, as presented in Exhibit B of Mr. Brody's Declaration, was not entered in by a consumer through the www.diabeteshealth.info web portal, but from some other unknown place.

ii.    *Mr. Brody's Testimony is Implausible Because Exhibit B Has Blank Data Fields Which Technologically Cannot Be Left Blank As The Source Code And Functionality Of www.diabeteshealth.info Are Programmed*

24. Mr. Brody's sworn testimony is questionable for another technological reason as well.

25. I have reviewed diabeteshealth.info by navigating the website and analyzing its functionality, as well as reviewing the source code for the site, both in present day time, through the January 27, 2017 archive, and the June 25, 2017 archive.

26. What I found in navigating the website and reviewing the source code is that the website is designed and programmed in such a way that if one of the data fields (such as name, phone number, zip code or gender) is left blank, the website will highlight the missing information with a red border using a javascript function instead of submitting the data to the web server.  See Ex. F

27. The missing user input will cause a red box to outline the data field that is blank, and the website will not permit the user to proceed to the next step until information is entered into the blank data field.

28. I confirmed that this was how the websites functioned not only by navigating the website but also by reviewing the source code for the website. Specifically, I would point to the following code from Exhibit A of my Report:

```
390   function validate()
391   {
392       var fname = $(".fname").val();
393       var lname = $(".lname").val();
394       var email = $(".email").val();
395       var phone = $(".phone").val();
396
397       var agree = $(".agree").is(':checked');
398       $(".required").css("border","");
399       if(fname=="" && lname=="" && email =="" && phone=="" || agree=="false")
400       {
401           $(".required").css("border","1px solid red");
402       }
403       else if(fname=="")
404       {
405           $(".fname").css("border","1px solid red");
406       }
407       else if(lname=="")
408       {
409           $(".lname").css("border","1px solid red");
410       }
411       else if(email=="")
412       {
413           $(".email").css("border","1px solid red");
414       }
415       else if(phone=="")
416       {
417           $(".phone").css("border","1px solid red");
418       }
419       else if(!$(".agree").is(':checked'))
420       {
421           $(".form_agree").css("border","1px solid red");
422       }
423       else{
424           $(".required").css("border","");
425           popup_click();
426           $(".btn").attr("onclick", "validate1();");
427       }
428   }
```

```
429    function validate1()
430    {
431        var zipcode = $(".zipcode").val();
432        var age = $(".age").val();
433        var gender = $(".gender").val();
434        var besttimecall = $(".besttimecall").val();
435        var patient_relationship = $(".patient_relationship").val();
436        var type_insurance = $(".type_insurance").val();
437
438        $(".required").css("border","");
439        if(zipcode=="" || age=="" || gender=="" || besttimecall=="" || patient_relationship=="" || type_insurance=="" )
440        {
441            if(zipcode=="")
442                {$(".zipcode").css("border","1px solid red");}
443            else{$(".zipcode").css("border","");}
444
445            if(age=="")
446                {$(".age").css("border","1px solid red");}
447            else{$(".age").css("border","");}
448            if(gender=="")
449                {$(".gender").css("border","1px solid red");}
450            else{$(".gender").css("border","");}
451            if(besttimecall=="")
452                {$(".besttimecall").css("border","1px solid red");}
453            else{$(".besttimecall").css("border","");}
454            if(patient_relationship=="")
455                {$(".patient_relationship").css("border","1px solid red");}
456            else{$(".patient_relationship").css("border","");}
457            if(type_insurance=="")
458                {$(".type_insurance").css("border","1px solid red");}
459            else{$(".type_insurance").css("border","");}
460
461
462        }
463        else
464        {
465            $(".required").css("border","");
466            popup_click();
467        }
468    }
```

```
470        var count = 0;
471    function popup_click()
472    {
473
474
475        count += 1;
476        if(count==1)
477        {
478            $(".popup2").show();
479            $(".popup1").hide();
480            $("#myModal2").hide()
481
482            //$(".btn").text("Submit");
483            $("#myModal").show();
484        }
485        else if(count==2)
486        {
487
488            var postdata = $('#bookingForm').serialize();
489            /* var fname = $(".fname").val();
490            var lname = $(".lname").val();
491            var email = $(".email").val();
492            var phone = $(".phone").val();
493            var ipaddress = ""*/
494            var url = "index-form.php"// the script where you handle the form input.
495            $.ajax({
496                type: "POST",
497                url: url,
498                data:postdata, // serializes the form's elements.
499                success: function(data)
500                {
501                    /*  var urls = "http://68.233.243.42/services/edulivepost.php?url=pinpointschool.com&phone
502                    $.ajax({
503                    type: "POST",
504                    url: urls,
505                    data:``, // serializes the form's elements.
506                    success: function(data)
507                    {
508
509                    }
510                });*/
511                $("#myModal2").show();
512                $("#myModal").hide(1000);
513                $(".controlHolder").hide(1000)
514                setTimeout(function(){window.location.href='index.php'},5000);
515                }
516            });
517            $(".btn").hide();
518        }
519
520    }
```

29. The "validate" function as written in the code above requires validation of a complete set of conditions before the next "popup" can be triggered, i.e. before moving to the following screen after clicking "NEXT."  As shown in the source code, on page one of the website (Exhibit E), those conditions are that all four of the data fields be not blank(firstName, lastName, email, and

phone) and that the check box be clicked "agree." This is shown in lines 399-422 of the code above.

30. If these conditions are not met, the javascript will cause a solid red 1 pixel border to encircle the data field shown by "1px solid red." This is shown in lines 399-422 of the source code.

31. If the data fields are filled and the check-box is checked, then the source code causes a form to appear with more fields to be filled out by the user as shown in Exhibit G. It does this by calling a function called "popup_click()" once. This is shown in lines 422-426 of the source code above.

32. The source code is programmed in the same manner with respect to this second form using the function "validate1", requiring zipcode, age, gender, besttimecall, patient_relationship, and type_insurance to all be filled, or else be met with a "1px solid red" error. This is shown on line 439 of the source code above.

33. The data fields for "age", "gender", "best time", "patient relationship", and "type of insurance" are all drop down menus with preselected options, as opposed to blank fields that could have data entered into them by the user.

34. If all information is present, then it will call a function "popup_click" for the second time. On being invoked for the second time, the function uses ajax code to make a HTTP POST request to a remote server to a piece of php code called "index-form.php". Presumably this piece of code is what stores the information into their database.

35. I ruled out the possibility that blank data such as a space could have been entered into the "age", "gender", "best time", "patient relationship", or "type of insurance" fields, because those fields were not manual entries like some

of the other fields, but were drop down menus which do not allow for the possibility of any entries but for those present in the drop down menu.

36. I attempted multiple times to submit data without having any of the drop down menu options selected for either "gender" or "patient relationship." I was unable to bypass the error indicators that were programmed in the source code for the website. In other words. Despite numerous attempts, I could not replicate a scenario where information from all other fields except for "gender" and "patient relationship" were selected, but where those fields were blank. Yet, these fields are blank in Exhibit B to Mr. Brody's Declaration, while other data fields are filled.

37. Accordingly, it is my opinion that if this website is feeding data entries into a database of the nature described by Mr. Brody in his Declaration, it would be highly improbable that these fields would be missing from the database. The reason for this is because if the website were operating as the source code shows it is designed, then it would use capture and save all the data received from a user into the database. Based on this, a row of data such as the one presented as Exhibit B to Mr. Brody's Declaration would not technologically exist. Even more disturbing is the fact that there is extra information in the row of data which was provided which cannot be submitted by a user of the website. Where did this information come from? Certainly not from a user who inputted the data into this website. Anomalies such as this are not possible with standard coding and database management protocols, which means that the data in Exhibit B of Mr. Brody's Declaration did not come from a submission by a consumer on www.diabeteshealth.info, but instead came from some other unknown source.

38. I also spent some time to review the transcript from the deposition of Mr. Brody. When questioned about how the website would have obtained the data provided, Mr. Brody did not have any explanation. When the demonstration of the website was done, he did not have any explanation for how the extra data was obtained, or how some of the information was missing. It was clear from the transcript that Mr. Brody did not understand the website or how it functions, and therefore the legitimacy of the document he signed is very much in question. How could someone who repeatedly said under oath that the function of code and databases was not something he understood, also sign a document asserting that the data provided by this website and from the database was valid. By deduction, it would seem that he believed his business to be legitimate and so signed a document provided to him by attorneys which he did not understand the truth or gravity of.

## IV.   SUMMARY

39. In my opinion, based on my review of the website, there was no way for the data that is presented by Mr. Brody in Exhibit B to have been submitted through the www.diabeteshealth.info web portal. The data fields in his exhibit include data that is not captured by that website, and also excludes data fields which would have had to have been provided by a consumer who legitimately submitted such information through the web portal in order for the remainder of the data to have been transmitted to the server. The programming of the source code does not match with the output testified to by Mr. Brody. Mr. Brody could not provide an explanation for the data inconsistencies. There is no legitimate technological explanation for this anomaly that I can think of, and ultimately, my conclusion is that that the data shown in Exhibit B of Mr.

Brody's Declaration could not have possibly been generated through www.diabeteshealth.info.  It must have come from somewhere else.

40. I have reached the opinions expressed herein based on a reasonable degree of certainty in the fields of computer programming, database management and web development.

Executed at Topanga Canyon, California, this 6th day of January, 2019.

