# PLAINTIFFS' AMENDED EXHIBIT 6

_____

IN THE CASE OF

JOHN MCCURLEY; AND, DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

v.

ROYAL SEAS CRUISES, INC.,

17-CV-986 BAS (AGS)

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420
(805) 335–8455

<u>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA</u>

# If you received a prerecorded call marketing Royal Seas Cruises between November 2016 and December 2017, a class action lawsuit may affect your rights.

*A federal court authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

- A lawsuit has been filed against Royal Seas Cruises, Inc. ("Royal Seas") claiming Prospects, DM, Inc. made telephone calls on behalf of Royal Seas through an automatic telephone dialing system and/or an artificial or prerecorded voice without the recipient's consent in violation of the Telephone Consumer Protection Act ("TCPA"). Royal Seas denies these claims and denies that any such calls were illegal. If any such calls were made, they were not made by Royal Seas and, regardless, would have been made with consent. The Court has not decided which side is right.

- You may be part of this class action if you if you received a marketing call on your cell phone from Prospects, DM, Inc. on behalf of Royal Seas Cruise that was made using an automatic telephone dialing system or prerecorded voice between November 2016 and December 2017, you were not a customer of Royal Seas at the time of the call, and your cellular telephone number is associated in Prospects DM's records with either diabeteshealth.info or www.yourautohealthlifeinsurance.com.

- This case is currently scheduled to go to trial in May 2020; however, this date is subject to change depending on the Court's schedule or the needs of the case. There is no money available now and no guarantee there will be in the future, and no guarantee that you will be a Class Member. However, your legal rights may be affected and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing you are choosing to stay in the lawsuit. If you stay in the lawsuit, you may share in possible money or other benefits if Plaintiffs win the lawsuit at trial or settle. You will also give up the right to sue Royal Seas on your own about the legal claims included in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Keep rights to bring your own lawsuit. Do not share in possible money or benefits from this lawsuit.**<br><br>The Court will exclude from the class any member who requests exclusion. If you ask to be excluded, and Plaintiffs win at trial or settle, you will not be able to share in any possible money or other benefits that result from this lawsuit. But, you will keep the right to sue Royal Seas on your own about the legal claims included in this lawsuit. |

- Your rights and options are explained in this notice. To ask to be excluded, you must act by **December 2, 2019**.

QUESTIONS?  CALL 1-866-573-9974 TOLL FREE OR VISIT WWW.ROYALSEASCRUISESTCPACLASSACTION.COM

- Lawyers must prove the claims against Royal Seas at a trial set to begin on May 5, 2020. If you stay in this lawsuit and money or benefits are obtained from Royal Seas, you may be able to ask for a share.

## BASIC INFORMATION

### 1. Why was this notice issued?

This notice was issued because a Court has "certified" this case as a class action lawsuit and your rights may be affected. This notice explains the lawsuit and the rights and options available to you before the before the judge or a jury makes a decision about the claims being made against Royal Seas. This notice explains all of these things.

Judge Cynthia Bashant of the United States District Court for the Southern District of California is overseeing this class action. The case is known as *McCurley v. Royal Seas Cruises, Inc*., Case No. 3:17-cv-00986. The people who sued are called the Plaintiffs. The company they sued, Royal Seas Cruise, Inc., is called the Defendant or Royal Seas.

### 2. What is a class action?

In a class action, one or more people, called Class Representatives (in this case John McCurley and Dan Deforest), sue on behalf of all people who have similar claims. Together, these people are called a Class or Class members. One court resolves the issues for all Class members, except for those who exclude themselves from the Class.

### 3. Why is this lawsuit a class action?

The Court decided that this lawsuit could move toward trial as a class action because it meets the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of Federal Rule of Civil Procedure 23. For example, the Court ruled that the Class is so large or "numerous" that getting all Class members together is impracticable; that there are questions of law and fact that are "common" to the Class; that the claims of the Class Representatives and the defenses to those claims by Royal Seas are "typical" to the claims of the Class and the defenses to those claims by Royal Seas; that the representatives and lawyers for the Class will fairly and "adequately" protect the interests of all Class members, that questions of facts and law common to Class Members predominate over any questions affecting individual Class Members; and a class action is superior to other available methods for fairly and efficiently adjudicating the lawsuit. More information about why this is a class action can be found in the Court's Order (1) Granting in Part and Denying in Part Plaintiffs' Rule 23 Motion for Class Certification Order; and Denying Royal's Rule 702 Motions to Exclude Expert Testimony, which is available at www.RoyalSeasCruisesTCPAClassAction.com.

## THE CLAIMS IN THE LAWSUIT

### 4. What is the lawsuit about?

The lawsuit claims that Royal Seas hired Prospects DM to call consumers using an automatic telephone dialing system or prerecorded voice to market and sell its products, and that Prospects DM did so without consumers' prior express consent in violation of the TCPA.

More information about the claims made in the lawsuit can be found in the Consolidated Complaint for Damages and Injunctive Relief, available at www.RoyalSeasCruisesTCPAClassAction.com.

### 5. How does Royal Seas answer?

Royal Seas denies that all of the claims and allegations made in the lawsuit. More specifically, Royal Seas denies that it made or authorized Prospects DM to make calls on its behalf calls to consumers without the consumers' express prior consent or that it violated the TCPA, and asserts there was express written consent for all calls made by Prospects DM marketing an offer by Royal Seas.

