| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC**<br>Abbas Kazerounian, Esq. (249203)<br>ak@kazlg.com<br>Matthew M. Loker, Esq. (279939)<br>ml@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone:  (800) 400-6808<br>Facsimile:   (800) 520-5523 | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**<br>Todd M. Friedman, Esq. (216752)<br>tfriedman@toddflaw.com<br>Adrian R. Bacon, Esq. (280332)<br>abacon@toddflaw.com<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, CA 90212<br>Telephone:  (877) 206-4741<br>Facsimile:   (866) 633-0228 |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br><br>**FIRST AMENDED NOTICE OF PLAINTIFFS' MOTION TO STRIKE WITNESS DECLARATIONS, FOR RESTRAINING ORDER, FOR MONETARY SANCTIONS, AND FOR DISQUALIFICATION OF COUNSEL**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>**DATE:**         April 6, 2020<br><br>**HON. CYNTHIA A BASHANT** |

**FIRST AMENDED NOTICE OF MOTION TO STRIKE WITNESS DECLARATIONS, FOR RESTRAINING ORDER, FOR MONETARY SANCTIONS, AND FOR DISQUALIFICATION OF COUNSEL**

**PLEASE TAKE NOTICE** that on April 6, 2020, before The Honorable Cynthia A Bashant of the United States District Court, Southern District of California, Plaintiffs Dan Deforest and John McCurley ("Plaintiffs") will move this Court for an order granting Plaintiffs' First Amended Motion to Strike the Second Supplemental Disclosure and Witness Declarations of Gary Little, David Calderon, and Dan Gieger, for a restraining order preventing further unilateral contact by Defendant Royal Seas Cruises, Inc. ("Defendant") or its attorneys of Class and Sub-Class Members, for sanctions against Defendant and its attorneys for the attorney's fees and costs incurred in bringing this motion and the discovery associated with this Motion, and for disqualification of Defendant's attorneys Greenspoon Marder from this action.

This Motion is made pursuant to the Fed. R. Civ. P. 37 and the "courts [] inherent power to [enter sanctions] ... when a party has willfully deceived the court and engaged in conduct utterly inconsistent with the orderly administration of justice." *Fjelstad v. Am. Honda Motor Co., Inc.*, 762 F.2d 1334, 1338 (9th Cir. 1985). This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration and exhibits thereto, the Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter. This motion is made following the conference of counsel that took place on January 22, 2020, pursuant to Judge Bashant's standing order. Plaintiffs file this First Amended Motion to incorporate the results of the sanctions discovery conducted against Defendant on February 18, 2020 which needs to be put forth before the Court and to additionally seek costs associated with that discovery as is appropriate.

| | | |
|---|---|---|
| 1 | Dated: March 4th, 2020 | **Law Offices of Todd M. Friedman, P.C.** |
| 2 | | By: /s/ Todd M. Friedman |
| 3 | | Todd M. Friedman, Esq. |
| | | Adrian R. Bacon, Esq. |
| 4 | | Attorneys for Plaintiffs |

FIRST AMENDED NOTICE OF MOTION TO STRIKE WITNESS DECLARATIONS, FOR RESTRAINING ORDER, FOR MONETARY SANCTIONS, AND FOR DISQUALIFICATION OF COUNSEL
2 OF 3

# CERTIFICATE OF SERVICE

Filed electronically on this 4th day of March, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cynthia A Bashant
United States District Court
Southern District of California

And All Counsel of Record As Recorded On The Electronic Service List.

This 4th day of March, 2020

s/Todd M. Friedman, Esq.
Todd M. Friedman