| | | |
|---|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** | **LAW OFFICES OF TODD M.** |
| 2 | Abbas Kazerounian, Esq. (249203) | **FRIEDMAN, P.C.** |
| | ak@kazlg.com | Todd M. Friedman, Esq. (216752) |
| 3 | Matthew M. Loker, Esq. (279939) | tfriedman@toddflaw.com |
| 4 | ml@kazlg.com | Adrian R. Bacon, Esq. (280332) |
| | 245 Fischer Avenue, Unit D1 | abacon@toddflaw.com |
| 5 | Costa Mesa, CA 92626 | 21550 Oxnard Street, Suite 780 |
| 6 | Telephone: (800) 400-6808 | Woodland Hills, CA 90212 |
| | Facsimile: (800) 520-5523 | Telephone: (877) 206-4741 |
| 7 | | Facsimile: (866) 633-0228 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br><br>**NOTICE OF LODGING OF EXHIBIT H & I TO THE DECLARATION OF ADRIAN BACON [DKT. 129-2]**<br><br>**HON. CYNTHIA A BASHANT** |

**NOTICE OF LODGING**

Please TAKE NOTICE that Plaintiffs John McCurley and Dan DeForest ("Plaintiffs") hereby lodge through USB drive sent by USPS Priority Mail two audio recordings references as Exhibit H & I in the Declaration of Adrian Bacon [Dkt. 129-2] with the Clerk of the Court.

Respectfully submitted,

Dated: March 4th, 2020    **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

Filed electronically on this 4th day of March, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cynthia A Bashant
United States District Court
Southern District of California

And All Counsel of Record As Recorded On The Electronic Service List.

This 4th day of March, 2020

s/Todd M. Friedman, Esq.
Todd M. Friedman