**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

**LAW OFFICES OF TODD M.
FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 90212
Telephone:   (877) 206-4741
Facsimile:   (866) 633-0228

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**JOHN MCCURLEY AND DAN
DEFOREST, INDIVIDUALLY
AND ON BEHALF OF ALL
OTHERS SIMILARLY
SITUATED,**

**Plaintiffs,**

v.

**ROYAL SEAS CRUISES, INC.,**

Defendant.

**Case No.:** 17-cv-986 BAS (AGS)

**NOTICE OF PLAINTIFFS'
MOTION TO DECERTIFY
CLASS IN PART AND AMEND
ORDER RE: CLASS NOTICE AS
TO THE SUBCLASS**

**NO ORAL ARGUMENT UNLESS
REQUESTED BY THE COURT**

**DATE:**          April 6, 2020

**HON. CYNTHIA A BASHANT**

**PLEASE TAKE NOTICE** that on April 6, 2020, before The Honorable Cynthia A. Bashant of the United States District Court, Southern District of California, Plaintiffs Dan Deforest and John McCurley ("Plaintiffs") will move this Court for an order decertifying the Class but maintaining the Subclass and amending amending its definition to be non-derivative of the Class, and amending the Court's Order re: Class Notice to reflect the notice served on the Subclass.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration and exhibits thereto, the Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.  This motion is made following the conference of counsel that took place on March 3, 2020 after Plaintiffs request for such conference on February 26, 2020, pursuant to Judge Bashant's standing order.  Defendant did not indicate whether it would oppose this Motion.


Dated**:** March 4th, 2020        **Law Offices of Todd M. Friedman, P.C.**


                            By: /s/ Todd M. Friedman
                               Todd M. Friedman, Esq.
                               Adrian R. Bacon, Esq.
                               Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Filed electronically on this 4th day of March, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cynthia A Bashant
United States District Court
Southern District of California

And All Counsel of Record As Recorded On The Electronic Service List.


This 4th day of March, 2020

s/Todd M. Friedman, Esq.
Todd M. Friedman

---