Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | Case No. 17-cv-986 BAS (AGS)<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFFS' ORIGINAL MOTION TO STRIKE WITNESS DECLARATIONS, FOR RESTRAINING ORDER, FOR MONETARY SANCTIONS, AND FOR DISQUALIFICATION OF COUNSEL |

TO THE COURT CLERK, DEFENDANT, AND ITS COUNSEL OF RECORD:

On January 31, 2019, Plaintiffs John McCurley and Dan Deforest ("Plaintiffs") filed their Motion to Strike Witness Declarations, For Restraining Order, For Monetary Sanctions, and For Disqualification of Counsel. [Dkt. 120].

On February 4, 2020, the Court set the briefing schedule such that Defendant's opposition would be due March 16, 2020 and Plaintiffs' reply would be due March 23, 2020. [Dkt. 121].

On March 4, 2020, Plaintiffs filed a First Amended Motion to Strike Witness Declarations, For Restraining Order, For Monetary Sanctions, and For Disqualification Of Counsel [Dkt. 129], which included new evidence uncovered after the filing of the original Motion from a deposition and document requests and requested additional sanctions for the costs and fees incurred in obtaining that discovery, in addition to the previous sanctions. Pursuant to Judge Bashant's Standing Order, the amended Motion re-noticed the "hearing date" (though no hearing is requested) for April 6, 2020, which is more than thirty (30) days after filing, in order to give adequate notice and time for response to Defendant. Per S.D. Cal. L.R. 7.1(e)2, Defendant's opposition is now due March 23, 2020, and Plaintiffs' response is due March 30, 2020.

Because the First Amended Motion supersedes and renders moot the original Motion and for the sake of clarity, Plaintiffs hereby withdraw the original Motion to Strike Witness Declarations, For Restraining Order, For Monetary Sanctions, and For Disqualification of Counsel. [Dkt. 120].

Respectfully submitted this 5th Day of March, 2020.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 5th Day of March, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cynthia A. Bashant
United States District Court
Southern District of California

And all Counsel of Record on the electronic service list.

This 5th Day of March, 2020.

s/Todd M. Friedman
Todd M. Friedman