# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br>*consolidated with*<br>17-CV-1988 AJB (AGS)<br><br>**REPORT OF WESLEY WEEKS RE: LEAD GENERATION SITES** |
| **DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | |

## <u>EXPERT REPORT OF WESLEY WEEKS</u>

### INTRODUCTION

1. Humatec was engaged to review privacy concerns surrounding the gathering of personal data from a variety of websites used by a third party for marketing purposes. Humatec was specifically asked to address the following questions:

    a. Determine if the identified websites, more likely than not, would not have been to attract the number of visitors stated by the defendants.

Case 3:17-cv-00986-BAS-AGS   Document 164-5   Filed 03/30/20   PageID.7460   Page 3 of 59

  i. Perform Analytics on the websites to include, and possibly others:
     1. Rankings with major Search Engines
     2. Linking of websites from /to other websites
     3. Site visitors, web traffic to the site
  b. Analyze the database of personal information to determine whether it is more likely than not, that the information did not come from those who visited the websites analyzed in No.1 above.

2. I am relying on my 25 years of education, experience, consulting, and training as a Website and Software Developer, Solution Architect, Database Engineer and Systems Engineer in providing my opinions. My opinions are to a reasonable degree of professional certainty.

# CONTENTS

Background/Discussion ................................................................ **Error! Bookmark not defined.**

   Website Traffic ..................................................................... **Error! Bookmark not defined.**

   Traffic to Leads .................................................................................................. 9

Sites Owned by PinPoint Schools (Education Source) ................................................ 10

   Owner Information ............................................................................................ 10

   Review of DiabetesHealth.info ........................................................................ 11

      Traffic Analysis ............................................................................................ 12

      Site Summary .............................................................................................. 14

   Review of PinPointSchool.com ........................................................................ 14

      Traffic Analysis ............................................................................................ 17

      Site Summary .............................................................................................. 19

Sites owned by Transparent Data Services ............................................................... 19

   Owner Information ............................................................................................ 20

   Review of MyEducationAuthority.com ............................................................ 21

      Traffic Analysis ............................................................................................ 24

      Site Summary .............................................................................................. 24

   Review of MyCreditAuthority.com ................................................................... 25

      Traffic Analysis ............................................................................................ 28

      Site Summary .............................................................................................. 29

   Review of MyHealthCareAuthority.com .......................................................... 29

      Traffic Analysis ............................................................................................ 32

      Site Summary .............................................................................................. 33

Conclusion ................................................................................................................ 33

   Summary of all Sites ........................................................................................ 34

   Additional Findings .......................................................................................... 35

Opinions ................................................................................................................... 36

References ................................................................................................................ 37

Exhibit A – Articles of Incorporation – Education Source Group LLC ........................ 39

Exhibit B – Sample of Backlinks for PinPointSchools.com ....................................... 41

Exhibit C – Articles of Incorporation – Transparent Data Services LLC .................... 49

## I. <u>BACKGROUND/DISCUSSION</u>

1. Royal Seas Cruise Lines has reportedly engaged a third party(ies) to collect information about prospective consumers who might be interested in their cruises. That information has evidently been gathered through several websites on various topics where visitors to those sites input their personal information in order to receive information from the website. On the website, it appears there is a statement which indicates to the person who has signed up that the personal information may also be used for marketing purposes, and in particular by Royal Seas Cruise Lines.

2. One of the individuals who was contacted by Royal Seas Cruise Lines formally complained that they had not signed up for anything which provided their approval for their contact information to be used to solicit a cruise by Royal Seas Cruise Lines. The individual was reportedly told that they had signed up for information on a diabetes health information website; www.diabeteshealth.info. The individual reportedly stated that they had never been to that website, doesn't have diabetes, and is in excellent health; therefore, there also was no need for the individual to even think about searching out information about diabetes. Regardless, the individual reportedly stated that they had never provided their contact information on the website.

3. I completed preliminary investigation of the aforementioned website along with several others in preparing this report.  Preliminary investigation of the website indicates that the information provided by the site is limited and not very informative about diabetes. It appeared to be a website set up to gather personal

information for marketing purposes at best, and possibly just a front to cover for the personal information that had been gathered suspiciously through other means.

4. Humatec was engaged to provide a more in-depth analysis of the website, along with others suspected of being a front, to determine if it is likely the websites were actually a front to the suspiciously gathered personal information. The other identified sites include:

- Pinpointschool.com
- Myeducationauthority.com
- Mycreditauthority.com
- Myhealthcareauthority.com

5. This report quantifies the expected traffic flow and conversion rates of five websites that are supposedly generating leads for Royal Caribbean Cruises.  The specifics about each site that are included in this report include:

- Publicly available domain information including IP address and WhoIs information
- Where the sites fall in search results for the largest search engines (Google and Bing) using relevant keywords.  Only the first 10 pages of results will be reviewed.
- A review and indication of Google Analytics and Alexa analytics tracking contained in the site.
- Estimated daily unique visitors with analysis of source of visits (search engine vs. direct).
- Estimated actual numbers of visitors and sources.
- Estimated number of leads that could be generated based on traffic and

Page **5** of **55**

expected conversion rates.

6. Additionally, a copy of each site will be download for archive purposes. The download can only pull client-side html and code so when server-side technologies are used that change the page rendering this information is not available without getting the source directly from the site owner or vendor.

7. Two top rated tools were used for traffic analysis. These tools included:

- Alexa – https://www.alexa.com/siteinfo - An Amazon company that provides site ranking and statistics. Alexa traffic ranks are based on two sets of data: total number of unique visitors as well as page views. In other words, top ranked sites are not only able to attract new users but also have quality content that is able to keep people on site. The information from Alexa helps in estimating the expected site traffic

  o Rank on Alexa.com is calculated based on global data that was accrued over last 3 months. Sites with no measurable traffic over the last three months may have an N/A ranking.

  o Converting Alexa Rank to traffic is an estimate only and an Alexa rank does not directly translate to traffic. However for this type of analysis it is probably the best tool available.

- SEMRush – https://www.semrush.com - A company that provides detailed site information and traffic analysis.

8. All statistics regarding rankings, number of visitors and conversion rates are based on the best information for which direct access to the web server logs, google analytics, and Alexa statistics are not directly available.

### a. Website Traffic

9. There are four different ways that a user could find and navigate to a website.

    a. Direct – This is where an end user enters in the url of a site in the address bar of their browser and is taken directly to the site. For example a user wanting to go to YouTube could type in www.youtube.com in the address line of their browser and would be directly taken to the site.

        i. Used most frequently for sites that are well known and easy to remember (cnn.com, ebay.com, amazon.com, etc.)

        ii. Users may also use the bookmark capability in their browsers to go back to sites that they visit frequently and this would appear as a direct link.

        iii. Could also occur as the result of a traditional media campaign such as tv, radio, billboard or direct mailing which advertises the URL.

        iv. Least likely and statistically improbable method for sites that aren't actively advertised by traditional means and aren't well known.

        ***v. Electronic submissions will normally appear as direct traffic***

    b. Referral – When a user clicks on a link from another page or gets redirected to a site by clicking on an advertising link, this will appear as a referral.

    c. Social – Clicks on a link from a known social media site such as facebook, twitter, linkedin, etc. will appear as Social traffic

    d. Search – This is the main method by which sites receive traffic

outside of paid advertising or promotion

10.Search is by far the leading way end users find websites for which they aren't already familiar.    An entire industry exists around Search Engine Optimization (SEO) and companies often pay significant sums to rank high in search engines.

11.Ranking high in search results is a necessity to receive any significant traffic outside of advertising or referrals for unknown sites.  The chance of receiving a search referral to a site starts at 28% on the first page but drops to 14% on page two, 6% on page four and barely 1% by page 10 of a search engine's results page.



*Figure 1 - Receipt of Referral Based On Page Result Position*

12.Traffic across the different methods to get to a website usually have some degree of correlation across peaks and valleys though not always.    As seen in the example chart below, for diabetesresearch.org (an actual informational website on diabetes), search is by far the most common.



*Figure 2 - Traffic Analytics for diabetesresearch.org*

### b. Traffic to Leads

13. While traffic is a helpful metric, it is important to note that not all traffic to a website or page will turn into a lead submission. On the contrary, the majority of visits do not result in a form submission with personal information. The chart below outlines conversion rates and percentages.



*Figure 3 - Search Conversion Rate For Submission of Data*

14. The websites reviewed are of poor quality and do not offer significant incentive or reason to provide personal information, however the median conversion rate of 2.35% is utilized in this analysis to estimate the number of

expected leads based on actual and anticipated traffic patterns.

