**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 90212
Telephone:   (877) 206-4741
Facsimile:   (866) 633-0228

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br><br>**DECLARATION OF ADRIAN R. BACON IN SUPPORT OF REPLY RE: PLAINTIFFS' MOTION TO STRIKE WITNESS DECLARATIONS, FOR RESTRAINING ORDER, FOR MONETARY SANCTIONS, AND FOR DISQUALIFICATION OF COUNSEL**<br><br><br>**HON. CYNTHIA A BASHANT** |

## DECLARATION OF ADRIAN R. BACON

**I, ADRIAN R. BACON declare:**

1. I am an attorney in good standing duly admitted to the State Bar of California and an attorney of record for Plaintiffs Dan Deforest and John McCurley ("Plaintiffs") in this action against Royal Seas Cruises, Inc. ("Defendant"). I am a Partner at The Law Offices of Todd M. Friedman, and one of the counsel for Plaintiffs and the certified Class and Subclass in this action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this declaration in response to Defendant's Opposition to Plaintiffs' First Amended Motion To Strike Witness Declarations, For Restraining Order, For Monetary Sanctions, And For Disqualification of Counsel.

4. In Dkt. No. 168-4, Defendant states: "This withdrawal does not apply to, and Royal reserves all rights to use, the Declaration of Cecelia Hetchler, who was timely disclosed, became a Royal customer prior to the class period and, hence, is not a class member. *See* DE 143-7."

5. I wish to address two points. No disclosure of Ms. Hetchler was ever made to my office. In fact, she was never identified as a witness by Defendant in any set of initial disclosures or otherwise.

6. My office was first notified of her "testimony" on the day of the deposition of Ms. Hanson, which occurred on the last day of the discovery cutoff. Ms. Hetchler's affidavit was not disclosed prior to that date, and

she was never, to this day, identified as a witness in this action by Defendant. I bring this up to dispute Defendant's contention that she was "timely disclosed." She was not disclosed, and the existence of her testimony being brought to our attention was not timely either.

7. My understanding of the reason that Defendant has not withdrawn her testimony is because they take the position that she is not a member of the Class, because she was a customer of Royal Seas Cruises before the Class Period, and falls within the express carve out for such consumers. However, I wish to raise factual circumstances pertinent to her testimony that Defendant's counsel should have been aware of at the time they sent her the affidavit, which make it clear that her testimony is false.

8. Defendant has filed a copy of Ms. Hetchler's affidavit as evidence in support of its Motion to Decertify at Dkt. No. 143-7. In pertinent part, the affidavit states as follows: "I purchased a vacation package from Royal Seas Cruises, Inc. ("Royal Seas") on May 5, 2016. Prior to purchasing my vacation package from Royal Seas, I went to the webpage diabeteshealth.info where I entered my phone number, (409) 625-4265, and requested to be contacted regarding Royal Seas."

9. I am aware, having reviewed the record of this action that according to testimony of witnesses, as well as the contract, an agreement between Royal Seas and Prospects DM was not entered into until November 10, 2016, and Prospects DM was not contracted to perform lead generation and/or calling services for Royal Seas prior to that time. It would be implausible for a web publisher contracted through Prospects DM to have gathered consent on a website on behalf of Royal Seas six months prior to when they could have been first asked to do so. This rather obvious sequence of events that did not add up led me to investigate further.

10. I utilized the Wayback Machine archiving tools that were used previously in this case to review the veracity of other witness statements proffered by Royal Seas to look at archives of the diabeteshealth.info website.

11. Attached hereto as Exhibit A is a true and correct copy of a web archive of the diabeteshealth.info website as it existed on March 5, 2016, just prior to when Ms. Hetchler testifies that she visited the website and opted in to receive robocalls on behalf of Royal Seas. The website did not contain a web portal permitting for opt ins at that time.

