**GREENSPOON MARDER LLP**
Richard W. Epstein, Esq. (Admitted *Pro Hac Vice*)
richard.epstein@gmlaw.com
Jeffrey A. Backman, Esq. (Admitted *Pro Hac Vice*)
jeffrey.backman@gmlaw.com
200 E. Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954.527.2427
Fax: 954.333.4027

Attorneys for Defendant Royal Seas Cruises, Inc.
[additional Defendant's counsel on signatory line]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | Case No.: 3:17-cv-0986-BAS-AGS<br><br>**JOINT MOTION TO VACATE TRIAL DATE AND DEADLINES PENDING RULING ON OUTSTANDING MOTIONS** |

Pursuant to Civil Rule 7.2, Defendant, ROYAL SEAS CRUISES, INC. and Plaintiffs, JOHN MCCURLEY and DANIEL DEFOREST, hereby jointly move for entry of an Order vacating the trial date and associated deadlines pending the Court's ruling on various outstanding motions, and state as follows:

1. The Amended Order [Dkt. 113] entered on October 10, 2019, set trial for August 18, 2020 at 9:00 a.m. and set forth further deadlines requiring

documents to be prepared and filed in preparation for trial beginning on May 18, 2020 and continuing weekly thereafter.

2. There is currently pending before the Court the following fully briefed motions:

    a. Defendant's Motion to Stay [Dkt. 122];
    b. Plaintiffs' Amended Motion to Strike Witness Affidavits and Sanction [Dkt. 129];
    c. Plaintiff's Motion to Decertify Class In Part [Dkt. 132];
    d. Defendant's Motion to Decertify Class [Dkt. 143];
    e. Defendant's Motion to Exclude Plaintiff's Expert Nathan Bacon [Dkt. 151];
    f. Defendant's Motion to Exclude Plaintiff's Expert Christina Peters-Stasiewicz [Dkt. 163];
    g. Defendant's Motion to Exclude Plaintiff's Expert Wesley Week [Dkt. 164];
    h. Defendant's Amended Motion for Summary Judgment [Dkt. 165];
    i. Plaintiff's Motion for Summary Judgment [Dkt. 160].

3. Resolution of these motions will significantly impact the evidence and issues presented at trial and thus the preparations and documents filed in preparation for trial.

4. For example, if the Class is decertified in part or in whole, that will fundamentally change the scope of the arguments to be presented at trial.

5. Further, some of the pending Motions will otherwise terminate the current deadlines, including either Plaintiffs' or Defendant's Motion for Summary Judgment or Defendant's Motion to Stay.

6. The Parties also share concerns about viability of preparing for and completing a jury trial under the current deadlines in light of the ongoing national emergency associated with the COVID-19 coronavirus pandemic, which may continue to impose logistical issues for counsel in preparing trial and disruptions to travel and gatherings such as conducting a jury trial with out-of-state witnesses.

7. The Parties have conferred and agreed that requesting the Court vacate the Trial date and deadlines pertaining to the final exhibit and witness list, motions in limine, proposed jury instructions, verdict forms, voir dire questions, and statement of the case, pre-trial order, and Fed. R. Civ. P. 26(a)(3) disclosures is in the interests of the Parties and the Court in order to promote cost savings in judicial economy.

8. Otherwise, the Parties will spend a significant amount of time and expense preparing trial documents and submitting them for the Court's review which will could be invalidated or mooted depending on the Court's rulings on various of the pending motions. The Parties would prefer to present to the Court concise targeted documents for the factual and legal issues that will still be at issue following the Court's rulings rather than force the Court to wade through arguments that became irrelevant after filing.

WHEREFORE, the Parties respectfully request the Court vacate the trial date and remaining trial deadlines and reset the trial date, and associated deadlines, to be within ninety (90) to one hundred twenty (120) days after the Court's ruling on the aforementioned motions above. The Parties will submit a status report within seven (7) days of the Court's ruling on the motions proposing a trial date and associated deadlines.

*IT IS SO STIPULATED.*

Dated: May 7, 2020

Respectfully Submitted,

**GREENSPOON MARDER LLP**

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN (Fla. Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Fla Bar No. 229091)
Richard.Epstein@gmlaw.com
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954.527.2427
Fax: 954.333.4027
*Admitted Pro Hac Vice*

BRIAN R. CUMMINGS (Fla. Bar No. 25854)
Brian.Cummings@gmlaw.com
401 E. Jackson St., Suite 1825
Tampa, Florida 33602
Tel: 813.769.7020
Fax: 813.426.8582
*Admitted Pro Hac Vice*

BLAKE L. OSBORN, ESQ. (CA SBN 271849)
Blake.Osborn@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 323.880.4522
Facsimile: 954.771.9264

*Attorneys for Defendant Royal Seas Cruises, Inc.*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

*/s/ Todd M. Friedman*
Todd M. Friedman, Esq. (216752)
Adrian R. Bacon, Esq. (280332)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
(877) 206-4741
(866) 633-0228 (fax)
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs John McCurley and Dan DeForest*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document is being served this 13th day of March 2020, on all counsel of record identified on the Service List below in the manner specified.

/s/ *Todd M. Friedman*
Todd M. Friedman, Esq.

**SERVICE LIST**

JEFFREY A. BACKMAN (Fla. Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Fla Bar No. 229091)
Richard.Epstein@gmlaw.com
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954.527.2427
Fax: 954.333.4027
*Admitted Pro Hac Vice*

BRIAN R. CUMMINGS (Fla. Bar No. 25854)
Brian.Cummings@gmlaw.com
401 E. Jackson St., Suite 1825
Tampa, Florida 33602
Tel: 813.769.7020
Fax: 813.426.8582
*Admitted Pro Hac Vice*

BLAKE L. OSBORN, ESQ. (CA SBN 271849)
Blake.Osborn@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 323.880.4522
Facsimile: 954.771.9264

*Attorneys for Defendant*