# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCURLEY, DAN DEFOREST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL SEA CRUISES, INC,<br><br>Defendant. | Case No. 17-cv-00986-BAS-AGS<br><br>**ORDER DENYING MOTION TO STAY AS MOOT**<br><br>**[ECF No. 122]** |

Pending before the Court is Defendant's motion seeking to stay proceedings because of a case pending before the Supreme Court of the United States regarding the constitutionality of the TCPA. (ECF No. 122.) Defendants alleged that although a particular exception to the TCPA was the subject of appeal, the Supreme Court could invalidate the entire statute instead of simply severing the exception, thus extinguishing Plaintiff's claims. (*Id.* at 4–5.)

On July 6, 2020, the Supreme Court of the United States issued its decision in *William P. Barr et al. v. American Association of Political Consultants, Inc., et al.*, No. 19-631.[1] It found the TCPA's government-debt exception to the prohibition on robocalls to be an unconstitutional content-based restriction on speech under the First Amendment.

---

[1] Accessed at https://www.supremecourt.gov/opinions/19pdf/19-631_2d93.pdf.

However, the Supreme Court did not invalidate the entire TCPA on this basis; instead, it affirmed the Fourth Circuit's severance of this unconstitutional exception and left the remainder of the TCPA intact. Because the Supreme Court has now ruled on this issue and Plaintiffs' claims in the instant case are unaffected by the Supreme Court's decision, the Court **DENIES AS MOOT** Defendants' Motion to Stay (ECF No. 122).

**IT IS SO ORDERED.**

DATED: July 6, 2020

Hon. Cynthia Bashant
United States District Judge