**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MCCURLEY; AND, DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | **Case No.:** 17-cv-986 BAS (AGS)<br><br>**DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF PLAINTIFFS JOHN MCCURLEY; AND, DAN DEFOREST'S FEE PETITION**<br><br>**HON. CYNTHIA A BASHANT**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

# DECLARATION OF ABBAS KAZEROUNIAN, ESQ.

I, ABBAS KAZEROUNIAN, declare as follows:

1. I am one of the attorneys for Plaintiffs JOHN MCCURLEY; and, DAN DEFOREST ("Plaintiffs") in this action.

2. I am over the age of 18 and am fully competent to make this declaration.

3. I was admitted to the State Bar of California in 2007 and have been a member in good standing ever since that time.

4. I have litigated cases in both State and federal courts in California, Washington, Nevada, Arizona, Arkansas, New York, New Jersey, Colorado, Tennessee, Ohio, Florida, Illinois and Texas. I am admitted in every federal district in California and have handled federal litigation in the federal districts of California. I am also admitted to the state bars of Texas, Illinois, Washington, Michigan, District of Columbia, the Ninth Circuit Court of Appeals, the Eighth Circuit Court of Appeals, and the Supreme Court of the United States.

5. If called as a witness, I would competently testify to the matters herein from personal knowledge.

6. This Declaration is based upon my personal knowledge, except where expressly noted otherwise.

7. I submit this Declaration in support of the Plaintiffs' Motion for Attorneys' Fees and Costs incurred in connection with its successful Sanctions Motion.

8. I have incurred 33.7 hours in connection with the Sanctions Motion, which time records were carefully reviewed.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

9. Specifically, I have incurred hours reviewing documents, analyzing data produced by Defendant, communicating with opposing counsel, communicating with co-counsel on related matters, preparing for hearings, preparing for and participating in depositions, and motion practice.

10. I am not seeking recovery of fees for hours incurred by paralegals working at Kazerouni Law Group on this action.

## CLASS COUNSEL'S EXPERIENCE

11. Since my admission to the State Bar of California in 2007, I have been engaged exclusively in the area of consumer rights litigation, primarily in the area of fair debt collections, the defense of debt collection lawsuits, class action litigation under the Telephone Consumer Protection Act, California's invasion of privacy statutes pursuant to Penal Code § 630, *et seq.*, and false advertising actions concerning consumer products.

12. The hourly rate that I am seeking in this action is $710, which I believe is reasonable.

13. On May 9, 2019, I was approved for an hourly rate of $705 in *Ronquillo-Griffin et al. v. TransUnion Rental Screening Solutions, Inc. et al.*, 2019 U.S. Dist. LEXIS 7902, *24 (United States District Court for the Southern District of California May 9, 2019).

14. On January 22, 2019, I was also approved for an hourly rate of $695 in *Santana v. Rady Children's Hospital – San Diego*, Case No. 37-2014-00022411-CU-MT-CTL (San Diego County Superior Court Jan. 22, 2019). I have also been finally approved for a similar amount in several cases. *See e.g. Ayala v. TriplePulse Inc.*, 2018 Cal. Super. LEXIS 3242, *4 (Los Angeles County Superior Court Nov. 13, 2018) (approved for $675); *Dowlatshahi v. McIlhenny Co.*, 2018 Cal. Super. LEXIS 2901, *1 (Orange County Superior Court Oct. 10, 2018) (same).

15. My firm, Kazerouni Law Group, APC, in which I am a principal, has litigated over 5,000 cases in the past thirteen years. My firm has offices in Orange County, California; San Diego, California; San Luis Obispo, California; Phoenix, Arizona; Las Vegas, Nevada; St. George, Utah; Dallas, Texas; Minneapolis, Minnesota; and New York, New York. Kazerouni Law Group, APC has extensive experience in consumer class actions and other complex litigation. My firm has a history of aggressive, successful prosecution of consumer class actions. Approximately 95% percent of my practice concerns consumer litigation in general.

