**GREENSPOON MARDER LLP**
Richard W. Epstein, Esq. (Admitted *Pro Hac Vice*)
richard.epstein@gmlaw.com
Jeffrey A. Backman, Esq. (Admitted *Pro Hac Vice*)
jeffrey.backman@gmlaw.com
200 E. Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954.527.2427
Fax: 954.333.4027

Attorneys for Defendant Royal Seas Cruises, Inc.
[additional Defendant's counsel on signatory line]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John McCurley, Individually and and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Royal Seas Cruises, Inc.,<br><br>　　　　Defendant.<br>-------------------------------------------------<br>Dan DeForest, Individually and and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Royal Seas Cruises, Inc.,<br><br>　　　　Defendant. | Case No.: 3:17-cv-01988-AJB-AGS<br><br>*consolidated with*<br><br>Case No.: 3:17-cv-00986-BAS-AGS<br><br>**DEFENDANT ROYAL SEAS CRUISES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND VACATE ORDERS GRANTING CLASS CERTIFICATION FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>*[filed concurrently with Memorandum of Points and Authorities in Support of Motion to Dismiss and Vacate Orders Granting Class Certification for Lack of Subject Matter Jurisdiction]*<br><br>**<u>Hearing</u>**<br>　Date:　**January 19, 2021**<br>　Judge:　**Hon. Cynthia A. Bashant**<br>　Ctrm:　**4B**<br><br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on a date and time of convenience for The Honorable Court, before The Honorable Cynthia A. Bashant of the United States District Court, Southern District of California, located at Courtroom 4B, Suite 4145, 221 West Broadway, San Diego, CA 92101, Defendant Royal Seas Cruises, Inc. ("Royal") hereby moves this Court to dismiss this action and vacate the Court's Orders granting Class Certification (DEs 87 and 191) because the Supreme Court of the United States ruled on July 6, 2020, that the "government-debt" exception to Section 227(b)(1)(A) of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq* ("TCPA") is unconstitutional as a violation of the Free Speech Clause of the First Amendment to the United States Constitution. *See Barr v. Am. Ass'n of Political Consultants, Inc.*, 140 S. Ct. 2335 (2020) ("AAPC")*William P. Barr et al. v. American Association of Political Consultants, Inc. et al.* ( "*AAPC*"). While *AAPC* preserved the statute by severing the "government-debt exception," the severance of an unconstitutional term applies prospectively only. As such, for nearly five years – and the entirety of the class period in this case – Sections 227(b)(1)(A)(iii) and (b)(1)(B) were unconstitutional and void, meaning the Court has no jurisdiction to enforce those provisions against Royal Seas for calls placed during that period. Accordingly, this action must be dismissed and the Court's class certification orders must be vacated for lack of subject matter jurisdiction.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, and such other and further matters that may be presented at a hearing if requested by the Court. For the reasons set forth in the accompanying Memorandum, Royal respectfully requests that

42377795

this Court enter an Order dismissing this case and vacating the court's orders granting class certification.

This Motion is made following a telephone conference of counsel that took place on November 5, 2020, at which Plaintiffs' counsel indicated they opposed the relief sought by this Motion.

DATED: November 20, 2020.

                Respectfully Submitted,

                **GREENSPOON MARDER LLP**

                JEFFREY A. BACKMAN (Fla. Bar No. 662501)
                Jeffrey.Backman@gmlaw.com
                RICHARD W. EPSTEIN (Fla Bar No. 229091)
                Richard.Epstein@gmlaw.com
                200 E. Broward Blvd, Suite 1800
                Fort Lauderdale, Florida 33301
                Tel: 954.527.2427
                Fax: 954.333.4027
                *Admitted Pro Hac Vice*

                */s/ Brian R. Cummings*
                BRIAN R. CUMMINGS (Fla. Bar No. 25854)
                Brian.Cummings@gmlaw.com
                401 E. Jackson St., Suite 1825
                Tampa, Florida 33602
                Tel: 813.769.7020
                Fax: 813.426.8582
                *Admitted Pro Hac Vice*

                BLAKE L. OSBORN, ESQ. (CA SBN 271849)
                Blake.Osborn@gmlaw.com

42377795

1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 323.880.4522
Facsimile: 954.771.9264
Attorneys for Defendant *Royal Seas Cruises, Inc*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was has been served electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record set forth on the Service List below who are registered to receive CM/ECF notification as reflected on the Service List on this 20th day of November, 2020.

By: /s/ *Brian R. Cummings*
Brian R. Cummings, Esq.

## SERVICE LIST

Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
Kevin Lemieux, Esq.
kevin@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq.
ak@kazlg.com
Matthew M. Loker, Esq.
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue
Costa Mesa, CA 92626

42377795

1 | Telephone: (800) 400-6808
2 | Facsimile: (800) 520-5523
3 | *Attorneys for Plaintiff John McCurley*
4 |
5 | Todd M. Friedman, Esq.
    Adrian R. Bacon, Esq.
6 | Meghan E. George, Esq.
7 | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
    21550 Oxnard St., Suite 780
8 | Woodland Hills, CA 91367
9 | (877) 206-4741
    tfriedman@toddflaw.com
10 | abacon@toddflaw.com
11 | mgeorge@toddflaw.com
12 | *Attorneys for Plaintiff Dan DeForest*

42377795