

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John McCurley, individually and on behalf of all others similarly situated; Dan Deforest, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Royal Seas Cruises, Inc.<br><br>**Defendant.** | Civil Action No. 17-cv-00986-BAS-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendant's Amended Motion for Summary Judgment (ECF No. 165) and DENIES Plaintiff's Motion for Summary Judgment (ECF No. 160). In light of this decision, the Court finds the remaining motions (ECF Nos. 151, 159, 163 and 164) are all MOOT. Judgment in favor of Defendant and against Plaintiffs. The case is hereby closed.

**Date:** 1/29/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen
J. Olsen, Deputy