NAME AND ADDRESS OF ATTORNEY

Matthew M. Loker, Esq.
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626

PHONE: 800-400-6808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Cynthia Bashant           COURT REPORTER Dana Peabody

John McCurley and Dan Deforest, Individually And On Behalf Of All Others Similarly Situated
(Appellant/Appellee)          Plaintiff

CIVIL NO. 3:17-cv-00986-BAS-AGS

vs

Royal Seas Cruises, Inc.,

NOTICE OF APPEAL       (Civil)

(Appellant/Appellee)          Defendant

Notice is hereby given that John McCurley and Dan Deforest

[X] Plaintiff ___ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

[X] Ninth Circuit                    [ ] Federal Circuit

from the:   (check appropriate box)

[ ] Final Judgment              [X] Order (describe) Order Granting Amended Motion for Summary Judgment

entered in this proceeding on the 29 day of January 20 21.
Transcripts required   [ ] Yes   [X] No.
Date civil complaint filed: May 12, 2017

Date: February 5, 2021                    s/ Matthew M. Loker
                                          Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)