AO 133     (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| JOHN MCCURLEY and DAN DEFOREST,<br>individually and O/B/O others similarly situated, | ) |
| v. | ) |
| ROYAL SEAS CRUISES, INC. | ) |

Case No.: 17-cv-00986-BAS-AGS

Hearing Date: March 3, 2021

Hearing Time: 10 a.m.

Hearing Location: Clerk's Office
333 West Broadway, Ste. 420
San Diego, CA 92101

## BILL OF COSTS

Judgment having been entered in the above entitled action on  01/29/2021  against  Plaintiffs ,
                                                            *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 618.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 60.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 9,131.35 |
| Fees  and disbursements for printing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are<br>necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs  as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| TOTAL | $ | 9,809.35 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service          ☐  First class mail, postage prepaid

☐  Other:

s/ Attorney:     s/ Jeffrey A. Backman

Name of Attorney: Jeffrey A. Backman

For:                              Royal Seas Cruises, Inc.                              Date:   02/12/2021
                                *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of                                              and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# United States District Court

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

    Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GREENSPOON MARDER LLP**
Richard W. Epstein, Esq. (Admitted *Pro Hac Vice*)
richard.epstein@gmlaw.com
Jeffrey A. Backman, Esq. (Admitted *Pro Hac Vice*)
jeffrey.backman@gmlaw.com
200 E. Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954.527.2427
Fax: 954.333.4027

Attorneys for Defendant Royal Seas Cruises, Inc.
[additional Defendant's counsel on signatory line]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John McCurley, Individually and and on Behalf of All Others Similarly Situated, | Case No.:  3:17-cv-01988-AJB-AGS |
| Plaintiff, | *consolidated with* |
| v. | Case No.:  3:17-cv-00986-BAS-AGS |
| Royal Seas Cruises, Inc., | |
| Defendant. | |
| -------------------------------------------- | |
| Dan DeForest, Individually and and on Behalf of All Others Similarly Situated, | **ITEMIZATION AND MEMORANDUM OF COSTS (WITH ATTACHED DOCUMENTATION) IN SUPPORT OF ROYAL SEAS CRUISES, INC.'S BILL OF COSTS** |
| Plaintiff, | |
| v. | |
| Royal Seas Cruises, Inc., | |
| Defendant. | |

1

Pursuant to Local Rule 54.1(a), Defendant Royal Seas Cruises, Inc. ("Royal") hereby provides an itemization and memorandum of requested costs, with supporting documentation, as follows:

1. Judgment was entered in favor of Royal and against Plaintiffs in this case on January 29, 2021. *See* DE 209.

2. As the prevailing party, Royal seeks recovery of the following itemized costs:

   a. $618.00 for fees paid to the clerk for *pro hac vice* admission of Richard W. Epstein, Jeffrey A. Backman, and Brian R. Cummings on June 7, 2017 (**Exhibit A**);

   b. $60.00 for service of subpoena on non-party on June 1, 2018 (**Exhibit B**);

   c. $880.15 for transcripts and court reporter fees for deposition of Dan DeForest on June 21, 2018 (**Exhibit C** at p. 1);

   d. $694.65 for transcripts and court reporter fees for deposition of John McCurley on June 22, 2018 (**Exhibit C** at p. 2);

   e. $775.14 for transcripts and court reporter fees for deposition of Christina Peters-Stasiewicz on August 16, 2018 (**Exhibit C** at p. 3);

   f. $2,079.20 for transcripts and court reporter fees for deposition of Wesley Weeks on September 12, 2018 (**Exhibit C** at p. 4);

   g. $1,550.25 for transcripts and court reporter fees for deposition of Margaret Daley on October 29, 2018 (**Exhibit C** at p. 5);

   h. $1,115.25 for transcripts and court reporter fees for deposition of Nathan Bacon on September 24, 2019 (**Exhibit C** at p. 6);

   i. $923.80 for transcripts and court reporter fees for deposition of Kevin Brody on December 21, 2018 (**Exhibit C** at p. 7);

   j. $599.66 for transcripts and court reporter fees for deposition of Joshua Grant Kidd on February 12, 2020 (**Exhibit C** at p. 8); and

k. $513.25 for transcripts and court reporter fees for deposition of Melissa Hanson on February 18, 2020 (**Exhibit C** at p. 9).

