Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | Case No. 17-cv-986 BAS (AGS)<br><br>PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY ROYAL SEAS CRUISES, INC. AND GREENSPOON MARDER LLP SHOULD NOT BE HELD IN CONTEMPT FOR REFUSING TO PAY SANCTIONS ORDERED BY THE COURT |

TO THE COURT CLERK, DEFENDANT, AND ITS COUNSEL OF RECORD:

On February 18, 2021, Plaintiffs John McCurley and Dan Deforest ("Plaintiffs") filed their Motion For Order To Show Cause Why Royal Seas Cruises, Inc. And Greenspoon Marder LLP Should Not Be Held In Contempt For

Refusing To Pay Sanctions Ordered By the Court. [Dkt. 217]. Plaintiffs hereby withdraw their Motion without prejudice.

Respectfully submitted this 5th Day of March, 2021.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiffs

PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS'' ORIGINAL MOTION TO STRIKE WITNESS DECLARATIONS, FOR RESTRAINING ORDER, FOR MONETARY SANCTIONS, AND FOR DISQUALIFICATION OF COUNSEL - 2

Filed electronically on this 5th Day of March, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cynthia A. Bashant
United States District Court
Southern District of California

And all Counsel of Record on the electronic service list.

This 5th Day of March, 2021.

s/Todd M. Friedman
Todd M. Friedman