**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

**LAW OFFICES OF TODD M.
FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Telephone:   (877) 206-4741
Facsimile:    (866) 633-0228

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>Defendant. | **Case No.:** 17-cv-986 RSH (AGS)<br><br>**STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES**<br><br>**HON. ROBERT S. HUIE** |

Plaintiffs, John McCurley and Dan Deforest, and Defendant, Royal Seas Cruises, Inc., through their respective counsel, hereby agree and stipulate as follows:

### STIPULATION

**1.**      WHEREAS, on April 27, 2022, the Court of Appeals for the Ninth Circuit affirmed in part and reversed in part the Court's Order granting summary judgment in favor of Defendant Royal Seas Cruises, Inc. see MSJ Order ECF No.

208, and Mandate, ECF No. 228. The Ninth Circuit remanded further proceedings back to this Court.

**2.** WHEREAS, the Court ordered the case re-opened, and further ordered the Parties to submit a proposed trial schedule.  ECF No. 229.

**3.** WHEREAS, the Court issued an Amended Scheduling Order setting forth a series of pretrial dates, and setting trial for January 17, 2023.  ECF No. 231.

**4.** WHEREAS, Defendant thereafter filed a Motion to Decertify the Class and three *Daubert* Motions, all of which Plaintiffs opposed.

**5.** A hearing was scheduled for August 11, 2022.  ECF No. 241.

**6.** WHEREAS, the Court vacated the hearing and took the matter under submission.  ECF No. 250.

**7.** WHEREAS, on September 30, 2022 the Court entered an Order on the Motions identified in paragraph 4 above.  ECF No. 259.

**8.** WHEREAS, the Parties' pretrial deadlines are rapidly approaching, but the Parties needed to await a ruling on the Motions prior to being in a position to prepare pre-trial documents. Having only received the Order just ten days prior to the first of the pretrial deadlines, the Parties did not know, for example, whether the trial would be one on a "class" or two individuals.  Nor were the Parties aware of whether the three experts challenged under *Daubert* would be part of the trial.  Now that a ruling has been made, the Parties are need of additional time to process that decision and determine the appropriate course of action for trial and, in turn, the preparation of substantial pretrial matters.

**9.** WHEREAS, the Parties hereby stipulate to vacate all pending deadlines and respectfully request the Court extend all deadlines, including the proposed trial term, by ninety (90) days.

**10.** Whereas the Parties hereby stipulate to the following revised

schedule:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Civil Local Rule 16.1(f)(2) Memorandum of Contentions of Fact and Law | October 10, 2022 | January 10, 2023 |
| Rule 26(a)(3) Disclosures | October 17, 2022 | January 17, 2023 |
| Meet and Confer on the PTO | October 24, 2022 | January 24, 2023 |
| Draft PTO to Defense Counsel | October 31, 2022 | January 31, 2023 |
| Lodge PTO | November 14, 2022 | February 14, 2023 |
| Final Pretrial Conference | November 21, 2022 at 11:00 a.m. | February 21, 2023 at 11:00 a.m. |
| Motions in Limine | December 5, 2022 | March 9, 2023 |
| Response to Motions in Limine | December 19, 2022 | March 23, 2023 |
| Joint Proposed Jury Instructions, Proposed Verdict Forms, Voir Dire Questions and Statement of the Case | December 19, 2022 | March 23, 2023 |
| Motions in Limine Hearing | January 9, 2023 at 10:30 a.m. | April 13, 2023 at 10:30 a.m. |
| Final Exhibit and Witness Lists | January 10, 2023 | April 17, 2023 |
| Trial | January 17, 2023 | April 24, 2023 |

///

///

-3-
**STIPULATION TO CONTINUE TRIAL DEADLINES**

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:

All deadlines set forth in the Court's Amended Scheduling Order (Dkt. No. 231) be vacated, and extended by ninety (90) days as described herein:

**Dated:** October 6, 2022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:   /s/ Todd M. Friedman

Todd M. Friedman
**Law Offices of Todd M. Friedman**
Attorney for Plaintiff

**Dated:** October 6, 2022

**Greenspoon Marder, P.A.**

By:   /s/ Jeffrey A. Backman

Jeffrey A. Backman
**Greenspoon Marder LLP**
Attorney for Defendant

**STIPULATION TO CONTINUE TRIAL DEADLINES**

Filed electronically on this 6th Day of October, 2022, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Robert S. Huie
United States District Court
Southern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 6th Day of October, 2022

By: s/ Todd M. Friedman

**STIPULATION TO CONTINUE TRIAL DEADLINES**