**GREENSPOON MARDER LLP**

Richard W. Epstein, Esq. (Admitted *Pro Hac Vice*)

richard.epstein@gmlaw.com

Jeffrey A. Backman, Esq. (Admitted *Pro Hac Vice*)

jeffrey.backman@gmlaw.com

200 E. Broward Boulevard, Suite 1800

Fort Lauderdale, FL 33301

Tel: 954.527.2427

Fax: 954.333.4027

Attorneys for Defendant Royal Seas Cruises, Inc.

[additional Defendant's counsel on signatory line]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John McCurley, Individually and and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>Royal Seas Cruises, Inc.,<br><br>          Defendant.<br>------------------------------------------------<br>Dan DeForest, Individually and and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>Royal Seas Cruises, Inc.,<br><br>          Defendant. | Case No.: 3:17-cv-01988-AJB-AGS<br><br>*consolidated with*<br><br>Case No.: 3:17-cv-00986-BAS-AGS<br><br>**DEFENDANT ROYAL SEAS CRUISES, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION TO DECERTIFY CLASS**<br><br>*[filed concurrently with Memorandum of Points and Authorities in Support of Renewed Motion to Decertify Class]*<br><br><u>**Hearing**</u><br> **Date:   December 12, 2022**<br> **Judge:  Hon. Robert S. Huie**<br> **Ctrm:   4B**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on a date and time of convenience for The Honorable Court, before The Honorable Robert S. Huie of the United States District Court, Southern District of California, located at Courtroom 4B, Suite 4145, 221 West Broadway, San Diego, CA 92101, Defendant Royal Seas Cruises, Inc. ("Royal") hereby moves this Court to enter an Order granting Royal leave to re-file its Motion to Decertify Class (ECF 241) because materially changed circumstances arising from the evidentiary development of this case require the Court to reassess whether class certification remains appropriate under Fed.R.Civ. P 23(c)(1)(C), which permits the Court to decertify a class anytime before final judgment. Additionally, while the expiration of the deadline to file motions under a scheduling order is irrelevant to the Court's consideration of decertification under Fed.R.Civ. P 23(c)(1)(C), good cause exists for the Court to consider the Motion and address the merits of arguments supporting decertification that were timely presented to the Court in March 2020, and found by the Court to be meritorious but disregarded only as moot given the entry of summary judgment. The issues raised by Royal *and the Court* about the insufficiency of classwide evidence in this case trigger the Court's duty to ensure that the class certified years earlier remains in compliance with the requirements of Rule 23.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, and such other and further matters that may be presented at a hearing if requested by the Court. For the reasons set forth in the accompanying Memorandum, Royal respectfully requests that this Court enter an Order providing leave to file a motion to decertify (in a form substantially similar to ECF 241) or, alternatively, the Court should find

good cause for filing the Motion after the expiration of the "motion cut-off" deadline in the prior scheduling order because good cause exists.

This Motion is made following a telephone conference of counsel on October 13, 2022, and email communications on October 7 and 10, 2022, at which Plaintiffs' counsel indicated they opposed the relief sought by this Motion.

DATED: October 24, 2022.

Respectfully submitted,

**GREENSPOON MARDER LLP**

 /s/ *Jeffrey A, Backman*
JEFFREY A. BACKMAN (Fla. Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Fla Bar No. 229091)
Richard.Epstein@gmlaw.com
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954.527.2427
Fax: 954.333.4027
*Admitted Pro Hac Vice*

BRIAN R. CUMMINGS (Fla. Bar No. 25854)
Brian.Cummings@gmlaw.com
401 E. Jackson St., Suite 3650
Tampa, Florida 33602
Tel: 813.769.7020
Fax: 813.426.8582
*Admitted Pro Hac Vice*

GERMAIN D. LABAT (Calif. Bar No. 203907)
Germain.Labat@gmlaw.com
1925 Century Park East, Suite 1900
Los Angeles, CA 90067-3004

2

Tel: 424.204.7700
Fax: 424.204.7702

Attorneys for Defendant *Royal Seas Cruises, Inc*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was has been served electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record set forth on the Service List below who are registered to receive CM/ECF notification as reflected on the Service List on this 24th day of October, 2022.

By:    /s/ *Jeffrey A, Backman*
                Jeffrey A. Backman

## SERVICE LIST

Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
Kevin Lemieux, Esq.
kevin@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq.
ak@kazlg.com
Matthew M. Loker, Esq.
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff John McCurley*

Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Meghan E. George, Esq.
Thomas Wheeler, Esq.
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
(877) 206-4741
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff Dan DeForest*