**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*,

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCURLEY, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>**Defendant.** | **Case No.:** 3:17-cv-00986-RSH-AHG<br>*Consolidated with*<br>3:17-cv-01988-RSH-AHG<br><br>**NOTICE OF CLASS ACTION SETTLEMENT** |
| **DAN DE FOREST, Individually and On behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.**<br><br>**Defendant.** | |

1 NOTICE IS HEREBY GIVEN that the dispute between plaintiffs John McCurley ("McCurely") and Dan Deforest ("Deforest") (the "Plaintiffs"), individually and on behalf of all others similarly situated, and defendant Royal Seas Cruises, Inc. ("Defendant") (together the "Parties") has been resolved with a proposed class action settlement. The Parties are finalizing the terms of the settlement, and Plaintiffs anticipate being able to file a motion for preliminary approval of class action settlement within ninety (90) days.

Plaintiffs respectfully request that the Court vacate all pending dates, hearings, and filing requirements, and set a deadline on or after **June 28, 2023**, for filing the of Plaintiffs' preliminary approval motion.

Dated: March 30, 2023                                     Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Abbas Kazerounian, Esq.*
Abbas Kazerounian, Esq.
Pamela E. Prescott, Esq.
ATTORNEYS FOR PLAINTIFFS

**NOTICE OF CLASS ACTION SETTLEMENT**