1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  JOHN MCCURLEY and DAN                    Case No.:  3:17-cv-00986-RSH-AHG
    DEFOREST, individually and on behalf
12  of all others similarly situated,         **ORDER:**

13                           Plaintiffs,       **(1) SETTING DEADLINE FOR
                                               MOTION FOR PRELIMINARY
14  v.                                         APPROVAL OF SETTLEMENT; and**

15  ROYAL SEAS CRUISES, INC.,                  **(2) VACATING ALL OTHER
                                               PENDING DATES AND DEADLINES
16                           Defendant.        IN THE CASE**

17

18

19

20        This matter comes before the Court upon Plaintiffs' Notice of Class Action

21  Settlement. ECF No. 275. The parties report that they have reached a settlement resolving

22  all claims in this action and accordingly request that the Court vacate all pending dates and

23  deadlines in the case. *Id.*

24        In light of the settlement, the Court sets a deadline of **June 28, 2023** for the parties

25  to file a joint motion for preliminary approval of the settlement. A proposed order granting

26  the motion must be emailed to the District Judge's chambers on the same day.

27        Further, upon consultation with the presiding District Judge in this matter, the Court

28  **VACATES** all other pending dates and deadlines in the case, including those set forth in

1  the operative Scheduling Order (ECF No. 271) and the deadlines related to the Mandatory

2  Settlement Conference previously scheduled for April 12, 2023 (ECF No. 274).

3        **IT IS SO ORDERED.**

4

5  Dated:  March 30, 2023

6                                                    _____
                                                     Honorable Allison H. Goddard
7                                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28