**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Telephone:(877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiffs*,

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCURLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant.<br>_____<br>DAN DE FOREST, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.<br><br>Defendant. | **Case No.:** 3:17-cv-00986-RSH-AHG<br>*Consolidated with*<br> 3:17-cv-01988-RSH-AHG<br><br>**MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL MOTION**<br><br>[*Filed Concurrently with a Proposed Order*] |

MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL
MOTION

1    Plaintiffs John McCurley ("McCurely") and Dan Deforest ("Deforest") (the

2    "Plaintiffs") hereby submit the following Motion to Continue Plaintiffs' deadline to

3    file a Motion for Preliminary Approval of the Proposed Class Action Settlement in

4    light of the Plaintiffs' ongoing efforts to finalize the written settlement of the entire

5    action on a class-wide basis.

6        On March 30, 2023, the Court issued an order for Plaintiffs to file a Motion

7    for Preliminary Approval of the Proposed Class Action Settlement by June 28, 2023

8    (Dkt. No. 276). Since that order was issued, Plaintiffs have been diligently working

9    on drafting a written settlement agreement memorializing the terms of the agreed

10   upon settlement that was reached with the assistance of Hon. Suzanne H. Segal

11   (Ret.) of Signature Resolution on or about March 28, 2023. Plaintiffs have also

12   drafted the accompanying Motion for Preliminary Approval.

13       However, Plaintiffs' counsel have not heard back from Defendant's counsel

14   regarding the settlement since on or about May 31, 2023. As a result, Plaintiffs

15   respectfully request that the Court grant Plaintiffs an additional thirty (30) days to

16   finalize the written settlement agreement with Defendant and to file a Motion for

17   Preliminary Approval.

18       The proposed new deadline for Plaintiffs to submit the motion is **July 28,**

19   **2023**.

20

21   Dated: June 23, 2023                     Respectfully submitted,

22

23                          **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

24                                   By: */s/ Adrian R. Bacon, Esq.*
                                         Adrian R. Bacon, Esq.
25                                       ATTORNEYS FOR PLAINTIFFS

26

27

28

MOTION TO CONTINUE DEADLINE TO FILE PRELIMINARY APPROVAL MOTION