UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCURLEY and DAN DEFOREST, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>                              Defendant. | Case No.:  3:17-cv-00986-RSH-AHG<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

This matter comes before the Court upon review of the record. On June 23, 2023, Plaintiffs filed a Motion for Extension of Time requesting a 30-day extension of the June 28 filing deadline for a motion for preliminary approval of the parties' class action settlement in this case. ECF No. 277. In support of the request, Plaintiffs asserted that their counsel "have not heard back from Defendant's counsel regarding the settlement since on or about May 31, 2023." *Id.* at 2. The Court granted the parties' request on June 28, 2023, extending the deadline for the parties to file a joint motion for preliminary approval of the settlement to July 28, 2023. ECF No. 278.

In light of the representation in Plaintiffs' Motion for Extension of Time that counsel have not communicated regarding the settlement since on or about May 31, 2023, and to ensure the settlement remains on track, the Court **SETS** a counsel-only Settlement Conference for **July 12, 2023** at **1:30 p.m.** before Magistrate Judge Allison H. Goddard. The parties should expect the Settlement Conference to last no longer than thirty minutes, and it shall take place via **videoconference** for all attendees, using the Court's official Zoom account. Counsel must adhere to the following mandatory procedures for the videoconference:

1. No later than **July 7, 2023**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the **name and title of each participant**, including the primary attorney(s) responsible for the litigation, and an **email address for each participant** to receive the Zoom invitation.

2. One day before the Settlement Conference, the Court will email each identified participant an invitation to join a Zoom video conference. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the Settlement Conference to ensure that the conference begins promptly. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Zoom may then prompt participants to enter the password included in the invitation. Because Zoom may

quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

    3.    All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person (e.g., cannot be driving or in a car while speaking to the Court) and should be prepared to appear on camera. All participants shall appear and conduct themselves as if proceeding in a courtroom, including by dressing in appropriate courtroom attire.

The Court will take the Settlement Conference off calendar if the parties confirm they have a signed settlement agreement.

**IT IS SO ORDERED.**

Dated:  June 29, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge