**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*,

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN MCCURLEY, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.,**<br><br>**Defendant.**<br>_____<br><br>**DAN DE FOREST, Individually and On behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROYAL SEAS CRUISES, INC.**<br><br>**Defendant.** | **Case No.:** 3:17-cv-00986-RSH-AHG<br>*Consolidated with*<br>3:17-cv-01988-RSH-AHG<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiffs John McCurley ("McCurely") and Dan Deforest ("Deforest") (the "Plaintiffs") and defendant Royal Seas Cruises, Inc. ("Defendant") (together the "Parties") has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Defendant with prejudice within sixty (60) days.

Plaintiffs respectfully request that the Court vacate all pending dates, hearings, and filing requirements, and set a deadline on or after **April 1, 2024**, for the Parties to dismiss Plaintiff's claims against Defendant.

Dated: February 1, 2024                                  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Abbas Kazerounian, Esq.*
Abbas Kazerounian, Esq.
Pamela E. Prescott, Esq.
ATTORNEYS FOR PLAINTIFFS

**NOTICE OF SETTLEMENT**