**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (280332)
abacon@toddflaw.com
21031 Ventura Blvd, Ste. 340
Woodland Hills, CA 91364
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MCCURLEY AND DAN DEFOREST, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | **Case No.:** 17-cv-986 RHS (AGS)<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF DECERTIFICATION NOTICE**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

**PLAINTIFFS' MOTION FOR APPROVAL OF DECERTIFICATION NOTICE**

On December 21, 2023, the Court *sua sponte* on its own motion, decertified the class action on the grounds that Defendant lacked funds to meaningfully fund a class settlement as follows:

> Additionally, the Court having previously raised the prospect of decertification of the class, and both parties stating that they do not oppose decertification, the Court orders the class decertified on the grounds that, based on the lack of meaningful relief available, a class action is no longer superior to other available methods for fairly and efficiently adjudicating the controversy. Counsel for Plaintiffs shall promptly notify each opt-in plaintiff of the class decertification using the Direct Notice Plan as articulated in the Courts August 14, 2019 Order 106.

Dkt. No. 301.

This was not an opt in class. It was an opt out class. There were zero opt outs. Thus, all approximately 70,000 class members will need to be notified via direct mail that the class is decertified to comply with the Court's Order.

At considerable expense, and without sufficient compensation, Class Counsel is paying for the cost of notice to go out to the Class to advise them of decertification, to adhere to the Court's Order. This will cost Class Counsel approximately $50,000.[1] To ensure that the notice meets the requirements of the Court and prevent any issues from arising which might require the notice being sent out again at equal or greater expense to Class Counsel, Plaintiffs submit the

---

[1] To reiterate, Class Counsel have over $400,000 in costs in this case, and Class Counsel are paying for this notice out of pocket to ensure compliance with the Court's Order and fulfil their ethical duties of communication to their former clients advising them of the case status.

-1-
**PLAINTIFFS' MOTION FOR APPROVAL OF DECERTIFICATION NOTICE**

proposed Notice to the Court and respectfully request it approve the proposed notice. A copy of the proposed notice is attached hereto as Exhibit A to the Declaration of Adrian R. Bacon. The notice will be sent out by KCC via first class mail, i.e. in exactly the same method as was the original class notice following certification, with KCC running the addresses of class members through an updated national change of address database inquiry to ensure it is sent to any new addresses where class members now reside.

    Plaintiffs respectfully request the Court approve the proposed Notice so that it can be promptly sent to Class Members. The case will be promptly dismissed with prejudice on an individual basis immediately after the Court approves such proposed notice, as the parties have executed a settlement agreement and Defendant has fulfilled its obligations thereunder.

Dated**:** March 27th, 2024  **Law Offices of Todd M. Friedman, P.C.**

          By: /s/ Todd M. Friedman\_\_\_\_
           Todd M. Friedman, Esq.
           Adrian R. Bacon, Esq.
           Attorneys for Plaintiff

**PLAINTIFFS' MOTION FOR APPROVAL OF DECERTIFICATION NOTICE**

# CERTIFICATE OF SERVICE

Filed electronically on this 27th day of March, 2024, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Robert S. Huie

United States District Court

Southern District of California

And All Counsel of Record As Recorded On The Electronic Service List.

This 27th day of March, 2024,

s/Todd M. Friedman, Esq.

Todd M. Friedman

-3-
PLAINTIFFS' MOTION FOR APPROVAL OF DECERTIFICATION NOTICE