UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCURLEY, individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | Case No.:  17-cv-986-RSH-AHG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF DECERTIFICATION NOTICE**<br><br>[ECF No. 311] |

On March 27, 2024, Plaintiffs filed a motion for approval of class decertification notice. ECF No. 311. On April 4, 2024, Defendant filed a notice of non-opposition. ECF No. 312.

Plaintiffs' motion sets forth, at Exhibit A, a proposed form of notice. The Court approves the proposed notice, with the addition of the phrase below (underlined herein only to indicate that it should be added to the notice):

> **Why Am I receiving This Notice?** A court has authorized this Notice concerning a change in class action status in the abovementioned lawsuit (the "Lawsuit") involving the marketing of cruise vacation packages and services by Royal Seas Cruises, Inc. ("Royal Seas")

1

through an automatic telephone dialing system and/or artificial or prerecorded voice. On December 21, 2023, the Court decertified the class finding that a class action is no longer superior to other available methods for fairly and efficiently adjudicating this controversy, due to a demonstration made by Defendant of its insolvency and a complete lack of funds available to compensate the Class for any settlement or judgment. The Court made this determination on its own Motion after reviewing the evidence from Defendant<u>, and after the attorneys for both sides stated that they did not oppose decertification of the class</u>. You are receiving this Notice because the change in class action status may impact your rights.

ECF No. 311, Ex. A.

The Court approves the remainder of the proposed notice as is. Plaintiffs shall also post the notice to the web site associated with this case.

Accordingly, as set forth above, Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated: April 4, 2024

_____
Hon. Robert S. Huie
United States District Judge