Nathan Bacon

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

```
1    <!DOCTYPE html>
2    <html lang="en">
         <head>
3            <title>Home</title>
             <meta charset="utf-8">
4            <meta name="format-detection" content="telephone=no"/>
5            <link rel="icon" href="images/favicon.ico" type="image/x-icon">
             <link rel="stylesheet" href="css/grid.css">
6            <link rel="stylesheet" href="css/style.css">
             <link rel="stylesheet" href="css/booking.css"/>
7
8            <script src="js/jquery.js"></script>
9
             <!-- Start Alexa Certify Javascript -->
10           <script type="text/javascript">
11               _atrk_opts = {atrk_acct: "7Tg6o1QolK10zM", domain:
     "pinpointschool.com", dynamic: true};
12               (function () {
13                   var as = document.createElement('script');
                     as.type = 'text/javascript';
14                   as.async = true;
                     as.src = "https://d31qbv1cthcecs.cloudfront.net/atrk.js";
15                   var s = document.getElementsByTagName('script')[0];
16                   s.parentNode.insertBefore(as, s);
                 })();
17           </script>
         <noscript><img
18   src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=7Tg6o1QolK10zM"
19   style="display:none" height="1" width="1" alt="" /></noscript>
20           <!-- End Alexa Certify Javascript -->
             <!-- Start GoogleAnalyticsObject Javascript -->
21       <script>
22           (function (i, s, o, g, r, a, m) {
                 i['GoogleAnalyticsObject'] = r;
23               i[r] = i[r] || function () {
                     (i[r].q = i[r].q || []).push(arguments)
24               }, i[r].l = 1 * new Date();
                 a = s.createElement(o),
25                   m = s.getElementsByTagName(o)[0];
26               a.async = 1;
                 a.src = g;
27               m.parentNode.insertBefore(a, m)
28           })(window, document, 'script', 'https://www.google-
```

```
analytics.com/analytics.js', 'ga');

        ga('create', 'UA-86434555-2', 'auto');
        ga('send', 'pageview');

    </script>
    <!-- End GoogleAnalyticsObject Javascript -->


    <!--[if lt IE 9]>
    <html class="lt-ie9">
    <div style=' clear: both; text-align:center; position: relative;'>
        <a href="http://windows.microsoft.com/en-US/internet-explorer/..">
          <img src="images/ie8-panel/warning_bar_0000_us.jpg" border="0"
height="42" width="820"
            alt="You are using an outdated browser. For a faster, safer
browsing experience, upgrade for free today."/>
        </a>
    </div>
    <script src="js/html5shiv.js"></script>
    <![endif]-->

    <script src='js/device.min.js'></script>
</head>

<body>
    <div class="page">
        <!--=========================================================
                                HEADER
        =========================================================-->
        <header>
            <div class="container vide_content">
                <div class="brand">
                    <h1 class="brand_name">
                        <a href="./">
                            <strong class="primary">Diabetes Health
Info</strong>
                        </a>
                    </h1>
                    <p class="brand_slogan">
                        Your one stop shop for all your diabetes needs
                    </p>
                </div>
```

```
                    <h2>If you or a loved one is struggling with diabetes and need
help you have come to the right place. We work with the largest brands to
deliver the highest quality products with the deepest discounts.</h2>

                    <h3>You may qualify for diabetic supplies at little or no cost,
just fill out the form below to find out</h3>

                <div class="row">

                    <div class="grid_8 top_banner">
                        <img src="images/headerpic.jpg" alt=""/>
                    </div>
                    <div class="grid_4   form_questions">
                        <form  class="bookingForm" method="post" action="#"
id="bookingForm">

                            <div  class="booking-form">

                                <div class="tmInput">
                                    <input id="leadid_token"
name="universal_leadid" type="hidden" value=""/>
                                    <input name="fname" class="fname required"
placeHolder="First name" type="text"
                                        data-constraints='@NotEmpty @Required
@AlphaSpecial'>
                                </div>
                                <div class="tmInput">
                                    <input name="lname" class="lname required"
placeHolder="Last name" type="text"
                                        data-constraints='@NotEmpty @Required
@AlphaSpecial'>
                                </div>
                                <div class="tmInput">
                                    <input name="email" class="email required"
placeHolder="E-mail " type="text" data-constraints="@NotEmpty @Required
@Email">
                                </div>

                                <div class="tmInput">
                                    <input name="phone"  class="phone required"
placeHolder="Phone" type="text" data-constraints="@NotEmpty @Required @Phone">
                                </div>

                                <div class="tmInput form_agree">
                                    <input name="agree"  class="agree required"
```

```
type="checkbox" value="1" id="leadid_tcpa_disclosure"/>I agree Terms and
Conditions
                                </div>
                                <a href="javascript:;" onclick="validate();"
class="btn">Next</a>

                        <div class="small_tandc">
                                <p>
                                        By clicking next, I confirm that I have
read and agree with the<a href="termsandconditions.php">  terms and conditions
</a> and <a href="privacypolicy.php">privacy policy</a> and I agree to receive
phone calls and text messages from Diabetes Health Info, Stymco and Bridgecare
Medical,Cal Med Gen, Education Direct, National Solar Experts, Home Service
Companies, BBAR Mktg, CGX Mktg,Advanced Rx Care, Diabetic Discount Club, Senior
Assist Network, Option Healthcare Solution, Diabetes supply chain llc, Helping
Hands Association, Senior Care Authority, Re-up Diabetes llc, Diabetes do inc.,
RX TO ME, Gerber Life Insurance, BEtter Off Healthy, Worldwide supplies
partners llc, Health supply one Inc., Healthcare 4 all inc., Mobile world llc,
Royal Seas Cruises, Magazine world llc, Healthcare All The Time and <a
href="#">marketing partners</a> at the phone number provided above, even if
that is my mobile number, to discuss offers that may be of interest to me. I
understand that these calls and texts may be placed using an automatic dialer
and/or pre-recorded messages and that my consent is not a condition of
purchasing goods and services.

                                </p>
                        </div>

                        <div id="myModal" class="modal">
                                <!-- Modal content -->
                                <div class="modal-content hide">

                                        <a href="index.php" class="close">×</a>


                                        <div class="popup2">
                                                <div class="tmInput select">
                                                        <input type="text"
name="zipcode" class="zipcode required" placeholder="Zip Code"/>
                                                </div>
                                                <div class="tmInput select">
                                                        <select class="age required "
name="age" style="color: gray;">

                                                                <option
```

```html
value="">Age</option>
                                                <option
value="18">18</option><option value="19">19</option><option
value="20">20</option><option value="21">21</option><option
value="22">22</option><option value="23">23</option><option
value="24">24</option><option value="25">25</option><option
value="26">26</option><option value="27">27</option><option
value="28">28</option><option value="29">29</option><option
value="30">30</option><option value="31">31</option><option
value="32">32</option><option value="33">33</option><option
value="34">34</option><option value="35">35</option><option
value="36">36</option><option value="37">37</option><option
value="38">38</option><option value="39">39</option><option
value="40">40</option><option value="41">41</option><option
value="42">42</option><option value="43">43</option><option
value="44">44</option><option value="45">45</option><option
value="46">46</option><option value="47">47</option><option
value="48">48</option><option value="49">49</option><option
value="50">50</option><option value="51">51</option><option
value="52">52</option><option value="53">53</option><option
value="54">54</option><option value="55">55</option><option
value="56">56</option><option value="57">57</option><option
value="58">58</option><option value="59">59</option><option
value="60">60</option><option value="61">61</option><option
value="62">62</option><option value="63">63</option><option
value="64">64</option><option value="65">65</option><option
value="66">66</option><option value="67">67</option><option
value="68">68</option><option value="69">69</option><option
value="70">70</option><option value="71">71</option><option
value="72">72</option><option value="73">73</option><option
value="74">74</option><option value="75">75</option><option
value="76">76</option><option value="77">77</option><option
value="78">78</option><option value="79">79</option><option
value="80">80</option><option value="81">81</option><option
value="82">82</option><option value="83">83</option><option
value="84">84</option><option value="85">85</option><option
value="86">86</option><option value="87">87</option><option
value="88">88</option><option value="89">89</option><option
value="90">90</option><option value="91">91</option><option
value="92">92</option><option value="93">93</option><option
value="94">94</option><option value="95">95</option><option
value="96">96</option><option value="97">97</option><option
value="98">98</option><option value="99">99</option>
</select>
```

```
                                              </div>
                                              <div class="tmInput select">
                                                  <select class="gender required "
name="gender" style="color: gray;">

                                                      <option
value="">Gender</option>

                                                      <option
value="male">Male</option>

                                                      <option
value="female">Female</option>

                                                  </select>
                                              </div>
                                              <div class="tmInput select">
                                                  <select class="besttimecall
required "  name="besttimecall" style="color: gray;">
                                                      <option value="">Best time
to call</option>

                                                      <option
value="morning">Morning</option>

                                                      <option
value="afternoon">Afternoon</option>

                                                      <option
value="evening">Evening</option>


                                                  </select>
                                              </div>


                                              <div class="tmInput select">
                                                  <select
class="patient_relationship required "  name="patient_relationship"
style="color: gray;">
                                                      <option value="">Patient
relationship</option>
                                                      <option
value="patient">Patient</option>

                                                      <option
value="relative">Relative</option>

                                                      <option
value="caregiver">Caregiver</option>

                                                      <option
value="other">Other</option>
```

```html
                                            </select>
                                        </div>
                                    <div class="tmInput select">
                                        <select class="type_insurance
required "  name="type_insurance" style="color: gray;">
                                            <option value="">Type of
insurance</option>
                                            <option
value="medicaid">Medicaid</option>
                                            <option value="medicare -
hmo">Medicare - HMO</option>
                                            <option value="medicare -
ppo">Medicare - PPO</option>
                                            <option value="blue cross
blue shield - hmo">Blue Cross Blue Shield - HMO</option>
                                            <option value="blue cross
blue shield - ppo">Blue Cross Blue Shield - PPO</option>
                                            <option value="blue cross
blue shield - federal plan">Blue Cross Blue Shield - Federal Plan</option>
                                            <option
value="humana">Humana</option>
                                            <option value="private
insurance - hmo">Private Insurance - HMO</option>
                                            <option value="private
insurancce - ppo">Private Insurance - PPO</option>
                                            <option value="insured but
paying cash">Insured but paying cash</option>
                                            <option value="private
insurance - ppo">Private Insurance - PPO</option>
                                            <option value="not
insured">Not Insured</option>
                                        </select>
                                    </div>

                                    <a href="javascript:;"
onclick="validate1();"  class="btn">Get Started</a>
                                    </div>
```

```html
                            </span>
                        </div>

                    </div>
                </div>
            </form>
        </div>
        <!--=================================================
                            Top Form container Ends
            =================================================-
->
            </div>

            <div id="myModal2" class="modal">
                <!-- Modal content -->
                <div class="modal-content">

                    <a href="index.php" class="close">×</a>

                    <strong>Thank you, your information has been submitted.
One of our representatives will be contacting you shortly to discuss your
options.</strong>

                    </div>
                </div>
            </div>
    </div>
</header>
<!--=================================================
                        CONTENT
=====================================================-->
<main>


    <section class="well2">
        <div class="container center">
            <div class="row">
                <h2>
                    "The process is a simple 3 step process"
                </h2>
            </div>
            <div class="row">

                <div class="grid_4">
```

```
                      <div class=" steps_icon"> <img src="icons/form.png" alt="
"> </div>

                      <p>Fill out the form so we can gather a bit more information
about your specific needs and coverage</p>
            </div>
            <div class="grid_4">
                <div class=" steps_icon"> <img src="icons/callcenter4.png"
alt="  "> </div>


                <p>Our agents will call you to clarify and ask any
additional questions that will help us to get you the items you need with the
greatest savings.</p>
            </div>
            <div class="grid_4">
                <div class=" steps_icon"> <img src="icons/3recs.png" alt="
"> </div>

                <p>Receive your items in the mail!</p>
            </div>
        </div>
    </div>
</section>

<section class="bg-darken">
    <div class="container well well__ins1 ">
        <h2 class="center">About Us</h2>

        <div class="row">
            <div class="grid_6 video_container">
                <div class="embed-container ">

                    <img src="./images/about_us.jpg" alt=""/>

                </div>
            </div>
            <div class="grid_6  ">
                <!--  <h3 class="primary wow fadeInRight" data-wow-
delay="0.2s"> Pinpoint Schools has been helping students match to schools that
might be a good fit for them. </h3>
-->
```

```
                    <p class="wow fadeInRight" data-wow-delay="0.4s"
style="font-size: 20px"> Diabetes Health Info helps patients get the critical
products they need for the right price at the right time. Our staff of product
experts assesses each individual's situation and works with them to get vital
products, often times at no cost to the patient. Our motto is "If the customer
is not happy, then neither are we". We built our business upon this pillar over
10 years ago and continue to pride ourselves on our customer service.    </p>
                </div>
            </div>
        </div>
    </section>

    <section class="well3">
        <div class="container ">
            <div class="row">
                <div class="grid_4  ">
                    <img src="images/checkboxes.jpg" alt="  ">

                </div>



                <div class="grid_4">
                    <ul class='marked-list'>
                        <li>
                            <a href='#'> Test Strips</a>
                        </li>
                        <li>
                            <a href='#'> Syringes</a>
                        </li>
                        <li>
                            <a href='#'> Glucose Meter Kits</a>
                        </li>

                    </ul>
                </div>
                <div class="grid_4">
                    <ul class='marked-list'>
                        <li>
                            <a href='#'> Glucose Log Books</a>
                        </li>
                        <li>
                            <a href='#'> Insulin Pump Supplies</a>
                        </li>
```