More information about Royal Seas response to the Consolidated Complaint for Damages and Injunctive Relief can be found in Defendant Royal Seas Cruises, Inc.'s Answer, Defense, and Affirmative Defenses to Consolidated Complaint, available at www.RoyalSeasCruisesTCPAClassAction.com.

| 6. Has the Court decided who is right? |
|---|

No. The Court has not ruled on the merits of the claims. The lawyers for the Plaintiffs will present their claims and the lawyers for Royal Seas will argue their defenses at a jury trial that is currently scheduled to begin on May 5, 2020.

| 7. What are the Plaintiffs asking for on behalf of the Class? |
|---|

The Plaintiffs are asking $500 per call or $1,500 per call per Class Member if they can prove that the Defendant "knowingly" or "willfully" violated the TCPA, as well as an order prohibiting the Defendant from making or authorizing future calls in violation of the TCPA.

| 8. Is there any money available now? |
|---|

No. There is no money or benefits available now because the Court has not ruled on the merits of the claims. There is no guarantee that money or benefits will ever be awarded or obtained, and no guarantee that you will be a Class Member.

## MEMBERS OF THE CLASS

| 9. How do I know if I am part of the Class? |
|---|

Generally, you are included in this lawsuit if you received a marketing call on your cell phone from Prospects, DM on behalf of Royal Seas Cruises between November 2016 and December 2017 that was made through an automatic telephone dialing system or an artificial or prerecorded voice, you were not a Royal Seas Customer at that time, and your cellular telephone number is associated with one of two websites addresses in Prospects DM's records.

Specifically, the Court has "certified" a Class that consists of all persons within the United States who received a telephone call (1) from Prospects, DM, Inc. on behalf of Royal Seas Cruises, Inc. (2) on said Class Member's cellular telephone (3) made through the use of any automatic telephone dialing system or an artificial or prerecorded voice, (4) between November 2016 and December 2017, (5) where such calls were placed for the purpose of marketing, (6) to non-customers of Royal Seas Cruises, Inc. at the time of the calls, and (7) whose cellular telephone number is associated in Prospects DM's records with either diabeteshealth.info or www.yourautohealthlifeinsurance.com.

The Court also certified a Subclass consisting of all members of the Class whose call resulted in a transfer to Royal Seas Cruises, Inc.

## YOUR RIGHTS AND OPTIONS

| 10. What happens if I do nothing at all? |
|---|

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. If you do nothing, you are choosing to stay in the Class, subject to any proof you may be required to submit to provide to establish your membership in the Class. If you stay in the class and provide sufficient proof as may be required, and the Plaintiffs win or lose at trial, you will be legally bound by all orders and judgments of the Court, and you will not be able to sue or continue to sue Royal Seas in a different case over the legal claims included in this lawsuit. If the Plaintiffs obtain money or other benefits from Royal Seas at trial or as the result of a settlement, you will be able to ask for a share.

| 11. What happens if I exclude myself? |
|---|

If you exclude yourself from the Class: (1) you will not be legally bound by the Court's judgments; (2) you will keep any rights you may have to sue Royal Seas for the legal claims included in this lawsuit; and (3) you will not be able to get any money or benefits from this lawsuit if any are awarded or obtained as a result of the trial or any settlement.

### 12. How do I ask to be excluded?

The Court will exclude from the class any member who requests exclusion. If you do not want to stay in the Class, you must submit a request for exclusion by December 2, 2019 by sending a letter to the P.O. Box address on this postcard. The letter must state that "I want to be excluded from from *McCurley v. Royal Seas Cruises, Inc.*, Case No. 3:17-cv-00986." Include your name, address, the cell phone number or numbers that received the calls at issue in this lawsuit, and your signature.

You must mail your exclusion request letter to:

McCurley v. Royal Seas TCPA Administrator<br>
P.O. Box 43498<br>
Providence, RI 02940-3498

## THE LAWYERS REPRESENTING YOU

### 13. Do I have a lawyer in this case?

Yes. The Court has appointed Abbas Kazerounian and Matthew M. Loker of Kazerouni Law Group, APC, and Todd M. Friedman and Adrian R. Bacon of the Law Offices of Todd M. Friedman, P.C. as Class Counsel to represent you and the Class in this case. These lawyers have experience handling similar cases. More information about these lawyers and their law firms is available at www.kazlg.com and www.toddflaw.com.

### 14. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is representing you and all the other members of the Class. If you want someone other than Class Counsel to speak for you, you may hire your own lawyer at your own expense.

### 15. How will the lawyers be paid?

If Plaintiffs win at trial or settle the lawsuit, Class Counsel will ask the Court for fees, costs and expenses. If the Court grants their request, the fees, costs and expenses will either be deducted from any money obtained for the Class or paid separately by Royal Seas. You will not personally have to pay any of these fees and expenses.

## THE TRIAL

### 16. How and when will the Court decide the case?

The case will be decided at a trial that is scheduled to begin at 10:30a.m. on May 5, 2020. There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class. The trial will take place in Courtroom 4B, 4th Floor of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California, 92101. The trial may be moved to a different date or time without additional notice. Check www.RoyalSeasCruisesTCPAClassAction.com for updates.

### 17. Do I have to come to Court?

You do not have to come to Court unless you choose to do so. Class Counsel will present the case for the Plaintiffs and the lawyers for Royal Seas will present their defenses. You or your lawyer may appear in Court for this case at your own expense, but you do not have to.

### 18. Will I get money after the trial?

If Class Counsel obtains money or benefits as a result of the trial or a settlement, a new notice will be issued about how to ask for a share and about any other options you may have at that time. There is no guarantee that you will receive any benefits or that you will be determined to be a Class Member. Updated information about the case may be posted on www.RoyalSeasCruisesTCPAClassAction.com.

## GETTING MORE INFORMATION

**19. Is more information about the lawsuit available?**

More information about the lawsuit is available by visiting www.RoyalSeasCruisesTCPAClassAction.com, calling toll-free 1-866-573-9974, writing to McCurley v. Royal Seas TCPA Administrator, PO Box 43498, Providence, RI 02940-3498, or contacting Class Counsel.