## II. <u>SITES OWNED BY PINPOINT SCHOOLS (EDUCATION SOURCE)</u>

15. The sites, diabeteshealth.info and pinpointschool.com both generate leads and are nearly identical except for content. Both sites point to the same IP address and are run by the same company or individual. The domain ownership through a WhoIs search is not publicly available as the registrant has utilized or created multiple privacy protecting domains for keeping personal domain name and ownership information secure.

16. The sites are of low quality and complexity. They contain very little actual information or benefit for their related topics and each was likely put up in less than a day.

### a. Owner Information

17. In the terms and conditions of both sites, PinPoint Schools is the stated owner. On the PinPointSchool.com site, it states it is owned by a company called Education Source located at a residential address of 5100 Copans Rd Margate, FL 33311. A website is provided, educationsource.us, but the site itself is empty.

18. A review of the Secretary of State website for Florida shows a company called Education Source Group LLC was formed at the aforementioned address in February of 2014 but voluntarily dissolved in April of 2014. The owners are listed as Kevin Brody and Luis M. Vinals. (Exhibit 'A')

19. Research found linkedin profiles for the two individuals matching those names and listing Education Source as a place of employment:

- Kevin Brody - https://www.linkedin.com/in/kebrody/
  COO of Education Source, January 2013 – January 2016

Page **10** of **55**

- Tio Luis Vinals - linkedin.com/in/tio-luis-vinals-a41564a1

  CFO of Education Source.  No dates given

20. Kevin Brody is currently President/CEO of Landfall Data (www.landfalldata.com) a company that provides lead information.

               b.  Review of DiabetesHealth.info

21. The following information was able to be pulled from DiabetesHealth.info and relates to the website and is further discussed below.

| Owner: | PinPoint Schools (Education Source) |
|---|---|
| IP: | 192.254.227.6 |
| IP Geocode location: | Houston, Texas |
| IP Provider: | Unified Layer |
| WhoIS: | Domain Name: DIABETESHEALTH.INFO<br>Registry Domain ID: D503300000027030014-LRMS<br>Registrar WHOIS Server:<br>Registrar URL: http://www.launchpad.com<br>Updated Date: 2017-10-24<br>Creation Date: 2016-11-09<br>Registry Expiry Date: 2018-11-09<br>Registrar Registration Expiration Date:<br>Registrar: Launchpad.com Inc.<br>Registrar IANA ID: 955<br>Reseller:<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registrant Organization: Privacy Protect, LLC<br>(PrivacyProtect.org) |

|  | Registrant State/Province: MA |
|  | Registrant Country: US |
|  | Name Server: NS6215.HOSTGATOR.COM |
|  | Name Server: NS6216.HOSTGATOR.COM |
|  | DNSSEC: unsigned |
| Has Alexa Script: | Yes |
| Has Google Analytics: | Yes |
| Has Keywords: | No |
| Alexa Rank: | 11,142,802 |
| Backlinks: | 0 |
| Google Page Rank By Keyword: | |
| -Diabetes | Not in first 10 pages |
| -Diabetes Health | Not in first 10 pages |
| Bing Page Rank By Keyword | |
| -Diabetes | Not in first 10 pages |
| -Diabetes Health | Not in first 10 pages |

*Table 1 - DiabetesHealth.Info Website Information*

i. <u>Traffic Analysis</u>

22. The following data shows traffic sources and patterns for diabeteshealth.info.



| Traffic Source | Mar-17 | Apr-17 | Feb-18 | Mar-18 | Apr-18 | May-18 | Total |
|---|---|---|---|---|---|---|---|
| **Direct** | 1,500 | 0 | 2,300 | 2,300 | 2,500 | 2,100 | **10,700** |
| **Referral** | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Social** | 0 | 336 | 0 | 0 | 0 | 0 | **336** |
| **Search** | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | 1,500 | 336 | 2,300 | 2,300 | 2,500 | 2,100 | **11,036** |

*Months not displayed had no measurable traffic*

*Figure 4 - Traffic Analytics for diabeteshealth.info*

23. The traffic pattern for this site is very suspicious for multiple reasons.

24. There is no traffic being generated by search engines, the primary method by which sites are found.

25. There isn't any traffic being driven by paid advertising or from back links.

26. The numbers of direct traffic links to the site is highly suspicious unless tied to a direct marketing campaign using traditional methods like mail, postcards or television advertising.

27. A short lived social spike occurs in April. The short duration is slightly suspicious but this is consistent with a similar spike in the same month for PinPointSchool.com so possible a posting was made on a social media site for both sites.  The number is small enough to not generate a significant numbers of leads.

Page **13** of **55**

28. There isn't any traffic consistency. The site visits go from thousands of visits to zero in less than 30 days and stay that way for months at a time before spiking again.

### ii. Site Summary

29. diabeteshealth.info is basically a one page site except for the terms and conditions and privacy statement. Entering in data into the search on the site doesn't even leave the home page, just displays a brief message that the data was submitted. (Exhibit 'D')

30. The site does not appear in the first 10 pages of searches for either Google or Bing, the two largest search engines for any relevant keywords. The sites Alexa ranking of over 11 million means that at best the site gets 20-30 visitors a day, however Alexa is unreliable with rankings this large so it is possible the number is substantially smaller.

31. Using the most optimistic of estimates (30 views a day) and an average conversion rate of 2.35% the maximum number of leads that could be generated from this site would be about 250 in a 12-month period. However, given the sites lack of backlinks, not appearing in relevant searches on the largest search engines and lack of promotion it is likely substantially smaller.

### c. Review of PinPointSchool.com

32. The following information was able to be pulled from PinPointSchool.com and relates to the website and is further discussed below.

| Owner: | PinPoint Schools (Education Source) |
|---|---|
| IP: | 192.254.227.6 |
| IP Geocode | Houston, Texas |

| location: | |
| IP Provider: | Unified Layer |
| WhoIS: | Domain Name: PINPOINTSCHOOL.COM |
| | Registry Domain ID: 2065506434_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.launchpad.com |
| | Registrar URL: LaunchPad.com |
| | Updated Date: 2017-09-27T05:24:15Z |
| | Creation Date: 2016-10-12T02:51:53Z |
| | Registrar Registration Expiration Date: 2018-10-12T02:51:53Z |
| | Registrar: Launchpad, Inc. (HostGator) |
| | Registrar IANA ID: 955 |
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: Not Available From Registry |
| | Registrant Name: Domain Admin |
| | Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) |
| | Registrant Street: 10 Corporate Drive |
| | Registrant City: Burlington |
| | Registrant State/Province: MA |
| | Registrant Postal Code: 01803 |
| | Registrant Country: US |
| | Registrant Phone: +1.8022274003 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: contact@privacyprotect.org |
| | Registry Admin ID: Not Available From Registry |
| | Admin Name: Domain Admin |

```
Admin Organization: Privacy Protect, LLC
(PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC
(PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns6215.hostgator.com
Name Server: ns6216.hostgator.com
DNSSEC: Unsigned
Registrar Abuse Contact Email:
abuse@websitewelcome.com
```

| | Registrar Abuse Contact Phone: +1.713-574-5287 |
|---|---|
| Has Alexa Script: | Yes |
| Has Google Analytics: | Yes |
| Has Keywords: | No |
| Alexa Rank: | 14,992,176 |
| Backlinks: | 1,428 |
| Google Page Rank By Keyword: | |
| -School | Not in first 10 pages |
| -Education | Not in first 10 pages |
| Bing Page Rank By Keyword | |
| -School | Not in first 10 pages |
| -Education | Not in first 10 pages |

*Table 2 - PinPointSchool.com Website Information*

### i. Traffic Analysis

33. The following graph shows traffic sources and patterns for PinPointSchool.com



| Traffic Source | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | Jul-17 | Aug-17 | Nov-17 | Dec-17 | Jan-18 | Mar-18 | Total |
|----------------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| Direct | 0 | 7,900 | 4,300 | 4,200 | 12,700 | 2,400 | 0 | 28,000 | 7,000 | 7,800 | 4,000 | 78,300 |
| Referral | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Social | 0 | 0 | 0 | 0 | 832 | 0 | 0 | 0 | 0 | 0 | 0 | 832 |
| Search | 1200 | 668 | 563 | 74 | 7100 | 0 | 7,000 | 0 | 0 | 0 | 0 | 16,605 |
| Total | 1,200 | 8,568 | 4,863 | 4,274 | 20,632 | 2,400 | 7,000 | 28,000 | 7,000 | 7,800 | 4,000 | 95,737 |

Months not displayed had no measurable traffic

*Figure 5 - Traffic Analytics for PinPointSchool.com*

34. The traffic pattern for this site is very suspicious for multiple reasons:

35. The search engine spikes are extreme.  74 in Mar-17, 7000 in April, and then 0 for May, June, and July.  This is not consistent with expected search patterns.