12. The next available archive of the website does not appear until January 27, 2017. A true and correct copy of this archive is attached hereto as Exhibit B. Notably, while the archive has added a web portal, the web portal does not list Royal Seas as one of the marketing partners.

13. Attached hereto as Exhibit C is a true and correct copy of a web archive dated June 9, 2017. This web archive shows that Royal Seas name was added to the website opt in language's list of marketing partners.

14. It appears that there are three problems with the testimony of Ms. Hetchler: 1) Royal Seas had not even contracted with Prospects DM as of May 2016; 2) the website did not have an opt in portal at that time; and 3) Royal Seas was not listed as one of the marketing partners on the site until some time after January 27, 2017.

15. It took me less than fifteen minutes to conduct the analysis and review described herein after my suspicions about the veracity of Ms. Hetchler's affidavit arose. I utilized methods of online website review that have been used and described publicly in this case since before the class was certified in order to obtain this evidence. I know that defense counsel is aware of these methods because they deposed our experts, who utilized these same

methods, and have addressed this methodology of reviewing web archiving in their briefing.

16. I felt compelled to bring this to the Court's attention under my duty of candor to the tribunal. Defendant's position in the Opposition brief seems to be that they are concerned about the truth and Plaintiff's Counsel are not, yet it appears to me that defense counsel misled a former customer of their client into falsely testifying in this case. Defendant is still relying on that evidence in support of its Motion to Decertify the Class, even after we raised valid concerns with the manner in which such evidence was obtained.

17. Attached hereto as Exhibit D is a true and correct copy of an email chain sent by Pestotnik LLP.

18. Attached as Exhibit E is a Law360 article regarding the Motion for Sanctions. This article was the top article of the day under the TCPA category on the day of its release. Since this article was released, over a dozen partners at defense firms who are not involved in any way with this case have raised the events discussed in this article with me.

## MONETARY SANCTIONS

19. My office and my co-counsel's office have spent a great deal of time opposing Defendant's advancement of improperly obtained evidence in this case. This time is not fully captured in our opening brief, given the events that have occurred since that time where we have had to address the evidence in other filings. As such, I ask that the Court permit my office to supplement the record, in the event that monetary sanctions are imposed, to provide time records of all of the time spent associated with the issues raised in Plaintiffs' Motion for Sanctions.

1

2

3

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on April 13, 2020.

4

5

By:/s/ Adrian R. Bacon

Adrian R. Bacon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

4/9/2020



http://diabeteshealth.info/   Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN **MAR** JAN
◀ **05** ▶
2014 **2016** 2017
About this capture



# EXHIBIT B

http://diabeteshealth.info/   Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR JAN JUN
◀ **27** ▶
2016 **2017** 2018

About this capture

# Diabetes Health Info

Y O U R   O N E   S T O P   S H O P   F O R   A L L   Y O U R
D I A B E T E S   N E E D S

If you or a loved one
is struggling with
diabetes and need
help you have come
to the right place.
We work with the
largest brands to
deliver the highest
quality products



http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR    JAN    JUN
◀ **27** ▶
2016   **2017**   2018

About this capture

# discounts.

You may qualify for diabetic supplies at little or no cost, just fill out the form below to find out



http://diabeteshealth.info/   Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR   JAN   JUN
◄   **27**   ►
2016   2017   2018

About this capture

Last name

E-mail

Phone

☐   I agree Terms and Conditions

NEXT

By clicking next, I confirm that I have read and agree with the terms and conditions and privacy policy and I agree to receive phone calls and text messages from Diabetes Health Info, BBAR Mktg, CGX Mktg, Diabetes supply chain llc, Helping Hands Association, Senior Care Authority, Re-up Diabetes llc, Diabetes do inc., Worldwide supplies partners llc, Health supply one Inc., Healthcare 4 all inc., Mobile world llc, Magazine world llc, Healthcare All The Time and marketing partners at the phone number provided above, even if that is my mobile number, to discuss health-related opportunities that may be of interest to me. I understand that these calls and texts may be placed using an automatic dialer and/or pre-recorded messages and that my consent is not a condition of purchasing goods and services.