### KAZEROUNI LAW GROUP, APC'S CONSUMER RELATED EXPERIENCE AND RESULTS

16. A brief summary of a non-inclusive list of notable published decisions are as follows:

    a. *Sherman v. Yahoo!, Inc.*, 2014 U.S. Dist. LEXIS 13286; 13-CV-0041-GPC-WVG (S.D. Cal.) (TCPA class action where Defendant's motion for summary judgment was denied holding that a single call or text message with the use of an ATDS may be actionable under the TCPA);

    b. *Olney v. Progressive Casualty Insurance Company*, 13-CV-2058-GPC-NLS, 2014 U.S. Dist. LEXIS 9146 (S.D. Cal.) (Defendant's motion to dismiss or in the alternative to strike the class allegations was denied finding that debt collection calls were not exempt from coverage under the TCPA);

    c. *Iniguez v. The CBE Group, Inc.*, 2013 U.S. Dist. LEXIS 127066 (E.D. Cal.); 13-CV-00843-JAM-AC (The court denied Defendant's motion to dismiss and to strike class allegations holding that the TCPA applies to any call made to a cellular telephone with an ATDS);

  d. *Stemple v. QC Holdings, Inc.*, No. 12-cv-01997-BAS (WVG), 2014 U.S. Dist. LEXIS 125313 (S.D. Cal. Sep. 5, 2014) (order denying defendant's motion for reconsideration of class certification under the TCPA);

  e. *Chen v. Allstate Ins. Co.*, 819 F.3d 1136 (9th Cir. 2016) (order affirming decision finding unaccepted offer of judgment under Fed. R. Civ. P. 68 did not moot the plaintiff's individual TCPA claims).

17. I have filed and litigated numerous consumer class actions over the last several years, including but not limited to the following, which I am or have been personally involved in:

  a. *Lemieux v. EZ Lube, LLC, et al.,* 12-CV-01791-JLS-WYG (S.D. Cal.) (Served as co-lead counsel; finally approved on December 8, 2014);

  b. *Malta, et al. v. Wells Fargo Home Mortgage, et al.*, 10-CV-1290-IEG (BLM) (Served as co-lead counsel for a settlement class of borrowers in connection with residential or automotive loans and violations of the TCPA in attempts to collect on those accounts; obtained a common settlement fund in the amount of $17,100,000; final approval granted in 2013);

  c. *Conner v. JPMorgan Chase Bank, et al.*, 10-CV-1284 DMS (BGS) (S.D. Cal.) (finally approved $11,973,558);

  d. *In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*, 11-md-2286-MMA (MDD) (S.D. Cal.) (Counsel for a Plaintiff in the lead action, prior to the action being recategorized through the multi-district litigation process; finally approved for $18,000,000);

e. *In Re: Portfolio Recovery Associates, LLC Telephone Consumer Protection Act Litigation*, 11-md-02295-JAH (BGS) (Counsel for a Plaintiff in the lead action, prior to the action being recategorized through the multi-district litigation process; preliminarily approved);

f. *Arthur v. SLM Corporation*, 10-CV-00198 JLR (W.D. Wash.) (Nationwide settlement achieving the then-largest monetary settlement in the history of the TCPA concerning calls to cellular telephone at the time: $24.15 million; final approval granted in 2012);

g. *Lo v. Oxnard European Motors, LLC, et al.*, 11-CV-1009-JLS-MDD (S.D. Cal.) (Achieving one of the highest class member payouts in a TCPA action of $1,331.25 per claimant; final approval granted in 2012);

h. *Sarabri v. Weltman, Weinberg & Reis Co., L.P.A.*, 10-01777-AJB-NLS (S.D. Cal.) (Approved as co-lead counsel and worked to obtain a national TCPA class settlement where claiming class members each received payment in the amount of $70.00 per claimant; final approval granted in 2013);

i. *Barani v. Wells Fargo Bank, N.A.*, 12-CV-02999-GPC (KSC) (S.D. Cal.) (Co-lead class counsel in a settlement under the TCPA for the sending of unauthorized text messages to non-account holders in connection to wire transfers; finally approved on March 6, 2015 for over $1,000,000);

j. *Mills v. HSBC Bank Nevada, N..*, Case No. 12-CV-04010-SI (N.D. Cal.) (Finally approved for $39,975,000);

k. *In Re Jiffy Lube International, Inc.*, MDL No. 2261 (Finally approved for $47,000,000.00);