3. All of these costs may be taxed against Plaintiffs and recovered by Royal pursuant to Fed. R. Civ. P. 54(d)(1), S.D. Cal. Local Rule 54.1, and 28 USC § 1920.

4. Royal files its Bill of Costs within fourteen (14) days of entry of the Judgment, in accordance with Fed. R. Civ. P. 54(d)(1).

5. The costs set forth in Paragraph 2(a) and documented in Exhibit "A" are taxable as "fees of the clerk," pursuant to 28 USC § 1920(1).

6. The costs set forth in Paragraph 2(b) and documented in Exhibit "B" are taxable as "costs for service of subpoenas," pursuant to Local Rule 54.1(b)(1).

7. The costs set forth in Paragraph 2(c) through 2(k) and documented in Exhibit "C" are taxable as "costs incurred in connection with taking depositions," pursuant to Local Rule 54.1(b)(3).

DATED: February 12, 2021

Respectfully Submitted,

**GREENSPOON MARDER LLP**

JEFFREY A. BACKMAN (Fla. Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Fla Bar No. 229091)
Richard.Epstein@gmlaw.com
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954.527.2427
Fax: 954.333.4027
*Admitted Pro Hac Vice*

*/s/ Brian R. Cummings*
BRIAN R. CUMMINGS (Fla. Bar No. 25854)
Brian.Cummings@gmlaw.com

3

401 E. Jackson St., Suite 1825
Tampa, Florida 33602
Tel: 813.769.7020
Fax: 813.426.8582
*Admitted Pro Hac Vice*

BLAKE L. OSBORN, ESQ. (CA SBN 271849)
Blake.Osborn@gmlaw.com
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 323.880.4522
Facsimile: 954.771.9264

Attorneys for Defendant *Royal Seas Cruises, Inc.*

4

38553859.1

# EXHIBIT "A"

**Brian Cummings**

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, June 6, 2017 2:40 PM
**To:** 38541.001; Moneka Valdez
**Subject:** Pay.gov Payment Confirmation: CASD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Help Desk (ecfhelp@casd.uscourts.gov) at (866) 233-7983.

Application Name: CASD CM ECF
Pay.gov Tracking ID: 262T0BFN
Agency Tracking ID: 0974-10139147
Transaction Type: Sale
Transaction Date: Jun 6, 2017 2:39:40 PM

Account Holder Name: Gerald Greenspoon
Transaction Amount: $206.00
Card Type: AmericanExpress
Card Number: ************1012

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Maria Salgado**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, June 07, 2017 10:26 AM |
| **To:** | Maria Salgado; Richard Epstein |
| **Subject:** | Pay.gov Payment Confirmation: CASD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Help Desk (ecfhelp@casd.uscourts.gov) at (866) 233-7983.

Application Name: CASD CM ECF
Pay.gov Tracking ID: 262TNNSF
Agency Tracking ID: 0974-10141313
Transaction Type: Sale
Transaction Date: Jun 7, 2017 10:25:59 AM

Account Holder Name: Richard Epstein
Transaction Amount: $206.00
Card Type: AmericanExpress
Card Number: ************1012

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

**Khia Joseph**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, June 06, 2017 4:36 PM |
| **To:** | Khia Joseph |
| **Subject:** | Pay.gov Payment Confirmation: CASD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Help Desk (ecfhelp@casd.uscourts.gov) at (866) 233-7983.