**REPORT OF NATHAN BACON**

**26**

```
                              <li>
                                  <a href='#'> Diabetic socks and several other's</a>
                              </li>


                   </ul>
              </div>
          </div>
      </section>


  <section class="parallax parallax1">
      <div class="container center">
          <h2 class="primary">Subscribe</h2>

          <h3>
                  Please enter your email address to subscribe to our newsletter
  to stay ahead of the quickly changing trends in diabetes


          </h3>

          <form id="subscribe-form" class="subscribe-form">
              <label class="email">
                  <input type="email" value="Enter your email">
                  <span class="error">*Invalid email.</span>
                  <span class="success">Your subscription request has been
  sent!</span>
              </label>
              <a class="btn2" data-type="submit" href="#">Subscribe</a>
          </form>
      </div>
  </section>


</main>

<!--=====================================================
                      FOOTER
=====================================================-->
<footer>
    <div class="container wow fadeInUp" data-wow-delay="0.2s">
        <div class="grid_12  ">
            <img src="images/logo-img-school.png" alt="  ">
```

```
                </div>


        </div>

    <div class="container">
        <div class="brand">
            <h1 class="brand_name">
                <a href="./">
                    <strong class="primary"> Diabetes Health Info</strong>
                </a>
            </h1>
        </div>

        <div class="copyright">
            (c) <span id="copyright-year"></span>. All Rights Reserved
            <!-- {%FOOTER_LINK} -->
        </div>
    </div>
</div>
</footer>
</div>
<script>

$(".popup2").hide();
$(".popup3").hide();
  $("#myBtn").click(function(){
        count = 0;
        $(".popup2").show();
        $(".popup1").show();
      $("#myModal2").hide()
        $(".btn").show();
  });
  function validate()
{
        var fname = $(".fname").val();
        var lname = $(".lname").val();
        var email = $(".email").val();
        var phone = $(".phone").val();

        var agree = $(".agree").is(':checked');
        $(".required").css("border","");
        if(fname=="" && lname=="" && email =="" && phone=="" || agree=="false")
```

```
    {
    $(".required").css("border","1px solid red");
    }
    else if(fname=="")
    {
     $(".fname").css("border","1px solid red");
    }
    else if(lname=="")
    {
     $(".lname").css("border","1px solid red");
    }
    else if(email=="")
    {
     $(".email").css("border","1px solid red");
    }
    else if(phone=="")
    {
     $(".phone").css("border","1px solid red");
    }
    else if(!$(".agree").is(':checked'))
    {
     $(".form_agree").css("border","1px solid red");
    }
    else{
    $(".required").css("border","");
        popup_click();
     $(".btn").attr("onclick", "validate1();");
    }
}
function validate1()
{
    var zipcode = $(".zipcode").val();
    var age = $(".age").val();
    var gender = $(".gender").val();
    var besttimecall = $(".besttimecall").val();
    var patient_relationship = $(".patient_relationship").val();
    var type_insurance = $(".type_insurance").val();

      $(".required").css("border","");
    if(zipcode=="" || age=="" || gender=="" || besttimecall=="" ||
patient_relationship=="" || type_insurance=="" )
    {
        if(zipcode=="")
        {$(".zipcode").css("border","1px solid red");}
```

```
        else{$(".zipcode").css("border","");}

        if(age=="")
        {$(".age").css("border","1px solid red");}
        else{$(".age").css("border","");}
        if(gender=="")
        {$(".gender").css("border","1px solid red");}
        else{$(".gender").css("border","");}
        if(besttimecall=="")
        {$(".besttimecall").css("border","1px solid red");}
        else{$(".besttimecall").css("border","");}
        if(patient_relationship=="")
        {$(".patient_relationship").css("border","1px solid red");}
        else{$(".patient_relationship").css("border","");}
        if(type_insurance=="")
        {$(".type_insurance").css("border","1px solid red");}
        else{$(".type_insurance").css("border","");}


    }
    else
    {
        $(".required").css("border","");
        popup_click();
        }
}

 var count = 0;
function popup_click()
{


        count += 1;
        if(count==1)
        {
        $(".popup2").show();
            $(".popup1").hide();
            $("#myModal2").hide()

            //$(".btn").text("Submit");
            $("#myModal").show();
        }
        else if(count==2)
        {
```

```javascript
            var postdata = $('#bookingForm').serialize();
        /* var fname = $(".fname").val();
         var lname = $(".lname").val();
         var email = $(".email").val();
         var phone = $(".phone").val();
         var ipaddress = ""*/
        var url = "index-form.php"// the script where you handle the form
input.
        $.ajax({
                type: "POST",
                url: url,
                data:postdata, // serializes the form's elements.
                success: function(data)
                {
             /*  var urls =
"http://68.233.243.42/services/edulivepost.php?url=pinpointschool.com&phone1="+
phone+"&firstname="+fname+"&lastname="+lname+"&email="+email+"&ipaddress="+ipad
dress+"&leadprovider=MAR&user=livepostusermar&pass=%20hshuigfra984";
                $.ajax({
                type: "POST",
                url: urls,
                data:'', // serializes the form's elements.
                success: function(data)
                {

                }
             });*/
             $("#myModal2").show();
             $("#myModal").hide(1000);
             $(".controlHolder").hide(1000)

setTimeout(function(){window.location.href='index.php'},5000);
                }
             });
             $(".btn").hide();
        }

}




</script><script src="js/script.js"></script>
```

```
<script>
// When the user clicks on div, open the popup
// Get the modal
            var modal = document.getElementById('myModal');

// Get the button that opens the modal
            var btn = document.getElementById("myBtn");

// Get the <span> element that closes the modal
            var span = document.getElementsByClassName("close")[0];

// When the user clicks the button, open the modal
//btn.onclick = function() {
            //  modal.style.display = "block";
//}

// When the user clicks on <span> (x), close the modal


// When the user clicks anywhere outside of the modal, close it

</script>

<!-- LEADIDID scropt -->
<script id="LeadiDscript" type="text/javascript">
// <!--
    (function () {
        var s = document.createElement('script');
        s.id = 'LeadiDscript_campaign';
        s.type = 'text/javascript';
        s.async = true;
        s.src = '//create.lidstatic.com/campaign/2b545aa0-c08b-8ff1-52ea-
39f84dbb949b.js?snippet_version=2';
        var LeadiDscript = document.getElementById('LeadiDscript');
        LeadiDscript.parentNode.insertBefore(s, LeadiDscript);
    })();
// -->
</script>
<noscript><img src='//create.leadid.com/noscript.gif?lac=9cf40791-756a-de31-
ed5e-899bab919113&lck=2b545aa0-c08b-8ff1-52ea-39f84dbb949b&snippet_version=2'
/></noscript>
<!-- coded by Diversant -->
</body>
</html>
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