36. There is no traffic from the backlinks.   A sampling of the backlinks is included as Exhibit 'B' and demonstrates the links are not from relevant sites.

37. A short lived social spike occurs in April. The short duration is slightly suspicious but this is consistent with a similar spike in the same month for DiabetesHealth.info so possible a posting was made on a social media site for both sites.  The number is small enough to not generate a significant number of leads.

38. The numbers of direct traffic links to the site is highly suspicious unless tied to a direct marketing campaign using traditional methods like mail, postcards or

television.  For 28,000 people to type the domain name in their browser without it would be statistically impossible.

ii.  <u>Site Summary</u>

39. The site does not appear in the first 10 pages of searches for either Google or Bing, the two largest search engines for any relevant keywords.  The sites Alexa ranking of over 14 million means that the expected number of visitors would be around the site gets 8-10 visitors a day, however Alexa is unreliable with rankings this large so it is possible the number is substantially smaller.

40. While this site has over 1,400 backlinks, the sites linking are low quality and are not links from sites providing relevant information.  It appears that they were placed directly by the domain owner using an automated process or tool.

41. The site boasts of helping nearly 200,000 students find a school, but this wouldn't be possible given the limited traffic to the site.  The site also states it has four locations, runs a call center, employs over 200 people and generates 30,000 leads per month.  Education Source, the owner of the company, was only a legal business entity for two months.

42. Using the most optimistic of estimates (10 views a day) and an average conversion rate of 2.35% the maximum number of leads that could be generated from this site would be about 85 in a 12-month period.  However, given the site not appearing in relevant searches on the largest search engines and lack of keywords that might be used by other search engines for rankings, it is likely substantially smaller.

### III.   SITES OWNED BY TRANSPARENT DATA SERVICES

43. The sites MyEducationAuthority.com, MyCreditAuthority.com and

MyHealthcareAuthority.com all appear to be owned by a company called Transparent Data Services LLC which has a residential address of 1604 N Highland Ave Clearwater, FL 33755.  All the sites point to the same IP address and are run by the same company.  Steps have been taken to hide the ownership of the domain names, however the names of the owners were found on the Florida Secretary of States web sites using a business entity search.

44. The sites themselves are of low quality and complexity.  They contain very little actual information or benefit for their related topics and each was likely put up in less than a day.

### a.  Owner Information

45. In the terms and conditions of both sites, Transparent Data Services LLC is the stated owner.  Transparent Data Services has their own website located at http://www.transparentds.com.

46. A review of the Secretary of State website for Florida shows a company called Transparent Data Services LLC was formed at the aforementioned address in February of 2016 and is still active and filed a recent Annual Report in January 2018.  The owners are listed as David Andras and Jordan Shortridge.  (Exhibit 'C')

47. Research found linkedin profiles for the two individuals matching those names and listing Transparent Data Services as their place of employment:

- David Andras - https://www.linkedin.com/in/david-andras-tds/
  Managing Partner, January 2016 – Present

- Jordan Shortridge - https://www.linkedin.com/in/jordan-shortridge-4425424/
  Managing Partner, January 2016 – Present

48. Additionally, Kevin Brody of Landfall Data knows Jordan.  He provided an

endorsement of him.



*Figure 6 - LinkedIn Endorsement by Kevin Brody*

49. Interestingly, it does not appear that Kevin Brody is still connected in linkedin to either David Andras or Jordan Shortridge.  Typically endorsements are performed for linkedin connections.

### b. Review of MyEducationAuthority.com

50. The following information was able to be pulled from PinPointSchool.com and relates to the website and is further discussed below.

| Owner: | Transparent Data Services |
|---|---|
| IP: | 104.236.235.118 |
| IP Geocode location: | Clifton, New Jersey |
| IP Provider: | Digital Ocean, LLC |
| WhoIS: | Domain Name: myeducationauthority.com<br>Registry Domain ID: 2000334323_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: WHOIS.ENOM.COM<br>Registrar URL: WWW.ENOM.COM<br>Updated Date: 2018-01-07T00:51:32.00Z<br>Creation Date: 2016-02-05T04:45:20.00Z<br>Registrar Registration Expiration Date: 2019-02-05T04:45:00.00Z<br>Registrar: ENOM, INC.<br>Registrar IANA ID: 48<br>Domain Status: registrar-lock* |

```
https://www.icann.org/epp#registrar-lock*
Registrant Name: Data Protected Data Protected
Registrant Organization: Data Protected
Registrant Street: 123 Data Protected
Registrant Street:
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98033
Registrant Country: US
Registrant Phone: +1.0000000000
Registrant Phone Ext:
Registrant Fax: +1.0000000000
Registrant Email: noreply@data-protected.net
Admin Name: Data Protected Data Protected
Admin Organization: Data Protected
Admin Street: 123 Data Protected
Admin Street:
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98033
Admin Country: US
Admin Phone: +1.0000000000
Admin Phone Ext:
Admin Fax: +1.0000000000
Admin Email: noreply@data-protected.net
Tech Name: Data Protected Data Protected
Tech Organization: Data Protected
Tech Street: 123 Data Protected
Tech Street:
Tech City: Kirkland
Tech State/Province: WA
```

```
Tech Postal Code: 98033
Tech Country: US
Tech Phone: +1.0000000000
Tech Phone Ext:
Tech Fax: +1.0000000000
Tech Email: noreply@data-protected.net
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
DNSSEC: UNSIGNED
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
```

| | |
|---|---|
| Has Alexa Script: | No |
| Has Google Analytics: | No |
| Has Keywords: | No |
| Alexa Rank: | NA |
| Backlinks: | 1 |
| Google Page Rank By Keyword: | |
| -Education | Not in first 10 pages |
| -Education Authority | Not in first 10 pages |
| Bing Page Rank By Keyword: | |
| -Education | Not in first 10 pages |
| -Education Authority | Not in first 10 pages |

*Table 3 - MyEducationAuthority.com Website Information*

Case 3:17-cv-00986-BAS-AGS   Document 149-10   Filed 07/30/18   PageID.7382   Page 25 of 59

i.      Traffic Analysis

51. The following graph provided by SEMRush shows traffic sources and patterns for myeducationauthority.com



| Traffic Source | Jul-17 | Oct-17 | Jan-18 | Total |
|----------------|-------:|-------:|-------:|------:|
| Direct | 2,000 | 9,000 | 3,900 | 14,900 |
| Referral | 2,000 | 0 | 0 | 2,000 |
| Social | 0 | 0 | 0 | 0 |
| Search | 0 | 0 | 0 | 0 |
| Total | 4,000 | 9,000 | 3,900 | 16,900 |

*Months not displayed had no measurable traffic*

*Figure 7 - Traffic Analytics for MyEducationAuthority.com*

52. The traffic pattern for this site is very suspicious for multiple reasons.

53. There is no traffic to these sites from search engines.

54. The numbers of direct traffic links to the site is highly suspicious unless tied to a direct marketing campaign using traditional methods like mail, postcards or television. Even then, you wouldn't expect a monthly spike without some trailing remnants in succeeding months.

ii.      <u>Site Summary</u>

55. The site does not appear in the first 10 pages of searches for either Google or

Bing, the two largest search engines for any relevant keywords. The sites unavailable Alexa ranking means it has received so little notice a ranking isn't possible.

56. There is only 1 backlink to the site found, and it is on the sites owner's page transparentds.com

57. Using the most optimistic of estimates (1 views a day) and an average conversion rate of 2.35% the maximum number of leads that could be generated from this site would be about 8 in a 12-month period. However, given the site not appearing in relevant searches on the largest search engines and lack of keywords that might be used by other search engines for rankings it may not generate any.