"The process is a simple 3 step process"



http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR    JAN    JUN
◄    **27**    ►
2016    2017    2018



Fill out the form so we can gather a bit more information about your specific needs and coverage

Our agents will call you to clarify and ask any additional questions that will help us to get you the items you need with the greatest savings.

http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR    JAN    JUN
◀    27    ▶
2016    2017    2018
About this capture

Receive your items in the mail!

## About Us



http://diabeteshealth.info/    Go

**33 captures**
11 Jun 2013 - 8 Sep 2019

MAR **JAN** JUN
◀ **27** ▶
2016 **2017** 2018



About this capture

http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR  JAN  JUN
◀ 27 ▶
2016 2017 2018

About this capture



 Test Strips

 Syringes

✓ Glucose Meter Kits

 Glucose Log Books

 Insulin Pump Supplies

 Diabetic socks and several other's

http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

MAR  **JAN**  JUN
◄ **27** ►
2016  **2017**  2018



About this capture

# Subscribe

Please enter your email address to
subscribe to our newsletter to stay
ahead of the quickly changing trends in
diabetes

 Enter your email

SUBSCRIBE

http://diabeteshealth.info/    Go

MAR    **JAN**    JUN

33 captures

◄    **27**    ►

11 Jun 2013 - 8 Sep 2019

2016    **2017**    2018

About this capture

**Diabetes Health Info** © 2020. All Rights Reserved

# EXHIBIT C

http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN **JUN** JUL
◀ **09** ▶
2016 **2017** 2018



About this capture

# Diabetes Health Info

YOUR ONE STOP SHOP FOR ALL YOUR DIABETES NEEDS

If you or a loved one is struggling with diabetes and need help you have come to the right place. We work with the largest brands to deliver the highest quality products

http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN **JUN** JUL
◀ **09** ▶
2016 **2017** 2018

About this capture


# discounts.

You may qualify for diabetic supplies at little or no cost, just fill out the form below to find out



http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN  **JUN**  JUL
◀ **09** ▶
2016  **2017**  2018



About this capture

---

Last name

E-mail

Phone

☐  I agree Terms and Conditions

NEXT

By clicking next, I confirm that I have read and agree with the terms and conditions and privacy policy and I agree to receive phone calls and text messages from Diabetes Health Info, Stymco and Bridgecare Medical,Cal Med Gen, Education Direct, National Solar Experts, Home Service Companies, BBAR Mktg, CGX Mktg,Advanced Rx Care, Option Healthcare Solution, Diabetes supply chain llc, Helping Hands Association, Senior Care Authority, Re-up Diabetes llc, Diabetes do inc., Worldwide supplies partners llc, Health supply one Inc., Healthcare 4 all inc., Mobile world llc, Royal Seas Cruises, Magazine world llc, Healthcare All The Time and marketing partners at the phone number provided above, even if that is my mobile number, to discuss offers that may be of interest to me. I understand that these calls and texts may be placed using an automatic dialer and/or pre-recorded messages and that my consent is not a condition of purchasing goods and services.

http://diabeteshealth.info/    Go


33 captures
11 Jun 2013 - 8 Sep 2019

JAN   **JUN**   JUL
◀ **09** ▶
2016   **2017**   2018


About this capture



Fill out the form so we can gather a bit more information about your specific needs and coverage

Our agents will call you to clarify and ask any additional questions that will help us to get you the items you need with the greatest savings.

http://diabeteshealth.info/    Go    JAN JUN JUL

◀ 09 ▶

2016 2017 2018

33 captures
11 Jun 2013 - 8 Sep 2019

About this capture

Receive your items in the mail!