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

l. *Sherman v. Kaiser Foundation Health Plan, Inc.*, 13-CV-0981-JAH (JMA) (S.D. Cal.) (Settled for $5,350,000 and finally approved on May 12, 2015; served as co-lead counsel);

m. *Knell, et al. v. FIA Card Services, N.A.*, 13-CV-01653-AJB-WVG (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,750,000; finally approved in August 15, 2014);

n. *Hoffman v. Bank of America Corporation*, 12-CV-00539-JAH-DHB (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,600,000; finally approved on November 6, 2014 and served as co-lead counsel);

o. *Couser v. Comenity Bank*, 12-cv-02484-MMA-BGS (S.D. Cal. Oc. 2, 2014) (Finally approved for $8,475,000 on May 27, 2015 as served as co-lead counsel);

p. *Zaw v. Nelnet, Inc.*, C 13-5788 RS (N.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $1,188,110.00; finally approved on November 14, 2014);

q. *Couser v. Apria Healthcare, Inc. et al.*, 13-cv-00035-JVS-RNB (C.D. Cal. Oct. 27, 2014) (Finally approved on March 9, 2015 and served as co-lead counsel);

r. *Rose v. Bank of America Corporation et al.,* 12-cv-04009-EJD (N.D. Cal.) (Finally approved for $32,000,000 in 2014);

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

s. *Newman v. AmeriCredit Financial Services*, 11-cv-03041-DMS-BLM (S.D. Cal.) (finally approving TCPA settlement for over $6,500,000 on March 28, 2016);

t. *Fox v. Asset Acceptance, LLC*, 14-cv-00734-GW-FFM (C.D. Cal. July 1, 2016) (finally approved TCPA class action for $1,000,000; $200,000 cash and $800,000 debt relief);

u. *Barrett v. Wesley Financial Group, LLC*, 13-cv-00554-LAB-KSC (S.D. Cal.) (Class certification granted); and,

v. *Gehrich v. Chase Bank, N.A.*, 12-cv-5510 (N.D. Cal.) (finally approved for $34,000,000);

w. *Macias v. Water & Power Community Credit Union*, BC515936 (Los Angeles Superior Court) (Class certification granted under the Rosenthal Fair Debt Collection Practices Act; class action settlement finally approved on April 21, 2016);

x. *Mount v. Wells Fargo Bank, N.A.*, BC395959 (Sup. Ct. Los Angeles) (finally approved for $5,600,000);

y. *Oxina v. Lands' End, Inc.*, 3:14-cv-02577-MMA-NLS (S.D. Cal. 2016) (finally approved settlement under California Made in the USA statute);

z. *LaPuebla v. BirchBox, Inc.,* 3:15-cv-00498-BEN-BGS (S.D. Cal. 2016) (finally approved settlement in unlawful auto-renewal action);

aa. *Medeiros v. HSBC Bank Nevada, N.A.,* 3:14-cv-01786-JLS-MDD (S.D.Cal. 2016) (preliminarily approved action under the California Invasion of Privacy Act, Penal Code 632, *et seq*.);

bb. *Knutson v. Schwan's Home Service, Inc. et al.*, 3:12-cv-00418-AJB-DHB (S.D. Cal.) (finally approved for $2,535,280);

cc. *Stemple v. QC Holdings, Inc.,* 12-cv-01997-BAS-WVG (S.D. Cal. Nov. 7, 2016) (finally approved for $1,500,000);

dd. *Abdeljalil v. GE Capital Retail Bank*, 12-cv-02078−JAH−MDD (S.D. al.) (Class Certification granted and finally approved for $7,000,000);

ee. *Couser v. Apria Healthcare, Inc. et al.*, 13-cv-00035-JVS-RNB (C.D. Cal. Oct. 27, 2014) (Finally approved on March 9, 2015 and served as co-lead counsel);

ff. *Fox v. Asset Acceptance, LLC*, 14-cv-00734-GW-FFM (C.D. Cal. July 1, 2016) (finally approved TCPA class action for $1,000,000; $200,000 cash and $800,000 debt relief);

gg. *Hooker v. Sirius XM Radio Inc.*, 4:13-cv-00003-AWA-LRL (E.D.Va. December 22, 2016) (Served as co-lead counsel in finally approved TCPA class action settlement with a monetary fund of $35,000,000; ruling on fee petition is pending);

hh. *Caldera v. Am. Med. Collection Agency*, 2017 U.S. Dist. LEXIS 99239 (C.D. Cal. June 27, 2017) (Order certifying nationwide TCPA class action);

ii. *Burkhammer v. Allied Interstate, LLC*, 2017 Cal. Super. LEXIS 109 (Sup. Ct. San Luis Obispo) (RFDCPA class action finally approved on October 30, 2017);