Application Name: CASD CM ECF
Pay.gov Tracking ID: 262T3J30
Agency Tracking ID: 0974-10139756
Transaction Type: Sale
Transaction Date: Jun 6, 2017 4:35:53 PM

Account Holder Name: Jeffrey Backman
Transaction Amount: $206.00
Card Type: Visa
Card Number: ************2805

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Maria Salgado**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Wednesday, June 07, 2017 3:49 PM |
| **To:** | efile_information@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:17-cv-00986-BAS-AGS McCurley v. Royal Seas Cruises, Inc. Pro Hac Vice Approved - Clerk |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 06/07/2017 at 12:47:05 PM PDT and filed on 06/07/2017
**Case Name:** McCurley v. Royal Seas Cruises, Inc.
**Case Number:** 3:17-cv-00986-BAS-AGS
**Filer:** Royal Seas Cruises, Inc.
**Document Number:** 11 (No document attached)

**Docket Text:**
**PRO HAC APPROVED: Richard W Epstein appearing for Defendant Royal Seas Cruises, Inc. (no document attached) (kcm)**

**3:17-cv-00986-BAS-AGS Notice has been electronically mailed to:**

Anton N Handal     anh@handal-law.com, alodhi@handal-law.com, ipuentes@handal-law.com

Joshua Swigart     josh@westcoastlitigation.com, ecf@westcoastlitigation.com, eva-dickey-hyde-swigart-2509@ecf.pacerpro.com, pacer@informationreach.com

Abbas Kazerounian     ak@kazlg.com, abbas.kazerooni@gmail.com

Richard W Epstein     richard.epstein@gmlaw.com, maite.alvarez@gmlaw.com, maria.salgado@gmlaw.com

Jeffrey A Backman     jeffrey.backman@gmlaw.com, khia.joseph@gmlaw.com

Kevin Toby Lemieux     kevin@westcoastlitigation.com, ecf@westcoastlitigation.com, eva-dickey-hyde-

1

swigart-2509@ecf.pacerpro.com

Brian R. Cummings      brian.cummings@gmlaw.com, moneka.valdez@gmlaw.com

**3:17-cv-00986-BAS-AGS Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:


*This is a re-generated NEF. Created on 6/7/2017 at 12:48 PM PDT*

**Khia Joseph**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Wednesday, June 07, 2017 3:46 PM |
| **To:** | efile_information@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:17-cv-00986-BAS-AGS McCurley v. Royal Seas Cruises, Inc. Pro Hac Vice Approved - Clerk |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 6/7/2017 at 12:46 PM PDT and filed on 6/7/2017
**Case Name:**      McCurley v. Royal Seas Cruises, Inc.
**Case Number:**    3:17-cv-00986-BAS-AGS
**Filer:**          Royal Seas Cruises, Inc.
**Document Number:** 10(No document attached)

**Docket Text:**
**PRO HAC APPROVED: Jeffrey A Backman appearing for Defendant Royal Seas Cruises, Inc. (no document attached) (kcm)**

**3:17-cv-00986-BAS-AGS Notice has been electronically mailed to:**

Anton N Handal      anh@handal-law.com, alodhi@handal-law.com, ipuentes@handal-law.com

Joshua Swigart      josh@westcoastlitigation.com, ecf@westcoastlitigation.com, eva-dickey-hyde-swigart-2509@ecf.pacerpro.com, pacer@informationreach.com

Abbas Kazerounian    ak@kazlg.com, abbas.kazerooni@gmail.com

Richard W Epstein    richard.epstein@gmlaw.com, maite.alvarez@gmlaw.com, maria.salgado@gmlaw.com

Jeffrey A Backman   jeffrey.backman@gmlaw.com, khia.joseph@gmlaw.com

Kevin Toby Lemieux   kevin@westcoastlitigation.com, ecf@westcoastlitigation.com, eva-dickey-hyde-swigart-2509@ecf.pacerpro.com