```
1   <!DOCTYPE html>
2   <html lang="en">
        <head>
3           <title>Home</title>
            <meta charset="utf-8">
4           <meta name="format-detection" content="telephone=no"/>
5           <link rel="icon" href="images/favicon.ico" type="image/x-icon">
            <link rel="stylesheet" href="css/grid.css">
6           <link rel="stylesheet" href="css/style.css">
            <link rel="stylesheet" href="css/booking.css"/>
7
8           <script src="js/jquery.js"></script>
9
            <!-- Start Alexa Certify Javascript -->
10          <script type="text/javascript">
11              _atrk_opts = {atrk_acct: "7Tg6o1QolK10zM", domain:
    "pinpointschool.com", dynamic: true};
12              (function () {
13                  var as = document.createElement('script');
                    as.type = 'text/javascript';
14                  as.async = true;
                    as.src = "https://d31qbv1cthcecs.cloudfront.net/atrk.js";
15                  var s = document.getElementsByTagName('script')[0];
16                  s.parentNode.insertBefore(as, s);
                })();
17          </script>
18      <noscript><img
    src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=7Tg6o1QolK10zM"
19  style="display:none" height="1" width="1" alt=""/></noscript>
20      <!-- End Alexa Certify Javascript -->
        <!-- Start GoogleAnalyticsObject Javascript -->
21      <script>
22          (function (i, s, o, g, r, a, m) {
                i['GoogleAnalyticsObject'] = r;
23              i[r] = i[r] || function () {
                    (i[r].q = i[r].q || []).push(arguments)
24              }, i[r].l = 1 * new Date();
                a = s.createElement(o),
25                  m = s.getElementsByTagName(o)[0];
26              a.async = 1;
                a.src = g;
27              m.parentNode.insertBefore(a, m)
28          })(window, document, 'script', 'https://www.google-
```

REPORT OF NATHAN BACON
35

```
analytics.com/analytics.js', 'ga');

        ga('create', 'UA-86434555-2', 'auto');
        ga('send', 'pageview');

    </script>
    <!-- End GoogleAnalyticsObject Javascript -->


    <!--[if lt IE 9]>
    <html class="lt-ie9">
    <div style=' clear: both; text-align:center; position: relative;'>
        <a href="http://windows.microsoft.com/en-US/internet-explorer/..">
        <img src="images/ie8-panel/warning_bar_0000_us.jpg" border="0"
height="42" width="820"
            alt="You are using an outdated browser. For a faster, safer
browsing experience, upgrade for free today."/>
        </a>
    </div>
    <script src="js/html5shiv.js"></script>
    <![endif]-->

    <script src="js/device.min.js"></script>
</head>

<body>
    <div class="page">
        <!--=====================================================
                                HEADER
        =====================================================-->
        <header>
            <div class="container vide_content">
                <div class="brand">
                    <h1 class="brand_name">
                        <a href="./">
                            <strong class="primary">Diabetes Health
Info</strong>
                        </a>
                    </h1>
                    <p class="brand_slogan">
                        Your one stop shop for all your diabetes needs
                    </p>
                </div>
```

```html
                <h2>If you or a loved one is struggling with diabetes and need
help you have come to the right place. We work with the largest brands to
deliver the highest quality products with the deepest discounts.</h2>

                <h3>You may qualify for diabetic supplies at little or no cost,
just fill out the form below to find out</h3>

                <div class="row">

                    <div class="grid_8 top_banner">
                        <img src="images/headerpic.jpg" alt=""/>
                    </div>
                    <div class="grid_4   form_questions">
                        <form class="bookingForm" method="post" action="#"
id="bookingForm">

                            <div class="booking-form">

                                <div class="tmInput">
                                    <input id="leadid_token"
name="universal_leadid" type="hidden" value=""/>
                                    <input name="fname" class="fname required"
placeholder="First name" type="text" data-constraints="@NotEmpty @Required
@AlphaSpecial">
                                </div>
                                <div class="tmInput">
                                    <input name="lname" class="lname required"
placeholder="Last name" type="text" data-constraints="@NotEmpty @Required
@AlphaSpecial">
                                </div>
                                <div class="tmInput">
                                    <input name="email" class="email required"
placeholder="E-mail " type="text" data-constraints="@NotEmpty @Required
@Email">
                                </div>

                                <div class="tmInput">
                                    <input name="phone" class="phone required"
placeholder="Phone" type="text" data-constraints="@NotEmpty @Required @Phone">
                                </div>

                                <div class="tmInput form_agree">
                                    <input name="agree" class="agree required"
type="checkbox" value="1" id="leadid_tcpa_disclosure"/>I agree Terms and
Conditions
```

```html
            </div>
            <a href="javascript:;" onclick="validate();"
class="btn">Next</a>

            <div class="small_tandc">
                <p>
                    By clicking next, I confirm that I have
read and agree with the<a href="termsandconditions.php">  terms and conditions
</a> and <a href="privacypolicy.php">privacy policy</a> and I agree to receive
phone calls and text messages from Diabetes Health Info, BBAR Mktg, CGX Mktg,
Diabetes supply chain llc, Helping Hands Association, Senior Care Authority,
Re-up Diabetes llc, Diabetes do inc., Worldwide supplies partners llc, Health
supply one Inc., Healthcare 4 all inc., Mobile world llc, Magazine world llc,
Healthcare All The Time and <a href="#">marketing partners</a> at the phone
number provided above, even if that is my mobile number, to discuss health-
related opportunities that may be of interest to me. I understand that these
calls and texts may be placed using an automatic dialer and/or pre-recorded
messages and that my consent is not a condition of purchasing goods and
services.

                </p>
            </div>

            <div id="myModal" class="modal">
                <!-- Modal content -->
                <div class="modal-content hide">

                    <a href="index.php" class="close">×</a>

                    <div class="popup2">
                        <div class="tmInput select">
                            <input type="text"
name="zipcode" class="zipcode required" placeholder="Zip Code"/>
                        </div>
                        <div class="tmInput select">
                            <select class="age required "
name="age" style="color: gray;">
                                <option
value="">Age</option>
                                <option
value="18">18</option><option value="19">19</option><option
value="20">20</option><option value="21">21</option><option
value="22">22</option><option value="23">23</option><option
```

```
value="24">24</option><option value="25">25</option><option
value="26">26</option><option value="27">27</option><option
value="28">28</option><option value="29">29</option><option
value="30">30</option><option value="31">31</option><option
value="32">32</option><option value="33">33</option><option
value="34">34</option><option value="35">35</option><option
value="36">36</option><option value="37">37</option><option
value="38">38</option><option value="39">39</option><option
value="40">40</option><option value="41">41</option><option
value="42">42</option><option value="43">43</option><option
value="44">44</option><option value="45">45</option><option
value="46">46</option><option value="47">47</option><option
value="48">48</option><option value="49">49</option><option
value="50">50</option><option value="51">51</option><option
value="52">52</option><option value="53">53</option><option
value="54">54</option><option value="55">55</option><option
value="56">56</option><option value="57">57</option><option
value="58">58</option><option value="59">59</option><option
value="60">60</option><option value="61">61</option><option
value="62">62</option><option value="63">63</option><option
value="64">64</option><option value="65">65</option><option
value="66">66</option><option value="67">67</option><option
value="68">68</option><option value="69">69</option><option
value="70">70</option><option value="71">71</option><option
value="72">72</option><option value="73">73</option><option
value="74">74</option><option value="75">75</option><option
value="76">76</option><option value="77">77</option><option
value="78">78</option><option value="79">79</option><option
value="80">80</option><option value="81">81</option><option
value="82">82</option><option value="83">83</option><option
value="84">84</option><option value="85">85</option><option
value="86">86</option><option value="87">87</option><option
value="88">88</option><option value="89">89</option><option
value="90">90</option><option value="91">91</option><option
value="92">92</option><option value="93">93</option><option
value="94">94</option><option value="95">95</option><option
value="96">96</option><option value="97">97</option><option
value="98">98</option><option value="99">99</option>
</select>
                                        </div>
                                        <div class="tmInput select">
                                            <select class="gender required "
name="gender" style="color: gray;">
                                                <option
```