### c. Review of MyCreditAuthority.com

58. The following information was able to be pulled from MyCreditAuthority.com and relates to the website and is further discussed below.

| Owner: | Transparent Data Services |
|---|---|
| IP: | 104.236.235.118 |
| IP Geocode location: | Clifton, New Jersey |
| IP Provider: | Digital Ocean, LLC |
| WhoIS: | Domain Name: mycreditauthority.com<br>Registry Domain ID: 2000334312_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: WHOIS.ENOM.COM<br>Registrar URL: WWW.ENOM.COM<br>Updated Date: 2018-01-07T00:51:31.00Z<br>Creation Date: 2016-02-05T04:45:18.00Z<br>Registrar Registration Expiration Date: 2019-02-05T04:45:00.00Z<br>Registrar: ENOM, INC. |

```
Registrar IANA ID: 48
Domain Status: registrar-lock*
https://www.icann.org/epp#registrar-lock*
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy
Protection Service, Inc.
Registrant Street: PO Box 639
Registrant Street: C/O mycreditauthority.com
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Phone Ext:
Registrant Fax: +1.4259744730
Registrant Email:
cdlhvjjt@whoisprivacyprotect.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection
Service, Inc.
Admin Street: PO Box 639
Admin Street: C/O mycreditauthority.com
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Phone Ext:
Admin Fax: +1.4259744730
Admin Email: cdlhvjjt@whoisprivacyprotect.com
Tech Name: Whois Agent
```

```
Tech Organization: Whois Privacy Protection
Service, Inc.
Tech Street: PO Box 639
Tech Street: C/O mycreditauthority.com
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Phone Ext:
Tech Fax: +1.4259744730
Tech Email: cdlhvjjt@whoisprivacyprotect.com
Name Server: NS1.DIGITALOCEAN.COM
Name Server: NS2.DIGITALOCEAN.COM
Name Server: NS3.DIGITALOCEAN.COM
DNSSEC: UNSIGNED
Registrar Abuse Contact Email: ABUSE@ENOM.COM
Registrar Abuse Contact Phone: +1.4259744689
```

| | |
|---|---|
| Has Alexa Script: | No |
| Has Google Analytics: | No |
| Has Keywords: | No |
| Alexa Rank: | NA |
| Backlinks: | 1 |
| Google Page Rank By Keyword: | |
| -Credit | Not in first 10 pages |
| -Credit Authority | Not in first 10 pages |
| Bing Page Rank By Keyword: | |
| -Credit | Not in first 10 pages |

| -Credit Authority | Not in first 10 pages |
|---|---|

*Table 4 - MyCreditAuthority.com Website Information*

i. <u>Traffic Analysis</u>

59. The following graph shows traffic sources and patterns for mycreditauthority.com



| Traffic Source | Feb-18 | Total |
|---|---|---|
| Direct | 0 | 0 |
| Referral | 1,700 | 1,700 |
| Social | 0 | 0 |
| Search | 0 | 0 |
| Total | 1,700 | 1,700 |

*Months not displayed had no measurable traffic*

*Figure 8- Traffic Analytics for MyEducationAuthority.com*

60. The traffic pattern for this site is very suspicious for multiple reasons.

61. There is no traffic to this site from search engines.

62. The numbers of referral traffic links to the site is highly suspicious. It occurs in only one month and then vanishes. A very short-lived advertising campaign might account for this.

63. There hasn't been any noticeable traffic to the site in two years with the

exception of the one month spike in February 2017.

### ii.   Site Summary

64. The site does not appear in the first 10 pages of searches for either Google or Bing, the two largest search engines for any relevant keywords.   The sites unavailable Alexa ranking means it has received so little notice a ranking isn't possible.

65. There is only 1 backlink to the site found, and it is on the sites owner's page transparentds.com

66. Using the most optimistic of estimates (1 views a day) and an average conversion rate of 2.35% the maximum number of leads that could be generated from this site would be about 8 in a 12-month period.  However, given the site not appearing in relevant searches on the largest search engines and lack of keywords that might be used by other search engines for rankings it may not generate any.

### d.  Review of MyHealthCareAuthority.com

67. The   following   information   was   able   to   be   pulled   from MyHealthCareAuthority.com and relates to the website and is further discussed below.

| Owner: | Transparent Data Services |
|---|---|
| IP: | 104.236.235.118 |
| IP Geocode location: | Clifton, New Jersey |
| IP Provider: | Digital Ocean, LLC |
| WhoIS: | Domain Name: myhealthcareauthority.com<br>Registry Domain ID: 2000382895_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: WHOIS.ENOM.COM<br>Registrar URL: WWW.ENOM.COM |

```
Updated Date: 2018-01-07T00:51:33.00Z
Creation Date: 2016-02-05T15:54:00.00Z
Registrar Registration Expiration Date: 2019-
02-05T15:54:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: registrar-lock*
https://www.icann.org/epp#registrar-lock*
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy
Protection Service, Inc.
Registrant Street: PO Box 639
Registrant Street: C/O
myhealthcareauthority.com
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Phone Ext:
Registrant Fax: +1.4259744730
Registrant Email:
ccmphfybf@whoisprivacyprotect.com
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection
Service, Inc.
Admin Street: PO Box 639
Admin Street: C/O myhealthcareauthority.com
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
```

Page **30** of **55**

| | |
|---|---|
| | Admin Country: US |
| | Admin Phone: +1.4252740657 |
| | Admin Phone Ext: |
| | Admin Fax: +1.4259744730 |
| | Admin Email: ccmphfybf@whoisprivacyprotect.com |
| | Tech Name: Whois Agent |
| | Tech Organization: Whois Privacy Protection Service, Inc. |
| | Tech Street: PO Box 639 |
| | Tech Street: C/O myhealthcareauthority.com |
| | Tech City: Kirkland |
| | Tech State/Province: WA |
| | Tech Postal Code: 98083 |
| | Tech Country: US |
| | Tech Phone: +1.4252740657 |
| | Tech Phone Ext: |
| | Tech Fax: +1.4259744730 |
| | Tech Email: ccmphfybf@whoisprivacyprotect.com |
| | Name Server: NS1.DIGITALOCEAN.COM |
| | Name Server: NS2.DIGITALOCEAN.COM |
| | Name Server: NS3.DIGITALOCEAN.COM |
| | DNSSEC: UNSIGNED |
| | Registrar Abuse Contact Email: ABUSE@ENOM.COM |
| | Registrar Abuse Contact Phone: +1.4259744689 |
| Has Alexa Script: | No |
| Has Google Analytics: | No |
| Has Keywords: | No |
| Alexa Rank: | NA |
| Backlinks: | 1 |

| Google Page Rank By Keyword: | |
|---|---|
| -healthcare | Not in first 10 pages |
| - healthcare authority | Not in first 10 pages |
| Bing Page Rank By Keyword: | |
| -healthcare | Not in first 10 pages |
| -healthcare authority | Not in first 10 pages |

*Table 5 - MyHealthCareAuthority.com Website Information*

        i. <u>Traffic Analysis</u>

68. The following graph shows traffic sources and patterns for myhealthcareauthority.com.



| Traffic Source | Jan-17 | Feb-17 | Mar-17 | Jul-17 | Aug-17 | Sep-17 | Dec-17 | Jan-18 | Mar-18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Direct** | 0 | 0 | 1,500 | 2,000 | 7,200 | 121 | 3,500 | 3,900 | 2,300 | **20,521** |
| **Referral** | 1,400 | 1,700 | 0 | 2,000 | 0 | 0 | 0 | 0 | 0 | **5,100** |
| **Social** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Search** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Total** | 1,400 | 1,700 | 1,500 | 4,000 | 7,200 | 121 | 3,500 | 3,900 | 2,300 | **25,621** |

*Figure 9 - Traffic Analytics for MyHealthCareAuthority.com*

69. The traffic pattern for this site is very suspicious for multiple reasons.

70. There is no traffic to this site from search engines.

71. The numbers of direct traffic links to the site is highly suspicious.  It occurs

only a month or two in a row then vanishes.

72. With the number of direct visits and the expected conversion rate of 2.35% an estimated 200 leads would be the most expected.

73. A very short-lived advertising campaign might account for the referral traffic

74. With the number of referral visits and the expected conversion rate of 2.35% an estimated 50 leads would be the most expected.

ii.     Site Summary

75. The site does not appear in the first 10 pages of searches for either Google or Bing, the two largest search engines for any relevant keywords.   The sites unavailable Alexa ranking means it has received so little notice a ranking isn't possible.

76. There is only 1 backlink to the site found, and it is on the sites owner's page transparentds.com

77. Using the most optimistic of estimates (1 views a day) and an average conversion rate of 2.35% the maximum number of leads that could be generated from this site would be about 8 in a 12-month period.  However, given the site not appearing in relevant searches on the largest search engines and lack of keywords that might be used by other search engines for rankings it may not generate any.