## About Us



http://diabeteshealth.info/

Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN    **JUN**    JUL
◄    **09**    ►
2016    **2017**    2018



About this capture




http://diabeteshealth.info/    [Go]

33 captures
11 Jun 2013 - 8 Sep 2019

JAN    JUN    JUL
◀ 09 ▶
2016    2017    2018
About this capture



 Test Strips

 Syringes

 Glucose Meter Kits

 Glucose Log Books

 Insulin Pump Supplies

 Diabetic socks and several other's

http://diabeteshealth.info/   Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN **JUN** JUL
◀ **09** ▶
2016 **2017** 2018



▼ About this capture

## Subscribe

Please enter your email address to
subscribe to our newsletter to stay
ahead of the quickly changing trends in
diabetes

 Enter your email

SUBSCRIBE

http://diabeteshealth.info/    Go

33 captures
11 Jun 2013 - 8 Sep 2019

JAN  **JUN**  JUL
◀ **09** ▶
2016  **2017**  2018



About this capture

**Diabetes Health Info** © 2020. All Rights Reserved

# EXHIBIT D

**Adrian Bacon**

| | |
|---|---|
| **From:** | Adrian Bacon |
| **Sent:** | Thursday, March 26, 2020 3:38 PM |
| **To:** | Ross Hyslop |
| **Cc:** | Todd Friedman; Tim Pestotnik; Russ Winslow; Tom Wheeler; Abbas Kazerounian; 'Matthew M. Loker, Esq.' |
| **Subject:** | Re: McCurley v. Royal Seas, Inc., 17-cv-01988-AJB-AGS - Plaintiffs' Motion for Sanctions, Disqualification, etc. |

Ross,

We respectfully decline your proposal.

Stay safe and healthy and best to you and yours.

Warm Regards,

Adrian

---

**From:** Ross Hyslop <hyslop@pestotnik.com>
**Sent:** Thursday, March 26, 2020 3:29 PM
**To:** Adrian Bacon
**Cc:** Todd Friedman; Meghan George; Tim Pestotnik; Russ Winslow
**Subject:** McCurley v. Royal Seas, Inc., 17-cv-01988-AJB-AGS - Plaintiffs' Motion for Sanctions, Disqualification, etc.

Dear Adrian –

As you know, we have been engaged to represent the responding parties for the response to Plaintiffs' motion for sanctions/disqualification, the opposition papers for which are presently due on**April 6, 2020**.

Especially given the difficulties associated with COVID-19 and the stressors on the Court, we believe it is in the best interests of all concerned if we can agree on a negotiated resolution of your pending motion, if possible.  Thus, we think it makes sense to engage in a dialogue to see if there is room for compromise that, ultimately, would place the parties more in control of the outcome rather than having one imposed by the Court.

While we recognize there are certainly risks associated with having the Court decide all of the issues presented, from our perspective it seems very unlikely that the Court will actually disqualify the law firm.  In any event, we wanted to see if a resolution was possible.

With that in mind, we make the following proposal designed to resolve both your motion and the pending motion of Royal Seas for leave to conduct discovery:

1. Royal will withdraw (and not rely upon for any purpose) all of the class member declarations, call recordings and any other evidence obtained from its communications with class members after the class cert order.  (Of course, Royal will also agree that it will not contact any class members for litigation purposes/goals other than through formal discovery and/or trial subpoena, as referenced below.)

2. Royal and Plaintiffs will agree to some limited discovery of class members, whether that is live depositions, interrogatories, deposition by written questions ("DWQs"), surveys conducted by emails or telephone calls by independent party.  We are willing to be flexible and creative here, but the precise terms/parameters of such discovery would obviously need to be discussed and agreed upon in short order.  (As long as not issued to those class members that Royal contacted informally, Royal would not be restricted from issuing trial subpoenas to class members, including those not deposed and/or subjected to other formal discovery.)

3. Plaintiffs will withdraw their request for sanctions and disqualification.

Are you willing and/or available to discuss by phone either later today or tomorrow?  We would also be willing to conduct a conference call via Zoom, if desired.

We look forward to hearing from you.