jj. *Moreno-Peralta v. TRS Recovery Services, Inc.*, 2017 Cal. Super. LEXIS 548 (Sup. Ct. San Luis Obispo Oct. 10, 2017) (RFDCPA class action preliminarily approved);

kk. *Plaintiffs v. RHG & Company, Inc.*, 2017 U.S. Dist. LEXIS 27374 (S.D. Cal. Feb. 27, 2017) (Supplement Misrepresentation class action preliminarily approved on February 27, 2017);

ll. *Giffin v Universal Protein Supplements Corporation*, (Los Angeles Superior Court), BC613414 (Supplement Misrepresentation class action preliminarily approved on December 28, 2016); and,

mm. *Luster v. Wells Fargo Dealer Services, Inc.*, 15-cv-1058 (TWT) (N.D. Ga. November 8, 2017) (TCPA class action finally approved in the amount of $14,834,058.00); and,

nn. *McPolin v. Credit Service of Logan*, 16-cv-116 BSJ (Utah District Court) (FDCPA class action with consumers to each receive $1,428.57, debt relief, and tradeline deletion finally approved on November 9, 2017).

18. Many of the cases listed above, which have settled, resulted in the creation of combined common funds and/or distribution to class member in the hundreds of millions of dollars. The outstanding results mentioned above are a direct result of the diligence and tenacity shown by Kazerouni Law Group, APC and myself, in successfully prosecuting complex class actions.

19. I argued before the Ninth Circuit Court of Appeals in the case of *Knutson v. Sirius XM Radio*, No. 12-56120 (9th Cir. 2014) as co-lead counsel, which resulted in an order in favor of my client.

20. On December 6, 2016, I argued before the Ninth Circuit Court of Appeals in the case of *Marks v. Crunch San Diego, LLC*, No. 14-56834.

21. I also argued before the Ninth Circuit Court of Appeals on April 7, 2017 which resulted in a reversal in favor of the consumer in *Afewerki v. Anaya Law Grp.*, 868 F.3d 771 (9th Cir. Aug. 18, 2017).

22. Further, on May 15, 2019, I again argued before the Ninth Circuit Court of Appeals in the case of *Afewerki v. Anaya Law Group, et al.,* No. 18-55100, resulting in an order favorable to my client.

**ADDITIONAL RELEVANT TRAINING,
SPEAKING/TEACHING ENGAGEMENTS AND ASSOCIATIONS**

23. I am an adjunct professor at California Western School of Law where I teach a three-credit course in consumer law.

24. I have undergone extensive training in the area of consumer law and the Telephone Consumer Protection Act. The following is a list of recent training conferences I attended:

   a. Four-day National Consumer Law Center Conference; Nashville, TN – 2008;

   b. Three-day National Consumer Law Center Conference; Portland, OR - 2008;

   c. Three-day National Consumer Law Center Conference; San Diego, CA - 2009;

   d. Three-day National Consumer Law Center Conference; Seattle, WA - 2011;

   e. National Consumer Law Center Conference in 2013;

   f. National Consumer Law Center Conference in 2014;

   g. National Consumer Law Center Conference in 2015;

   h. National Consumer Law Center Conference in 2016;

   i. Three-day CAALA Conference; Las Vegas, NV – 2009;

   j. Three-day CAALA Conference; Las Vegas, NV – 2013;

   k. Three-day CAALA Conference; Las Vegas, NV – 2015;

   l. Three-day CAALA Conference; Las Vegas, NV – 2016;

   m. Three-day CAOC Conference – 2014 and 2015;

   n. Speaker at ABA National Conference, Business Litigation Section; Trends in Consumer Litigation; San Francisco, CA – 2013;

o. Speaker at the ABA TCPA National Webinar (Consumer Protection, Privacy & Information Security, Private Advertising Litigation, and Media & Technology Committees) – September 2013;

p. Spoke at the 2014 ACA Conference in November 2014;

q. Speaker at ACI Conference in Dallas, TX in September of 2016 concerning The Borrower's Perspective: Insight From The Plaintiffs' Bar and Consumer Advocates;

r. Speaker on TCPA panel in September of 2016 at the Annual Consumer Financial Services Conference;

s. Spoke at the 2016 CAOC Conference in November of 2016; and,

t. Speaker on Deposition Technology at 2017 CAOC Conference in San Francisco on November 17, 2017.