Brian R. Cummings   brian.cummings@gmlaw.com, moneka.valdez@gmlaw.com

**3:17-cv-00986-BAS-AGS Electronically filed documents must be served conventionally by the filer to:**

**Moneka Valdez**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Wednesday, June 07, 2017 3:45 PM |
| **To:** | efile_information@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:17-cv-00986-BAS-AGS McCurley v. Royal Seas Cruises, Inc. Pro Hac Vice Approved - Clerk |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 6/7/2017 at 12:45 PM PDT and filed on 6/7/2017

| | |
|---|---|
| **Case Name:** | McCurley v. Royal Seas Cruises, Inc. |
| **Case Number:** | 3:17-cv-00986-BAS-AGS |
| **Filer:** | Royal Seas Cruises, Inc. |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
**PRO HAC APPROVED: Brian R. Cummings appearing for Defendant Royal Seas Cruises, Inc. (no document attached) (kcm)**

**3:17-cv-00986-BAS-AGS Notice has been electronically mailed to:**

Anton N Handal    anh@handal-law.com, alodhi@handal-law.com, ipuentes@handal-law.com

Joshua Swigart    josh@westcoastlitigation.com, ecf@westcoastlitigation.com, eva-dickey-hyde-swigart-2509@ecf.pacerpro.com, pacer@informationreach.com

Abbas Kazerounian    ak@kazlg.com, abbas.kazerooni@gmail.com

Richard W Epstein    richard.epstein@gmlaw.com, maite.alvarez@gmlaw.com, maria.salgado@gmlaw.com

Jeffrey A Backman    jeffrey.backman@gmlaw.com, khia.joseph@gmlaw.com

Kevin Toby Lemieux    kevin@westcoastlitigation.com, ecf@westcoastlitigation.com, eva-dickey-hyde-

swigart-2509@ecf.pacerpro.com

Brian R. Cummings      brian.cummings@gmlaw.com, moneka.valdez@gmlaw.com

**3:17-cv-00986-BAS-AGS Electronically filed documents must be served conventionally by the filer to:**

# EXHIBIT

# "B"



## INVOICE

Invoice #OJF-2018007415
2/10/2021

Original Date: 6/4/2018



**Send Payments To:**
**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**Phone: (786) 293-5750**
**Fax: (786) 264-5513**
**Tax Id: 65-0772445**

BRIAN CUMMINGS
GREENSPOON MARDER LLP
401 E. JACKSON ST
STE 1825
TAMPA, FL 33602

Reference Number: 38541.0019

**Case Number: SOUTHERN 3:17-CV-01988-AJB-AGS**

Plaintiff:
**DAN DEFOREST**

Defendant:
**ROYAL SEAS CRUISES, INC.**

Received: 5/31/2018   Served: 6/1/2018 1:40 pm  .CORP-SUB-REGISTERED-AGENT
To be served on: AT&T MOBILITY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| ADDITIONAL ADDRESS | 1.00 | 30.00 | 30.00 |
| SUBPOENA | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |
| 1/18/2019 | Check #18164 | Final Payment | 60.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

PLEASE INDICATE INVOICE NUMBER ON YOUR CHECK
PAYMENT SHOULD BE RECEIVED 30 DAYS FROM DATE OF INVOICE

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

# EXHIBIT

# "C"



**INVOICE**

Page 1

**Email:** customerinquiry@epiqglobal.com

Greenspoon Marder PA
200 East Broward Boulevard
Fort Lauderdale, FL 33301-1963

| | |
|---|---|
| **Invoice #:** | M-207955 |
| **Invoice Date:** | 06/30/18 |
| **Our Order #:** | LA-175198-01 |
| **Customer #:** | 121630 |