```html
value="">Gender</option>
                                            <option
value="male">Male</option>
                                            <option
value="female">Female</option>

                                    </select>
                                </div>
                                <div class="tmInput select">
                                    <select class="besttimecall
required " name="besttimecall" style="color: gray;">
                                        <option value="">Best time
to call</option>
                                        <option
value="morning">Morning</option>
                                        <option
value="afternoon">Afternoon</option>
                                        <option
value="evening">Evening</option>


                                    </select>
                                </div>


                                <div class="tmInput select">
                                    <select
class="patient_relationship required " name="patient_relationship"
style="color: gray;">
                                        <option value="">Patient
relationship</option>
                                        <option
value="patient">Patient</option>
                                        <option
value="relative">Relative</option>
                                        <option
value="caregiver">Caregiver</option>
                                        <option
value="other">Other</option>


                                    </select>
                                </div>
                                <div class="tmInput select">
```

```html
                                        <select class="type_insurance
required " name="type_insurance" style="color: gray;">
                                        <option value="">Type of
insurance</option>
                                        <option
value="medicaid">Medicaid</option>
                                        <option value="medicare -
hmo">Medicare - HMO</option>
                                        <option value="medicare -
ppo">Medicare - PPO</option>
                                        <option value="blue cross
blue shield - hmo">Blue Cross Blue Shield - HMO</option>
                                        <option value="blue cross
blue shield - ppo">Blue Cross Blue Shield - PPO</option>
                                        <option value="blue cross
blue shield - federal plan">Blue Cross Blue Shield - Federal Plan</option>
                                        <option
value="humana">Humana</option>
                                        <option value="private
insurance - hmo">Private Insurance - HMO</option>
                                        <option value="private
insurancce - ppo">Private Insurance - PPO</option>
                                        <option value="insured but
paying cash">Insured but paying cash</option>
                                        <option value="private
insurance - ppo">Private Insurance - PPO</option>
                                        <option value="not
insured">Not Insured</option>
                                    </select>
                                </div>

                                <a href="javascript:;"
onclick="validate1();" class="btn">Get Started</a>
                            </div>




                        </span>
                    </div>

                    </div>
                </div>
```

```html
                    </form>
                </div>
                <!--========================================================
                                    Top Form container Ends
                    ========================================================-
->

            </div>

            <div id="myModal2" class="modal">
                <!-- Modal content -->
                <div class="modal-content">

                    <a href="index.php" class="close">×</a>

                    <strong>Thank you, your information has been submitted.
One of our representatives will be contacting you shortly to discuss your
college options.</strong>

                </div>
            </div>
        </div>
    </div>
</header>
<!--========================================================
                    CONTENT
========================================================-->
<main>


    <section class="well2">
        <div class="container center">
            <div class="row">
                <h2>
                    "The process is a simple 3 step process"
                </h2>
            </div>
            <div class="row">

                <div class="grid_4">

                    <div class="  steps_icon">  <img src="icons/form.png" alt="
">  </div>
```

```
                    <p>Fill out the form so we can gather a bit more information
about your specific needs and coverage</p>
                </div>
                <div class="grid_4">
                    <div class=" steps_icon">  <img src="icons/callcenter4.png"
alt="  "> </div>


                    <p>Our agents will call you to clarify and ask any
additional questions that will help us to get you the items you need with the
greatest savings.</p>
                </div>
                <div class="grid_4">
                    <div class=" steps_icon">  <img src="icons/3recs.png" alt="
"> </div>

                    <p>Receive your items in the mail!</p>
                </div>
            </div>
        </div>
    </section>

    <section class="bg-darken">
        <div class="container well well__ins1 ">
            <h2 class="center">About Us</h2>

            <div class="row">
                <div class="grid_6 video_container">
                    <div class="embed-container ">

                        <img src="images/about_us.jpg" alt=""/>

                    </div>
                </div>
                <div class="grid_6  ">
                    <!--  <h3 class="primary wow fadeInRight" data-wow-
delay="0.2s"> Pinpoint Schools has been helping students match to schools that
might be a good fit for them. </h3>
-->
                    <p class="wow fadeInRight" data-wow-delay="0.4s"
style="font-size: 20px"> Diabetes Health Info helps patients get the critical
products they need for the right price at the right time. Our staff of product
experts assesses each individual's situation and works with them to get vital
products, often times at no cost to the patient. Our motto is "If the customer
```

```
is not happy, then neither are we". We built our business upon this pillar over
10 years ago and continue to pride ourselves on our customer service.    </p>
                    </div>
                </div>
            </div>
        </section>

        <section class="well3">
            <div class="container ">
                <div class="row">
                    <div class="grid_4  ">
                        <img src="images/checkboxes.jpg" alt="  ">

                    </div>


                    <div class="grid_4">
                        <ul class="marked-list">
                            <li>
                                <a href="#"> Test Strips</a>
                            </li>
                            <li>
                                <a href="#"> Syringes</a>
                            </li>
                            <li>
                                <a href="#"> Glucose Meter Kits</a>
                            </li>
                        </ul>
                    </div>
                    <div class="grid_4">
                        <ul class="marked-list">
                            <li>
                                <a href="#"> Glucose Log Books</a>
                            </li>
                            <li>
                                <a href="#"> Insulin Pump Supplies</a>
                            </li>
                            <li>
                                <a href="#"> Diabetic socks and several other's</a>
                            </li>
```

```
                        </ul>
                    </div>
                </div>
            </div>
        </section>

        <section class="parallax parallax1">
            <div class="container center">
                <h2 class="primary">Subscribe</h2>

                <h3>
                        Please enter your email address to subscribe to our newsletter
to stay ahead of the quickly changing trends in diabetes


                </h3>

                <form id="subscribe-form" class="subscribe-form">
                    <label class="email">
                        <input type="email" value="Enter your email">
                        <span class="error">*Invalid email.</span>
                        <span class="success">Your subscription request has been
sent!</span>

                    </label>
                    <a class="btn2" data-type="submit" href="#">Subscribe</a>
                </form>
            </div>
        </section>


</main>

<!--===================================================
                        FOOTER
===================================================-->
<footer>
    <div class="container wow fadeInUp" data-wow-delay="0.2s">
        <div class="grid_12  ">
            <img src="images/logo-img-school.png" alt="   ">

        </div>
```

```
        </div>

    <div class="container">
        <div class="brand">
            <h1 class="brand_name">
                <a href="./">
                    <strong class="primary"> Diabetes Health Info</strong>
                </a>
            </h1>
        </div>

        <div class="copyright">
            (c) <span id="copyright-year"></span>. All Rights Reserved
            <!-- {%FOOTER_LINK} -->
        </div>
    </div>
</div>
</footer>
</div>
<script>

$(".popup2").hide();
$(".popup3").hide();
  $("#myBtn").click(function(){
        count = 0;
        $(".popup2").show();
        $(".popup1").show();
       $("#myModal2").hide()
         $(".btn").show();
 });
 function validate()
{
        var fname = $(".fname").val();
        var lname = $(".lname").val();
        var email = $(".email").val();
        var phone = $(".phone").val();

        var agree = $(".agree").is(':checked');
        $(".required").css("border","");
        if(fname=="" && lname=="" && email =="" && phone=="" || agree=="false")
        {
        $(".required").css("border","1px solid red");
        }
        else if(fname=="")
        {
```

```
        $(".fname").css("border","1px solid red");
        }
        else if(lname=="")
        {
         $(".lname").css("border","1px solid red");
        }
        else if(email=="")
        {
         $(".email").css("border","1px solid red");
        }
        else if(phone=="")
        {
        $(".phone").css("border","1px solid red");
        }
        else if(!$(".agree").is(':checked'))
        {
         $(".form_agree").css("border","1px solid red");
        }
        else{
        $(".required").css("border","");
            popup_click();
          $(".btn").attr("onclick", "validate1();");
        }
}
function validate1()
{
    var zipcode = $(".zipcode").val();
    var age = $(".age").val();
    var gender = $(".gender").val();
    var besttimecall = $(".besttimecall").val();
    var patient_relationship = $(".patient_relationship").val();
    var type_insurance = $(".type_insurance").val();

     $(".required").css("border","");
    if(zipcode=="" || age=="" || gender=="" || besttimecall=="" ||
patient_relationship=="" || type_insurance=="" )
    {
        if(zipcode=="")
        {$(".zipcode").css("border","1px solid red");}
        else{$(".zipcode").css("border","");}

        if(age=="")
        {$(".age").css("border","1px solid red");}
        else{$(".age").css("border","");}
```

```
        if(gender=="")
        {$(".gender").css("border","1px solid red");}
        else{$(".gender").css("border","");}
        if(besttimecall=="")
        {$(".besttimecall").css("border","1px solid red");}
        else{$(".besttimecall").css("border","");}
        if(patient_relationship=="")
        {$(".patient_relationship").css("border","1px solid red");}
        else{$(".patient_relationship").css("border","");}
        if(type_insurance=="")
        {$(".type_insurance").css("border","1px solid red");}
        else{$(".type_insurance").css("border","");}


    }
    else
    {
        $(".required").css("border","");
        popup_click();
        }
}

 var count = 0;
function popup_click()
{


        count += 1;
        if(count==1)
        {
        $(".popup2").show();
            $(".popup1").hide();
            $("#myModal2").hide()

            //$(".btn").text("Submit");
            $("#myModal").show();
        }
        else if(count==2)
        {

            var postdata = $('#bookingForm').serialize();
            /* var fname = $(".fname").val();
            var lname = $(".lname").val();
            var email = $(".email").val();
```