## IV.   CONCLUSION

78. A review of the sites demonstrates that none of the sites can generate any significant traffic through organic means.  The sites have not been search engine optimized and do not place high enough in search engine results to get organic visits, do not have significant backlinks from other sites to provide traffic, and are

not generating significant traffic from paid advertising.  Most of the traffic to the sites has been through direct links, which would require knowledge of the exact domain URL (someone typing the exact name into the browser).  This is unlikely unless the URL's were being promoted through more conventional means such as radio, tv or print media.  Given the costs associated with these outlets and the relatively small number of leads that would be generated it is unlikely this route was utilized.  The most likely explanation for the direct traffic and spiked patterns is electronic site submissions, which is using a software application or script to simulate user interactions with a website.

79. None of the sites reviewed demonstrated typical usage patterns.  The pattern found is multiple months in a row without any perceptible traffic and sudden spikes from a usually single dubious source.  Most of the sites had periods of going from no measurable traffic to thousands and even tens of thousands of direct visits only to die completely the following month.

### a. Summary of all Sites

80. The table below summarizes the findings using the following described categories:

- Anticipated Traffic Per Day – based primarily on Alexa rank, how many visitors per day could the site reasonably expect.  There would be some fluctuation but this is an average.
- Anticipated Leads Per Year – Based on getting the anticipated traffic per day and utilizing the conversion rate of 2.35%, how many leads could reasonably be expected for the site during a 12-month period
- 'Actual' Traffic – From SEMRush, the actual traffic the site received.  The majority of this traffic occurs in spikes and with 2-30K occurring during a

month and then dying to 0 in the subsequent month. This number is over the two-year period from May 2016 to May 2018.

- Estimated Leads – If the traffic received was from actual visitors to the site and using the conversion rate of 2.35%, how many leads could be reasonably expected.

| Site Name | Back links | Anticipated Traffic per day | Anticipated Leads per year | Actual Traffic | Estimated Leads |
|---|---|---|---|---|---|
| pinpointschool.com | 1428 | 9 | 77 | 95,737 | 2250 |
| diabeteshealth.info | 0 | 30 | 257 | 11,036 | 259 |
| myeducationauthority.com | 1 | 1 | 9 | 16,900 | 397 |
| mycreditauthority.com | 1 | 1 | 9 | 1,700 | 40 |
| myhealthcareauthority.com | 1 | 9 | 77 | 25,621 | 602 |
| **Totals** | | **50** | **429** | **150994** | **3548** |

*Table 6- Summary of All Sites*

## b. Additional Findings

81. Interestingly, the two most active sites in the list, pinpointschool.com and myhealthcareauthority.com both seemed to have significant overlap in traffic with spikes for both sites occurring 88% of the time that the myhealthcareauthority.com site supposedly received traffic. Eight of the months both sites had spikes they occurred on identical months. The chart below shows the months in common.

| Traffic Source | Jan-17 | Feb-17 | Mar-17 | Jul-17 | Aug-17 | Dec-17 | Jan-18 | Mar-18 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Direct | 0 | 0 | 1,500 | 2,000 | 7,200 | 3,500 | 3,900 | 2,300 | 20,400 |
| Referral | 1,400 | 1,700 | 0 | 2,000 | 0 | 0 | 0 | 0 | 5,100 |
| Social | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Search | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 1,400 | 1,700 | 1,500 | 4,000 | 7,200 | 3,500 | 3,900 | 2,300 | 25,500 |

*Table 7 - MyHealthcareAuthority.com Visits by Month*

| Traffic Source | Jan-17 | Feb-17 | Mar-17 | Jul-17 | Aug-17 | Dec-17 | Jan-18 | Mar-18 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Direct | 7,900 | 4,300 | 4,200 | 2,400 | 0 | 7,000 | 7,800 | 4,000 | 37,600 |
| Referral | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Social | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Search | 668 | 563 | 74 | 0 | 7,000 | 0 | 0 | 0 | 8,305 |
| Total | 8,568 | 4,863 | 4,274 | 2,400 | 7,000 | 7,000 | 7,800 | 4,000 | 45,905 |

*Table 8- PinPointSchool.com Visits by Month*

82. Additionally, the amount of effort that the owners of both sites have gone

through to try and hide the domain ownership and their knowledge of each other is another red flag that the leads being generated are of dubious authenticity.

## V. OPINIONS

83. The following are my opinions to a reasonable degree of certainty. My opinions are also based on my 25 years of education, experience, consulting and training as a Website and Software Developer, Solution Architect, Database Engineer and Systems Engineer (Exhibit 'CV'):

1. The sites are not capable of generating significant amounts of traffic through search engines. The sites are not search engine optimized and do not pull up using relevant keywords. Without knowing the domain URL or some specific information about the site, it would be nearly impossible for an individual to find any of the sites.

2. The sites are not capable of generating significant traffic through referrals. Most of the sites do not have any back links and the backlinks that do exist are not from relevant sites.

3. Paid promotion of the sites appears non-existent and is not delivering significant traffic to the sites.

4. The traffic to the sites are consistent with automated traffic patterns and are likely computer generated from an existing lead source and electronically submitted to the various websites to provide the appearance of consent.

84. This summary report is preliminary based on the information provided. As such, my opinions which are based on the information and materials provide are preliminary. I reserve the right to revise my opinions if new and/or revised

information is presented, which may affect my analysis and conclusions.

Dated: July 29, 2018

By:

Wesley Weeks
*Sr. Consultant – Databases, CRM, Forensics*

## VI.   REFERENCES

Alexa - https://www.alexa.com

SEMRush - https://www.semrush.com

Google – https://www.google.com

Bing – https://www.bing.com

LinkedIn – https://www.linkedin.com

Florida Department of State Website - http://dos.myflorida.com/sunbiz

Advanced Web Ranking - https://www.advancedwebranking.com/ctrstudy

Wordstream - https://www.wordstream.com/blog/ws/2014/03/17/what-is-a-good-conversion-rate

Alexa Rank to Traffic - https://www.rank2traffic.com/convert-alexa-rank-to-traffic

1   Exhibit A – Articles of Incorporation – Education Source Group LLC

**Electronic Articles of Organization
For
Florida Limited Liability Company**

L14000032215
FILED 8:00 AM
February 25, 2014
Sec. Of State
tbrown

**Article I**

The name of the Limited Liability Company is:

EDUCATION SOURCE GROUP LLC

**Article II**

The street address of the principal office of the Limited Liability Company is:

5100 W COPANS RD
SUITE 310
MARGATE, FL. 33063

The mailing address of the Limited Liability Company is:

5100 W COPANS RD
SUITE 310
MARGATE, FL. 33063

**Article III**

The name and Florida street address of the registered agent is:

LUIS M VINALS
5100 W COPANS RD
SUITE 310
MARGATE, FL. 33063

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature: LUIS M VINALS

## Article IV

The name and address of person(s) authorized to manage LLC:

L14000032215
FILED 8:00 AM
February 25, 2014
Sec. Of State
tbrown

Title:  MGR
LUIS M VINALS MGR
5100 W COPANS RD SUITE 310
MARGATE, FL.  33063

Title:  MGRM
LUIS M VINALS MGRM
5100 W COPANS RD SUITE 310
MARGATE, FL.  33063

Title:  MGR
KEVIN  BRODY MGR
5100 W COPANS RD SUITE 310
MARGATE, FL.  33063

Title:  MGRM
KEVIN BRODY MGRM
5100 W COPANS RD SUITE 310
MARGATE, FL.  33063

## Article V

The effective date for this Limited Liability Company shall be:

02/25/2014

Signature of member or an authorized representative

Electronic Signature: LUIS@DEGREE4US.COM

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

Exhibit B – Sample of Backlinks for PinPointSchools.com

| Source URL | Source page title |
| --- | --- |
| http://www.freefreeonlinegames.com/the-mad-baker/ | The Mad Baker \| Free Online Games |
| http://www.freefreeonlinegames.com/sleeping-fish-hunt/ | Sleeping Fish Hunt \| Free Online Games |
| http://4-klovern.se/extremes-home-makeover-ses-2-del-5-grasklippare-till-salu/img_0769/ | IMG_0769 |
| http://www.archi-ds.be/powerfull-corporate-theme/ | Powerful Corporate theme \| Archi-ds Architecten |
| http://www.archi-ds.be/awesome-slider/ | Perfect for your Business \| Archi-ds Architecten |
| http://gastro2000.pl/urzadzenia-gastronomiczne/reczne-maszynki-do-miesa/ | RÄ™czne maszynki do miÄ™sa Â« Blog gastronomiczny |
| http://www.archi-ds.be/ultra-responsive-wp/#comment-913289 | Ultra responsive WP \| Archi-ds Architecten |
| http://www.archi-ds.be/ultra-responsive-wp/#comment-930981 | Ultra responsive WP \| Archi-ds Architecten |
| http://www.archi-ds.be/wellcome-to-freshlook-responsive-clean/#comment-938209 | Welcome to Freshlook! \| Archi-ds Architecten |
| http://www.archi-ds.be/wellcome-to-freshlook-responsive-clean/#comment-938210 | Welcome to Freshlook! \| Archi-ds Architecten |
| http://www.archi-ds.be/wellcome-to-freshlook-responsive-clean/ | Welcome to Freshlook! \| Archi-ds Architecten |
| http://www.archi-ds.be/wellcome-to-freshlook-responsive-clean/#comment-967922 | Welcome to Freshlook! \| Archi-ds Architecten |
| http://www.archi-ds.be/awesome-slider/#comment-913288 | Perfect for your Business \| Archi-ds Architecten |
| http://www.archi-ds.be/awesome-slider/#comment-967944 | Perfect for your Business \| Archi-ds Architecten |
| http://www.archi-ds.be/powerfull-corporate-theme/#comment-938206 | Powerful Corporate theme \| Archi-ds Architecten |
| http://www.archi-ds.be/wellcome-to-freshlook-responsive-clean/#comment-938212 | Welcome to Freshlook! \| Archi-ds Architecten |
| http://www.archi-ds.be/hello-world/#comment-938211 | Hello world! \| Archi-ds Architecten |
| http://www.archi-ds.be/hello-world/ | Hello world! \| Archi-ds Architecten |

| | |
|---|---|
| http://domobot.com.au/news/works-nest-lead-home-automation-charge-google/attachment/works-with-nest-logo-2#comment-882674 | works with nest logo 2 - Domobot |
| http://www.edmpol.com/news-znamy-line-up-na-15-edycje-sensation-amsterdam-the-legacy/ | NEWS! Znamy LINE-UP na 15 edycjÄ™ SENSATION Amsterdam â€The Legacyâ€™!!! Â« edmpol |
| http://domobot.com.au/wearables/lechal-smart-shoe-wearable-gps#comment-882667 | Lechal - Smart Shoe - Wearable GPS - Domobot |
| http://domobot.com.au/nest/flinders-university-partners-cisco-internet-everything-vision#comment-854473 | Flinders University partners with Cisco on â€Internet of Everythingâ€™ vision - Domobot |
| http://domobot.com.au/news/smartphone-app-stops-criminal-tracks#comment-854457 | Smartphone App Stops Criminal In His Tracks - Domobot |
| http://domobot.com.au/news/netgear-sts7000-netgear-releases-home-security-tablet#comment-854489 | Netgear STS7000 - iControl integrated Home Security Tablet |
| http://domobot.com.au/gadgets/reemo-wrist-motion-remote#comments | Reemo - The Wrist Motion Remote - Domobot |
| http://domobot.com.au/nest/flinders-university-partners-cisco-internet-everything-vision#comments | Flinders University partners with Cisco on â€Internet of Everythingâ€™ vision - Domobot |
| http://domobot.com.au/contact-us#comment-882645 | Contact Us | Domobot |
| http://domobot.com.au/home-security/nymi-wearable-authentication-technology/attachment/nymi-heartbeat-monitor#comment-854513 | Nymi heartbeat monitor - Domobot |
| http://domobot.com.au/news/fitness-trackers-provided-australian-health-insurance#comment-854502 | Fitness Trackers provided by Australian Health Insurance |
| http://domobot.com.au/news/smartphone-app-stops-criminal-tracks#comment-882740 | Smartphone App Stops Criminal In His Tracks - Domobot |
| http://domobot.com.au/news/smartphone-app-stops-criminal-tracks#comment-854514 | Smartphone App Stops Criminal In His Tracks - |

Case 3:17-cv-00986-BAS-AGS  Document 149-10  Filed 07/30/18  PageID.7561  Page 43 of 59

| | |
|---|---|
| | Domobot |
| http://domobot.com.au/home-automation/winbot-7-robotic-window-cleaner#comment-882643 | Winbot 7- Robotic Window Cleaner - Domobot |
| http://domobot.com.au/home-security/nymi-wearable-authentication-technology/attachment/nymi-heartbeat-monitor#comment-882653 | Nymi heartbeat monitor - Domobot |
| http://domobot.com.au/home-automation/smartthings-home-automation-right | SmartThings Does Home Automation Right - Domobot |
| http://domobot.com.au/news/home-kit-apple-wwdc-14-internet-things-closer | Home Kit by Apple - WWDC 14 - Internet of Things closer - Domobot |
| http://domobot.com.au/home-automation/belkins-wemo-flicks-the-switch-on-philips-hue | Belkinâ€™s â€WeMoâ€™ Flicks the Switch on Philipsâ€™ â€Hueâ€™ |
| http://domobot.com.au/home-automation/revolv-smart-home-hub#comment-882660 | Revolv Smart Home Hub - Domobot |
| http://domobot.com.au/gadgets/reemo-wrist-motion-remote#comment-854454 | Reemo - The Wrist Motion Remote - Domobot |
| http://www.edmpol.com/porter-robinson-reveals-anthemic-new-single-from-the-debut-album-worlds/#comments | PORTER ROBINSON REVEALS ANTHEMIC NEW SINGLE FROM THE DEBUT ALBUM â€WORLDSâ€™ |
| http://www.edmpol.com/armin-van-buurens-first-fan-voted-album-will-go-on-sale-november-7th/#comments | Armin van Buurenâ€™s first fan-voted album will go on sale November 7th |
| http://domobot.com.au/news/netgear-sts7000-netgear-releases-home-security-tablet#comment-882727 | Netgear STS7000 - iControl integrated Home Security Tablet |
| http://domobot.com.au/nest/flinders-university-partners-cisco-internet-everything-vision#comment-882706 | Flinders University partners with Cisco on â€Internet of Everythingâ€™ vision - Domobot |
| http://domobot.com.au/home-automation/intelligent-keen-smart-air-vents-regulate-temperature-home/attachment/keen-smart-vents-diagram#comment-882723 | keen smart vents diagram - Domobot |

| | |
|---|---|
| http://domobot.com.au/home-automation/belkins-wemo-flicks-the-switch-on-philips-hue#comments | Belkinâ€™s â€˜WeMoâ€™ Flicks the Switch on Philipsâ€™ â€˜Hueâ€™ |
| http://domobot.com.au/contact-us | Contact Us \| Domobot |
| http://domobot.com.au/news/smartphone-app-stops-criminal-tracks | Smartphone App Stops Criminal In His Tracks - Domobot |
| http://domobot.com.au/gadgets/reemo-wrist-motion-remote#comment-882716 | Reemo - The Wrist Motion Remote - Domobot |
| http://domobot.com.au/home-security/nymi-wearable-authentication-technology/attachment/nymi-heartbeat-monitor#comment-854468 | Nymi heartbeat monitor - Domobot |
| http://domobot.com.au/news/nest-to-integrate-with-android-in-near-future/attachment/nest-on-android#comment-882651 | Nest on Android - Domobot |
| http://domobot.com.au/gadgets/reemo-wrist-motion-remote#comment-882701 | Reemo - The Wrist Motion Remote - Domobot |
| http://domobot.com.au/home-automation/revolv-smart-home-hub#comment-882702 | Revolv Smart Home Hub - Domobot |
| http://domobot.com.au/home-automation/revolv-smart-home-hub#comment-854487 | Revolv Smart Home Hub - Domobot |
| http://domobot.com.au/home-automation/smartthings-home-automation-right#comment-882662 | SmartThings Does Home Automation Right - Domobot |
| http://domobot.com.au/news/smartphone-app-stops-criminal-tracks#comment-882726 | Smartphone App Stops Criminal In His Tracks - Domobot |
| http://domobot.com.au/gadgets/reemo-wrist-motion-remote#comment-882646 | Reemo - The Wrist Motion Remote - Domobot |
| http://domobot.com.au/contact-us#comment-882730 | Contact Us \| Domobot |
| http://domobot.com.au/home-automation/revolv-smart-home-hub#comment-882707 | Revolv Smart Home Hub - Domobot |
| http://domobot.com.au/home-automation/winbot-7-robotic-window-cleaner#comment-882744 | Winbot 7- Robotic Window Cleaner - Domobot |
| http://domobot.com.au/home-automation/winbot-7-robotic-window-cleaner#comment-854474 | Winbot 7- Robotic Window Cleaner - Domobot |
| http://domobot.com.au/nest/flinders-university-partners-cisco-internet-everything-vision#comment- | Flinders University partners with Cisco on â€˜Internet of |