Thanks.
Ross


Ross H. Hyslop
**Pestotnik LLP**
501 West Broadway, Ste. 1025
San Diego, California  92101
619.365.9065  Direct
619.342.8020  Telecopy
619.237.3000  Firm
www.pestotniklaw.com
hyslop@pestotnik.com

# EXHIBIT E



Account

News, cases, companies, firr

Try our **Advanced Search** for more refined results

Signed in as: abacon@toddflaw.com | my account



News, cases, companies, firr

Search    Toggle Dropdown

- Search Law360
- Search News Only
- Search Cases Only
- Search PTAB Only
- Search TTAB Only

Advanced Search

California  Consumer Protection  Employment  Legal Industry  Expert Analysis  In-Depth  Tax Authority  Law360 UK  ||  See all *61 sections*

Close

- Account
- My Account
- My Feeds and Alerts
- My Briefcase
- Newsletter Signup
- Help
- Log Out
- Products
- Lexis Advance
- Law360 In-Depth
- Law360 UK

- Law360 Updates
- Law360 Podcasts
- Beta Tools
- Track docs
- Track attorneys
- Track judges

- Adv. Search & Platform Tools
- **Browse all sections**
- Banking
- Bankruptcy
- Class Action
- Competition
- Employment
- Energy
- Expert Analysis
- Insurance
- Intellectual Property
- Product Liability
- Securities
- Rankings
- Data-Driven Lawyers
- Regional Powerhouses
- Law360's MVPs
- Glass Ceiling Report
- Global 20
- Law360 400
- Diversity Snapshot
- Practice Groups of the Year
- Rising Stars
- Titans of the Plaintiffs Bar
- Site Menu
- Join the Law360 team
- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Site Map
- Help

# Greenspoon Attys Accused Of Illegal TCPA Class 'Survey'

*By Craig Clough*

Share us on: By Craig Clough

Law360 (March 5, 2020, 5:23 PM EST) -- A class of consumers suing Royal Seas Cruises over marketing calls allegedly in violation of the Telephone Consumer Protection Act is accusing the company and its Greenspoon Marder attorneys of making illegal contact with class members after certification through a phone "survey" aimed at tricking them into signing an affidavit.

Class counsel with the Kazerouni Law Group and the Law Offices of Todd M. Friedman PC filed a motion Wednesday seeking to have a California federal judge disqualify opposing counsel from Greenspoon Marder LLP over the "deceptive and fraudulent calls," strike the declarations of class members that were gained through the calls, and grant attorney fees for having to investigate and bring the motion.

At least 500 class members were contacted after certification by a representative of the cruise line using a script drafted by Greenspoon Marder that asked class members to fill out surveys, "which in reality were affidavits it intended to use to prejudice class members," according to the motion.

"Defendant did not inform class members that there was a pending lawsuit, that they were represented by class counsel following certification, or the actual purpose of the calls," the TCPA class said in the motion. "Instead, defendant's counsel specifically drafted and used the script and affidavits to confuse and deceive class members."

The class is also seeking an order that the defendant be further restrained from contacting class members, adding it is "a prohibition which is innately in effect but needs repeating."

Counsel with Greenspoon Marder did not immediately respond to a request for comment.

In March 2019, U.S. District Judge Cynthia Bashant granted class certification to consumers accusing Royal Seas Cruises Inc. of using data from lead generation company Prospects DM to make robocalls without their consent.

But according to the class members' Wednesday motion, the company, under the guidance of its counsel at Greenspoon Marder, engaged in secret and prejudicial discovery after certification with phone calls that used an "intentionally deceptive script."

The calls occurred from July through October and induced some class members to sign an affidavit partly by offering an extension on company deals that had expired, the class members said.

Approximately 500 class members were called, 23 were spoken to, six said they would fill out the survey and four signed the affidavits that were mislabeled "surveys," according to the class members.

"Defendant's illegal conduct is deplorable and a violation of the Federal Rules of Civil Procedure and the laws of this court," the class members said.