25. As one of the main plaintiff litigators of consumer rights cases in the Central District of California, I have been requested to and have made regular presentations to community organizations regarding debt collection laws and consumer rights, including the Telephone Consumer Protection Act ("TCPA"). These organizations include Whittier Law School, Iranian American Bar Association, Trinity School of Law and Chapman Law School, University of California, Irvine, and California Western School of Law.

26. I was the principle anchor on Time Television Broadcasting every Thursday night as an expert on consumer law generally, and the TCPA specifically, between 2012 and 2013.

27. I was named Rising Star by San Diego Daily Tribune in 2012, and Rising Star in Super Lawyers Magazine in 2013, 2014 and 2015. I was named a Super Lawyer by Super Lawyers Magazine in 2016, 2017, 2018, 2019, and

2020.

28. I was selected for membership into The National Trial Lawyers: Top 40 Under 40 in 2016; and, 2017.

29. I was a panelist in a webinar, ABA Telephonic Brown Bag re: TCPA, on August 25, 2015.

30. I lectured in Class Action Trends at the CAOC 2015 Conference in San Francisco, California.

31. In January of 2016, I spoke on the impact of the Federal Communications Comission's 2015 Declaratory Ruling on TCPA litigation at the ABA National Convention in Salt Lake City, Utah.

32. In May of 2016, I spoke on Class Action Trends at the CAOC seminar in Palm Springs, California.

33. I lectured on the TCPA before the ABA Business Law Section, Consumer Financial Services Committee in January 2016 at an event in Utah entitled, "Impact of the FCC's 2015 Rulings on TCPA Litigation."

34. In 2016, I wrote an article entitled "Finding a Balance" that was published in the Nutrition Business Journal, concerning a lawsuit filed under the Racketeer Influenced and Corrupt Organization Act.

35. I was published in the Daily Journal in September of 2016, with the title, "The FDCPA: The Forgotten Statute."

36. I am often called upon to give legal analysis on popular television and radio shows such as Dr. Drew Midday Live and Fox 5.

37. In March of 2016, I moderated the Judges Panel on Class Action Trends and Federal Litigation Trends at the NCLC Conference.

38. In September of 2017, I was published in Plaintiff magazine in an article entitled, "Collateral damage: Beyond the personal injury: When creditors

CASE NO.: 17-cv-986 BAS (AGS)            12 of 15        *McCurley, et al. v. Royals Seas Cruises, Inc.*
**DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF PLAINTIFFS JOHN MCCURLEY;
AND, DAN DEFOREST'S FEE PETITION**

and collection agencies stalk your client."

39. I spoke on privacy rights on a panel before the California State Bar Convention in 2016.

40. I spoke at the 22nd National Forum on Residential Mortgage Litigation & Regulatory Enforcement conference on January 22, 2017.

41. Presented at the 2017 CAOC seminar in Palm Springs, California.

42. Speaker at national webinar on June 7, 2017 for the CAOC, entitled, "Understanding the Fair Debt Collection Practices Act", and again on August 1, 2018.

43. Speaker at National Webinar by the ABA Consumer Financial Services Committee on TCPA Update – "The D.C. Circuit's TCPA Decision on the FCC Ruling, held on March 22, 2018.

44. Spoke at 2018 Inland Empire CAOC Convention on "Class Action Hot Topics" - May 2018.

45. I have spoke on the FDCPA at National Consumer Law Center's National Convention in Las Vegas in March, 2019.

46. I spoke on "The Interplay between Personal Injury and Class Actions" at CAOC Sonoma Seminar 2019.

47. In April 2019, I presented at Mass Torts Made Perfect on Modern Trends in the TCPA.

48. I spoke at the CAOC Inland Empire Seminar in Palm Springs with a presentation titled "Dealing With Overly Ambitious Lien Holders", in May, 2019.

49. Speaker for the California Lawyers Association's March 3, 2020 Webinar on "Recent Developments in Internet and Privacy Law Affecting California Consumer Financial Service Providers" presented by the Internet and

Privacy Law Committee; and, the Consumer Financial Services Committee.