Attn: JEFFREY BACKMAN

Terms: NET 30 DAY

### Case No: 3:17-cv-01988-AJB-AGS

McCurley v. Royal Seas Cruises, Inc.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 06/21/18 | | | | |
| Deponent: Dan DeForest | | | | |
| Deposition Transcript - Original | 164 | PAGE | $4.25 | $697.00 |
| Delivery - Transcript | 2 | EACH | $15.00 | $30.00 |
| Production and Code Compliance | 2 | EACH | $20.00 | $40.00 |
| Exhibit Copying & Scanning - B&W | 138 | PAGE | $0.30 | $41.40 |
| Exhibit Copying & Scanning - Color | 45 | PAGE | $1.15 | $51.75 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

This invoice replaces M-201070
Depo Location: Irvine, CA

| | |
|---|---|
| **Subtotal:** | $880.15 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $880.15 |

Thank You. Your Business is appreciated.

Revised

**REMIT TO:**
**Epiq Court Reporting**
P.O. Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax ID: 20-2665382



**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Greenspoon Marder PA
200 East Broward Boulevard
Fort Lauderdale, FL 33301-1963

| | |
|---|---|
| **Invoice #:** | M-207960 |
| **Invoice Date:** | 07/30/18 |
| **Our Order #:** | LA-181698-01 |
| **Customer #:** | 121630 |

Attn:   JEFFREY BACKMAN

Terms: NET 30 DAY

**Case No: 3:17-cv-01988-AJB-AGS**

McCurley v. Royal Seas Cruises, Inc.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 06/22/18 | | | | |
| Deponent: John Patrick McCurley | | | | |
| Deposition Transcript - Original | 135 | PAGE | $4.25 | $573.75 |
| Delivery - Transcript | 2 | EACH | $15.00 | $30.00 |
| Production and Code Compliance | 2 | EACH | $20.00 | $40.00 |
| Exhibit Copying & Scanning - B&W | 103 | PAGE | $0.30 | $30.90 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

This invoices replaces M-206213

Depo Location: Irvine, CA

| | |
|---|---|
| **Subtotal:** | **$694.65** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$694.65** |

Thank You. Your Business is appreciated.

Revised

**REMIT TO:**
**Epiq Court Reporting**
P.O. Box 936158
Atlanta, GA  31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



38541.0020

| **Bill To:** | Richard W. Epstein | | **Invoice #:** | CA4208805 |
| | Greenspoon Marder, LLP | | **Invoice Date:** | 2/24/2020 |
| | 200 E Broward Blvd, Suite 1800 | | **Balance Due:** | $513.25 |
| | Fort Lauderdale, FL, 33301 | | | |

| **Case:** | Dan Deforest Et. Al. v. Royal Seas Cruises, Inc. |
| **Job #:** | 3988881 | Job Date: 2/18/2020 | Delivery: Normal |
| **Billing Atty:** | Richard W. Epstein |
| **Location:** | Veritext - Fort Lauderdale, FL |
| | One E. Broward Blvd. | Suite 902 Fort Lauderdale, FL 33301 |
| **Sched Atty:** | Thomas Wheeler Esq | Todd M. Friedman PC Law Offices |

| Witness | Description | Amount |
|---|---|---|
| Melissa Hanson | Transcript Services | $433.75 |
| | Exhibit Management | $44.50 |
| | Delivery and Handling | $35.00 |

| **Notes:** | | **Invoice Total:** | $513.25 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $513.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **CA4208805** |
| **Job #:** | **3988881** |
| **Invoice Date:** | **2/24/2020** |
| **Balance:** | **$513.25** |

15907



**INVOICE**
Page   1

**Email:**   customerinquiry@epiqglobal.com

Greenspoon Marder PA
200 East Broward Boulevard
Fort Lauderdale, FL  33301-1963

| | |
|---|---|
| **Invoice #:** | M-218175 |
| **Invoice Date:** | 10/10/18 |
| **Our Order #:** | FTL-185368-01 |
| **Customer #:** | 121630 |