```
                    var phone = $(".phone").val();
                    var ipaddress = ""*/
                var url = "index-form.php"// the script where you handle the form
input.
                $.ajax({
                        type: "POST",
                        url: url,
                        data:postdata, // serializes the form's elements.
                        success: function(data)
                        {
                      /*  var urls =
"http://68.233.243.42/services/edulivepost.php?url=pinpointschool.com&phone1="+
phone+"&firstname="+fname+"&lastname="+lname+"&email="+email+"&ipaddress="+ipad
dress+"&leadprovider=MAR&user=livepostusermar&pass=%20hshuigfra984";
                        $.ajax({
                        type: "POST",
                        url: urls,
                        data:'', // serializes the form's elements.
                        success: function(data)
                        {

                        }
                    });*/
                    $("#myModal2").show();
                    $("#myModal").hide(1000);
                    $(".controlHolder").hide(1000)

setTimeout(function(){window.location.href='index.php'},5000);
                        }
                    });
                    $(".btn").hide();
            }

}




</script><script src="js/script.js"></script>
<script>
// When the user clicks on div, open the popup
// Get the modal
                var modal = document.getElementById('myModal');
```

```javascript
// Get the button that opens the modal
            var btn = document.getElementById("myBtn");

// Get the <span> element that closes the modal
            var span = document.getElementsByClassName("close")[0];

// When the user clicks the button, open the modal
//btn.onclick = function() {
            //  modal.style.display = "block";
//}

// When the user clicks on <span> (x), close the modal


// When the user clicks anywhere outside of the modal, close it

</script>

<!-- LEADIDID scropt -->
<script id="LeadiDScript" type="text/javascript">
// <!--
    (function () {
        var s = document.createElement('script');
        s.id = 'LeadiDScript_campaign';
        s.type = 'text/javascript';
        s.async = true;
        s.src = 'http://create.lidstatic.com/campaign/2b545aa0-c08b-8ff1-52ea-
39f84dbb949b.js?snippet_version=2';
        var LeadiDScript = document.getElementById('LeadiDScript');
        LeadiDScript.parentNode.insertBefore(s, LeadiDScript);
    })();
// -->
</script>
<noscript><img src="http://create.leadid.com/noscript.gif?lac=9cf40791-756a-
de31-ed5e-899bab919113&amp;lck=2b545aa0-c08b-8ff1-52ea-
39f84dbb949b&amp;snippet_version=2"/></noscript>
<!-- coded by Diversant -->
</body>
</html><!--
    FILE ARCHIVED ON 17:59:49 Jan 27, 2017 AND RETRIEVED FROM THE
    INTERNET ARCHIVE ON 22:36:35 Dec 09, 2018.
    JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

    ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
```

```
     SECTION 108(a)(3)).
-->
<!--
playback timings (ms):
 LoadShardBlock: 232.996 (3)
 esindex: 0.008
 captures_list: 318.175
 CDXLines.iter: 12.953 (3)
 PetaboxLoader3.datanode: 172.274 (4)
 exclusion.robots: 0.29
 exclusion.robots.policy: 0.277
 RedisCDXSource: 68.543
 PetaboxLoader3.resolve: 251.656 (2)
 load_resource: 224.943
-->
```

# EXHIBIT C

```html
<!DOCTYPE html>
<html lang="en">
    <head>
        <title>Home</title>
        <meta charset="utf-8">
        <meta name="format-detection" content="telephone=no"/>
        <link rel="icon" href="images/favicon.ico" type="image/x-icon">
        <link rel="stylesheet" href="css/grid.css">
        <link rel="stylesheet" href="css/style.css">
        <link rel="stylesheet" href="css/booking.css"/>

        <script src="js/jquery.js"></script>


        <!-- Start Alexa Certify Javascript -->
        <script type="text/javascript">
            _atrk_opts = {atrk_acct: "7Tg6o1QolK10zM", domain:
"pinpointschool.com", dynamic: true};
            (function () {
                var as = document.createElement('script');
                as.type = 'text/javascript';
                as.async = true;
                as.src = "https://d31qbv1cthcecs.cloudfront.net/atrk.js";
                var s = document.getElementsByTagName('script')[0];
                s.parentNode.insertBefore(as, s);
            })();
        </script>
        <noscript><img
src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=7Tg6o1QolK10zM"
style="display:none" height="1" width="1" alt=""/></noscript>
        <!-- End Alexa Certify Javascript -->
        <!-- Start GoogleAnalyticsObject Javascript -->
        <script>
            (function (i, s, o, g, r, a, m) {
                i['GoogleAnalyticsObject'] = r;
                i[r] = i[r] || function () {
                    (i[r].q = i[r].q || []).push(arguments)
                }, i[r].l = 1 * new Date();
                a = s.createElement(o),
```

```
                    m = s.getElementsByTagName(o)[0];
            a.async = 1;
            a.src = g;
            m.parentNode.insertBefore(a, m)
        }) (window, document, 'script', 'https://www.google-
analytics.com/analytics.js', 'ga');

        ga('create', 'UA-86434555-2', 'auto');
        ga('send', 'pageview');

    </script>
    <!-- End GoogleAnalyticsObject Javascript -->


    <!--[if lt IE 9]>
    <html class="lt-ie9">
    <div style=' clear: both; text-align:center; position: relative;'>
        <a href="http://windows.microsoft.com/en-US/internet-explorer/..">
            <img src="images/ie8-panel/warning_bar_0000_us.jpg" border="0"
height="42" width="820"
            alt="You are using an outdated browser. For a faster, safer
browsing experience, upgrade for free today."/>
        </a>
    </div>
    <script src="js/html5shiv.js"></script>
    <![endif]-->

    <script src="js/device.min.js"></script>
</head>

<body>
    <div class="page">
        <!--=============================================
                            HEADER
        ===============================================-->
        <header>
            <div class="container vide_content">
                <div class="brand">
                    <h1 class="brand_name">
                        <a href="./">
                            <strong class="primary">Diabetes Health
Info</strong>
                        </a>
                    </h1>
```

```
            <p class="brand_slogan">
                Your one stop shop for all your diabetes needs
            </p>
        </div>

        <h2>If you or a loved one is struggling with diabetes and need
help you have come to the right place. We work with the largest brands to
deliver the highest quality products with the deepest discounts.</h2>

        <h3>You may qualify for diabetic supplies at little or no cost,
just fill out the form below to find out</h3>

        <div class="row">

            <div class="grid_8 top_banner">
                <img src="images/headerpic.jpg" alt=""/>
            </div>
            <div class="grid_4  form_questions">
                <form class="bookingForm" method="post" action="#"
id="bookingForm">
                    <div class="booking-form">

                        <div class="tmInput">
                            <input id="leadid_token"
name="universal_leadid" type="hidden" value=""/>
                            <input name="fname" class="fname required"
placeholder="First name" type="text" data-constraints="@NotEmpty @Required
@AlphaSpecial">
                        </div>
                        <div class="tmInput">
                            <input name="lname" class="lname required"
placeholder="Last name" type="text" data-constraints="@NotEmpty @Required
@AlphaSpecial">
                        </div>
                        <div class="tmInput">
                            <input name="email" class="email required"
placeholder="E-mail " type="text" data-constraints="@NotEmpty @Required
@Email">
                        </div>

                        <div class="tmInput">
                            <input name="phone" class="phone required"
placeholder="Phone" type="text" data-constraints="@NotEmpty @Required @Phone">
                        </div>
```

```html
<div class="tmInput form_agree">
    <input name="agree" class="agree required"
type="checkbox" value="1" id="leadid_tcpa_disclosure"/>I agree Terms and
Conditions
    </div>
    <a href="javascript:;" onclick="validate();"
class="btn">Next</a>

    <div class="small_tandc">
        <p>
            By clicking next, I confirm that I have
read and agree with the<a href="termsandconditions.php">  terms and conditions
</a> and <a href="privacypolicy.php">privacy policy</a> and I agree to receive
phone calls and text messages from Diabetes Health Info, Stymco and Bridgecare
Medical,Cal Med Gen, Education Direct, National Solar Experts, Home Service
Companies, BBAR Mktg, CGX Mktg,Advanced Rx Care, Option Healthcare Solution,
Diabetes supply chain llc, Helping Hands Association, Senior Care Authority,
Re-up Diabetes llc, Diabetes do inc., Worldwide supplies partners llc, Health
supply one Inc., Healthcare 4 all inc., Mobile world llc, Royal Seas Cruises,
Magazine world llc, Healthcare All The Time and <a href="#">marketing
partners</a> at the phone number provided above, even if that is my mobile
number, to discuss offers that may be of interest to me. I understand that
these calls and texts may be placed using an automatic dialer and/or pre-
recorded messages and that my consent is not a condition of purchasing goods
and services.