| 882722 | Everythingâ€™ vision - Domobot |
|---|---|
| http://domobot.com.au/news/nest-to-integrate-with-android-in-near-future/attachment/nest-on-android#comment-882659 | Nest on Android - Domobot |
| http://domobot.com.au/home-automation/revolv-smart-home-hub#comment-854512 | Revolv Smart Home Hub - Domobot |
| http://domobot.com.au/wearables/lechal-smart-shoe-wearable-gps | Lechal - Smart Shoe - Wearable GPS - Domobot |
| http://domobot.com.au/domestic-robots/neato-domestic-robot-signature-black | Neato Domestic Robot Vacuum Cleaner Signature Black |
| http://domobot.com.au/home-automation/belkins-wemo-flicks-the-switch-on-philips-hue#comment-882666 | Belkinâ€™s â€˜WeMoâ€™ Flicks the Switch on Philipsâ€™ â€˜Hueâ€™ |
| http://domobot.com.au/home-automation/winbot-7-robotic-window-cleaner | Winbot 7- Robotic Window Cleaner - Domobot |
| http://domobot.com.au/news/smartphone-app-stops-criminal-tracks#comment-854455 | Smartphone App Stops Criminal In His Tracks - Domobot |
| http://domobot.com.au/news/fitness-trackers-provided-australian-health-insurance | Fitness Trackers provided by Australian Health Insurance |
| http://domobot.com.au/gadgets/reemo-wrist-motion-remote | Reemo - The Wrist Motion Remote - Domobot |
| http://domobot.com.au/news/fitness-trackers-provided-australian-health-insurance#comments | Fitness Trackers provided by Australian Health Insurance |
| http://domobot.com.au/home-automation/instacart-raises-55-million-revolutionise-way-buy-groceries/attachment/instacart-veggies-logo-642x336#comment-882649 | instacart-veggies-logo-642x336 - Domobot |
| http://www.edmpol.com/sensation-amsterdam-15th-anniversary-special-edition-amsterdam-arena-netherlands-4th-july-2015/#comments | SENSATION AMSTERDAM 15th anniversary: THE LEGACY@Amsterdam Arena, Netherlands, 4th July 2015 |
| http://www.edmpol.com/mayday-full-senses- | MAYDAY â€œFULL |

| | |
|---|---|
| westfalenhallen-in-dortmund-germany-30042014/ | SENSESâ€@Westfalenhallen in Dortmund, Germany 30/04/2014 |
| http://www.edmpol.com/news-tomorrowland-belgium-2015-exchange-desk/ | News! TOMORROWLAND Belgium 2015 â€' Exchange Desk |
| http://www.edmpol.com/ummet-ozcans-remix-of-sander-van-doorns-neon-out-now/#comments | Ummet Ozcanâ€™s remix of Sander Van Doornâ€™s â€Neonâ€™ Out Now! |
| http://wskv.ch/gb/gb.php?start=2570 | |
| http://www.wskv.ch/gb/gb.php?start=2570 | |
| http://www.borsalino-films.com/drug-war/ | Drug War Directed by Johnnie To | Borsalino Films |
| http://www.borsalino-films.com/the-prodigies/ | The Prodigies Directed by Antoine Charreyron | Borsalino Films |
| http://www.borsalino-films.com/fire-of-conscience/ | Fire of Conscience Directed by Dante Lam | Borsalino Films |
| http://www.borsalino-films.com/the-viral-factor/ | Viral Factor (The) Directed by Dante Lam | Borsalino Films |
| http://www.borsalino-films.com/commitment/ | Commitment Directed by Park Hong-soo | Borsalino Films |
| http://tatu.us/directory/index.php/Society/Religion_and_Spirituality/Christianity/Christian_Living/Christian_Counseling/Education/ | Society: Religion_and_Spirituality: Christianity: Christian_Living: Christian_Counseling: Education |
| http://www.nomoz.org/Top/Society/Religion_and_Spirituality/Christianity/Christian_Living/Christian_Counseling/Education/ | Society : Religion_and_Spirituality : Christianity : Christian_Living : Christian_Counseling : |

| | |
|---|---|
| | Education : - Nomoz.org |
| http://www.nomoz.org/Top/Society/Religion_and_Spirituality/Christianity/Christian_Living/Christian_Counseling/Education/ | Society : Religion_and_Spirituality : Christianity : Christian_Living : Christian_Counseling : Education : - Nomoz.org |
| http://mortgagedashboard.com/tutorial-loan-milestones/ | Tutorial: Loan Milestones - MortgageDashboard |
| https://mortgagedashboard.com/1003-loan-program/#comment-1300932 | 1003: Loan Program - MortgageDashboard |
| https://aryuenterprises.com/ | Aryu Enterprises Private Limted â€‘ PHP Expert Happy To Help |
| https://mortgagedashboard.com/1003-loan-program/#comment-1525251 | 1003: Loan Program - MortgageDashboard |
| https://mortgagedashboard.com/mortgagedashboard-loan-origination-software/#comment-599197 | Video: The Loan Origination Software Trusted Nationwide - MortgageDashboard |
| http://mortgagedashboard.com/tutorial-creating-a-new-arm-template/#comment-931831 | Tutorial: Creating a new ARM Template - MortgageDashboard |
| http://mortgagedashboard.com/tutorial-creating-a-new-arm-template/#comment-1490645 | Tutorial: Creating a new ARM Template - MortgageDashboard |
| https://mortgagedashboard.com/mortgagedashboard-loan-origination-software/#comment-1077672 | Video: The Loan Origination Software Trusted Nationwide - MortgageDashboard |
| https://mortgagedashboard.com/1003-loan-program/#comment-834062 | 1003: Loan Program - MortgageDashboard |
| https://mortgagedashboard.com/mortgagedashboard-loan-origination-software/#comment-430199 | Video: The Loan Origination Software Trusted Nationwide - MortgageDashboard |
| https://mortgagedashboard.com/1003-loan-program/#comment-1513535 | 1003: Loan Program - MortgageDashboard |
| http://mortgagedashboard.com/tutorial-creating-a- | Tutorial: Creating a new |

| | |
|---|---|
| new-arm-template/#comment-1217465 | ARM Template - MortgageDashboard |
| https://mortgagedashboard.com/mortgagedashboard-loan-origination-software/#comment-584763 | Video: The Loan Origination Software Trusted Nationwide - MortgageDashboard |
| https://mortgagedashboard.com/1003-loan-program/#comment-916675 | 1003: Loan Program - MortgageDashboard |
| https://mortgagedashboard.com/1003-loan-program/#comment-1156299 | 1003: Loan Program - MortgageDashboard |

1  Exhibit C – Articles of Incorporation – Transparent Data Services LLC

**Electronic Articles of Organization
For
Florida Limited Liability Company**

L16000022307
FILED 8:00 AM
February 01, 2016
Sec. Of State
jdharris

**Article I**

The name of the Limited Liability Company is:

TRANSPARENT DATA SERVICES LLC

**Article II**

The street address of the principal office of the Limited Liability Company is:

1604 N. HIGHLAND AVE.
CLEARWATER, FL. US 33755

The mailing address of the Limited Liability Company is:

1604 N. HIGHLAND AVE.
CLEARWATER, FL. US 33755

**Article III**

The name and Florida street address of the registered agent is:

LEGALINC CORPORATE SERVICES INC.
5237 SUMMERLIN COMMONS
SUITE 400
FORT MYERS, FL.  33907

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:  MARSHA DASCH

## Article IV

The name and address of person(s) authorized to manage LLC:

L16000022307
FILED 8:00 AM
February 01, 2016
Sec. Of State
jdharris

Title: AMBR
JORDAN SHORTRIDGE
4952 MT. ELBRUS DR.
SAN DIEGO, CA. 92117 US

Title: AMBR
DAVID ANDRAS
1604 N. HIGHLAND AVE.
CLEARWATER, FL. 33755 US

Signature of member or an authorized representative

Electronic Signature: MARSHA SIHA

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

Exhibit D – DiabetesHealth.info Traffic Flow

Home Page



Case 3:17-cv-00986-BAS-AGS Document 149-10 Filed 07/30/18 PageID.7549 Page 52 of 59



The information here is required.  Submitting puts up a brief message that the information was submitted but returns to the home page.

Another option towards the bottom just requests the email address for the newsletter



After clicking on subscribe, a brief message appears and then goes away.

Exhibit E – PinpointSchool.com Traffic Flow





The information here is required.  Submitting puts up a brief message that the information was submitted but returns to the home page.