The class members also said they had met and conferred with the defendant prior to bringing the motion, "but defendant's proposed solution to withdraw its declarations and depose the class members it has already unilaterally tampered with is unacceptable."

The class is represented by Abbas Kazerounian and Matthew M. Loker of Kazerouni Law Group APC, and Todd M. Friedman of the Law Offices of Todd M. Friedman PC.

Royal Seas is represented by Richard W. Epstein and Jeffrey A. Backman of Greenspoon Marder LLP.

The case is McCurley v. Royal Seas Cruises Inc., case number 3:17-cv-00986, in the U.S. District Court for the Southern District of California.

--Editing by Abbie Sarfo.

*For a reprint of this article, please contact reprints@law360.com.*

View comments

## 0 Comments

[Add Comment]

## Attached Documents

- Memorandum

## Useful Tools & Links

- Add to Briefcase
- Save to PDF & Print
- Rights/Reprints
- Editorial Contacts

## Related Sections

- California
- Class Action
- Consumer Protection
- Hospitality

- [Legal Ethics](#)

# Case Information

## Case Title

[McCurley v. Royal Seas Cruises, Inc.](#)

## Case Number

[3:17-cv-00986](#)

### Court

California Southern

### Nature of Suit

Other Statutory Actions

### Judge

[Cynthia Bashant](#)

### Date Filed

May 12, 2017

## Law Firms

- [Greenspoon Marder](#)
- [Kazerouni Law Group](#)
- [Law Offices of Todd M. Friedman](#)

## Government Agencies

- [U.S. District Court for the Southern District of California](#)

# Judge Analytics

powered by Lex Machina®

- ✉ [Cynthia Bashant](#)

[Law360 Names Practice Groups Of The Year](#)

Law360 congratulates the winners of its 2019 Practice Groups of the Year awards, which honor the law firms behind the litigation wins and major deals that resonated throughout the legal industry in the past year.

Top 10 trending in California

- 1[Orrick Cuts Salaries, Delays First-Year Associate Start Dates](#)
- 2[Calif. Lyft Drivers Lose Employee Status Bid Amid Outbreak](#)
- 3[PG&E Judge Won't OK COVID-19 Letter Co. Atty Called 'Silly'](#)
- 4[3 More BigLaw Firms Slash Pay Amid COVID-19 Pandemic](#)
- 5[Calif. Justices Open To Cities Seeking Statewide UCL Relief](#)
- 6[Caltech Cites Apple, Broadcom Misconduct To Boost $1B Win](#)
- 7[Altria, Juul Face Consumer Antitrust Action Over $12.8B Deal](#)
- 8[Coronavirus Regulations: Week In Review State By State](#)
- 9[Post Malone's 'Circles' Co-Writer Wants Song Credit, Royalties](#)
- 10[Wave Of BigLaw Pay Cuts, Furloughs Hits At Least 10 Firms](#)

Hello! I'm Law360's automated support bot.

How can I help you today?

For example, you can type:

- I forgot my password
- I took a free trial but didn't get a verification email
- How do I sign up for a newsletter?

| Ask a question! |

Beta



Ask a question!

© 2020, Portfolio Media, Inc. [About](#) | [Contact Us](#) | [Legal Jobs](#) | [Careers at Law360](#) | [Advertise with Law360](#) | [Terms](#) | [Privacy Policy](#) | [Cookie Policy](#) | [Help](#) | [Site Map](#)

×

Add this article to my briefcase

## Greenspoon Attys Accused Of Illegal TCPA Class 'Survey'

New Folder Name - Required

OR SELECT FROM

[Add Now](#)  Cancel

×

Sign up for our California newsletter

## You must correct or enter the following before you can sign up:

Please provide a professional email: abacon@toddflaw.com

Select more newsletters to receive for free

Law360 takes your privacy seriously. Please see our [Privacy Policy](#).

No Thanks    [Sign up now](#)

## Thank You!