50. In March 2020, I spoke at San Diego Law School Class Action Forum 2020 on Consumer Class Actions.

51. I lectured on June 4, 2020 at MTMP Connect Webinar Series on Class Action Data Breaches.

52. I am a member in good standing of the following local and national associations:

   a. Consumer Attorneys Association of Los Angeles;
   b. The Orange County Bar Association;
   c. Twice served as former President of the Orange County Chapter of the Iranian American Bar Association;
   d. Member of the Orange County Trial Lawyers Association;
   e. Member in good standing of National Association of Consumer Advocates;
   f. Board Member of Consumer Attorneys of California;
   g. Member of the Federal Bar Association;
   h. Member of the Leading Forum of the American Association of Justice;
   i. Member of the American Bar Association;
   j. Member of San Diego Consumer Attorneys; and,
   k. Member of the Western Trial Lawyers Association.

53. In addition to my class action experience, I have experience in commercial litigation and large-scale products liability litigation including a $2.5 million dollar settlement in *Mei Lu Hwei, et al v. American Honda Motor Co., Inc.*, et al. (Case No. BC401211 in Superior Court of California for County of Los Angeles).

54. I have regularly litigated cases in state and federal courts, and have reached numerous confidential seven-figure settlements against internationally known companies.

55. Based upon the above, I believe my experience justifies for hourly rate of $710.

## EXHIBITS

56. Attached as **Exhibit 1** is a true and correct copy of the Attorney's Fees Report for Kazerouni Law Group detailing my detailed billing records incurred in litigating the Sanctions Motion.

57. I have reviewed the hours therein. Said hours accurately reflect the tasks that I completed for this matter and the time it took to complete said tasks.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on August 14, 2020 in Costa Mesa, California.

> By: __/s/ Abbas Kazerounian__
> ABBAS KAZEROUNIAN, ESQ.

# EXHIBIT 1

## FEES REPORT - MCCURLEY, ET AL. V. ROYAL SEAS CRUISES, INC.
### Abbas Kazerounian (Hourly Rate of $710 Per Hour)

| DATE | TASK | TIME | FEES |
|---|---|---|---|
| 01/07/2020 | Co-counsel pointed to some cases that I read re moving forward we should bring a case for sanctions. | 1.7 | $1,207 |
| 01/22/2020 | Conference call with Todd and Adrian re motion for sanctions and potential settlement. I said I would research some mediators and respond back to them. | 0.7 | $497 |
| 01/23/2020 | I reviewed letter to opposing counsel re co-counsel's conversation with opposing counsel and called him with edits. | 0.6 | $426 |
| 01/27/2020 | Conference call with co-counsel re motion to quash and sanctions motion. | 0.6 | $426 |
| 01/31/2020 | Reviewed the last version of the motion to strike, sanctions and disqualify and sent notes to co-counsel Tom Wheeler before he finalized and filed. | 2.3 | $1,633 |
| 02/01/2020 | Did some legal research for reply brief re sanctions and motion to disqualify. | 1.2 | $852 |
| 04/06/2020 | I read defendant's opposition to sanctions motion and sent notes and research to co-counsel. | 2.4 | $1,704 |
| 04/12/2020 | I reviewed the Reply brief for sanctions and disqualification and sent notes back to co-counsel to incorporate. | 1.3 | $923 |
| 07/22/2020 | Started prepping for the oral hearing next week - started reading the binder. | 3.8 | $2,698 |
| 07/23/2020 | Continued reading the binder and made notes and drafted questions. Set up conference call to go over issues that I foresee from reading the file with co-counsel. | 2.8 | $1,988 |
| 07/24/2020 | Finished reading binder and had hour call with co-counsel to discuss Monday's call. Still have the depo transcript of the 30b6 and 4 cases that I deem pertinent to read over the weekend left. | 6.1 | $4,331 |

| 07/26/2020 | Read the pertinent cases that may arise for tomorrow and the depo of Hansen. | 2.1 | $1,491 |
| --- | --- | --- | --- |
| 07/27/2020 | Continued prepping for oral argument - had email exchanges with co-counsel Adrian Bacon re setting up call for Friday and also framing certain issues before the Court. | 1.7 | $1,207 |
| 07/27/2020 | Last minute preparation for hearing, call with co-counsel and then personally appeared for the class at the hearing. | 3.8 | $2,698 |
| 08/02/2020 | Read the order and made notes and emailed co-counsel for a call tomorrow. | 0.6 | $426 |
| 08/03/2020 | Call with co-counsel and how we should approach the fee petition based on order. | 0.4 | $284 |
| 08/10/2020 | Worked on Declaration for Fee Petition. | 1.6 | $1,136 |
| | **TOTAL** | **33.7** | **$23,927** |