Attn:  JEFFREY BACKMAN

Terms: NET 30 DAY

Case No: 3:17-cv-01988-AJB-AGS

John McCurley et al v. Royal Seas Cruises, Inc.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/16/18 | | | | |
| Deponent: CHRISTINA PETERS-STASIEWICZ | | | | |
| Deposition Transcript - Original and one copy | 131 | PAGE | $4.84 | $634.04 |
| Deposition Appearance Fee - Regular - Half Day-Ea-STD | 1 | HOUR | $75.00 | $75.00 |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Exhibit Scanning - OCR-PDF-Pg-STD | 37 | PAGE | $0.30 | $11.10 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$775.14** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$775.14** |

**Depo Location:**   740 North Plankinton
Suite 400
Milwaukee, WI  53203

Thank You. Your Business is appreciated.

**REMIT TO:**
**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: Epiq**

**Tax ID: 20-2665382**

**ALLWEST REPORTING LTD**
www.allwestbc.com

TEL: 604-683-4774  FAX: 604-683-9378

Lobby Box 191 - 12th Floor
1125 Howe Street
Vancouver, BC  V6Z 2K8



**Invoice #:**      **20200221**

Date:      2020-02-19

PST Registration #:      **1013-9958**
GST Registration #:      **100157247**

Greenspoon Marder LLP
200 - E. Broward Boulevard Suite 1800
Fort Lauderdale FL  33301
USA

USDC SDOC CaseNo. 17-3V-00986-BAS-AGS
Videotaped Depostion of Joshua Grant Kidd
February 12th, 2020
Vancouver BC
Jeffrey Backman

**Bill To: Jeffrey Backman**          **Per Reporter:**  Colin Beaton

| QTY. | DESCRIPTION | UNIT | EXTENSION |
|---|---|---|---|
| 221 | pages 2nd partry  Transcripts | $2.50 | $552.50 |
| 62 | copies Exbts | $0.30 | $18.60 |

**A Late Payment Charge of 2% monthly Applies to Overdue Amounts**

| | |
|---|---|
| Sale Amt.: | $571.10 |
| Freight: | $0.00 |
| GST: | $28.56 |
| PST: | $0.00 |
| Total Amt.: | $599.66 |
| Paid Today: | $0.00 |
| Balance Due: | $599.66 |

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. (973) 261-6011



**Bill To:** Greenspoon Marder, LLP
200 E Broward Blvd
Ste 1800
Fort Lauderdale FL 33301

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Nancy Rosado at 973-261-6011 or nrosado@veritext.com

| Statement Date: 1/2/2019 | | | | | | | Total Balance Due: | **$1,550.25** |
|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | **Balance Due** |
| CHI3536613 | 11/5/2018 | 3064013 | 10/29/2018 | McCurley, John, etc. v Royal Seas Cruises, Inc. | Jeffrey Backman Esq. | C | 58 | $1,550.25 |
| | | | | | | | Total: | $1,550.25 |

| **Current** | **31-60 Days** | **61-90 Days** | **> 90 Days** | **Total** |
|---|---|---|---|---|
| $0.00 | $1,550.25 | $0.00 | $0.00 | $1,550.25 |



Please Remit Payment To:      Veritext           Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569                                    Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Veritext, LLC**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | | | |
|---|---|---|---|---|
| **Bill To:** | Jeffrey Backman Esq.<br>Greenspoon Marder, LLP<br>200 E Broward Blvd, Suite 1800<br>Fort Lauderdale, FL, 33301 | | | |

| | |
|---|---|
| **Invoice #:** | FLA3982534 |
| **Invoice Date:** | 10/11/2019 |
| **Balance Due:** | $1,115.25 |