        </p>
    </div>

    <div id="myModal" class="modal">
        <!-- Modal content -->
        <div class="modal-content hide">

            <a href="index.php" class="close">×</a>

            <div class="popup2">
                <div class="tmInput select">
                    <input type="text"
name="zipcode" class="zipcode required" placeholder="Zip Code"/>
                </div>
                <div class="tmInput select">
                    <select class="age required "
```

REPORT OF NATHAN BACON
55

```html
name="age" style="color: gray;">
                                                <option
value="">Age</option>
                                                <option
value="18">18</option><option value="19">19</option><option
value="20">20</option><option value="21">21</option><option
value="22">22</option><option value="23">23</option><option
value="24">24</option><option value="25">25</option><option
value="26">26</option><option value="27">27</option><option
value="28">28</option><option value="29">29</option><option
value="30">30</option><option value="31">31</option><option
value="32">32</option><option value="33">33</option><option
value="34">34</option><option value="35">35</option><option
value="36">36</option><option value="37">37</option><option
value="38">38</option><option value="39">39</option><option
value="40">40</option><option value="41">41</option><option
value="42">42</option><option value="43">43</option><option
value="44">44</option><option value="45">45</option><option
value="46">46</option><option value="47">47</option><option
value="48">48</option><option value="49">49</option><option
value="50">50</option><option value="51">51</option><option
value="52">52</option><option value="53">53</option><option
value="54">54</option><option value="55">55</option><option
value="56">56</option><option value="57">57</option><option
value="58">58</option><option value="59">59</option><option
value="60">60</option><option value="61">61</option><option
value="62">62</option><option value="63">63</option><option
value="64">64</option><option value="65">65</option><option
value="66">66</option><option value="67">67</option><option
value="68">68</option><option value="69">69</option><option
value="70">70</option><option value="71">71</option><option
value="72">72</option><option value="73">73</option><option
value="74">74</option><option value="75">75</option><option
value="76">76</option><option value="77">77</option><option
value="78">78</option><option value="79">79</option><option
value="80">80</option><option value="81">81</option><option
value="82">82</option><option value="83">83</option><option
value="84">84</option><option value="85">85</option><option
value="86">86</option><option value="87">87</option><option
value="88">88</option><option value="89">89</option><option
value="90">90</option><option value="91">91</option><option
value="92">92</option><option value="93">93</option><option
value="94">94</option><option value="95">95</option><option
value="96">96</option><option value="97">97</option><option
```

```
value="98">98</option><option value="99">99</option>
</select>
                                        </div>
                                        <div class="tmInput select">
                                            <select class="gender required "
name="gender" style="color: gray;">
                                                <option
value="">Gender</option>
                                                <option
value="male">Male</option>
                                                <option
value="female">Female</option>

                                            </select>
                                        </div>
                                        <div class="tmInput select">
                                            <select class="besttimecall
required " name="besttimecall" style="color: gray;">
                                                <option value="">Best time
to call</option>
                                                <option
value="morning">Morning</option>
                                                <option
value="afternoon">Afternoon</option>
                                                <option
value="evening">Evening</option>

                                            </select>
                                        </div>

                                        <div class="tmInput select">
                                            <select
class="patient_relationship required " name="patient_relationship"
style="color: gray;">
                                                <option value="">Patient
relationship</option>
                                                <option
value="patient">Patient</option>
                                                <option
value="relative">Relative</option>
                                                <option
value="caregiver">Caregiver</option>
```

```html
                                        <option
value="other">Other</option>


                                        </select>
                                    </div>
                                    <div class="tmInput select">
                                        <select class="type_insurance
required " name="type_insurance" style="color: gray;">
                                            <option value="">Type of
insurance</option>
                                            <option
value="medicaid">Medicaid</option>
                                            <option value="medicare -
hmo">Medicare - HMO</option>
                                            <option value="medicare -
ppo">Medicare - PPO</option>
                                            <option value="blue cross
blue shield - hmo">Blue Cross Blue Shield - HMO</option>
                                            <option value="blue cross
blue shield - ppo">Blue Cross Blue Shield - PPO</option>
                                            <option value="blue cross
blue shield - federal plan">Blue Cross Blue Shield - Federal Plan</option>
                                            <option
value="humana">Humana</option>
                                            <option value="private
insurance - hmo">Private Insurance - HMO</option>
                                            <option value="private
insurancce - ppo">Private Insurance - PPO</option>
                                            <option value="insured but
paying cash">Insured but paying cash</option>
                                            <option value="private
insurance - ppo">Private Insurance - PPO</option>
                                            <option value="not
insured">Not Insured</option>
                                        </select>
                                    </div>

                                    <a href="javascript:;"
onclick="validate1();" class="btn">Get Started</a>
                                </div>
```

REPORT OF NATHAN BACON

58

```html
                            </span>
                        </div>

                    </div>
                </div>
              </form>
            </div>
            <!--====================================================
                         Top Form container Ends
               ====================================================-
->

            </div>

            <div id="myModal2" class="modal">
                <!-- Modal content -->
                <div class="modal-content">

                    <a href="index.php" class="close">×</a>

                    <strong>Thank you, your information has been submitted.
One of our representatives will be contacting you shortly to discuss your
options.</strong>

                    </div>
                </div>
            </div>
    </div>
</header>
<!--====================================================
                 CONTENT
==================================================-->
<main>


    <section class="well2">
        <div class="container center">
            <div class="row">
                <h2>
                    "The process is a simple 3 step process"
                </h2>
            </div>
            <div class="row">
```

```html
                    <div class="grid_4">

                        <div class="  steps_icon">  <img src="icons/form.png" alt="
">  </div>


                        <p>Fill out the form so we can gather a bit more information
about your specific needs and coverage</p>
                    </div>
                    <div class="grid_4">
                        <div class="  steps_icon">  <img src="icons/callcenter4.png"
alt="  ">  </div>


                        <p>Our agents will call you to clarify and ask any
additional questions that will help us to get you the items you need with the
greatest savings.</p>
                    </div>
                    <div class="grid_4">
                        <div class="  steps_icon">  <img src="icons/3recs.png" alt="
">  </div>


                        <p>Receive your items in the mail!</p>
                    </div>
                </div>
            </div>
        </section>

    <section class="bg-darken">
        <div class="container well well__ins1 ">
            <h2 class="center">About Us</h2>

            <div class="row">
                <div class="grid_6 video_container">
                    <div class="embed-container ">

                        <img src="images/about_us.jpg" alt=""/>

                    </div>
                </div>
                <div class="grid_6  ">
                    <!--  <h3 class="primary wow fadeInRight" data-wow-
delay="0.2s"> Pinpoint Schools has been helping students match to schools that
```

```
might be a good fit for them. </h3>
-->
                    <p class="wow fadeInRight" data-wow-delay="0.4s"
style="font-size: 20px"> Diabetes Health Info helps patients get the critical
products they need for the right price at the right time. Our staff of product
experts assesses each individual's situation and works with them to get vital
products, often times at no cost to the patient. Our motto is "If the customer
is not happy, then neither are we". We built our business upon this pillar over
10 years ago and continue to pride ourselves on our customer service.    </p>
                </div>
            </div>
        </div>
    </section>

    <section class="well3">
        <div class="container ">
            <div class="row">
                <div class="grid_4  ">
                    <img src="images/checkboxes.jpg" alt="  ">

                </div>



                <div class="grid_4">
                    <ul class="marked-list">
                        <li>
                            <a href="#"> Test Strips</a>
                        </li>
                        <li>
                            <a href="#"> Syringes</a>
                        </li>
                        <li>
                            <a href="#"> Glucose Meter Kits</a>
                        </li>

                    </ul>
                </div>
                <div class="grid_4">
                    <ul class="marked-list">
                        <li>
                            <a href="#"> Glucose Log Books</a>
                        </li>
                        <li>
```

```html
                        <a href="#"> Insulin Pump Supplies</a>
                    </li>
                    <li>
                        <a href="#"> Diabetic socks and several other's</a>
                    </li>


                </ul>
            </div>
        </div>
    </div>
</section>

<section class="parallax parallax1">
    <div class="container center">
        <h2 class="primary">Subscribe</h2>

        <h3>
            Please enter your email address to subscribe to our newsletter
to stay ahead of the quickly changing trends in diabetes


        </h3>

        <form id="subscribe-form" class="subscribe-form">
            <label class="email">
                <input type="email" value="Enter your email">
                <span class="error">*Invalid email.</span>
                <span class="success">Your subscription request has been
sent!</span>
            </label>
            <a class="btn2" data-type="submit" href="#">Subscribe</a>
        </form>
    </div>
</section>


</main>

<!--====================================================
                FOOTER
====================================================-->
<footer>
    <div class="container wow fadeInUp" data-wow-delay="0.2s">
```

```
        <div class="grid_12  ">
                <img src="images/logo-img-school.png" alt="  ">

        </div>



    </div>

    <div class="container">
        <div class="brand">
            <h1 class="brand_name">
                <a href="./">
                    <strong class="primary"> Diabetes Health Info</strong>
                </a>
            </h1>
        </div>

        <div class="copyright">
            (c) <span id="copyright-year"></span>. All Rights Reserved
            <!-- {%FOOTER_LINK} -->
        </div>
    </div>
</footer>
</div>
<script>

$(".popup2").hide();
$(".popup3").hide();
  $("#myBtn").click(function(){
        count = 0;
        $(".popup2").show();
        $(".popup1").show();
      $("#myModal2").hide()
        $(".btn").show();
});
 function validate()
{
        var fname = $(".fname").val();
        var lname = $(".lname").val();
        var email = $(".email").val();
        var phone = $(".phone").val();

        var agree = $(".agree").is(':checked');
```

```
        $(".required").css("border","");
        if(fname=="" && lname=="" && email =="" && phone=="" || agree=="false")
        {
        $(".required").css("border","1px solid red");
        }
        else if(fname=="")
        {
         $(".fname").css("border","1px solid red");
        }
        else if(lname=="")
        {
         $(".lname").css("border","1px solid red");
        }
        else if(email=="")
        {
         $(".email").css("border","1px solid red");
        }
        else if(phone=="")
        {
         $(".phone").css("border","1px solid red");
        }
        else if(!$(".agree").is(':checked'))
        {
         $(".form_agree").css("border","1px solid red");
        }
        else{
        $(".required").css("border","");
            popup_click();
          $(".btn").attr("onclick", "validate1();");
        }
}
function validate1()
{
    var zipcode = $(".zipcode").val();
    var age = $(".age").val();
    var gender = $(".gender").val();
    var besttimecall = $(".besttimecall").val();
    var patient_relationship = $(".patient_relationship").val();
    var type_insurance = $(".type_insurance").val();