Another option towards the bottom just requests the email address for the newsletter



After clicking on subscribe, a brief message appears and then goes away.



**Humatec**
*Expertise You Can Trust*

Cloverleaf Office Park
6405 Metcalf Ave.
Bldg. #3, Suite 220
Overland Park, KS 66202

913-261-3500
www.humatec.com

# Wes Weeks
## *Sr. Consultant - Databases, CRM, Forensics*

Mr. Wes Weeks has over 25+ years consulting experience specializing in .Net/C# development and Dynamics CRM and for both business and enterprise level applications. Mr. Weeks primary focus has been developing solutions that improve business processes, while reducing costs and improving ROI.  He has exceptional analytical and problem solving skills and work well with both business people and analysts. Mr. Weeks is instrumental in helping to define development solutions that address business needs which are often simpler and offer greater functionality then initially envisioned.

**Additional areas of expertise:**

- Extensive experience in review of system designs and data integrations.  Experienced in decomposing and reverse engineering web sites, code and databases for analysis and gathering information

- Over 20 years SQL Server expertise, well versed in queries, stored procedures, backups and other common database maintenance tasks. Development of automated data processes using DTS and SSIS packages and reports using SQL Server Reporting Services. Experience installing and configuring both 32 and 64 bit versions of SQL Server. Understand the ins and outs of CRM from a database perspective.

- 18 years of custom .Net Experience in development of custom .Net applications including ASP.Net, WinForms and Silverlight.

- SharePoint experience in installation, configuration and development of applications using SharePoint 2007 and SharePoint 2010 and SharePoint 2013. Integrated SharePoint with Dynamics CRM for multiple clients.

- Strong experience managing applications under IIS and managing SSL certificates.

**Experienced in all aspects of Dynamics CRM including:**

- Experienced with all versions of CRM including 1.2, 3.0, 4.0, 2011, 2013, 2015, 2016 and 365
- Installation in single server and multi-server scenarios including ADFS
- Setup, Configuration, and Form Customization
- Functional analysis and requirements gathering
- Custom development including plugins and workflows using C#
- Front end development including using of JavaScript
- Development of custom solutions using SDK
- SSRS Report Development
- Solution Development and Deployment
- Migrations to and from CRM
- Integrations with accounting packages including Dynamics GP, QB and MAS 90
- Integrations with third party applications

## Work History

**Consultant – Sub Contractor**                               **November 2015 – Present**

Sample of projects:

### Major Banking institution

Worked on assessment and analysis of existing systems for integrating with backend services.  Provided deep dive analysis and review of existing code and database design.  Provided insight into workings of integrated third party tools and provided assistance

### Major Federal Government Agency

Worked on Compliance Calculator project as development lead and scrum master.  Developed architecture that was used to integrate with existing systems and provide calculation results based upon hundreds of distinct criteria.  Developed front end custom grid using Kendo – UI to provide inline editing and notifications of changes to end users.  Project was delivered on time.

### State Government Agency

Worked on project for state government agency to migrate and merge multiple disparate data environments into a unified platform.  Entire new platform was built on Azure.  Created SSIS solution architecture for staging, data cleanup and publishing to new location.  Architecture included use of Microsoft Data Services (MDS) to service as the master data model, Data Quality Services (DQS) for data cleanup and management and Sql Server Integration Services (SSIS).  Source databases included Sql Server (multiple), Access, AcuCobol and Sharepoint.  Used Kingswaysoft SSIS component to integrate and push published data to Dynamics CRM 2016 and Sharepoint connecter to pull in Infopath data from Sharepoint and publish.  Worked on front end development using ASP.Net and Telerik controls to provide rich front end experience to clients.

**President/Owner CRM Software Company**                 **February 2010 – September 2015**

### Microsoft Dynamics CRM

As owner and lead technical resource, provisioned and upgraded 50+ Dynamics CRM 2011, 2013 and 2015 installations. Clients have spanned multiple business verticals including Financial Planning, Banks, Insurance, Sales, Marketing and Software development. Provisioned and installed in Online, On-Premise and Partner Hosted models.  Developed multiple plugins and custom workflows using Visual Studio 2010, 2012 and 2013 for extending CRM to enhance CRM to correctly handle business requirements and migrated multiple sites built on 4.0 technology to CRM 2011, 2013 and 2015.  Developed custom sandboxed plugins for CRM online. Created multiple data integrations using multiple versions of the CRM sdk to integrate or synchronize data between CRM and third party data stores.  Provided support and training for multiple end users and clients.

### SharePoint

Installed and configured multiple SharePoint environments for on-premise and partner hosted clients. Installed and configured a multi-server SharePoint environment configured for multi-tenant use. Created and developed a custom

SharePoint service ticket application for submitting and working trouble and help tickets using lists, workflows and custom web parts developed in Visual Studio 2010.

**Tricension - Application Architect**                                     **April 2008 – February 2010**

## Microsoft CRM Banking project

Developed an Award Winning application for tracking sales processes, managing overdrafts, call backs on CD maturation with automation and integration of third party data for analysis and activity planning using Microsoft Dynamics CRM 4.0. Utilized ASP.Net and C# for creating custom integration screens and Plug-Ins.  Used SharePoint for collaboration and developed custom Web Parts that integrated with CRM for capturing leads and administration.  Created data integration components using SQL Server 2008 and a custom built Windows services application.

## Silverlight Medical Records Application

Full life cycle development of Silverlight applications using web services and an early implementation of the Rich Internet Applications (Ria) model using Windows Communication Framework. Developed using Silverlight 2.0 and then upgraded to Silverlight 3.0 when released. Application tracked and managed multi-page patient data with integrations to third party claim and prescription services for multiple clients with one code base.  Application was entirely written in Silverlight and C# hosted in an ASP.Net page with ASP.Net reports and using Sql Server 2008 for storage.

## Microsoft CRM 4.0 with integration with ASP.Net website for Insurance Industry

Application consisted of a highly customized CRM application originally developed in CRM 3.0 and upgraded to CRM 4.0 for all backoffice processes with an ASP.Net site built using C#, jquery and AJAX to provide a rich user interface. Used C# for development of plugins and quote calculator with Sql Server 2008 as a back end.  Application also used custom Services for third party integration.

## ASP.Net Integration and Reporting site

Developed an ASP.Net site using C# and SQL Server Integration Services for integrating a legacy service application with a third party accounting package. Resulting product significantly shortened processing times and increased productivity taking the manual process from lasting up to 8 hours to less than 15 minutes.  Development required reverse engineering an application to determine how to access and update data stored in an outside system.

## Parking Ticket application

Used ASP.Net, C# and Sql Server 2005 to develop an application to allow parking ticket payments online for Major US city. Included integration with a Legacy AS/400 application for payment adjudication and integration with third party Oracle based application.

# Skill Matrix

| Skill | Years Exp. |
|-------|------------|
| Dynamics CRM 3/4/2011/2013/2015/2016/Online | 14 |
| Project Leadership | 12 |
| Enterprise Architecture | 12 |
| Scribe | 4 |
| Solution Architecture | 12 |

| | |
|---|---|
| SharePoint 2007/2010/2013 | 10 |
| Business Analyst | 15 |
| Techno-Functional Lead | 13 |
| ASP.Net | 17 |
| SQL Server 7.5/2000/5/8/12/14/16 | 20 |
| C# | 18 |
| XML / HTML | 14 |
| IIS | 20 |
| Visual Studio | 20 |
| Team Foundation Server (TFS) | 11 |
| JavaScript | 18 |
| CRM Plug-in Development | 12 |
| SQL – SSRS | 12 |
| SSIS | 8 |

## Personal Background

### Biography

Mr. Weeks started developing software professionally as a high school student. Today, he has extensive experience in complex information systems analysis, design and implementation primarily based on the Microsoft platform.

He has been an owner and partner in several successful software development firms where I primarily consulted with clients to deliver quality software based on their needs. Throughout his career, he has developed applications to serve the private and public sectors including the banking and investment community, life insurance companies, compliance, travel, and healthcare industries.

He has published several articles in leading industry trade journals such as .NET Developer's Journal and online at Geeks with Blogs. Mr. Weeks is recognized as a technology leader and has been invited to speak at popular industry engagements such as Microsoft's .NET user group.

When he is not behind the blue glow of a computer screen, he likes to play guitar, barbecue, make beer and wine, and spend time with my family and friends.

### Education

- Longview Community College – 1994
- National American University – 1997
- Microsoft Certified Professional – Dynamics CRM – April 2009, August 2016