| | |
|---|---|
| **Case:** | Mccurley, John v. Royal Seas Cruises, Inc. |
| **Job #:** | 3518332 \| Job Date: 9/24/2019 \| Delivery: Normal |
| **Billing Atty:** | Jeffrey Backman Esq. |
| **Location:** | Veritext - Van Nuys, CA |
| | 14520 Sylvan Street<br>Van Nuys, CA 91411-2325 |
| **Sched Atty:** | Jeffrey Backman Esq. \| Greenspoon Marder, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 187.00 | $4.25 | $794.75 |
| | Attendance Fee - Addl Hours | Hour | 2.50 | $70.00 | $175.00 |
| | Attendance Fee - First Hour | Hour | 1.00 | $85.00 | $85.00 |
| Nathan Bacon | Exhibits - Color | Per Page | 3.00 | $0.30 | $0.90 |
| | Exhibits | Per Page | 32.00 | $0.30 | $9.60 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $35.00 | $35.00 |
| | Shipping & Handling | Package | 1.00 | $0.00 | $0.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,115.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,115.25 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA3982534 |
| **Job #:** | 3518332 |
| **Invoice Date:** | 10/11/2019 |
| **Balance:** | $1,115.25 |

15907

**INVOICE**

Page     1

# epiq

**Email:     customerinquiry@epiqglobal.com**

| | |
|---|---|
| Greenspoon Marder PA | **Invoice #:**  M-222267 |
| 200 East Broward Boulevard | **Invoice Date:**  10/31/18 |
| Fort Lauderdale, FL  33301-1963 | **Our Order #:**  FTL-188516-01 |
| | **Customer #:**  121630 |

Attn:  JEFFREY BACKMAN

Terms: NET 30 DAY

**Case No: 3:17-cv-01988-AJB-AGS**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| John McCurley et al v. Royal Seas Cruises, Inc. | | | | |
| | | | | |
| Job Date: 09/12/18 | | | | |
| Deponent: All Deponents | | | | |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| | | | | |
| Job Date: 09/12/18 | | | | |
| Deponent: Wesley C. Weeks | | | | |
| Deposition Transcript - Original and one copy | 403 | PAGE | $3.95 | $1,591.85 |
| Deposition Appearance Fee - Regular - Full Day-Day-STD | 1 | HOUR | $185.00 | $185.00 |
| Exhibit Scanning - OCR-PDF-Pg-STD | 613 | PAGE | $0.30 | $183.90 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| | | | | |
| Job Date: 09/12/18 | | | | |
| Deponent: Wesley C. Weeks - Excerpts | | | | |
| Deposition Transcript - Original and one copy | 11 | PAGE | $3.95 | $43.45 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$2,079.20** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$2,079.20** |

**Depo Location:**     800 East 101st Terrace
Suite 350
Kansas City, MO  64131

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** 121000248
**Beneficiary Account #:** 4125126904
**Beneficiary Name:** Epiq

**Tax ID:** 20-2665382

38541.0019

**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

**Bill To:** Jeffrey Backman Esq.
Greenspoon Marder, LLP
200 E Broward Blvd
Ste 1800
Fort Lauderdale, FL, 33301

| | |
|---|---|
| **Invoice #:** | OC3611316 |
| **Invoice Date:** | 1/10/2019 |
| **Balance Due:** | $923.80 |

| | |
|---|---|
| **Case:** | Mccurley, John v. Royal Seas Cruises, Inc |
| **Job #:** | 3152702 | Job Date: 12/21/2018 | Delivery: Normal |
| **Billing Atty:** | Jeffrey Backman Esq. |
| **Location:** | Veritext - Boca Raton, FL |
| | 301 Northeast 51st Street | Suite 1240 | Veritext Virtual Session<br>Boca Raton, FL 33431 |
| **Sched Atty:** | Matthew M. Loker Esq. | Kazerouni Law Group, APC |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 214.00 | $781.10 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| Mr. Kevin Brody | Exhibits Scanned-Searchable - OCR | Per Page | 42.00 | $14.70 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $923.80 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $923.80 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veri____.com/services/all-services-services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OC3611316 |
| **Job #:** | 3152702 |
| **Invoice Date:** | 1/10/2019 |
| **Balance:** | $923.80 |

15907