      $(".required").css("border","");
    if(zipcode=="" || age=="" || gender=="" || besttimecall=="" ||
patient_relationship=="" || type_insurance=="" )
      {
```

**REPORT OF NATHAN BACON**

```
if(zipcode=="")
{$(".zipcode").css("border","1px solid red");}
else{$(".zipcode").css("border","");}

if(age=="")
{$(".age").css("border","1px solid red");}
else{$(".age").css("border","");}
if(gender=="")
{$(".gender").css("border","1px solid red");}
else{$(".gender").css("border","");}
if(besttimecall=="")
{$(".besttimecall").css("border","1px solid red");}
else{$(".besttimecall").css("border","");}
if(patient_relationship=="")
{$(".patient_relationship").css("border","1px solid red");}
else{$(".patient_relationship").css("border","");}
if(type_insurance=="")
{$(".type_insurance").css("border","1px solid red");}
else{$(".type_insurance").css("border","");}


    }
    else
    {
        $(".required").css("border","");
        popup_click();
        }
}

 var count = 0;
function popup_click()
{


        count += 1;
        if(count==1)
        {
        $(".popup2").show();
            $(".popup1").hide();
            $("#myModal2").hide()

            //$(".btn").text("Submit");
            $("#myModal").show();
        }
```

REPORT OF NATHAN BACON

```
        else if(count==2)
        {

            var postdata = $('#bookingForm').serialize();
            /* var fname = $(".fname").val();
             var lname = $(".lname").val();
             var email = $(".email").val();
             var phone = $(".phone").val();
             var ipaddress = ""*/
            var url = "index-form.php"// the script where you handle the form
input.
            $.ajax({
                    type: "POST",
                    url: url,
                    data:postdata, // serializes the form's elements.
                    success: function(data)
                    {
                /*  var urls =
"http://68.233.243.42/services/edulivepost.php?url=pinpointschool.com&phone1="+
phone+"&firstname="+fname+"&lastname="+lname+"&email="+email+"&ipaddress="+ipad
dress+"&leadprovider=MAR&user=livepostusermar&pass=%20hshuigfra984";
                    $.ajax({
                    type: "POST",
                    url: urls,
                    data:'', // serializes the form's elements.
                    success: function(data)
                    {

                    }
                });*/
                    $("#myModal2").show();
                    $("#myModal").hide(1000);
                    $(".controlHolder").hide(1000)

setTimeout(function(){window.location.href='index.php'},5000);
                    }
                });
                $(".btn").hide();
        }

}
```

```
</script><script src="js/script.js"></script>
<script>
// When the user clicks on div, open the popup
// Get the modal
            var modal = document.getElementById('myModal');

// Get the button that opens the modal
            var btn = document.getElementById("myBtn");

// Get the <span> element that closes the modal
            var span = document.getElementsByClassName("close")[0];

// When the user clicks the button, open the modal
//btn.onclick = function() {
            //  modal.style.display = "block";
//}

// When the user clicks on <span> (x), close the modal


// When the user clicks anywhere outside of the modal, close it

</script>

<!-- LEADIDID scropt -->
<script id="LeadiDscript" type="text/javascript">
// <!--
    (function () {
        var s = document.createElement('script');
        s.id = 'LeadiDscript_campaign';
        s.type = 'text/javascript';
        s.async = true;
        s.src = 'http://create.lidstatic.com/campaign/2b545aa0-c08b-8ff1-52ea-
39f84dbb949b.js?snippet_version=2';
        var LeadiDscript = document.getElementById('LeadiDscript');
        LeadiDscript.parentNode.insertBefore(s, LeadiDscript);
    })();
// -->
</script>
<noscript><img src="http://create.leadid.com/noscript.gif?lac=9cf40791-756a-
de31-ed5e-899bab919113&amp;lck=2b545aa0-c08b-8ff1-52ea-
39f84dbb949b&amp;snippet_version=2"/></noscript>
<!-- coded by Diversant -->
```

```
</body>
</html><!--
    FILE ARCHIVED ON 22:40:06 Jun 25, 2017 AND RETRIEVED FROM THE
    INTERNET ARCHIVE ON 22:43:43 Dec 09, 2018.
    JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

    ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
    SECTION 108(a)(3)).
-->
<!--
playback timings (ms):
 LoadShardBlock: 76.795 (3)
 esindex: 0.006
 captures_list: 2204.697
 CDXLines.iter: 11.39 (3)
 PetaboxLoader3.datanode: 29.837 (4)
 exclusion.robots.fetch: 2111.937 (4)
 exclusion.robots: 2112.442
 exclusion.robots.policy: 0.248
 RedisCDXSource: 1.489
 PetaboxLoader3.resolve: 14.136
 load_resource: 19.486
-->
```

# EXHIBIT D



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

## Diabetes Health Info

If you or a loved one is struggling with diabetes and need help you have come to the right place. We work with the largest brands to deliver the highest quality products with the deepest discounts.

You may qualify for diabetic supplies at little or no cost, just fill out the form below to find out



"The process is a simple 3 step process"







Fill out the form so we can gather a bit more information about your specific needs and coverage

Our agents will call you to clarify and ask any additional questions that will help us to get you the items you need with the greatest savings.

Receive your items in the mail!

## About Us



Diabetes Health Info helps patients get the critical products they need for the right price at the right time. Our staff of product experts assesses each individual's situation and works with them to get vital products, often times at no cost to the patient. Our motto is "If the customer is not happy, then neither are we". We built our business upon this pillar over 10 years ago and continue to pride ourselves on our customer service.





Test Strips

Glucose Log Books

Syringes

Insulin Pump Supplies

Glucose Meter Kits

Diabetic socks and several other's

# EXHIBIT F

## Diabetes Health Info

YOUR ONE STOP SHOP FOR ALL YOUR DIABETES NEEDS

If you or a loved one is struggling with diabetes and need help you have come to the right place. We work with the largest brands to deliver the highest quality products with the deepest discounts.

You may qualify for diabetic supplies at little or no cost, just fill out the form below to find out



"The process is a simple 3 step process"







Fill out the form so we can gather a bit more information about your specific needs and coverage

Our agents will call you to clarify and ask any additional questions that will help us to get you the items you need with the greatest savings.

Receive your items in the mail!

### About Us



Diabetes Health Info helps patients get the critical products they need for the right price at the right time. Our staff of product experts assesses each individual's situation and works with them to get vital products, often times at no cost to the patient. Our motto is "If the customer is not happy, then neither are we". We built our business upon this pillar over 10 years ago and continue to pride ourselves on our customer service.



✓ Test Strips          ✓ Glucose Log Books
✓ Syringes             ✓ Insulin Pump Supplies
✓ Glucose Meter Kits   ✓ Diabetic socks and several other's

# EXHIBIT G



# EXHIBIT H

## Diabetes Health Info

YOUR ONE STOP SHOP FOR ALL YOUR DIABETES NEEDS

If you or a loved one is struggling with diabetes and need help you have come to the right place. We work with the largest brands to deliver the highest quality products with the deepest discounts.

You may qualify for diabetic supplies at little or no cost, just fill out the form below to find out



"The process is a simple 3 step process"







Fill out the form so we can gather a bit more information about your specific needs and coverage

Our agents will call you to clarify and ask any additional questions that will help us to get you the items you need with the greatest savings.

Receive your items in the mail!

## About Us



Diabetes Health Info helps patients get the critical products they need for the right price at the right time. Our staff of product experts assesses each individual's situation and works with them to get vital products, often times at no cost to the patient. Our motto is "If the customer is not happy, then neither are we". We built our business upon this pillar over 10 years ago and continue to pride ourselves on our customer service.



✓ Test Strips

✓ Syringes

✓ Glucose Meter Kits



✓ Glucose Log Books

✓ Insulin Pump Supplies

✓ Diabetic socks and several other's

# EXHIBIT I

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Diabetes Health Info

If you or a loved one is struggling with diabetes and need help you have come to the right place. We work with the largest brands to deliver the highest quality products with the deepest discounts.

You may qualify for diabetic supplies at little or no cost, just fill out the form below to find out



"The process is a simple 3 step process"



Fill out the form so we can gather a bit more information about your specific needs and coverage



Our agents will call you to clarify and ask any additional questions that will help us to get you the items you need with the greatest savings.



Receive your items in the mail!

### About Us



Diabetes Health Info helps patients get the critical products they need for the right price at the right time. Our staff of product experts assesses each individual's situation and works with them to get vital products, often times at no cost to the patient. Our motto is "If the customer is not happy, then neither are we". We built our business upon this pillar over 10 years ago and continue to pride ourselves on our customer service.




✓ Test Strips
✓ Syringes
✓ Glucose Meter Kits


✓ Glucose Log Books
✓ Insulin Pump Supplies
✓ Diabetic socks and several other's

# CERTIFICATE OF SERVICE

Filed electronically on this 14th day of January, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cynthia A Bashant
United States District Court
Southern District of California

And All Counsel of Record As Recorded On The Electronic Service List.

This 14th day of January, 2018

s/Todd M. Friedman, Esq.
Todd M. Friedman